IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,                                          x
                                                      :
                              Plaintiff,
                                                      :
                                                        Civil Action File
BANK OF AMERICA MERCHANT          :  No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;  :
FISERV, INC.,
                                                      :

                              Defendants.    :
_____x

PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS FIRST DATA CORPORATION'S
AND FISERV, INC'S MOTIONS TO DISMISS (DOC. 4)

Plaintiff Eric Slawin, by his counsel of record, Jean Simonoff Marx of Marx

& Marx, L.L.C., with consent of Defendants First Data Corporation and Fiserv,

Inc., moves this Court for an extension until January 17, 2020 to respond to said

Defendants' motion to dismiss (Doc. 4).  In support of the motion Plaintiff sets

forth as follows:

1.  Defendants' motion was filed on November 13, 2019, when Ms. Marx

was out of the country on a previously scheduled vacation.

2.  Since that time, both of Plaintiff's counsel, Ms. Marx and Robert N.

Marx, have been engaged in taking numerous depositions in the mater of *Bird v.*

1

*University of Florida, et al.*, 1:18-cv-221-AW-GRJ, pending in U.S. District Court for the Northern District of Florida.  Depositions in that matter were taken – in Gainesville, Florida – on  November 14, 19, and 20.  Another four depositions – also in Gainesville, Florida, are currently scheduled for December 3, 5, 6, and 10. In addition, the parties in that matter anticipate taking numerous other depositions before the current close of discovery on December 16, 2019.

3.  Plaintiff's counsel also attended a full day mediation on November 22, 2019 in the matter of *Daisy Abdur-Rahman v. DeKalb County, Georgia*, 1:18-cv-252-AT, pending in this District.

4.  Plaintiff's counsel have a previously scheduled vacation during the last two weeks of the year and will not be back until January 6, 2020.

5.  In view of the foregoing, Plaintiff respectfully requests an extension to and including January 17, 2020 to respond to Defendants' aforesaid motion.

6.  Counsel for First Data Corporation and Fiserv, Inc have been advised of this motion and do not oppose it.

WHEREFORE, it is respectfully requested that the time for Plaintiff to respond to the motion to dismiss (Doc. 4) filed by First Data Corporation and Fiserv, Inc. on November 13, 2019 be extended to and including January 17, 2020.

Respectfully submitted, this 26th day of November 2019.

 s/Jean Simonoff Marx
Georgia Bar Number 475276

Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
lawyers@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,                                          x

                           :

                Plaintiff,

                           :

                                       Civil Action File

BANK OF AMERICA MERCHANT                   :   No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;  :
FISERV, INC.,

                           :

                Defendants.     :
_____x

CERTIFICATE OF SERVICE

This is to certify that on November 26, 2019, I electronically filed:
**Plaintiff's Consent Motion for Extension of Time to Respond to Defendants First Data Corporation's and Fiserv, Inc.'s Motion to Dismiss (Doc. 4),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

        Christopher Paul Galanek, Esq.
        Bryan Cave Leighton Paisner LLP-ATL
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471
        chris.galanek@bclplaw.com

        Aiten Musaeve McPherson, Esq.
        Bryan Cave Leighton Paisner LLP-ATL
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471
        aiten.mcpherson@ bclplaw.com

4

Elena D. Marcuss, Esq.
McGuire Woods, LLP
Suite 1000
500 East Pratt Street
Baltimore, MD 21202
emarcuss@mcguirewoods.com

Meredith Loughlin Allen, Esq.
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
mallen@mcguirewoods.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

Respectfully submitted, this 26th day of November 2019.

 s/Jean Simonoff Marx
Georgia Bar Number 475276
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlawgroup.com