IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
ERIC SLAWIN,                                    x
                                                :
                  Plaintiff,
                                                :
                                                      Civil Action File
BANK OF AMERICA MERCHANT                        :     No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;            :
FISERV, INC.,
                                                :

                  Defendants.                   :
_____x
```

PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
BANK OF AMERICA CORPORATION'S MOTION TO DISMISS
(DOC. 6)

Plaintiff Eric Slawin, by his counsel of record, Jean Simonoff Marx of Marx & Marx, L.L.C., with consent of Defendant Bank of America Corporation ("BAC"), moves this Court for an extension until January 31, 2020 to respond to Defendant BAC's motion to dismiss. (Doc. 6). In support of the motion Plaintiff sets forth as follows:

1. Defendant BAC filed a separate motion to dismiss on November 19, 2019 (Doc. 6) while counsel for Mr. Slawin were out of town conducting depositions in the matter of *Bird v. University of Florida, et al.*, 1:18-cv-221-AW-GRJ, pending in U.S. District Court for the Northern District of Florida.

1

2. Depositions in the *Bird* matter had been taken in Gainesville, Florida on November 14, 19, and 20 with additional depositions scheduled also this week in Gainesville. The parties in *Bird* will be taking additional depositions in both Gainesville and Fort Lauderdale, Florida during the week of December 9, 2019.

3. Mr. Slawin's counsel will thereafter be responding to Defendant Thomas Stringer's and Defendant Li-Ming Su's motion to dismiss based on qualified immunity, which briefing schedule Hon. Alan Winsor expedited in the *Bird* matter.

4. Plaintiff's counsel also attended a full day mediation on November 22, 2019 in the matter of *Daisy Abdur-Rahman v. DeKalb County, Georgia*, 1:18-cv-252-AT, pending in this District.

5. Plaintiff's counsel have a previously scheduled vacation during the last two weeks of the year and will not be back until January 6, 2020.

6. Plaintiff previously filed a consent motion on November 26, 2019 (Doc. 17) to extend the time for him to respond to the motion to dismiss filed by Defendants Fiserv and First Data in this matter on November 13, 2019 (Doc. 4), to and including January 17, 2020, which this Court granted on November 27, 2019.

7. Counsel for BAC has been advised of this motion and does not oppose it.

WHEREFORE, it is respectfully requested that the time for Plaintiff to respond to the motion to dismiss (Doc. 6) filed by BAC on November 19, 2019 be extended to and including January 31, 2020.

Respectfully submitted, this 3rd day of December 2019.

 s/Jean Simonoff Marx
Georgia Bar Number 475276
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
lawyers@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : | |
|  | : | Civil Action File |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : | No. 1:19-cv-04129-AT |
|  | : | |
| Defendants. | : x | |

CERTIFICATE OF SERVICE

This is to certify that on December 3, 2019, I electronically filed: **Plaintiff's Consent Motion for Extension of Time to Respond to Defendant Bank of America Corporation's Motion to Dismiss (Doc. 6),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Christopher Paul Galanek, Esq.
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>chris.galanek@bclplaw.com

>Aiten Musaeve McPherson, Esq.
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>aiten.mcpherson@ bclplaw.com

4

Elena D. Marcuss, Esq.
McGuire Woods, LLP
Suite 1000
500 East Pratt Street
Baltimore, MD 21202
emarcuss@mcguirewoods.com

Meredith Loughlin Allen, Esq.
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
mallen@mcguirewoods.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

Respectfully submitted, this 3rd day of December 2019.

    s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
E-mail: lawyers@marxlawgroup.com

5