# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Eric Slawin,<br><br>    Plaintiff,<br><br>v.<br><br>Bank of America Merchant Services, Bank of America Corporation, First Data Corporation, and Fiserv, Inc.,<br><br>    Defendants. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## CONSENT MOTION TO EXTEND FIRST DATA CORPORATION AND FISERV, INC.'S TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants First Data Corporation ("*First Data*") and Fiserv, Inc. ("*Fiserv*") (collectively "*Defendants*"), hereby file this Consent Motion to Extend Defendants' Time to File their Reply in Support of their Motion to Dismiss [Doc. No. 4] and request that the Court extend the time for Defendants to file their Reply through and including February 21, 2020. Plaintiff Eric Slawin ("*Plaintiff*"), through counsel, has consented to this Motion.

In support of this Motion, Defendants submit the following:

1.    Defendants filed their Motion to Dismiss on November 13, 2019. [Doc No. 4.]

601503446.1

2. Thereafter, Plaintiff sought an extension to file his response and Defendants consented.

3. Accordingly, Plaintiff filed his Response in Opposition to Defendants Motion to Dismiss on January 17, 2020. [Doc. No. 23.]

4. Per the local rules, Defendants' reply is currently due on January 31, 2020.

5. Due to defense counsel's upcoming work schedule, including preparation for a trial currently set for March 2, 2020, and several upcoming mediations, Defendants anticipate they will need additional time to file their reply.

6. The requested extension of the briefing schedule is reasonable in length and is not made for the purpose of delay.

WHEREFORE, Defendants respectfully ask that their time to file their Reply in support of their Motion to Dismiss be extended through and including February 21, 2020.

A proposed order is attached for the Court's convenience as Exhibit A.

Respectfully submitted this 21st day of January, 2020.

/s/ Aiten M. McPherson
Christopher P. Galanek (GA Bar No. 282390)
Chris.Galanek@bclplaw.com
Aiten M. McPherson (GA Bar No. 439899)

601503446.1

Aiten.McPherson@bclplaw.com
**BRYAN CAVE LEIGHTON**
**PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600

*Attorneys for First Data Corporation and Fiserv Inc.*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 21st day of January, 2020.

>  */s/ Aiten M. McPherson*
>  Aiten M. McPherson

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **CONSENT MOTION TO EXTEND FIRST DATA CORPORATION AND FISERV, INC.'S TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 21st day of January, 2020.

>  */s/ Aiten M. McPherson*
>  Aiten M. McPherson

601503446.1