IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
ERIC SLAWIN,                              x
                                          :
               Plaintiff,
                                          :
                                              Civil Action File
BANK OF AMERICA MERCHANT                  :   No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;      :
FISERV, INC.,
                                          :
               Defendants.                :
_____x
```

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO DISMISS THE COMPLAINT (DOC. 8)

Plaintiff Eric Slawin, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., with consent of Defendant Bank of America Corporation ("BOA"), moves this Court for an additional extension of one (1) week, to and including February 7, 2020, to file a response to BOA's motion to dismiss the Complaint. (Doc. 6). In support of the motion Plaintiff sets forth as follows:

1. Defendant BOA filed a motion to dismiss the Complaint on November 19, 2019 (Doc. 6).

2. On December 4, 2019, upon Plaintiff's motion and with Defendant's consent, this Court extended the time for Plaintiff to respond to the aforesaid

1

motion to and including January 31, 2020. (Doc. 21 and minute entry dated 12/4/19).

3. This motion is being filed based on events unforeseen at the time the prior motion was filed.

4. On January 20, 2020, Robert Marx's niece gave birth in New Jersey. As a result, he needs to attend a religious ceremony in New Jersey on January 28, 2020. He will be out of town from January 26-29, 2020. His partner, Jean Simonoff Marx, will also be out of town at a conference, from January 24-27, 2020.

5. In view of the foregoing, Plaintiff respectfully requests one (1) additional week, to and including February 7, 2020, to file Plaintiff's response to BOA's motion to dismiss the Complaint (Doc. 6).

6. Defendant BOA's counsel has been advised of this motion and consents to it.

WHEREFORE, it is respectfully requested that the time for Plaintiff to file a response to Defendant BOA's motion to dismiss the Complaint (Doc. 6), be extended to and including February 7, 2020.

Respectfully submitted, this 23rd day of January 2020.

                                                s/Robert N. Marx
                                                Robert N. Marx
                                                Georgia Bar Number 475280
                                                Jean Simonoff Marx

>Georgia Bar Number 475276
>Attorneys for Plaintiff
>Marx & Marx, L.L.C.
>1050 Crown Pointe Parkway
>Suite 500
>Atlanta, Georgia 30338
>Telephone: (404) 261-9559
>lawyers@marxlawgroup.com
>jeannie.marx@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,                                                           x
                                                                        :
                            Plaintiff,
                                                                        :
                                                                               Civil Action File
BANK OF AMERICA MERCHANT                           :    No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;   :
FISERV, INC.,
                                                                        :

                            Defendants.                     :
_____x


CERTIFICATE OF SERVICE

    This is to certify that on January 23, 2020, I electronically filed: **Plaintiff's Consent Motion for Extension of Time to Respond to Defendant Bank of America Corporation's Motion to Dismiss the Complaint (Doc. 6),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

        Christopher Paul Galanek, Esq.
        Bryan Cave Leighton Paisner LLP-ATL
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471
        chris.galanek@bclplaw.com

        Aiten Musaeve McPherson, Esq.
        Bryan Cave Leighton Paisner LLP-ATL
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471
        aiten.mcpherson@ bclplaw.com

Elena D. Marcuss, Esq.
McGuire Woods, LLP
Suite 1000
500 East Pratt Street
Baltimore, MD 21202
emarcuss@mcguirewoods.com

Meredith Loughlin Allen, Esq.
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
mallen@mcguirewoods.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

Respectfully submitted, this 23rd day of January 2020.

   s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlawgroup.com