IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : | |
| | : | Civil Action File |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : | No. 1:19-cv-04129-AT |
| | : | |
| Defendants. | : x | |

PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF FIVE (5) PAGES ON PLAINTIFF'S MEMORANDUM
OF LAW IN OPPOSITION TO DEFENDANT
BANK OF AMERICA MERCHANT SERVICES , LLC'S[1] MOTION TO
DISMISS THE COMPLAINT (DOC. 8)

Plaintiff Eric Slawin, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., with consent of Defendant Bank of America Merchant Services, LLC ("BAMS"), moves this Court for leave to file a memorandum of law of up to thirty (30) pages in opposition to BAMS' motion to dismiss the complaint. (Doc. 8). In support of the motion Plaintiff sets forth as follows:

1. In its motion papers, BAMS raises essentially the same arguments as First Data Corporation ("First Data") and Fiserv, Inc. ("Fiserv") raised in their

---

[1] Sued herein as Bank of America Merchant Services.

1

motion to dismiss the complaint. (Doc. 4).  Plaintiff's response to that motion used up all of the available twenty-five (25) pages under the Local Rules. (Doc. 23).

2. However, in addition to the arguments raised by First Data and Fiserv, BOA raises in more detail an argument that the Consumer Financial Protection Act, 18 U.S.C. §1514A ("CFPA") does not cover BAMS because that statute applies only to consumer transactions and BAMS provided services to merchants, not consumers.  While Plaintiff did respond that argument, made in short compass by First Data and Fiserv, BAMS' argument in its memorandum of law extends to over nine (9) pages. Plaintiff estimates that it will require up to five (5) pages to respond to that more extended argument.

3. Counsel for BAMS has been advised of this motion and does not oppose it.

WHEREFORE, it is respectfully requested that the Court grant Plaintiff leave to file a memorandum of law of up to thirty (30) pages in opposition to BAMS' motion to dismiss the complaint (Doc. 8).

Respectfully submitted, this 4th day of February 2020.

 s/Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500

Atlanta, Georgia 30338
Telephone:  (404) 261-9559
lawyers@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,
                     Plaintiff,

v.

BANK OF AMERICA MERCHANT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;
FISERV, INC.,
                     Defendants.

Civil Action File
No. 1:19-cv-04129-AT

_____x

## CERTIFICATE OF SERVICE

      This is to certify that on February 4, 2020, I electronically filed: **Plaintiff's Consent Motion for Extension of Five (5) Pages on Plaintiff's Memorandum of Law in Opposition to Defendant Bank of America Merchant Services, LLC's Motion to Dismiss the Complaint (Doc. 8),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Elena D. Marcuss**
McGuire Woods, LLP
Suite 1000
Seven Saint Paul Street
Baltimore, MD 21202
410-659-4454
Fax: 410-659-4547
Email:
emarcuss@mcguirewoods.com

**Meredith Laughlin Allen**
McGuire Woods LLP-GA

4

1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
404-443-5738
Fax: 404-443-5773
Email: mlallen@mcguirewoods.com

**Joseph D. Magrisso**
Morgan Lewis & Bockius-FL
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
305-415-3424
Email: joseph.magrisso@morganlewis.com

**Mark E. Zelek**
Morgan Lewis & Bockius-FL
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
305-415-3303
Email: mzelek@morganlewis.com

**Charles Edward Solley**
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
404-537-5330
Fax: 404-537-5340
Email: tsolley@moserlawco.com

**Christopher Paul Galanek**
Bryan Cave Leighton Paisner LLP - ATL
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
404-572-6600
Email: chris.galanek@bclplaw.com

**Aiten Musaeva McPherson**
Bryan Cave Leighton Paisner LLP - ATL
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
404-572-6716
Email: aiten.mcpherson@bclplaw.com

Respectfully submitted, this 4ʰ day of February 2020.

   s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
Email:  lawyers@marxlawgroup.com