# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC.,<br><br>        Defendants. | Civil Action No. 1:19-cv-04129-AT |

## BANK OF AMERICA CORPORATION'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant Bank of America Corporation ("BOA"), with the consent of Plaintiff Eric Slawin, moves this Court for leave to extend the deadline for BOA to file its Reply to Plaintiff's Response in Opposition to BOA's Motion to Dismiss. In support of this Motion, BOA shows the Court the following:

1. BOA filed its Motion to Dismiss on November 19, 2019 [Doc. 6].

2. The Court twice granted Plaintiff's requests to extend the time to respond to BOA's Motion [Doc. 21, 26] and also granted Plaintiff's request to exceed the applicable page limit [Doc. 28].

3. Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss on February 7, 2020 [Doc. 30].

4. The deadline for BOA to file its Reply Brief is currently Friday, February 21, 2020.

5. Plaintiff has consented to a brief extension of time to Friday, March 6, 2020, for BOA to file its Reply Brief. Counsel for the other Defendants have been advised of this Motion and do not oppose it.

Accordingly, BOA respectfully requests that the Court extend the Reply Brief deadline from February 21, 2020, to through and including March 6, 2020.

*[Signature on following page.]*

Respectfully submitted this 12th day of February, 2020.

*s/ Ted Solley*
Ted Solley (GA Bar Number 010108)
Moser Law Co.
112 Krog Street NE Suite 26
Atlanta, GA 30307
404-537-5339
tsolley@moserlawco.com

Sam S. Shaulson (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6718
Fax: (212) 309-6001
sam.shaulson@morganlewis.com

Mark E. Zelek (*pro hac vice*)
Joseph D. Magrisso (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3303
Fax: (305) 415.3001
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

*Attorneys for Defendant Bank of America Corporation*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing brief has been prepared in accordance with Local Rule 5.1, including preparation in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 12th day of February, 2020.

*s/ Ted Solley*
Ted Solley

## **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 12th day of February, 2020.

*s/ Ted Solley*
Ted Solley