THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC SLAWIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:19-cv-04129-AT |
| v. | : | |
| | : | |
| BANK OF AMERICA | : | |
| MERCHANT SERVICES, *et al*., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS**

Defendant Banc of America Merchant Services, LLC ("BAMS" or "Defendant"), with consent of Plaintiff Eric Slawin, moves this Court for an extension of two (2) weeks to and including March 6, 2020, to file a reply to Plaintiff's Response in Opposition to Banc of America Merchant Services, LLC's Motion to Dismiss (Doc. 31). In support of the motion, BAMS sets forth as follows:

1. Defendant BAMS filed a Motion to Dismiss the Counts II and III of Plaintiff's Complaint on November 19, 2019 (the "Motion") (Doc. 8).

2. On December 4, 2019, upon Plaintiff's motion and with Defendant's consent, this Court extended the time for Plaintiff to respond to the Motion to and including January 31, 2020 (Doc. 22 and minute entry dated 12/4/19).

1

3. On January 24, 2020, upon Plaintiff's motion and with Defendant's consent, this Court again extended the time for Plaintiff to respond to the Motion to and including February 7, 2020 (Doc. 27 and minute entry dated 1/24/20).

4. Plaintiff filed his response to the Motion on February 7, 2020, thus making Defendant BAMS reply due on or before February 21, 2020.

5. BAMS respectfully requests two (2) additional weeks, to and including March 6, 2020, to file its reply in support of its Motion.

6. Plaintiff's counsel has been advised of this motion and consents to it.

WHEREFORE, it is respectfully requested that the time for BAMS to file a reply to Plaintiff's Response in Opposition to Banc of America Merchant Services, LLC's Motion to Dismiss (Doc. 31), be extended to and including March 6, 2020.

Respectfully submitted this 14th day of February, 2020.

/s/ M. Laughlin Allen
M. Laughlin Allen
Georgia Bar No. 901999
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade
Atlanta, GA  30309
Tel.: (404) 443-5738
Fax: (404) 443-5773
mlallen@mcguirewoods.com

Elena D. Marcuss (*pro hac vice*)
McGuireWoods LLP

500 East Pratt Street, Suite 1000
Baltimore, MD  21202
Tel.:  (410) 659-4454
Fax:  (410) 659-4547
emarcuss@mcguirewoods.com

*Attorneys for Banc of America Merchant Services, LLC*

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1B

I certify that on February 14, 2020, I electronically filed the foregoing *Defendant Banc of America Merchant Services, LLC's Consent Motion fkor Extension of Time to Reply to Plaintiff's Response to Banc of America Merchant Services, LLC's Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jean Simonoff Marx, Esq.
Robert N. Marx, Esq.
Marx Law Group
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338
jeannie.marx@marxlawgroup.com
robert.marx@marxlawgroup.com
lawyers@marxlawgroup.com

Christopher Paul Galanek, Esq.
Aiten Musaeva McPherson, Esq.
Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com
aiten.mcpherson@bclplaw.com

Mark E. Zelek, Esq.
Joseph D. Magrisso, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

<u>/s/ M. Laughlin Allen</u>
M. Laughlin Allen, Esq.

127084286_1