IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,            x
                  :
        Plaintiff,
                  :
                     Civil Action File
BANK OF AMERICA MERCHANT   :  No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION; :
FISERV, INC.,
                  :

       Defendants.   :
_____x

JOINT MOTION TO AMEND TIME PERIODS SET FORTH IN THE COURT'S
ORDER DATED SEPTEMBER 30, 2020 (Doc. 47)

  The remaining parties, Plaintiff Eric Slawin and Defendant Banc of America Merchant Services, LLC, by their respective counsel jointly move this Court to amend the time deadlines set forth in its Order dated September 30, 2020 (Doc. 47) (hereinafter "the Order") to require submission of an Answer by November 13, 2020 and submission of a Joint Preliminary Report and Discovery Plan ("JPRDP") and Plaintiff's Rule 25(c) motion by December 14, 2020. In support of this motion the parties set forth as follows:

  1. In its September 30, 2020 Order the Court set forth the dates for the parties' submission of a JPRDP on or before October 14, 2020, and for the Plaintiff

1

to file a Rule 25(c) motion on or before October 30, 2020.

2. However, to date no Answer has been filed in this case and the Order does not address filing an Answer.

3. The parties have agreed to conduct a private mediation which has been scheduled for November 3, 2020.

4. The parties respectfully request that the deadlines in this Court's September 30, 2020 Order be reset in order to allow the parties to attempt mediation without incurring further litigation costs in advance of mediation.

5. Accordingly, the parties request that the Court amend the Order to require an Answer to be filed by November 13, 2020.

6. The parties further respectfully request that the Court adjust the other deadlines accordingly, specifically that the deadline for the parties' submission of their JPRDP be reset to December 14, 2020, and the deadline for Plaintiff's submission of a Rule 25(c) motion also be reset to December 14, 2020.

WHEREFORE, it is respectfully requested that the Order be modified to require an Answer be filed by November 13, 2020, that the deadline for submission of a JPRDP be set to December 14, 2020, and that the time for submission of Plaintiff's Rule 25(c) motion be set to on or before December 14, 2020.

Respectfully submitted, this 12th day of October 2020.

s/Jean Simonoff Marx
  Georgia Bar No. 475276
  Robert N. Marx
  Georgia Bar No. 475280
  Marx & Marx, L.L.C.
  1050 Crown Pointe Parkway
  Suite 500
  Atlanta, GA 30338
  Tel. (404) 261-9559
  lawyers@marxlawgroup.com
  Jeannie.marx@marxlawgroup.com
  Attorneys for Plaintiff

s/Elena D. Marcuss*
  M. Laughlin Allen
  Georgia Bar No. 901999
  McGuireWoods LLP
  1230 Peachtree Street, N.E.
  Suite 2100, Promenade
  Atlanta, GA 30309
  Tel.: (404) 443-5738
  mlallen@mcguirewoods.com

  Elena D. Marcuss (admitted pro hac vice)
  McGuire Woods LLP
  500 East Pratt Street, Suite 1000
  Baltimore, MD 21202
  Tel. (410) 659-4454
  emarcuss@mcguirewoods.com

Attorney for Defendant
  Banc of America Merchant Services, LLC

*Jean Simonoff Marx by express permission

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : : | |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : : | Civil Action File No. 1:19-cv-04129-AT |
| Defendants. | : x | |

CERTIFICATE OF SERVICE

    This is to certify that on October 12, 2020, I electronically filed: **Joint Motion to Amend Time Periods Set Forth in the Court's Order Dated September 30, 2020 (Doc. 47),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Christopher Paul Galanek, Esq.
    Bryan Cave Leighton Paisner LLP-ATL
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471
    chris.galanek@bclplaw.com


    Aiten Musaeve McPherson, Esq.
    Bryan Cave Leighton Paisner LLP-ATL
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471

aiten.mcpherson@ bclplaw.com

Meredith Loughlin Allen, Esq.
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
mallen@mcguirewoods.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

Joseph Magrisso
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
joseph.magrisso@morganlewis.com

Mark Zelek
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
mark.zelek@morganlewis.com

Respectfully submitted, this 12th day of October 2020.

    s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500

                Atlanta, Georgia 30338
                Telephone:  (404) 261-9559
                E-mail:  lawyers@marxlawgroup.com