IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
ERIC SLAWIN,                                      x
                                                  :
                Plaintiff,                        :
                                                  :
                                                      Civil Action File
BANK OF AMERICA MERCHANT                          :   No. 1:19-cv-04129-AT
SERVICES; BANK OF AMERICA
CORPORATION; FIRST DATA CORPORATION;              :
FISERV, INC.,
                                                  :

                Defendants.                       :
_____x
```

JOINT MOTION TO AMEND TIME PERIODS SET FORTH IN THE COURT'S
ORDER DATED OCTOBER 13, 2020

The remaining parties, Plaintiff Eric Slawin and Defendant Banc of America Merchant Services, LLC, by their respective counsel jointly move this Court to amend the time deadlines set forth in its October 13, 2020 to require submission of an Answer by December 7, 2020 and submission of a Joint Preliminary Report and Discovery Plan ("JPRDP") and Plaintiff's Rule 25(c) motion by January 13, 2021. In support of this motion the parties set forth as follows:

1. By Order dated October 13, 2020 this Court granted the parties' joint motion (Doc. 48) to amend the time periods set forth in the Court's Order dated

1

September 30, 2020 (Doc. 47). The basis of the parties' joint motion was their intent to attempt mediation on November 3, 2020.

2. However, it came to the parties' attention that a misunderstanding by the mediator's case coordinator resulted in confusion as to whether the mediation would be held virtually or in person. The parties have rescheduled the mediation for November 19, 2020.

3. For the same reasons as set forth in the parties' prior joint motion, they respectfully request that the dates once again be adjusted to allow them to attempt mediation.

4. Accordingly, they respectfully request that in the event mediation is unsuccessful that Banc of America Merchant Services, LLC file its answer by December 7, 2020.

5. Given the Thanksgiving and year end holidays, the parties respectfully request that the deadline for submission of their JPRDP be reset to January 13, 2021, and the deadline for Plaintiff's submission of a Rule 25 (c) motion also be reset to January 13, 2021.

WHEREFORE, it is respectfully requested that the Court's September 30, 2020 and October 13, 2020 Orders be modified to require an Answer be filed by December 7, 2020, that the deadline for submission of a JPRDP be set to January

13, 2021, and that the time for submission of Plaintiff's Rule 25(c) motion be set to on or before January 13, 2021.

Respectfully submitted, this 4th day of November 2020.

| | |
|---|---|
| s/Jean Simonoff Marx*<br>Georgia Bar No. 475276<br>Robert N. Marx<br>Georgia Bar No. 475280<br>Marx & Marx, L.L.C.<br>1050 Crown Pointe Parkway<br>Suite 500<br>Atlanta, GA 30338<br>Tel. (404) 261-9559<br>lawyers@marxlawgroup.com<br>Jeannie.marx@marxlawgroup.com<br>Attorneys for Plaintiff<br><br>*M. Laughlin Allen by express permission | s/M. Laughlin Allen<br>M. Laughlin Allen<br>Georgia Bar No. 901999<br>McGuireWoods LLP<br>1230 Peachtree Street, N.E.<br>Suite 2100, Promenade<br>Atlanta, GA 30309<br>Tel.: (404) 443-5738<br>mlallen@mcguirewoods.com<br><br>Elena D. Marcuss (admitted pro hac vice)<br>McGuire Woods LLP<br>500 East Pratt Street, Suite 1000<br>Baltimore, MD 21202<br>Tel. (410) 659-4454<br>emarcuss@mcguirewoods.com<br><br>Attorneys for Defendant<br>Banc of America Merchant Services, LLC |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : : | |
| | : | Civil Action File |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : : | No. 1:19-cv-04129-AT |
| Defendants. | : : | |
| _____ | x | |

CERTIFICATE OF SERVICE
AND COMPLIANCE WITH LOCAL RULE 5.1B

This is to certify that on November 4, 2020, I electronically filed: **Joint Motion to Amend Time Periods Set Forth in the Court's Order Dated October 13, 2020,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Christopher Paul Galanek, Esq.
Bryan Cave Leighton Paisner LLP-ATL
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com

4

Aiten Musaeve McPherson, Esq.
Bryan Cave Leighton Paisner LLP-ATL
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
aiten.mcpherson@ bclplaw.com

Meredith Laughlin Allen, Esq.
McGuireWoods LLP-GA
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
mallen@mcguirewoods.com

Charles Edward Solley, Esq.
Moser Law Company
The Stove Works
Suite 26
112 Krog Street, N.E.
Atlanta, GA 30307
tsolley@moserlawco.com

Joseph Magrisso
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
joseph.magrisso@morganlewis.com

Mark Zelek
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
mark.zelek@morganlewis.com

>Jean Sminoff Marx
>Robert N. Marx
>Marx & Marx, L.L.C.
>1050 Crown Pointe Parkway
>Suite 500
>Atlanta, Georgia 30338
>lawyers@marxlawgroup.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Respectfully submitted, this 4th day of November 2020.

>*/s/ M. Laughlin Allen*
>M. Laughlin Allen
>Georgia Bar No. 901999
>McGuireWoods LLP
>1230 Peachtree Street, N.E.
>Suite 2100, Promenade
>Atlanta, GA  30309
>Tel.:  (404) 443-5738
>Fax:  (404) 443-5773
>mlallen@mcguirewoods.com
>*Attorneys for Banc of America Merchant Services, LLC*

137190957_2