IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## CONSENT MOTION TO EXTEND TIME TO MOVE TO ADD OR SUBSTITUTE PARTIES UNDER FED. R. CIV. P. 25 (c) OR UNDER OTHER APPROPRIATE RULE, STATUTE OR THEORY OF THE CASE

Plaintiff, Eric Slawin, by his attorneys, Marx & Marx, L.L.C., with Defendant's consent, move this Court to extend until twenty (20) days after the close of discovery in this matter, to move this Court to add or substitute parties under Fed. R. Civ. P. 25(c) or under any other appropriate rule, statute or theory of the case. In support of this motion, Plaintiff sets forth as follows:

1. As this Court is aware (Docs. 4, 6, 8, 30, 31, 47), the respective motions to dismiss brought by Fiserv, Inc. (Fiserv), Bank of America Corporation (BOA) and Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services (BAMS), and the responses in opposition thereto, as well as BAMS'

1

recently filed Answer (Doc. 50), raise the issues of whether Fiserv and/or BOA should be substituted as named Defendants pursuant to Fed. R. Civ. P. 25(c), and/or whether either or both of those entities should be held liable for payment of all or part of a judgment that might be entered against BAMS in this matter.

2.  According to SEC filings by Fiserv and BOA, BAMS is a joint venture between BOA and Fiserv. According to BAMS' current website, "Banc of America Merchant Services, LLC is a joint venture between Bank of America and Fiserv [formerly First Data]. In July 2019, it was announced that they will pursue independent merchant services strategies as of July 2020 – resulting in the dissolution of Banc of America Merchant Services, LLC. Bank of America and Fiserv have an agreement to provide uninterrupted delivery of products and services to Bank of America Merchant Services, LLC Clients. . . .**You will receive a notice in the mail which will inform you if your merchant services contract has been assigned to either Fiserv or Bank of America.**" (emphasis in original). https://www.bankofamerica.com/smallbusiness/merchant-services/merchant-services-faq/.

3.  BAMS' Description of Case (Item (b)) in the Joint Preliminary Report And Discovery Plan, filed simultaneously with this motion, now introduces yet another entity, JV Wind Down, LLC, without describing its formation as it might relate to the continued existence of BAMS and without identifying the state where

it was incorporated.  As of the date of this motion, the Georgia Secretary of State's website does not reflect any registration by a corporation under the name, JV Wind Down, LLC.

4. BAMS has alleged ambiguously in its Answer that it is a joint venture and is an LLC whose "members" are subsidiaries of First Data/Fiserv and Bank of America Corporation. Plaintiff's discovery will be aimed at disentangling the corporate structure and ascertaining the existence and location of corporate assets.

5. This Court's Order on the Defendants' motion to dismiss (Doc. BAMS' Answer (Doc. 47) permits Mr. Slawin to file any appropriate motion under Fed. R. Civ. P. 25(c) and if necessary, to conduct any necessary discovery with respect to such motion.

6. By Order dated November 5, 2020, the time for Plaintiff to file such motion was extended to the date of this motion, January 13, 2021.

7. The parties discussed this issue at their conference on January 8, 2021 but were unable to agree upon a resolution of it.

8. While BAMS does not join in Plaintiff's position that discovery of this issue is necessary, BAMS does not oppose this current motion.

9. Especially insofar as BAMS has not introduced yet another entity, JV Wind Down, LLC, into this litigation, it is respectfully submitted that Plaintiff needs to conduct discovery regarding the existence of BAMS, its dissolution, any

3

relevant contracts between and/or among BAMS, BOA, Fiserv and JV Wind Down, LLC, and the transfer of any assets and assumption of liabilities between or among any of the foregoing entities, or other entities.

10. Plaintiff respectfully requests that the deadline for him to file any appropriate motion under Fed. R, Civ. P. 25(c) be extended to a date twenty (20) days from the close of discovery in this matter, or to such other date as the Court might deem appropriate.

11. Defendant has been advised of this motion and does not oppose it.

WHEREFORE, it is respectfully requested that the deadline for Plaintiff to file any appropriate motion under Fed. R, Civ. P. 25(c) be extended to a date twenty (20) days from the close of discovery in this matter.

Respectfully submitted, this 13th day of January 2021.

    s/Robert N. Marx
Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

     This is to certify that on January 13, 2021, I electronically filed: **Consent Motion to Extend Time to Move to Add or Substitute Parties under Fed. R. Civ. P. 25(c) or Under other Appropriate Rule, Statute or Theory of the Case**, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

        Elena D. Marcuss, Esq.
        McGuire Woods, LLP
        Suite 1000
        500 East Pratt Street
        Baltimore, MD 21202
        emarcuss@mcguirewoods.com

        Meredith Loughlin Allen, Esq.
        McGuire Woods LLP-GA
        1230 Peachtree Street, N.E.
        Promenade, Suite 2100
        Atlanta, GA 30309-3534

mallen@mcguirewoods.com

Respectfully submitted, this 13th day of January 2021.

 s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlawgroup.com