IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC SLAWIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:19-cv-4129-AT |
| v. | : | |
| | : | |
| BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 53), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDP, except as herein modified. The Parties' request for an eight-month discovery period is **GRANTED**.

Also before the Court is Plaintiff's Consent Motion to Extend Time to Move to Add or Substitute Parties under Fed. R. Civ. P. 25(c) [Doc. 52]. Plaintiff requests that the deadline for Plaintiff to file any appropriate motion under Fed. R. Civ. P. 25(c) be extended to a date 20 days from the close of discovery in this matter. The Court is concerned that such a lengthy extension would unnecessarily extend the proceedings, as it is possible that any newly-added

parties would desire an opportunity to engage in discovery as well. As such, Plaintiff's request to extend the deadline to a date 20 days from the close of discovery in this matter is **DENIED**. However, the Court will extend the deadline for Plaintiff to move to add or substitute parties under Fed. R. Civ. P. 25(c) to the halfway marker of the discovery period, at four months. If the Parties, now or at any time prior to the four-month deadline, believe that an extension beyond this is necessary, they should contact the Court to schedule a teleconference on this matter.

**IT IS SO ORDERED** this 14th day of January, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**