IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:19-cv-04129-AT |
| v. | : |
| | : |
| BANK OF AMERICA | : |
| MERCHANT SERVICES, *et al*., | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

Please take notice that on January 27, 2021, Defendant Banc of America Merchant Services, LLC by counsel and pursuant to Local Rules 5.4(A) and 26.3(A), served its *Initial Disclosures* on counsel of record via US Mail and electronic mail as follows:

Jean Simonoff Marx, Esq.
Robert N. Marx, Esq.
Marx Law Group
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338
jeannie.marx@marxlawgroup.com
robert.marx@marxlawgroup.com
lawyers@marxlawgroup.com

Christopher Paul Galanek, Esq.
Aiten Musaeva McPherson, Esq.

1

Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com
aiten.mcpherson@bclplaw.com

Mark E. Zelek, Esq.
Joseph D. Magrisso, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Ted Solley, Esq.
Moser Law Co.
112 Krog Street NE Suite 26
Atlanta, GA 30307
tsolley@moserlawco.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

> /s/ M. Laughlin Allen
> M. Laughlin Allen (GA Bar No. 901999)
> MCGUIREWOODS LLP
> 1230 Peachtree Street, N.E., Suite 2100
> Atlanta, Georgia 30309-3534
> Telephone:  (404) 443-5500
> Facsimile:   (404) 443-5599
> mlallen@mcguirewoods.com
> *Counsel for the Defendant Banc of America Merchant Services, LLC*