# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:19-cv-04129-AT |
| v. | : |
| | : |
| BANK OF AMERICA | : |
| MERCHANT SERVICES, *et al.*, | : |
| | : |
| Defendants. | : |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Banc of America Merchant Services, LLC, now known as JV Wind Down, LLC, hereby gives notice of its intent to serve the subpoena attached as **Exhibit A** on Wells Fargo Bank, N.A.

Dated: February 19, 2021

/s/ *M. Laughlin Allen*
M. Laughlin Allen, Esq.
Georgia Bar No. 901999
McGuireWoods LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309-3534
Telephone: (404) 443-5500
Facsimile: (404) 443-5599
mlallen@mcguirewoods.com

                                        Elena D. Marcuss (admitted *pro hac vice*)
                                        McGuireWoods LLP
                                        500 East Pratt Street, Suite 1000
                                        Baltimore, MD  21202
                                        Tel.:  (410) 659-4454/Fax:  (410) 659-4547
                                        emarcuss@mcguirewoods.com
                                        *Counsel for Defendant Banc of America*
                                        *Merchant Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : |
| | : |
| Plaintiff, | :  CIVIL ACTION NO. |
| | :  1:19-cv-04129-AT |
| v. | : |
| | : |
| BANK OF AMERICA | : |
| MERCHANT SERVICES, *et al.*, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

Please take notice that on February 19, 2021, Defendant Banc of America Merchant Services, LLC by counsel and pursuant to Local Rules 5.4(A) and 26.3(A), served its *Notice of Intent to Serve Subpoena* by filing the same with CMECF which will deliver service copies to the following:

Jean Simonoff Marx, Esq.
Robert N. Marx, Esq.
Marx Law Group
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338
jeannie.marx@marxlawgroup.com
robert.marx@marxlawgroup.com
lawyers@marxlawgroup.com

Christopher Paul Galanek, Esq.
Aiten Musaeva McPherson, Esq.

1

<div style="text-align:center">

Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com
aiten.mcpherson@bclplaw.com

Mark E. Zelek, Esq.
Joseph D. Magrisso, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Ted Solley, Esq.
Moser Law Co.
112 Krog Street NE Suite 26
Atlanta, GA 30307
tsolley@moserlawco.com

</div>

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

<div style="margin-left:50%">

*/s/ M. Laughlin Allen*
M. Laughlin Allen (GA Bar No. 901999)
MCGUIREWOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309-3534
Telephone:  (404) 443-5500
Facsimile:   (404) 443-5599
mlallen@mcguirewoods.com
*Counsel for the Defendant Banc of America Merchant Services, LLC*

</div>