# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC SLAWIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:19-cv-04129-AT |
| v. | : | |
| | : | |
| BANK OF AMERICA | : | |
| MERCHANT SERVICES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify, pursuant to Local Rule 5.4, that on February 19, 2021, I served a true and correct copy of the following upon all counsel of record for all parties to this action via U.S. Mail:

1. Banc of America Merchant Services LLC's First Interrogatories to Plaintiff.

2. Bank of America Merchant Services LLC's First Request for Production to Plaintiff.

The original discovery documents are being retained in the possession of counsel for Banc of America Merchant Services, LLC in accordance with the rules of this Court.

1

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2021, I electronically filed the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Jean Simonoff Marx, Esq.
Robert N. Marx, Esq.
Marx Law Group
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
jeannie.marx@marxlawgroup.com
robert.marx@marxlawgroup.com
lawyers@marxlawgroup.com

Christopher Paul Galanek, Esq.
Aiten Musaeva McPherson, Esq.
Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com
aiten.mcpherson@bclplaw.com

Mark E. Zelek, Esq.
Joseph D. Magrisso, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Ted Solley, Esq.
Moser Law Co.
112 Krog Street NE Suite 26
Atlanta, GA 30307
tsolley@moserlawco.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ M. Laughlin Allen
M. Laughlin Allen, Esq. (GA Bar No. 901999)
McGuireWoods LLP
1230 Peachtree Street, N.E. Suite 2100
Atlanta, GA 30309-3534
Telephone:  (404) 443-5738
Facsimile:   (404) 443-5773
mlallen@mcguirewoods.com

141533589_1