THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 1:19-cv-04129-AT |
| v. : | |
| : | |
| BANK OF AMERICA : | |
| MERCHANT SERVICES, *et al*., : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of M. Laughlin Allen and Elena D. Marcuss as counsel of record for Defendant Banc of America Merchant Services, LLC ("BAMS"). Aiten M. McPherson and Christopher P. Galanek of Bryan Cave Leighton Paisner LLP, One Atlantic Center, 14th Floor, 1201 West Peachtree Street, NW, Atlanta, Georgia 30309 will continue to represent Defendant Banc of America Merchant Services, LLC, now known as JV Wind Down, LLC.

Respectfully submitted this 9th day of April, 2021.

/s/ *M. Laughlin Allen*
M. Laughlin Allen
Georgia Bar No. 901999
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade

1

Atlanta, GA  30309
Tel.:  (404) 443-5738
Fax:  (404) 443-5773
mlallen@mcguirewoods.com

Elena D. Marcuss (admitted *pro hac vice*)
McGuireWoods LLP
500 East Pratt Street, Suite 1000
Baltimore, MD  21202
Tel.:  (410) 659-4454
Fax:  (410) 659-4547
emarcuss@mcguirewoods.com
*Attorneys for Banc of America Merchant Services, LLC*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1B

I certify that on April 9, 2021, I electronically filed the foregoing *Notice of Withdrawal of Appearance of Counsel* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jean Simonoff Marx, Esq.
Robert N. Marx, Esq.
Marx Law Group
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338
jeannie.marx@marxlawgroup.com
robert.marx@marxlawgroup.com
lawyers@marxlawgroup.com

Christopher Paul Galanek, Esq.
Aiten Musaeva McPherson, Esq.
Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St., N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com
aiten.mcpherson@bclplaw.com

Mark E. Zelek, Esq.
Joseph D. Magrisso, Esq.
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339

mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Ted Solley, Esq.
Moser Law Co.
112 Krog Street NE Suite 26
Atlanta, GA 30307
tsolley@moserlawco.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

*/s/ M. Laughlin Allen*
M. Laughlin Allen, Esq.

143534059_1