IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>       Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>       Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on April 2, 2021, I served: **Plaintiff's First Document Requests** by email to Defendant's attorney of record as follows:

> M. Laughlin Allen, Esq.
> McGuire Woods LLP
> 1230 Peachtree Street, N.E.
> Suite 2100, Promenade
> Atlanta, GA 30309
> mlallen@mcguirewoods.com

Respectfully submitted, this 2nd day of April 2021.

>  s/Jean Simonoff Marx
> Georgia Bar Number 475276
> Attorneys for Plaintiff
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway
> Suite 500
> Atlanta, Georgia 30338

1

2

Telephone: (404) 261-9559
E-mail:  lawyers@marxlawgroup.com