IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>         Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>         Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on June 21, 2021, I served: **Plaintiff's First Interrogatories** by email to Defendant's attorney of record as follows:

> Christopher P. Galanek
> chris.galanek@bclplaw.com
> Aiten M. McPherson
> aiten.mcpherson@bclplaw.com

Respectfully submitted, this 21st day of June 2021.

> s/Robert N. Marx
> Georgia Bar Number 475280
> Attorneys for Plaintiff
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway
> Suite 500
> Atlanta, Georgia 30338

1

2

                              Telephone: (404) 261-9559
                              E-mail:  lawyers@marxlawgroup.com