

Christopher P. Galanek
Direct: (404) 572-6979
Cell: (404) 849-8522
Email: chris.galanek@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center  14th Floor
1201 W Peachtree St NW
Atlanta  GA 30309 3471
T: +1 404 572 6600
F: +1 404 572 6999
bclplaw.com

June 30, 2021

Mr. Harry Martin
Courtroom Deputy Clerk
Northern District of Georgia
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *Eric Slawin v. Banc of America Merchant Services, LLC, et al.*
**U.S. District Court, Northern District of Georgia, Atlanta Division
Civil Action File No. 1:19-cv-4129-AT**

Dear Mr. Martin:

The undersigned is lead counsel for Defendant Banc of America Merchant Services, LLC in the above-referenced matter.  I respectfully request, pursuant to Local Rule 83.1(E)(4), that no items be set for calendar between July 30, 2021 through August 9, 2021, as I will be on a family vacation.

Respectfully submitted,

*/s/Christopher P. Galanek*
Christopher P. Galanek
For Bryan Cave Leighton Paisner LLP

CPG/cdb

cc: Robert Marx, Esq., Marx & Marx
    (Counsel for Plaintiff)