IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

MOTION TO AMEND
THE SCHEDULING ORDER IN THIS MATTER (DOC. 54)

Plaintiff, by and through his respective counsel of record, hereby move this Court for an Order amending the Scheduling Order in this matter (Doc. 54), as requested herein, for the reasons set forth below.

1. By docket entry dated June 4, 2021 this Court previously amended the Scheduling Order in this matter to extend discovery up to and including December 31, 2021, and to extend the time for Plaintiff to file any appropriate motion to add or substitute parties under Fed.R.Civ.P. 25(c) to and including September 20, 2021.

1

2. A mediation in this matter was attempted on November 19, 2020 but was not successful.

3. The parties have agreed to revisit mediation and have identified a mediator upon whom both sides agree. Presently, given the mediator's schedule, and the schedules of the parties and their counsel, the first available date for a further mediation is November 22, 2021, which date has been confirmed with the mediator, counsel and the parties.

4. Both parties served their initial set of discovery requests. Plaintiff has fully responded to Defendant's initial set of Document Requests and Interrogatories. Defendant requested and was granted further extensions of time to respond to Plaintiff's discovery based in part on Defendant's assertion of substitution of counsel and because of the dissolution of BAMS, it would take time to amass responsive documents. To date, BAMS has not responded to Plaintiff's discovery in any substantive way that would permit plaintiff to make the aforesaid Rule 25 (c) motion.

5. Counsel for the parties are in the process of endeavoring to address and resolve outstanding discovery issues, and to narrow any issues that would be presented to the Court in compliance with the Court's instructions regarding the presentation of any discovery dispute to the Court. To this end counsel have exchanged emails and letters discussing discovery

issues, as well as have participated in phone conversations regarding disputed discovery issues.

6. Given that the parties are scheduling a second mediation in this case, the Plaintiff respectfully requests that the Court modify the current scheduling order to withdraw the current deadlines set forth in the Court's Order, and to schedule a conference with the Court to reset dates, if the further mediation proves unsuccessful. Accordingly, Plaintiff respectfully requests that the Court schedule a status conference with the parties within 14 days after that mediation date, to discuss the status of discovery and to reset deadlines in this case if necessary.

7. Defendant's counsel has been apprised of this motion and has indicated that it will likely consent but has not yet given a definitive response.

WHEREFORE, the Plaintiff respectfully requests that the Scheduling Order be modified as requested herein.

Respectfully submitted this 20th day of September 2021.

> s/Robert N. Marx
> Robert N. Marx, Esq.
> Georgia Bar No. 475280
> Jean Simonoff Marx, Esq.
> Georgia Bar No. 475276
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway
> Suite 500
> Atlanta, Georgia 30338
> Telephone: (404) 261-9559

lawyers@marxlawgroup.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on September 20, 2021, I served: **Plaintiff's Motion to Amend the Scheduling Order in this Matter (Doc. 54)** by email to Defendant's attorney of record as follows:

>Christopher P. Galanek
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, Ga 30309-3471
>chris.galanek@bclplaw.com

Respectfully submitted, this 20th day of September 2021.

>/s/Robert N. Marx
>Georgia Bar Number 475280
>Attorneys for Plaintiff
>Marx & Marx, L.L.C.
>1050 Crown Pointe Parkway
>Suite 500

Atlanta, Georgia 30338
Telephone: (404) 261-9559
E-mail: lawyers@marxlawgroup.com