IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>      Plaintiff<br><br>v.<br><br>BANK OF AMERICA MERCHANT SERVICES,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:19-cv-4129-AT |

O R D E R

Presently before the Court is the parties Motion to Amend the Scheduling Order [Doc. 70] in which the parties state that they would like to revisit settlement discussions and participate in mediation. The parties have agreed on a mediator and have identified a potential date of November 22, 2021, to hold a mediation.

The Motion to Amend the Scheduling Order [Doc. 70] is **DENIED AS MOOT**, and this case is **ADMINISTRATIVELY CLOSED,** pending the outcome of the mediation. The parties are **DIRECTED** to file a joint status report within **FIVE (5) DAYS** of the completion of the mediation advising as to whether it was successful, and, if not, to file a joint proposed scheduling order that allows for the completion of remaining discovery and dispositive motions, as well as a request to re-open the case.

IT IS SO ORDERED, this 21st day of September 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**