UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., <br><br> Defendants. | Civil Action No. 1:19-cv-04129-AT |

## MOTION TO WITHDRAW

COMES NOW, the undersigned attorney, Mark Zelek, and hereby requests permission to withdraw from representation of Defendant Bank of America Corporation ("Defendant"). Mr. Zelek retired from the law firm of Morgan, Lewis & Bockius LLP.

Defendant will continue to be represented by Joseph Magrisso and Samuel Shaulson of Morgan, Lewis & Bockius and Charles Edward Solley of Moser Law Co. This motion is not intended to delay the proceedings and granting it will not prejudice any of the parties.

DB1/ 124696834.1

Respectfully submitted this 4th day of October, 2021.

*s/ Mark Zelek*
Mark E. Zelek (*pro hac vice*)
Joseph D. Magrisso (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3303
Fax: (305) 415.3001
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Samuel S. Shaulson (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6718
Fax: (212) 309-6001
sam.shaulson@morganlewis.com

Charles Edward Solley (GA Bar Number 010108)
MOSER LAW CO.
112 Krog Street NE Suite 26
Atlanta, GA 30307
404-537-5339
tsolley@moserlawco.com

*Attorneys for Defendant Bank of America Corporation*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion has been prepared in accordance with Local Rule 5.1, including preparation in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 4th day of October, 2021.

                                              *s/ Mark Zelek*
                                              Mark E. Zelek

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 4th day of October, 2021.

*s/ Mark Zelek*
Mark E. Zelek

DB1/ 124696834.1