## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

COME NOW Plaintiff Eric Slawin ("*Plaintiff*") and Defendant Bank of America Merchant Services ("*BAMS*") (collectively the "*Parties*") and hereby file a Joint Status Report and Joint Proposed Scheduling Order as directed by the Court in its September 21, 2021 Order [Dkt. No. 71] and show the Court as follows:

1.　　The Parties mediated this case on November 22, 2021. The mediation was unsuccessful.

2.　　Pursuant to the Court's Order directing the Parties to file a proposed scheduling order within five (5) days if the mediation was unsuccessful, the Parties

submit the attached Proposed Scheduling Order and propose the following deadlines for the case.

3. The Parties request that this case be reopened as of January 3, 2022.

4. Any affirmative expert report will be submitted on or before May 2, 2022. Any rebuttal expert report will be due on or before June 2, 2022.

5. Discovery will close in this matter on July 11, 2022.

6. Any dispositive motions will be filed within 30 days of the close of discovery, on or before August 10, 2022.

7. The Parties will submit their pretrial orders if necessary within 30 days after the Court rules on any dispositive motion.

Respectfully submitted this 29th day of November 2021.

| | |
|---|---|
| */s/ Robert N. Marx*<br>Jean Simonoff Marx (GA Bar No. 475276)<br>Robert N. Marx  (GA Bar No. 475280)<br><br>**MARX & MARX, L.L.C.**<br>1050 Crown Pointe Parkway<br>Suite 500<br>Atlanta, GA 30338<br>jeannie.marx@marxlawgroup.com<br>robert.marx@marxlawgroup.com<br>Tel. (404) 261-9559 | */s/ Aiten M. McPherson*<br>Christopher P. Galanek (GA Bar No. 282390)<br>Chris.Galanek@bclplaw.com<br>Aiten M. McPherson (GA Bar No. 439899)<br>Aiten.McPherson@bclplaw.com<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>One Atlantic Center, Fourteenth Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia 30309<br>Telephone: 404-572-6600 |

604485384.1

*Attorneys for Plaintiff*                 *Attorneys for Banc of America Merchant Services, LLC*

604485384.1

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 29th day of November, 2021.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 29th day of November 2021.

*/s/ Aiten M. McPherson*
Aiten M. McPherson
