IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>               Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT<br>SERVICES, LLC, s/h/a BANK OF<br>AMERICA MERCHANT<br>SERVICES,<br><br>               Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

MOTION TO REOPEN AND FOR
TELEPHONIC CONFERENCE PURSUANT TO FED.R.CIV.P. 16

1.  On September 21, 2020 (Doc. 71) this matter was administratively closed, based on the parties' advisement to the Court that they had decided to attempt a second mediation in this matter.

2.  The Order (Doc. 71) directed the parties to advise the Court within five (5) days of the mediation whether or not the mediation had been successful, and if it had not been successful, to jointly request that the matter be re-opened and propose a scheduling order that would allow for the completion of remaining discovery and dispositive motions.

3.  The mediation was held on November 22, 2021 and was not successful.

1

4.  On November 29, 2021, the parties filed a Joint Status Report and Proposed Scheduling Order (Doc. 75).

5.  In the Joint Status Report and Proposed Scheduling Order (Doc. 75), the parties requested that this case be reopened as of January 3, 2022 and contained other requested deadlines as had been directed by the Court.

6.  To date, the matter has not been reopened.

7.  Accordingly, Plaintiff requests that this matter be reopened and that the Court schedule a telephonic conference to reset/modify the Scheduling Order in this matter.

8.  Defendant has been advised of this motion and does not object to it.

WHEREFORE, Plaintiff requests that this matter be reopened and that the Court schedule a telephonic conference to reset/modify the Scheduling Order in this matter.

Respectfully submitted this 10th day of February 2022.

       s/Robert N. Marx
Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
lawyers@marxlawgroup.com

2

jeannie.marx@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>               Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT<br>SERVICES, LLC, s/h/a BANK OF<br>AMERICA MERCHANT<br>SERVICES,<br><br>               Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on February 10, 2022, I electronically filed: **Motion to Reopen and for Telephonic Conference Pursuant to Fed.R.Civ.P. 16,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher Paul Galanek, Esq.
Bryan Cave Leighton Paisner LLP-ATL
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
chris.galanek@bclplaw.com

Aiten Musaeve McPherson, Esq.
Bryan Cave Leighton Paisner LLP-ATL
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
aiten.mcpherson@ bclplaw.com

4

Respectfully submitted, this 10th day of February 2022.

                                       s/Robert N. Marx

                                        Georgia Bar Number 475280

                                        Marx & Marx, L.L.C.

                                        Attorneys for Plaintiff

                                        1050 Crown Pointe Parkway

                                        Suite 500

                                        Atlanta, Georgia 30338

                                        Telephone:  (404) 261-9559

                                        E-mail:  lawyers@marxlawgroup.com