# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## JOINT PROPOSED MODIFIED SCHEDULING ORDER

COME NOW Plaintiff Eric Slawin ("***Plaintiff***") and Defendant Bank of America Merchant Services ("***BAMS***") (collectively the "***Parties***") and hereby file a Joint Proposed Modified Scheduling Order as directed by the Court in its February 11, 2022 Order and show the Court as follows:

1. The Parties mediated this case on November 22, 2021. The mediation was unsuccessful.

2. Pursuant to the Court's Order on February 11, 2022 directing the Parties to file a proposed modified scheduling order outlining all remaining discovery and

604485384.3

dispositive motions deadlines, the Parties submit the attached Proposed Modified Scheduling Order and propose the following deadlines for the case.

3. Any affirmative expert report will be submitted on or before August 1, 2022. Any rebuttal expert report will be due on or before September 1, 2022.

4. Discovery will close in this matter on October 15, 2022.

5. Any dispositive motions will be filed within 30 days of the close of discovery, on or before November 14, 2022.

6. The Parties will submit their pretrial orders if necessary within 30 days after the Court rules on any dispositive motion.

Respectfully submitted this 28th day of February 2022.

| | |
|---|---|
| */s/ Robert N. Marx*<br>Jean Simonoff Marx (GA Bar No. 475276)<br>Robert N. Marx (GA Bar No. 475280)<br><br>**MARX & MARX, L.L.C.**<br>1050 Crown Pointe Parkway<br>Suite 500<br>Atlanta, GA 30338<br>jeannie.marx@marxlawgroup.com<br>robert.marx@marxlawgroup.com<br>Tel. (404) 261-9559<br><br>*Attorneys for Plaintiff* | */s/ Aiten M. McPherson*<br>Christopher P. Galanek (GA Bar No. 282390)<br>Chris.Galanek@bclplaw.com<br>Aiten M. McPherson (GA Bar No. 439899)<br>Aiten.McPherson@bclplaw.com<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>One Atlantic Center, Fourteenth Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia 30309<br>Telephone: 404-572-6600<br><br>*Attorneys for Banc of America Merchant Services, LLC* |

604485384.3

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 28th day of February 2022.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **JOINT PROPOSED MODIFIED SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 28th day of February 2022.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

604485384.3