IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CONSENT MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO NON-PARTY FISERV, INC.'S MOTION TO QUASH SUBPOENA**

　　　Plaintiff, Eric Slawin by his counsel of record, Robert N. Marx, of Marx & Marx, L.L.C., with consent of non-party Fiserv, Inc., moves this Court for an extension of fourteen (14) days to respond to the motion by non-party Fiserv, Inc. to quash a subpoena issued by Plaintiff.  In support of the motion, Plaintiff sets forth as follows:

　　　1.　Non-party Fiserv, Inc.'s motion to quash the subpoena was filed on March 10, 2022. (Doc. 79).  Accordingly, the Local Rules provide that Plaintiff's response is currently due on March 24, 2022.

2. Due to Plaintiff's counsel's current work schedule, including preparation for an upcoming trial currently set for May 16, 2022, and other deadlines in other cases, Plaintiff anticipates that he will need additional time to file his response.

3. Plaintiff requests an extension of fourteen (14) days, to and including April 7, 2022, to file a response to the aforesaid motion to quash the subpoena.

4. It is respectfully submitted that the requested extension is reasonable in length and is not requested for the purpose of delay.

5. Counsel for non-party Fiserv, Inc. consents to this motion.

WHEREFORE, Plaintiff respectfully moves this Court that the time for Plaintiff to respond to non-party Fiserv, Inc.'s motion to quash subpoena be extended to and including April 7, 2022.

This 21st day of March 2022.

    s/Robert N. Marx
    Robert N. Marx, Esq.
    Georgia Bar No. 475280
    Jean Simonoff Marx, Esq.
    Georgia Bar No. 475276
    Marx & Marx, L.L.C.
    1050 Crown Pointe Parkway
    Suite 500
    Atlanta, Georgia 30338
    Telephone: (404) 261-9559
    lawyers@marxlawgroup.com
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on March 21, 2022, I electronically filed: **Consent Motion to Extend Plaintiff's Time to Respond to Non-Party Fiserv, Inc.'s Motion to Quash Subpoena,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Christopher P. Galanek
    chris.galanek@bclplaw.com
    Aiten M. McPherson
    aiten.mcpherson@bclplaw.com
    Bryan Cave Leighton Paisner LLP-ATL
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471
    Tel. (404) 572-6600
    Counsel for Defendant and for Non-Party Fiserv, Inc.

Respectfully submitted, this 21st day of March 2022.

                                                s/Robert N. Marx
                                                Georgia Bar Number 475280
                                                Attorneys for Plaintiff
                                                Marx & Marx, L.L.C.
                                                1050 Crown Pointe Parkway
                                                Suite 500
                                                Atlanta, Georgia 30338
                                                Telephone:  (404) 261-9559
                                                E-mail:  lawyers@marxlawgroup.com