IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>      Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>      Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## DECLARATION OF ERIC SLAWIN

I, ERIC SLAWIN, pursuant to 28 U.S.C. §1746, declare and state as follows under penalty of perjury:

1. I am the Plaintiff in this action.

2. On November 5, 2015, I was hired by Defendant Banc of America Merchant Services, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES ("BAMS") as VP Operations Control Officer and remained in that position until I was fired by BAMS on December 12, 2017.

1

3. My job duties involved identification and assessment of risk and compliance issues, development of risk and compliance strategies, oversight of milestones, including remediation if necessary, to ensure successful audit results. My core job function and responsibilities was to evaluate BAMS' compliance issues and risk and to develop measures to mitigate risk, and to advise BAMS about responding to client inquiries regarding data security.

4. I am familiar with the Master Service Agreements ("MSA's"), the number of customers BAMS had and the credit card company rule books.

5. MSA's typically had a duration of three years.

6. BAMS had substantially in excess of ten thousand (10,000) customers.

7. I understand that it is Fiserv, Inc.'s position that the credit card company rule books are publicly available and easy to access. That is not true. Whether or not they are publicly available, which I doubt, they are difficult to access and in any event they are changed from time to time.

Executed on this 5 day of April 2022.

_____
ERIC SLAWIN