# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIC SLAWIN, | |
| Plaintiff, | |
| v. | Civil Action File No. 1:19-cv-04129-AT |
| BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, | |
| Defendant. | |

## <u>DECLARATION OF AITEN M. MCPHERSON</u>

I, Aiten M. McPherson, declare as follows:

1.      I am more than eighteen (18) years of age, I am competent to give this testimony and make this Declaration, and have knowledge of the facts stated herein.

2.      I earned a Juris Doctorate degree from the University of Georgia School of Law in 2013 and have been a member of the State Bar of Georgia since 2013.

3.      I am a partner with Bryan Cave Leighton Paisner, LLP, which represents Bank of America Merchant Services LLC ("***BAMS***") in this matter.

4.      On or about April 2, 2021, Plaintiff Eric Slawin ("***Plaintiff***") served his First Document Requests on BAMS.

5.      On July 2, 2021, and pursuant to an agreed upon extension with Plaintiff, BAMS provided written responses to Plaintiff's First Document Requests and produced 110 pages of responsive documents. A true and correct copy of the July 2, 2021 email is attached hereto as Exhibit A.

6.      Due to the nature of Plaintiff's documents requests, BAMS withheld certain confidential documents until the Parties agreed on a Protective Order.

7.      On August 13, 2021, the Court entered a Consent Protective Order. [Dkt. No. 69.]

8.      On the same day, on August 13, 2021, BAMS made its second production of documents to Plaintiff, producing an additional 486 documents (approximately 2700 additional pages of information). A true and correct copy of the August 13, 2021 email is attached hereto as Exhibit B.

9.      Because of the size of its production, BAMS produced its documents via an FTP link which expired within 14 days. (*See* Ex. B.)

10.     Counsel for Plaintiff, however, apparently failed to download the documents in the FTP link, and did not even attempt to access the link until March 2022, when he contacted me to let me know that the link had expired and asked me to resend the link.  A true and correct copy of the March 3, 2022, email is attached hereto as Exhibit C.

USA.605122377.2/QNI

11.     Specifically, on March 3, 2022, Plaintiff's counsel emailed me and asked me to resend the original link from August 13, 2021. (*See* Ex. C.)

12.     On March 4, 2022, I resent the link for both the production BAMS made on July 2, 2021, and the second production BAMS made on August 13, 2021. A true and correct copy of the March 4, 2022 email is attached hereto as Exhibit D.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 20th day of April, 2022.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

USA.605122377.2/QNI