# EXHIBIT A

# Viars, Genelle L.

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Friday, July 2, 2021 5:21 PM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | Galanek, Chris |
| **Subject:** | BAMS/Slawin: BAMS' Responses and Objections to Plaintiffs First RFPs and First Production |
| **Attachments:** | BAMS001.zip; BAMS_Slawin_ Consent Protective Order(603824612.1).docx; 2021.07.02 BAMS' Responses and Objections to Plaintiff's First Requests for Production.pdf |

Counsel,

Please find attached BAM's discovery responses and first production of documents.

Also attached are our comments and edits to the protective order. Please let us know if these changes are acceptable. Once we have agreed to a final version, we will supplement our production and produce additional documents.

Thanks,
Aiten



AITEN MCPHERSON
Associate
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com

 I'M AN ALLY