# EXHIBIT B

# Viars, Genelle L.

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Friday, August 13, 2021 5:02 PM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | Galanek, Chris |
| **Subject:** | BAMS/Slawin: BAMS 00000111 - BAMS 00002806 |

Robert,

Now that the Protective Order has been entered, please see below a link to BAMS' second production of documents, Bates numbered BAMS 00000111 - BAMS 00002806.

Click to Retrieve File(s)

Please review and let us know if this resolves some of the issues raised in your letter.

Thanks,
Aiten



AITEN MCPHERSON
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716