# EXHIBIT C

# Viars, Genelle L.

| | |
|---|---|
| **From:** | Marx & Marx, L.L.C. <lawyers@marxlawgroup.com> |
| **Sent:** | Thursday, March 3, 2022 3:07 PM |
| **To:** | Galanek, Chris; McPherson, Aiten |
| **Subject:** | RE: Slawin v. BAMS- adjournment of telephonic conference for 3/4/22 |

Dear Counsel:

We need to adjourn the telephonic conference currently scheduled for tomorrow, March 4, 2022, for a variety of reasons.

First, we are not prepared to supplement any of Plaintiff's discovery requests by tomorrow. As you know, we have had numerous communications regarding scheduling that conference, and we were not advised of any request to supplement Plaintiff's discovery responses before the conference until we received an email a few days ago. In this respect, please be so kind as to send us your understanding of what Plaintiff has agreed to supplement and we will give it our prompt attention.

Second, we were involved in preparing for a trial and did not download the document production that had been sent to us on August 13, 2021 and the password has expired. Accordingly, please resend that document production. Also, we do not have a record of having received document numbers 1 - 110. We would therefore appreciate it if you could resend those documents as well.

Third, while Defendant's production of documents might be helpful, we need to cross-reference the production with Defendant's formal objections and responses to Plaintiff's discovery requests. Thus, for example, we do not know if any of the objections have been removed, if so, which they are, if so, whether any responsive documents are still being withheld pursuant to any remaining objections. Furthermore, I note that we have received only Defendant's initial responses. The objections and responses to Plaintiff's First Document Requests are dated July 2, 2021, and the objections and responses to Plaintiff's First Interrogatories are dated July 21, 2021.

We have not received any supplemental or amended responses. If you previously provided supplemental or amended responses, please be so kind as to forward those. If not, please let us know whether Defendant intends to amend or supplement its responses and if so, when we can expect to receive them. When we have received the foregoing and have reviewed Defendant's discovery production thus far, we will be able to reschedule a telephonic conference to discuss any discovery items that are then still outstanding. We agree that we should take appropriate steps to ensure that the telephonic conference is productive. Cordially, Robert Marx.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

2