# EXHIBIT D

# Viars, Genelle L.

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Friday, March 4, 2022 9:19 AM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | Galanek, Chris |
| **Subject:** | BAMS/Slawin: BAMS Production Vol 1 and 2 |

Robert,

Please see below a link to the productions from July 2021 and August 2021. As I mentioned in my email earlier this morning, please download these files within 14 days as they will expire.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716



Use the following links to download your file(s).

Click to Retrieve File(s)

BAMS001.zip
BAMS002.zip

Note: These files will expire in 14 days from the time this email was generated.