IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CONSENT MOTION TO EXTEND UNTIL MAY 27, 2022, PLAINTIFF'S TIME TO RESPOND TO NON-PARTY BANK OF AMERICA CORPORATION'SMOTION TO QUASH SUBPOENA BASED ON AN UNFORSEEN MEDICAL EMERGENCY AND UPCOMING TRIAL**

　　　Plaintiff, Eric Slawin by his counsel of record, Robert N. Marx, of Marx & Marx, L.L.C., with consent of non-party Bank of America Corporation ("BOA"), moves this Court for a further extension until May 27, 2022 to respond to the motion by non-party BOA to quash a subpoena issued by Plaintiff.  In support of the motion, Plaintiff sets forth as follows:

　　　1.　Non-party BOA's motion to quash the subpoena was filed on March 31, 2022. (Doc. 82).  Accordingly, the Local Rules provided that Plaintiff's response was due on April 14, 2022.

1

2. Due to Plaintiff's counsel's current work schedule, including preparation for an upcoming trial currently set for May 16, 2022, and other deadlines in other cases, Plaintiff moved this Court with consent of counsel for non-party Bank of America Corporation to extend the time to respond to the motion until April 28, 2022 (Doc. 84), which motion was granted by the Court.

3. For the same reasons, with consent of non-party Bank of America Corporation, Plaintiff was granted a further extension of seven (7) days, to and including May 5, 2022, to file a response to the aforesaid motion to quash the subpoena.

4. Jean Simonoff Marx, one of the two attorneys in Marx & Marx, L.L.C., and Robert N. Marx's spouse, tested positive for COVID yesterday, May 4, 2022. She has been advised by her physician that her case is moderate, not mild, and she must remain in isolation until May 8, 2022 and quarantined through May 13, 2022. A doctor's letter is annexed hereto as an exhibit.

5. Robert N. Marx was tested yesterday for COVID and is waiting for results of that test.

6. Ms. Marx was experiencing symptoms of COVID on May 3, 2022. As a result of that, Mr. Marx was required to work on a motion in another case which was due yesterday, May 4, 2022, which Ms. Marx would otherwise have handled.

7. Robert N. Marx and Jean Simonoff Marx are scheduled to start a trial in Federal Court in Gainesville, Florida on May 16, 2022 and anticipate that it will go into the week of May 23, 2022. The matter is *Bird v. University of Florida*, Civil Action No. 1:18-cv-221-AW-GRJ. Plaintiff's counsel is currently preparing for that trial on a full-time basis, including preparing for a pretrial conference on May 9, 2022. Plaintiff's counsel has filed a consent motion in that case to appear at the pretrial conference via Zoom, given their aforesaid medical issues.

8. Since counsel will be preparing for the trial in *Bird v. University of Florida* all of next week and will be on trial thereafter until the third week in May, it is respectfully requested that the time for Plaintiff herein to respond to non-party Bank of America Corporation's motion to quash the subpoena be extended to and including May 27, 2022.

9. It is respectfully submitted that the requested extension is reasonable in length and is not requested for the purpose of delay.

10. Counsel for non-party BOA consents to this motion.

WHEREFORE, Plaintiff respectfully moves this Court that the time for Plaintiff to respond to non-party BOA's motion to quash subpoena (Doc. 82) be extended to and including May 27, 2022.

This 5th day of May 2022.

                                                    s/Robert N. Marx
                                                    Robert N. Marx, Esq.

       Georgia Bar No. 475280
       Jean Simonoff Marx, Esq.
       Georgia Bar No. 475276
       Marx & Marx, L.L.C.
       1050 Crown Pointe Parkway
       Suite 500
       Atlanta, Georgia 30338
       Telephone:  (404) 261-9559
       lawyers@marxlawgroup.com
       Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

　　　This is to certify that on May 5, 2022, I electronically filed: **Consent Motion to Extend Until May 27, 2022, Plaintiff's Time to Respond to Non-Party Bank of America Corporation's Motion to Quash Subpoena Based on Unforeseen Medical Emergency and Upcoming Trial,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

　　　　　　　Charles Edward Solley, Esq.
　　　　　　　Moser Law Co.
　　　　　　　691 John Wesley Dobbs Ave. N.E.
　　　　　　　Suite D-212
　　　　　　　Atlanta, GA 30312
　　　　　　　tsolley@moserlawco.com

　　　　　　　Samuel S. Shaulson, Esq.
　　　　　　　Morgan Lewis & Bockius-NY
　　　　　　　101 Park Avenue

5

    New York, NY 10178-0060
    sshaulson@morganlewis.com

    Joseph D. Magrisso, Esq.
    Morgan, Lewis & Bockius LLP
    600 Brickell Avenue
    Suite 1600
    Miami, FL 33131-3075
    joseph.magrisso@morganlewis.com

    Christopher P. Galanek, Esq.
    chris.galanek@bclplaw.com
    Aiten M. McPherson, Esq.
    aiten.mcpherson@bclplaw.com
    Bryan Cave Leighton Paisner LLP-ATL
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471
    Tel. (404) 572-6600
    Counsel for Defendant and for Non-Party Fiserv, Inc.

Respectfully submitted this 5th day of May 2022.

                                    s/Robert N. Marx
                                  Georgia Bar Number 475280
                                  Attorneys for Plaintiff
                                  Marx & Marx, L.L.C.
                                  1050 Crown Pointe Parkway
                                  Suite 500
                                  Atlanta, Georgia 30338
                                  Telephone:  (404) 261-9559
                                  lawyers@marxlawgroup.com