

**LAUREATE MEDICAL GROUP**
*Medical Excellence. Compassionate Care.*
AN AFFILIATE OF NORTHSIDE HOSPITAL

6135 Barfield Road #200
Atlanta, GA 30328
(404) 256-8500

RE: Jean S. Marx
DOB: 04/19/1962

05/05/2022

To Whom It May Concern:

Jean S. Marx has been under my care for COVID. Based on the current CDC guidelines, this patient should remain in isolation at home until 5/8/2022 and should not travel due to quarantining at home until 5/13/2022. She cannot do in person work until after 5/13/2022. Thank you for your consideration. If you have further questions, please feel free to contact me.

Sincerely,

Mary Anne Valdecanas, MD   Internal Medicine