

Christopher P. Galanek
Direct: (404) 572-6979
Cell: (404) 849-8522
Email: chris.galanek@bclplaw.com

June 7, 2022

Mr. Harry Martin
Courtroom Deputy Clerk
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    ***Eric Slawin v. Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services***
            U.S. District Court, Northern District of Georgia, Atlanta Division
            Civil Action File No. 1:19-cv-04129-AT

Dear Mr. Martin:

    The undersigned is lead counsel for Defendant Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services in the above-referenced matter.  I respectfully request, pursuant to Local Rule 83.1(E)(4), that no items be set for calendar from August 5, 2022 up to and including August 15, 2022, as I will be on a family vacation.

                Respectfully submitted,

                */s/Christopher P. Galanek*
                Christopher P. Galanek
                For Bryan Cave Leighton Paisner LLP

CPG/cdb

cc: All Counsel of Record
    (Via Court's ECF System)