# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>               Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>               Defendant. | Civil Action No. 1:19-cv-04129-AT |

## NONPARTY BANK OF AMERICA CORPORATION'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO QUASH SUBPOENA

Nonparty Bank of America Corporation ("BOA"), with the consent of Plaintiff Eric Slawin, moves this Court for leave to extend the deadline for BOA to file its reply in support of its Motion to Quash Subpoena. In support of this Motion, BOA states as follows.

1. BOA filed its Motion to Quash on March 31, 2022 [Doc. 82].

2. The Court granted Plaintiff's three requests to extend the time to respond to BOA's Motion to Quash [Doc. 84, 86, 87].

3. Plaintiff filed his Opposition to BOA's Motion to Quash on May 27, 2022 [Doc. 88].

4. The deadline for BOA to file its reply is currently June 10, 2022.

5. Plaintiff has consented to a two-week extension of time, through June 24, 2022, for BOA to file its reply.

Accordingly, BOA respectfully requests that the Court extend the deadline for BOA to file its reply from June 10, 2022 to June 24, 2022.

Respectfully submitted this 8th day of June, 2022.

*s/ Charles Solley*
Sam S. Shaulson (*pro hac vice*)
Joseph D. Magrisso (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3000
Fax: (305) 415-3001
sam.shaulson@morganlewis.com
joseph.magrisso@morganlewis.com

Charles Edward Solley (GA Bar Number 010108)
MOSER LAW CO.
691 John Wesley Dobbs Ave NE Suite D-212
Atlanta, Georgia 30312
404-537-5336
tsolley@moserlawco.com

*Attorneys for Non-Party Bank of America Corporation*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion has been prepared in accordance with Local Rule 5.1, including preparation in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 8th day of June, 2022.

*s/ Charles Solley*
Charles Solley

## **CERTIFICATE OF SERVICE**

    I certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

    This 8th day of June, 2022.

                                            *s/ Charles Solley*
                                            Charles Solley