| | |
|---|---|
| **From:** | Magrisso, Joseph |
| **Sent:** | Tuesday, May 24, 2022 12:45 PM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | Shaulson, Samuel S.; tsolley@moserlawco.com; Cuttino, Jocelyn R. |
| **Subject:** | RE: Slawin v. BAMS |

Dear Counsel:

Thank you for providing a copy of the proposed revised subpoena. Bank of America declines to withdraw its motion to quash Plaintiff' subpoena. The proposed revised subpoena continues to have the same issues identified in the Bank's motion to quash, including that the requests are unduly burdensome because they are numerous and overbroad in time and scope, and irrelevant and duplicative; and that the requests encompass privileged and confidential documents. Among other things, the revised subpoena:

- Contains voluminous requests (77).
- Requests documents regarding the 42 "Selected Merchants" and their subdivisions, wholly owned corporations, and joint ventures.
- Is largely duplicative of Plaintiff's document requests to BAMS.
- Requests documents relating to any aspect of PCI compliance and handling of PAN data; agreements and documents regarding any aspect of the interrelationship between Bank of America and other entities; and documents regarding seemingly any aspect of BAMS' and JV Wind Down, LLC's finances.
- Requests documents relating to Bank of America's SEC filings.
- Seeks documents for a span of 7 years, and the limitation of certain requests to a 7-year period is identified as only temporary.

Thank you.

Joseph Magrisso
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3424 | Main: +1.305.415.3000 | Fax: +1.305.415.3001 | Mobile: +1.786.255.8875
joseph.magrisso@morganlewis.com | www.morganlewis.com
Assistant: Elias A. Lopez | +1.305.415.3425 | elias.lopez@morganlewis.com

-----Original Message-----
From: Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
Sent: Monday, May 23, 2022 4:39 PM
To: Magrisso, Joseph <joseph.magrisso@morganlewis.com>
Cc: Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; tsolley@moserlawco.com
Subject: Slawin v. BAMS

[EXTERNAL EMAIL]

Dear Mr. Magrisso: Per our telephone conversation and your email today, please see attached correspondence. Cordially, Robert Marx.

Robert N. Marx, Esq.

Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited.  If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message.  Thank you.