## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>     Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>     Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

### JOINT MOTION TO AMEND
### THE SCHEDULING ORDER IN THIS MATTER (DKT. NO. 78)

The Parties, by and through their respective counsel of record, hereby move this Court for an Order amending the Scheduling Order in this matter (Dkt. No. 78), as requested herein, for the reasons set forth below.

1.    As the Court is aware, the Parties mediated this case on November 22, 2021. The mediation was unsuccessful.

2.    Pursuant to the Court's Order on February 11, 2022, directing the Parties to file a proposed modified scheduling order outlining all remaining

discovery and dispositive motions deadlines, the Parties submitted a Modified Scheduling Order for the case. (*See* Dkt. No. 78.)

3.     The Parties are continuing to discuss, and attempting to resolve a number of discovery disputes, and are also engaged in third party discovery, requiring the issuance of subpoenas on a number of entities and individuals located out of state, including certain medical professionals. Additional time to complete these tasks is necessary, and will aid the Parties in the efficient and appropriate presentation of this case to the Court.

4.     The Parties now seek to amend the Scheduling Order as follows.

5.     Any affirmative expert reports will be submitted on or before **November 15, 2022**.

6.     Any rebuttal expert reports will be due on or before **December 15, 2022**.

7.     Discovery will close in this matter on **February 17, 2023**.

8.     Any dispositive motions will be filed within 30 days of the close of discovery, on or before **March 20, 2023**.

9.     The Parties will submit their pretrial orders, if necessary, within 30 days after the Court rules on any dispositive motion.

10.    The proposed extension of time will not prejudice any of the Parties, is not interposed for purposes of delay, and will not delay the trial of this action as no trial date has been set.

WHEREFORE, the Parties respectfully request that the Scheduling Order (Doc. 78) be amended as set forth above. A proposed order is attached for the Court's convenience as Exhibit A.

Respectfully submitted this 5th day of August 2022.

<table>
<tr>
<td>

*/s/ Robert N. Marx*
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
MARX & MARX, LLC
1050 Crown Pointe Parkway
Atlanta, Georgia 30338
Tel: (404) 261-9559
lawyers@marxlawgroup.com

*Counsel for Plaintiff*

</td>
<td>

*/s/ Aiten M. McPherson*
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Aiten M. McPherson
Georgia Bar No. 439899
aiten.mcpherson@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3471
Tel. (404) 572-6600

*Counsel for Defendant*

</td>
</tr>
</table>

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 5th day of August, 2022.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **JOINT MOTION TO AMEND THE SCHEDULING ORDER IN THIS MATTER (DKT. NO. 78)** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 5th day of August, 2022.

*/s/ Aiten M. McPherson*
Aiten M. McPherson