# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S NOTICE OF NON-PARTY SUBPOENA

**To:**   The Vanguard Group, Inc.
Attn: Corporation Service Company (Registered Agent)
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

PLEASE TAKE NOTICE that on or about August 8, 2022, Defendant Banc Of America Merchant Services, LLC, s/h/a Bank Of America Merchant Services ("*Defendant*") caused a Subpoena for the Production of Documents to be served on The Vanguard Group, Inc., pursuant to the Federal Rule of Civil Procedure 45, by serving its registered agent by personal service:  Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA  30092.  A true and correct copy of the subpoena is attached hereto as Exhibit A.

1

Respectfully submitted this 8th day of August 2022.

   /s/ Aiten M. McPherson
Christopher P. Galanek (GA Bar No. 282390)
Chris.Galanek@bclplaw.com
Aiten M. McPherson (GA Bar No. 439899)
Aiten.McPherson@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served using the Court's CM/ECF filing system on August 8, 2022 upon counsel of record as follows:

> Robert N. Marx
> Jean Simonoff Marx
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway, Suite 500
> Atlanta, GA 30338
> Email: lawyers@marxlawgroup.com

   /s/ Aiten M. McPherson
Aiten M. McPherson
**BRYAN CAVE LEIGHTON PAISNER LLP**

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

3