# Exhibit A

# EXHIBIT A – DOCUMENT REQUESTS

## DEFINITIONS:

1. *"**Vanguard**," "**you**," or "**your**"* shall refer to The Vanguard Group, Inc., and its representatives, agents, employees, attorneys, and any other persons acting or purporting to act on behalf of Vanguard.

2. The term "***Slawin***" shall mean Plaintiff Eric Slawin.

3. The term "***documents***" shall have the meaning given to that term by the Federal Rules of Civil Procedure and, to the extent those rules conflict, the broader definition shall govern.

4. The term "***person***" shall mean any natural person, corporation, limited or general partnership, joint venture, firm, association, proprietorship, agency, board authority, governmental entity, or any other entity.

5. The term "***document(s)***" shall be used in its customary broad sense to include, without limitation, written, typed, printed, recorded, graphic or photographic matter, however produced or reproduced, of any kind, and whether an original, master, duplicate, or copy, including but not limited to, files, papers, correspondence, telegrams, internal communications, memoranda, notes, reports, studies, contracts, manuals, analysis, reports of laboratory tests, agreements, working papers, corporate records, invoices, photographs, video tapes, microfilm or

microfiche, e-mails, computer stored information, minutes, transcriptions or sound recordings of any conversations, negotiations, meetings or conferences, conducted either in person or by telephone, or things similar to either of the foregoing, and all other papers, including inter and intra-company communications, summaries, writings or physical things containing information, and other documentary material of any nature whatsoever.  "*Document*" also includes, but is not limited to, information of whatever kind stored within or capable of being retrieved from a computer, computer disk, database, zip disk, CD, hard drives and other media, electronically stored data or magnetic or optical storage media saved as an "active" file, any electronic file saved as a backup, any "deleted" but recoverable electronic files, and any electronic file fragments (files that have been deleted and partially overwritten with new data).  In all cases where originals and/or non-identical copies are not available, "document(s)" also means identical copies of original documents and copies of non-identical copies.

6. If any document is withheld from production on grounds of privilege, work product immunity, or any other basis:  (i) identify the document with particularity sufficient to allow the matter to be brought before the Court, including a description of the document's type (e.g., letter, memorandum, report), subject matter, number of pages, date, author(s), addressee(s), custodian and that person's

business address; and (ii) explain the nature and basis for each claim of privilege, work product immunity, or other purported grounds for withholding the document.

7. In responding to these requests, you must make a diligent search of your records and of any and all other papers and materials in your possession or available to you or your representatives. This request is continuing and your production must be supplemented to the extent required by law and the applicable rules.

## DOCUMENT REQUESTS

1. Please produce all brokerage or investment account statements from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

2. Please produce any transaction history from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

3. Please produce all documents related to any distribution made to Slawin from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

4. Please produce all documents related to the closing or transfer of any account from January 2017 through the present for which Slawin is an owner, joint-owner, or beneficiary.

5. Please produce all documents related to any margin investing related to any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present.

6. Please produce all tax forms related to any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present, including, but not limited to, any 1099-B forms, 1099-DIV forms, 1099-INT forms, 1099-R forms, 1099-MISC forms, 1099-OID forms, and 1099-Q forms.

7.      Please produce all documents that pertain to Slawin's account(s) and/or investment(s), including, but not limited to, activity letters, non-solicitation letters, compliance reviews, and/or account letters from January 2017 through the present.

8.      Please produce all documents that reflect the time and date that any stock or bond trade was made on any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present.