IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>      Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>      Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## MOTION TO WITHDRAW JOINT MOTION TO AMEND THE SCHEDULING ORDER

On August 5, 2022, the Parties filed a Joint Motion to Amend the Scheduling Order in this Matter (Dkt. 78) (the "*Joint Motion*") asking this Court to amend the previously entered Scheduling Order. (*See* Dkt. No. 92.) For the reasons set forth below, Defendant Banc of America Merchant Services, LLC ("*BAMS*") moves to withdraw its consent to the Joint Motion.

1.     Pursuant to the Court's Order on February 11, 2022, directing the Parties to file a proposed modified scheduling order outlining all remaining discovery and dispositive motions deadlines, the Parties submitted a Modified Scheduling Order. (*See* Dkt. No. 77.)

1

2. The Order was entered on February 28, 2022. (Dkt. No. 78.)

3. Beginning on March 23, 2022, BAMS begin asking Plaintiff Eric Slawin's ("**Plaintiff**" or "**Slawin**") counsel for dates to conduct an independent medical examination of Mr. Slawin. *See* March 23, 2022 Email from C. Galanek, a true and correct copy of which is attached hereto as Exhibit A.

4. On March 31, 2022, Plaintiff's counsel responded by stating that he would provide Mr. Slawin for an examination and would get back to BAMS with dates on which Mr. Slawin was available. *See* March 31, 2022 Email from R. Marx, a true and correct copy of which is attached hereto as Exhibit B.

5. In order to accommodate Mr. Slawin and his schedule, BAMS repeatedly reached out from March through August proposing alternative dates and asking whether Mr. Slawin was available for an independent medical examination on those dates. Each time, Plaintiff's counsel agreed to make Mr. Slawin available, but failed to provide any specific dates. *See* Emails Regarding IME Requests, attached hereto as Exhibit C.

6. Given Plaintiff's counsel's repeated delays and failure to provide dates for the examination, it became apparent that an extension of the existing deadlines may be necessary.

7. BAMS primary purpose in seeking to amend the Scheduling Order was to ensure that it could conduct an independent medical examination in a timely manner and submit any relevant expert report within the time allotted for in the Order.

8. Plaintiff's and BAMS's counsel scheduled a call to discuss the Joint Motion and the proposed medical examination on August 1, 2022. During that call Plaintiff's counsel, once again, agreed to provide dates for an independent medical examination and promised to follow up regarding Mr. Slawin's availability.

9. That same day, BAMS' counsel sent an email to Plaintiff's counsel attaching the Joint Motion and again asking for dates for an independent medical examination. The draft of the Joint Motion provided as the reason for the motion that "[t]he Parties are engaged in third party discovery, which is taking longer than expected, ***including an independent medical examination*** and certain third party subpoenas." *See* August 1, 2022 email from A. McPherson attached hereto as Exhibit D.

10. Plaintiff's counsel responded to BAMS' email on August 3, 2022, and asked that the explanation for the extension be more general, and specifically stated: "We would omit any specific reference to the IME, since that is already covered by

3

the extended dates in proposed Pars. 6, 7." *See* August 3, 2022 Email from R. Marx, attached hereto as Exhibit E.

11.     In that same email, Plaintiff's counsel once again stated he would get back to BAMS on dates for a medical examination. *Id.*

12.     BAMS agreed to modify the explanation and the Parties submitted the Joint Motion on August 5, 2022. [Dkt. No. 92.]

13.     To date, the Joint Motion remains pending.

14.     On August 12, 2022, for the first time, counsel for Plaintiff stated that he would not make Mr. Slawin available for a medical examination.

15.     Given Plaintiff's counsel's misrepresentations, and given that an independent medical examination may now no longer be possible (though BAMS intends to seek the Court's permission to conduct such an examination) BAMS moves to withdraw its consent from the Joint Motion and asks the Court to maintain the Scheduling Order and all current deadlines as previously entered.

16.     In the anticipated motion seeking an independent medical examination of Plaintiff, BAMS will separately propose a date by which any report generated as result of the examination would be provided to Plaintiff's counsel, and any expert testifying as to the results of the independent medical examination is identified.

17. Counsel for BAMS contacted Plaintiff's counsel on August 15, 2022, to inquire whether counsel would agree to jointly withdraw the Motion. On August 18, 2022 Plaintiff's counsel finally responded and indicated that he would not consent to the withdrawal of the Joint Motion.

WHEREFORE, BAMS respectfully withdraws its consent to the Joint Motion to Amend the Scheduling Order in this Matter [Dkt. No. 92] and asks that the Joint Modified Scheduling Order [Dkt. No. 78] remain in effect.

Respectfully submitted this 18th day of August 2022.

/s/ Aiten M. McPherson
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Aiten M. McPherson
Georgia Bar No. 439899
aiten.mcpherson@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3471
Tel. (404) 572-6600

*Counsel for Defendant*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 18th day of August, 2022.

/s/ *Aiten M. McPherson*
Aiten M. McPherson

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO WITHDRAW JOINT MOTION TO AMEND THE SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 18th day of August, 2022.

/s/ *Aiten M. McPherson*
Aiten M. McPherson