# EXHIBIT A

## Viars, Genelle L.

| | |
|---|---|
| **From:** | Galanek, Chris |
| **Sent:** | Wednesday, March 23, 2022 3:05 PM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | McPherson, Aiten |
| **Subject:** | Slawin v. Fiserv |

Robert:

We would like to take the deposition of Mr. Slawin in May and would appreciate your proposing dates for the deposition.

At present our only conflicts are on May 17, 18, 19 and 20.

We would also like to take the depositions of his psychiatrist Dr. Nicholas and Dr. Carpenter in May (same date conflicts as above). Please let us know if you will be representing and presenting them, and if not, please let us know any dates in May that you would not be available for depositions taken by subpoena.

Finally, given Mr. Slawin's damages claims for mental anguish and emotional distress we would like to schedule an independent medical examination of Mr. Slawin in June. Please let us know if there are any dates in June he is unavailable, and if there are dates better for him that we will try to work with.

Regards,

Chris



CHRIS GALANEK
Partner
chris.galanek@bclplaw.com
T: +1 404 572 6979   F: +1 404 420 0579

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com