# EXHIBIT B

*Viars, Genelle L.*

| | |
|---|---|
| **From:** | Marx & Marx, L.L.C. <lawyers@marxlawgroup.com> |
| **Sent:** | Thursday, March 31, 2022 8:57 AM |
| **To:** | Galanek, Chris |
| **Cc:** | McPherson, Aiten |
| **Subject:** | RE: Slawin v. Fiserv |

Chris: Please accept my apology for not getting back to you sooner. We have a trial in Federal Court in Florida in May and thus will be unavailable during that month and for the first part of June as well. We would suggest looking at dates for Mr. Slawin's deposition during the weeks of June 20 or 27. I expect to connect with Mr. Slawin today and will be able to propose specific dates for his deposition to you tomorrow. I will also be able to suggest possible dates for the IME. Cordially, Robert.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

_____

From: Galanek, Chris [Chris.Galanek@bclplaw.com]
Sent: Wednesday, March 30, 2022 5:38 PM
To: Marx & Marx, L.L.C.
Cc: McPherson, Aiten
Subject: RE: Slawin v. Fiserv

Presume your depositions from last week have concluded – still looking for a response – thanks, Chris


[Bryan Cave Leighton Paisner Logo]
CHRIS GALANEK
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com>
T: +1 404 572 6979


From: Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
Sent: Friday, March 25, 2022 1:35 PM
To: Galanek, Chris <Chris.Galanek@bclplaw.com>
Cc: McPherson, Aiten <aiten.mcpherson@bclplaw.com>

Subject: RE: Slawin v. Fiserv

Chris: We are in depositions this week. We will get back to you on this next week. Cordially, Robert.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com> and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

_____
From: Galanek, Chris [Chris.Galanek@bclplaw.com]
Sent: Wednesday, March 23, 2022 3:04 PM
To: Marx & Marx, L.L.C.
Cc: McPherson, Aiten
Subject: Slawin v. Fiserv

Robert:

We would like to take the deposition of Mr. Slawin in May and would appreciate your proposing dates for the deposition.

At present our only conflicts are on May 17, 18, 19 and 20.

We would also like to take the depositions of his psychiatrist Dr. Nicholas and Dr. Carpenter in May (same date conflicts as above). Please let us know if you will be representing and presenting them, and if not, please let us know any dates in May that you would not be available for depositions taken by subpoena.

Finally, given Mr. Slawin's damages claims for mental anguish and emotional distress we would like to schedule an independent medical examination of Mr. Slawin in June. Please let us know if there are any dates in June he is unavailable, and if there are dates better for him that we will try to work with.

Regards,

Chris


[Bryan Cave Leighton Paisner Logo]
CHRIS GALANEK
Partner
chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com%3cmailto:chris.galanek@bclplaw.com>>
T: +1 404 572 6979 F: +1 404 420 0579

2

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com<http://www.bclplaw.com>

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com<http://www.bclplaw.com>.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.