# EXHIBIT C

*Viars, Genelle L.*

| | |
|---|---|
| **From:** | Galanek, Chris |
| **Sent:** | Tuesday, April 26, 2022 3:14 PM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | McPherson, Aiten |
| **Subject:** | RE: Slawin v. Fiserv |

Robert – despite your commitment below - we have heard nothing further from you about the depositions or about the IME. We have been very patient but need to hear this week or we will plan to just notice the deposition for dates that work for us. Thanks



**CHRIS GALANEK**
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
chris.galanek@bclplaw.com
T: +1 404 572 6979

---

**From:** Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
**Sent:** Thursday, March 31, 2022 8:57 AM
**To:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Cc:** McPherson, Aiten <aiten.mcpherson@bclplaw.com>
**Subject:** RE: Slawin v. Fiserv

Chris: Please accept my apology for not getting back to you sooner. We have a trial in Federal Court in Florida in May and thus will be unavailable during that month and for the first part of June as well. We would suggest looking at dates for Mr. Slawin's deposition during the weeks of June 20 or 27. I expect to connect with Mr. Slawin today and will be able to propose specific dates for his deposition to you tomorrow. I will also be able to suggest possible dates for the IME. Cordially, Robert.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

---

**From:** Galanek, Chris [Chris.Galanek@bclplaw.com]
**Sent:** Wednesday, March 30, 2022 5:38 PM
**To:** Marx & Marx, L.L.C.
**Cc:** McPherson, Aiten

Subject: RE: Slawin v. Fiserv

Presume your depositions from last week have concluded – still looking for a response – thanks, Chris

[Bryan Cave Leighton Paisner Logo]
CHRIS GALANEK
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com>
T: +1 404 572 6979


From: Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
Sent: Friday, March 25, 2022 1:35 PM
To: Galanek, Chris <Chris.Galanek@bclplaw.com>
Cc: McPherson, Aiten <aiten.mcpherson@bclplaw.com>
Subject: RE: Slawin v. Fiserv

Chris: We are in depositions this week. We will get back to you on this next week. Cordially, Robert.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com> and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.
_____
From: Galanek, Chris [Chris.Galanek@bclplaw.com]
Sent: Wednesday, March 23, 2022 3:04 PM
To: Marx & Marx, L.L.C.
Cc: McPherson, Aiten
Subject: Slawin v. Fiserv

Robert:

We would like to take the deposition of Mr. Slawin in May and would appreciate your proposing dates for the deposition.

At present our only conflicts are on May 17, 18, 19 and 20.

We would also like to take the depositions of his psychiatrist Dr. Nicholas and Dr. Carpenter in May (same date conflicts as above). Please let us know if you will be representing and presenting them, and if not, please let us

know any dates in May that you would not be available for depositions taken by subpoena.

Finally, given Mr. Slawin's damages claims for mental anguish and emotional distress we would like to schedule an independent medical examination of Mr. Slawin in June. Please let us know if there are any dates in June he is unavailable, and if there are dates better for him that we will try to work with.

Regards,

Chris


[Bryan Cave Leighton Paisner Logo]
CHRIS GALANEK
Partner
chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com<mailto:chris.galanek@bclplaw.com%3cmailto:chris.galanek@bclplaw.com>>
T: +1 404 572 6979  F: +1 404 420 0579


BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com<http://www.bclplaw.com>

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com<http://www.bclplaw.com>.


This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

*Viars, Genelle L.*

| | |
|---|---|
| **From:** | Marx & Marx, L.L.C. <lawyers@marxlawgroup.com> |
| **Sent:** | Friday, April 29, 2022 11:05 AM |
| **To:** | Galanek, Chris |
| **Cc:** | McPherson, Aiten |
| **Subject:** | RE: Slawin v. BAMS |

Dear Chris: We can make Mr. Slawin available for his deposition on July 6 - 8. We would like it to be a Zoom deposition, and a start time of 10:00 A.M. Mr. Slawin can be available for the IME anytime that week or the next week. Cordially, Robert Marx.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited.  If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message.  Thank you.

**Viars, Genelle L.**

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Friday, July 15, 2022 10:51 AM |
| **To:** | 'Marx & Marx, L.L.C.' |
| **Cc:** | Galanek, Chris |
| **Subject:** | RE: BAMS/Slawin:  Joint Motion to Amend Scheduling Order |
| **Attachments:** | Slawin_BAMS_ Amended Joint Motion to Amend Scheduling Order(605503217.1).docx |

Robert- following up on the attached. Please let us know if you have any comments or edits.

Please also provide a few dates where Plaintiff is available for an IME in August.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

**From:** McPherson, Aiten
**Sent:** Tuesday, July 12, 2022 8:18 PM
**To:** 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com>
**Cc:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Subject:** RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert,

We noticed a few of the dates were off in the prior version.  Please use this version –and let us know if you are comfortable with the dates and with our filing the attached.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

**From:** McPherson, Aiten
**Sent:** Tuesday, July 12, 2022 4:00 PM
**To:** 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com>
**Cc:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Subject:** BAMS/Slawin: Joint Motion to Amend Scheduling Order

1

Robert,

Given the upcoming deadlines in this case and that we are already halfway through July, we thought it made sense to extend some of the upcoming deadlines and ask the Court to modify the scheduling order.

Attached is our proposed amended scheduling order. Please let us know if you are agreeable with the dates proposed and if we have your permission to file.

Thanks,
Aiten



**AITEN MCPHERSON**
Partner
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

**bclplaw.com**



2

**Viars, Genelle L.**

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Friday, July 22, 2022 2:44 PM |
| **To:** | 'lawyers@marxlawgroup.com' |
| **Cc:** | Galanek, Chris |
| **Subject:** | RE: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order |
| **Attachments:** | Slawin_BAMS_ Amended Joint Motion to Amend Scheduling Order(605503217.1).docx |

Hi Robert,

Following up on the below (and reattaching the joint motion for ease of reference).

