# EXHIBIT D

## Viars, Genelle L.

| | |
|---|---|
| **From:** | McPherson, Aiten |
| **Sent:** | Monday, August 1, 2022 2:37 PM |
| **To:** | 'jeannie.marx@marxlawgroup.com'; 'Marx & Marx, L.L.C.' |
| **Cc:** | Galanek, Chris |
| **Subject:** | BAMS/Slawin: Revised Joint Motion to Amend Scheduling Order and Medical Release |
| **Attachments:** | BAMS_Slawin_ Medical Release(605580930.1).docx; Slawin_BAMS_ Amended Joint Motion to Amend Scheduling Order(605503217.1).docx |

Jeannie and Robert,

Nice speaking with you.

Please find attached a revised Joint Amended Motion. I have updated the dates for close of discovery and dispositive motions. I have also highlighted where additional reasons can be filled in for the extension. Please add in any additional reasoning.

Please also let us know if Mr. Slawin is available on the following dates for an IME: **8/30, 9/1, 9/2, 9/7 or 9/8.**

Finally, attached is a medical release for Mr. Slawin to execute for his medical records. Please have him execute the release and return it to us. Below is the contact information we were able to find for Dr. Wolfberg. Please let us know what contact information you have for him as well.

Bernard B. Wolfberg



Thanks,
Aiten



AITEN MCPHERSON
Partner
aiten.mcpherson@bclplaw.com
T: +1 404 572 6716

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471
bclplaw.com

I'M AN ALLY