# EXHIBIT E

**Viars, Genelle L.**

| | |
|---|---|
| **From:** | Marx & Marx, L.L.C. <lawyers@marxlawgroup.com> |
| **Sent:** | Wednesday, August 3, 2022 11:53 AM |
| **To:** | McPherson, Aiten; Jeannie Marx |
| **Cc:** | Galanek, Chris |
| **Subject:** | RE: BAMS/Slawin: Revised Joint Motion to Amend Scheduling Order and Medical Release |

Dear Aiten: We suggest rewording Par. 3 as follows: "The Parties are engaged in third party discovery, including issuance of third party subpoenas and discussing outstanding discovery issues, all of which have taken longer than had been anticipated. Third party witnesses are scattered around the country." We would omit any specific reference to the IME, since that is already covered by the extended dates in proposed Pars. 6,7. We will get back to you regarding the IME after we speak to Mr. Slawin. Cordially, Robert Marx.

Robert N. Marx, Esq.
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Ofc: (404) 261-9559
Cell: (678) 469-6785
lawyers@marxlawgroup.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, any review, use, distribution, copying or forwarding of this message and/or any files transmitted with it is strictly prohibited. If you have received this message in error, please notify us immediately by email at lawyers@marxlawgroup.com and/or call the sender at (404) 261-9559, and please delete the original and all copies of the message. Thank you.

---

From: McPherson, Aiten [aiten.mcpherson@bclplaw.com]
Sent: Tuesday, August 2, 2022 5:02 PM
To: Jeannie Marx; Marx & Marx, L.L.C.
Cc: Galanek, Chris
Subject: RE: BAMS/Slawin: Revised Joint Motion to Amend Scheduling Order and Medical Release

Jeannie and Robert,

Following up on my email from yesterday. Please add in any additional reasoning into the joint motion and let us know if the dates below work for Mr. Slawin's IME.

Please also have Mr. Slawin execute the attached medical release.

Thanks,
Aiten

[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Atlanta, GA USA

aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


From: McPherson, Aiten
Sent: Monday, August 1, 2022 2:37 PM
To: 'jeannie.marx@marxlawgroup.com' <jeannie.marx@marxlawgroup.com>; 'Marx & Marx, L.L.C.' <lawyers@marxlawgroup.com>
Cc: Galanek, Chris <Chris.Galanek@bclplaw.com>
Subject: BAMS/Slawin: Revised Joint Motion to Amend Scheduling Order and Medical Release

Jeannie and Robert,

Nice speaking with you.

Please find attached a revised Joint Amended Motion. I have updated the dates for close of discovery and dispositive motions. I have also highlighted where additional reasons can be filled in for the extension. Please add in any additional reasoning.

Please also let us know if Mr. Slawin is available on the following dates for an IME: 8/30, 9/1, 9/2, 9/7 or 9/8.

Finally, attached is a medical release for Mr. Slawin to execute for his medical records. Please have him execute the release and return it to us. Below is the contact information we were able to find for Dr. Wolfberg. Please let us know what contact information you have for him as well.

Bernard B. Wolfberg
260 Balboa Ct NE
Atlanta, GA 30342
404-303-6331

Thanks,
Aiten


[Bryan Cave Leighton Paisner Logo]
AITEN MCPHERSON
Partner
aiten.mcpherson@bclplaw.com<mailto:aiten.mcpherson@bclplaw.com>
T: +1 404 572 6716


BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com<http://www.bclplaw.com>

[Bryan Cave Leighton Paisner Ally Logo]

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.