**MARX & MARX, L.L.C.**
**1050 Crown Pointe Parkway**
**Suite 500**
**Atlanta, GA 30338**
(404) 261-9559
lawyers@marxlawgroup.com

August 26, 2022

Mr. Harry Martin
Courtroom Deputy Clerk
   to the Hon. Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re: Slawin v. Banc of America Merchant Services, LLC, et al.
          <u>Civil Action File No. 1:19-cv-04129-AT</u>

Dear Mr. Martin:

    The undersigned is lead counsel for Plaintiff Eric Slawin in the above-referenced matter. I respectfully request, pursuant to LR 83.1(E)(4), that no items be set for calendar between August 31, 2022 through September 9, 2022, as I will be on a family vacation.

                                      Respectfully submitted,

                                      /s/<u>Robert N. Marx</u>
                                      Robert N. Marx

RNM/rnm
cc: Christopher P. Galanek, Esq.