IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : | |
|  | : | Civil Action File |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : | No. 1:19-cv-04129-AT |
|  | : | |
| Defendants. | : x | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION (ECF 94) TO WITHDRAW THE JOINT MOTION (ECF 92) TO AMEND THE SCHEDULING ORDER IN THIS MATTER

Plaintiff Eric Slawin, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., moves this Court for an extension until September 19, 2022, to respond to Defendant's motion (ECF 94) to withdraw the joint motion (ECF 92) to amend the scheduling order in this matter. In support of the motion Plaintiff sets forth as follows:

1. Defendant's motion was filed on August 18, 2022, making the response due tomorrow, September 1, 2022.

2. Since August 19, 2022, Plaintiff's counsel have been working on filing objections to a Report and Recommendation in the matter of *Morris v. Georgia*

1

*Public Service Commission*, No. 1-cv-20-1023-CAP, and have been dealing with a personal family medical emergency from August 16, 2022 until August 29, 2022.

3. Plaintiff's counsel will be on a previously planned family vacation from today, August 31, 2022 through September 9, 2022.

4. Plaintiff's counsel advised Defendant's counsel of this motion yesterday, August 30, 2022 and request advisement by close of business yesterday as to whether the motion could be filed on consent. We have not received any advisement.

WHEREFORE, it is respectfully requested that the time for Plaintiff to file a response to Defendant's motion (ECF 94) to withdraw the joint motion (ECF 92) to amend the scheduling order in this matter be extended to and including September 19, 2022.

Respectfully submitted, this 31st day of August 2022.

    /s/Robert N. Marx
Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ERIC SLAWIN, | x : | |
| Plaintiff, | : | |
|  | : | Civil Action File |
| BANK OF AMERICA MERCHANT SERVICES; BANK OF AMERICA CORPORATION; FIRST DATA CORPORATION; FISERV, INC., | : : | No. 1:19-cv-04129-AT |
|  | : | |
| Defendants. | : x | |

CERTIFICATE OF SERVICE

     This is to certify that on August 31, 2022, I electronically filed: **Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion (ECF 94) to Withdraw the Joint Motion (ECF 92) to Amend the Scheduling Order in this Matter,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

          Christopher Paul Galanek, Esq.
          Bryan Cave Leighton Paisner LLP-ATL
          One Atlantic Center, 14th Floor
          1201 West Peachtree Street, N.W.
          Atlanta, GA 30309-3471
          chris.galanek@bclplaw.com

          Aiten Musaeve McPherson, Esq.
          Bryan Cave Leighton Paisner LLP-ATL
          One Atlantic Center, 14th Floor
          1201 West Peachtree Street, N.W.
          Atlanta, GA 30309-3471

aiten.mcpherson@bclplaw.com

Respectfully submitted, this 31st day of August 2022.

 s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
Attorneys for Plaintiff
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlawgroup.com