# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

**DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S
<u>NOTICE OF NON-PARTY SUBPOENA</u>**

**To:** Fidelity Investments Institutional Services Company, Inc.
Attn: CT Corporation Systems (Registered Agent)
289 South Culver Street
Lawrenceville, Georgia 30046-4805

PLEASE TAKE NOTICE that on or about September 2, 2022, Defendant Banc Of America Merchant Services, LLC, s/h/a Bank Of America Merchant Services ("***Defendant***") caused a Subpoena for the Production of Documents to be served on Fidelity Investments Institutional Services Company, Inc., pursuant to the Federal Rule of Civil Procedure 45, by serving its registered agent by personal service: CT Corporation Systems, 289 South Culver Street, Lawrenceville, GA

1

30046-4805.  A true and correct copy of the subpoena is attached hereto as Exhibit A.

Respectfully submitted this 2nd day of September, 2022.

      /s/Aiten M. McPherson
Christopher P. Galanek (GA Bar No. 282390)
Chris.Galanek@bclplaw.com
Aiten M. McPherson (GA Bar No. 439899)
Aiten.McPherson@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309
Telephone:  (404) 572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S NOTICE OF NON-PARTY SUBPOENA was electronically filed with the Court using the CM/ECF system and also served via E-mail on September 2, 2022 upon counsel of record as follows:

Robert N. Marx
Jean Simonoff Marx
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia  30338
Email: lawyers@marxlawgroup.com

                      /s/Aiten M. McPherson
                      Aiten M. McPherson
                      **BRYAN CAVE LEIGHTON PAISNER LLP**

1

2

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*