# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04129-AT
## Slawin v. Bank of America Merchant Services et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/13/2022.

TIME COURT COMMENCED: 04:15 P.M.
TIME COURT CONCLUDED: 05:00 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Galanek representing Bank of America Merchant Services<br>Jean Marx representing Eric Slawin<br>Robert Marx representing Eric Slawin<br>Aiten McPherson representing Bank of America Merchant Services |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript |
| HEARING STATUS: | Hearing Concluded |