IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>           Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>           Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## NOTICE OF WITHDRAWAL OF SUBPOENA TO FISERV, INC.

PLEASE TAKE NOTICE THAT, Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., hereby WITHDRAWS the subpoena issued in this matter to Fiserv, Inc. (ECF 79-1)  Plaintiff respectfully submits that Fiserv, Inc.'s motion to quash the subpoena (ECF 79) is now moot. Plaintiff will issue a new subpoena which will be more narrowly tailored.  Plaintiff withdraws the aforesaid subpoena in the interest of expediting discovery, possibly narrowing outstanding discovery issues and lightening the burden on the Court. Accordingly, this withdrawal is not to be construed as any admission that the subpoena as originally issued should not have been enforced by the Court.

1

This 29th day of September 2022.

                                 s/Robert N. Marx
                                 Robert N. Marx, Esq.
                                 Georgia Bar No. 475280
                                Jean Simonoff Marx, Esq.
                                 Georgia Bar No. 475276
                                 Marx & Marx, L.L.C.
                                 1050 Crown Pointe Parkway
                                 Suite 500
                                 Atlanta, Georgia 30338
                                 Telephone:  (404) 261-9559
                                 lawyers@marxlawgroup.com
                                 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>            Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

    This is to certify that on September 29, 2022, I electronically filed: **Notice of Withdrawal of Subpoena to Fiserv, Inc.,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Christopher P. Galanek
>chris.galanek@bclplaw.com
>Aiten M. McPherson
>aiten.mcpherson@bclplaw.com
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>Tel. (404) 572-6600
>Counsel for Defendant and for Non-Party Fiserv, Inc.

    Respectfully submitted, this 29th day of September 2022.

3

                                                         s/Robert N. Marx
                                                   Georgia Bar Number 475280
                                                   Attorneys for Plaintiff
                                                   Marx & Marx, L.L.C.
                                                   1050 Crown Pointe Parkway
                                                   Suite 500
                                                   Atlanta, Georgia 30338
                                                   Telephone:  (404) 261-9559
                                                   E-mail:  lawyers@marxlawgroup.com