## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | |
| Plaintiff, | Civil Action File |
| | Case No. 1:19-cv-04129-AT |
| v. | |
| BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, | |
| Defendant. | |

## DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S
## NOTICE OF NON-PARTY SUBPOENA

To: **Dr. Bernard B. Wolfberg, M.D.**
**Attn: Records Custodian**
**260 Balboa Ct. NE**
**Atlanta, Georgia 30342**

PLEASE TAKE NOTICE that on or about October 17, 2022, Defendant Banc Of America Merchant Services, LLC, s/h/a Bank Of America Merchant Services ("*Defendant*") shall cause a Subpoena for the Production of Documents to be served on Dr. Bernard B. Wolfberg, pursuant to the Federal Rule of Civil Procedure 45, by personal service:  260 Balboa Ct. NE, Atlanta, Georgia 30342.  A true and correct copy of the subpoena is attached hereto as Exhibit A.

Respectfully submitted this 14th day of October, 2022.

   */s/Aiten M. McPherson*            
Christopher P. Galanek (GA Bar No. 282390)
Chris.Galanek@bclplaw.com
Aiten M. McPherson (GA Bar No. 439899)
Aiten.McPherson@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309
Telephone:  (404) 572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIC SLAWIN,

     Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT SERVICES,

     Defendant.

Civil Action File
Case No. 1:19-cv-04129-AT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing DEFENDANT BANC OF AMERICA

MERCHANT SERVICES, LLC'S NOTICE OF NON-PARTY SUBPOENA was

electronically filed with the Court using the CM/ECF system and also served via E-

mail on October 14, 2022 upon counsel of record as follows:

> Robert N. Marx
> Jean Simonoff Marx
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway, Suite 500
> Atlanta, Georgia  30338
> Email: lawyers@marxlawgroup.com

        */s/Aiten M. McPherson*
        Aiten M. McPherson
        **BRYAN CAVE LEIGHTON PAISNER**
        **LLP**

1

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

# Exhibit A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| ERIC SLAWIN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  Civil Action No. 1:19-cv-04129-AT |
| BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Dr. Bernard B. Wolfberg, M.D., Records Custodian
260 Balboa Ct. NE, Atlanta, GA 30342

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| Place: Bryan Cave Leighton Paisner LLP 1201 W. Peachtree St. NW 14th Floor Atlanta, GA 30309 | Date and Time: 11/11/2022 10:55 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/14/2022

| CLERK OF COURT | OR | *(signature)* |
|---|---|---|
| _____ Signature of Clerk or Deputy Clerk | | _____ Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Defendant
Banc of America Merchant Services, LLC                              , who issues or requests this subpoena, are:
Aiten McPherson, 1201 West Peachtree Street NW, 14th Floor, Atlanta, GA 30309,
aiten.mcpherson@bclplaw.com, 404-572-6600

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                  _____
                                                    *Printed name and title*

                                  _____
                                                    *Server's address*

Additional information regarding attempted service, etc.:

ATTACHMENT "A"

Any and all documents and records pertaining to the medical, psychological, psychiatric, and/or mental condition of ERIC SLAWIN (Social Security Number: ███████; birth date: 06/23/███) ("*Plaintiff*"), including, but not limited to, medical, psychological, psychiatric and mental records, medical history, examinations, tests, evaluations, analyses, diagnoses, reports, treatments, therapies, invoices, receipts and any other information regarding the medical, psychological, psychiatric, and/or mental condition of Plaintiff.