IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA ON DR. BERNARD B. WOLFBERG, M.D.

COMES NOW Defendant Banc Of America Merchant Services, LLC, s/h/a Bank Of America Merchant Services ("***Defendant***"), by and through counsel, and hereby files the attached Proof of Service of the Subpoena on Dr. Bernard B. Wolfberg, M.D., a true and correct copy is attached hereto as Exhibit A.

Submitted this 20th day of October, 2022.

                                           */s/ Aiten M. McPherson*
                                           Aiten M. McPherson (GA Bar No. 439899)
                                           Aiten.McPherson@bclplaw.com
                                           Christopher P. Galanek (GA Bar No. 282390)
                                           Chris.Galanek@bclplaw.com
                                           **BRYAN CAVE LEIGHTON PAISNER LLP**
                                           One Atlantic Center, Fourteenth Floor

        1201 W. Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA ON DR. BERNARD B. WOLFBERG, M.D.** was served using the Court's CM/ECF filing system on October 20, 2022 upon counsel of record as follows:

> Robert N. Marx, Esq.
> Jean Simonoff Marx, Esq.
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway, Suite 500
> Atlanta, GA 30338
> Email: lawyers@marxlawgroup.com

　　　　　　　　　　　　　　　　　　 */s/ Aiten M. McPherson*
　　　　　　　　　　　　　　　　　　Aiten M. McPherson
　　　　　　　　　　　　　　　　　　**BRYAN CAVE LEIGHTON PAISNER LLP**

3

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*