# Exhibit A

605948287.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    1:19-cv-04129-AT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for Dr. Bernard B. Wolfberg, M.D. was recieved by me on 10/18/2022:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Records Custodian**, who is designated by law to accept service of process on behalf of **Dr. Bernard B. Wolfberg, M.D.10/18/2022**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 99.00 for services, for a total of $ 99.00.

I declare under penalty of perjury that this information is true.

Date: 10/20/22

Server's signature

**Euael Beyene**
*Printed name and title*

3061 oakcliff road
APT 206
Doraville, GA 30340

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Records Custodian with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact over 65 years of age, 5'-5'4" tall and weighing 140-160 lbs.


