# Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| ERIC SLAWIN  *Plaintiff*  v.  BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES  *Defendant* | Civil Action No. 1:19-cv-04129-AT |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Fidelity Investments (Attn: Marc Rademacher)

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| Place: Bryan Cave Leighton Paisner LLP  1201 W. Peachtree St. NW 14th Floor  Atlanta, GA 30309 | Date and Time:  01/20/2023 9:10 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/18/2023

*CLERK OF COURT*

_____         OR        /s/ Aiten McPherson
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant** Banc of America Merchant Services, LLC, who issues or requests this subpoena, are:
Aiten McPherson, 1201 West Peachtree Street NW, 14th Floor, Atlanta, GA 30309, aiten.mcpherson@bclplaw.com, 404-572-6600

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# Exhibit A

# EXHIBIT A – DOCUMENT REQUESTS

## DEFINITIONS:

1.  "*Fidelity*," "*you*," or "*your*" shall refer to Fidelity Investments, and its representatives, agents, employees, attorneys, and any other persons acting or purporting to act on behalf of Fidelity.

2.  The term "*Slawin*" shall mean Plaintiff Eric J. Slawin, born on June 23, ▮▮, and residing at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3.  The term "*documents*" shall have the meaning given to that term by the Federal Rules of Civil Procedure and, to the extent those rules conflict, the broader definition shall govern.

4.  The term "person" shall mean any natural person, corporation, limited or general partnership, joint venture, firm, association, proprietorship, agency, board authority, governmental entity, or any other entity.

5.  The term "*document(s)*" shall be used in its customary broad sense to include, without limitation, written, typed, printed, recorded, graphic or photographic matter, however produced or reproduced, of any kind, and whether an original, master, duplicate, or copy, including but not limited to, files, papers, correspondence, telegrams, internal communications, memoranda, notes, reports, studies, contracts, manuals, analysis, reports of laboratory tests, agreements,

1

working papers, corporate records, invoices, photographs, video tapes, microfilm or microfiche, e-mails, computer stored information, minutes, transcriptions or sound recordings of any conversations, negotiations, meetings or conferences, conducted either in person or by telephone, or things similar to either of the foregoing, and all other papers, including inter and intra-company communications, summaries, writings or physical things containing information, and other documentary material of any nature whatsoever. "Document" also includes, but is not limited to, information of whatever kind stored within or capable of being retrieved from a computer, computer disk, database, zip disk, CD, hard drives and other media, electronically stored data or magnetic or optical storage media saved as an "active" file, any electronic file saved as a backup, any "deleted" but recoverable electronic files, and any electronic file fragments (files that have been deleted and partially overwritten with new data). In all cases where originals and/or non-identical copies are not available, "document(s)" also means identical copies of original documents and copies of non-identical copies.

6. If any document is withheld from production on grounds of privilege, work product immunity, or any other basis: (i) identify the document with particularity sufficient to allow the matter to be brought before the Court, including a description of the document's type (e.g., letter, memorandum, report), subject

2

matter, number of pages, date, author(s), addressee(s), custodian and that person's business address; and (ii) explain the nature and basis for each claim of privilege, work product immunity, or other purported grounds for withholding the document.

7. In responding to these requests, you must make a diligent search of your records and of any and all other papers and materials in your possession or available to you or your representatives. This request is continuing and your production must be supplemented to the extent required by law and the applicable rules.

## **DOCUMENT REQUESTS**

1. Please produce all brokerage or investment account statements from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

2. Please produce any transaction history from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

3. Please produce all documents related to any distribution made to Slawin from January 2017 through the present for any account for which Slawin is an owner, joint-owner, or beneficiary.

4. Please produce all documents related to the closing or transfer of any account from January 2017 through the present for which Slawin is an owner, joint-owner, or beneficiary.

5. Please produce all documents related to any margin investing related to any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present.

6. Please produce all tax forms related to any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present, including, but not limited to, any 1099-B forms, 1099-DIV forms, 1099-INT forms, 1099-R forms, 1099-MISC forms, 1099-OID forms, and 1099-Q forms.

2

7.      Please produce all documents that pertain to Slawin's account(s) and/or investment(s), including, but not limited to, activity letters, non-solicitation letters, compliance reviews, and/or account letters from January 2017 through the present.

8.      Please produce all documents that reflect the time and date that any stock or bond trade was made on any account for which Slawin is an owner, joint-owner, or beneficiary from January 2017 through the present.