Please let us know if we have your permission to sign on your behalf.

Please also let us know about dates for an IME –and whether Mr. Slawin is available on 8/30, 9/1, 9/2, 9/7 or 9/8.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

**From:** Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
**Sent:** Friday, July 15, 2022 5:31 PM
**To:** McPherson, Aiten <aiten.mcpherson@bclplaw.com>
**Cc:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Subject:** RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Dear Counsel: We have been out of the office and have not yet had a chance to review this or to speak to our client about it. We will get back to you next week. Cordially, Robert Marx.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

**From:** McPherson, Aiten [aiten.mcpherson@bclplaw.com]

Sent: Friday, July 15, 2022 10:51 AM
To: Marx & Marx, L.L.C.
Cc: Galanek, Chris
Subject: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert- following up on the attached. Please let us know if you have any comments or edits.

Please also provide a few dates where Plaintiff is available for an IME in August.

Thanks,
Aiten


[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


From: McPherson, Aiten
Sent: Tuesday, July 12, 2022 8:18 PM
To: 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com>
Cc: Galanek, Chris <Chris.Galanek@bclplaw.com>
Subject: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert,

We noticed a few of the dates were off in the prior version. Please use this version –and let us know if you are comfortable with the dates and with our filing the attached.

Thanks,
Aiten


[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716

From: McPherson, Aiten
Sent: Tuesday, July 12, 2022 4:00 PM
To: 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com>>
Cc: Galanek, Chris <Chris.Galanek@bclplaw.com<mailto:Chris.Galanek@bclplaw.com>>
Subject: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert,

Given the upcoming deadlines in this case and that we are already halfway through July, we thought it made sense to extend some of the upcoming deadlines and ask the Court to modify the scheduling order.

Attached is our proposed amended scheduling order. Please let us know if you are agreeable with the dates proposed and if we have your permission to file.

Thanks,
Aiten

[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com<http://www.bclplaw.com>

[Bryan Cave Leighton Paisner Ally Logo]

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

## Viars, Genelle L.

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Wednesday, July 27, 2022 4:35 PM |
| **To:** | 'lawyers@marxlawgroup.com' |
| **Cc:** | Galanek, Chris |
| **Subject:** | RE: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order |
| **Attachments:** | Slawin_BAMS_ Amended Joint Motion to Amend Scheduling Order(605503217.1).docx |

Hi Robert,

Following up on the emails below and my voicemails from Monday and this afternoon.

Please let us know if you agree to the dates in the Joint Motion to Amend the Scheduling Order and if we have your permission to sign on your behalf. If we do not hear from you by end of day tomorrow, we will file the motion on behalf of BAMS.

Please also let us know about dates for an IME –and whether Mr. Slawin is available on 8/30, 9/1, 9/2, 9/7 or 9/8.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

---

**From:** McPherson, Aiten
**Sent:** Friday, July 22, 2022 2:44 PM
**To:** 'lawyers@marxlawgroup.com' <lawyers@marxlawgroup.com>
**Cc:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Subject:** RE: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Hi Robert,

Following up on the below (and reattaching the joint motion for ease of reference).

Please let us know if we have your permission to sign on your behalf.

Please also let us know about dates for an IME –and whether Mr. Slawin is available on 8/30, 9/1, 9/2, 9/7 or 9/8.

Thanks,
Aiten



AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

1

**From:** Marx & Marx, L.L.C. <lawyers@marxlawgroup.com>
**Sent:** Friday, July 15, 2022 5:31 PM
**To:** McPherson, Aiten <aiten.mcpherson@bclplaw.com>
**Cc:** Galanek, Chris <Chris.Galanek@bclplaw.com>
**Subject:** RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Dear Counsel: We have been out of the office and have not yet had a chance to review this or to speak to our client about it. We will get back to you next week. Cordially, Robert Marx.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

---

From: McPherson, Aiten [aiten.mcpherson@bclplaw.com]
Sent: Friday, July 15, 2022 10:51 AM
To: Marx & Marx, L.L.C.
Cc: Galanek, Chris
Subject: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert- following up on the attached. Please let us know if you have any comments or edits.

Please also provide a few dates where Plaintiff is available for an IME in August.

Thanks,
Aiten


[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


From: McPherson, Aiten
Sent: Tuesday, July 12, 2022 8:18 PM
To: 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com>
Cc: Galanek, Chris <Chris.Galanek@bclplaw.com>
Subject: RE: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert,

We noticed a few of the dates were off in the prior version. Please use this version –and let us know if you are comfortable with the dates and with our filing the attached.

Thanks,
Aiten


[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716

From: McPherson, Aiten
Sent: Tuesday, July 12, 2022 4:00 PM
To: 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com<mailto:lawyers@marxlawgroup.com>>
Cc: Galanek, Chris <Chris.Galanek@bclplaw.com<mailto:Chris.Galanek@bclplaw.com>>
Subject: BAMS/Slawin: Joint Motion to Amend Scheduling Order

Robert,

Given the upcoming deadlines in this case and that we are already halfway through July, we thought it made sense to extend some of the upcoming deadlines and ask the Court to modify the scheduling order.

Attached is our proposed amended scheduling order. Please let us know if you are agreeable with the dates proposed and if we have your permission to file.

Thanks,
Aiten

[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com<http://www.bclplaw.com>

[Bryan Cave Leighton Paisner Ally Logo]



This electronic message is from a law firm. It may contain confidential or privileged information. If you

received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.