IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

NOTICE OF DEPOSITION OF MICHAEL SOLAN

PLEASE TAKE NOTICE that that pursuant to F.R.Civ.P. 30 and 45 and agreement of counsel, the deposition of Michael Solan will be taken by stenographic and audiovisual means by remote Zoom deposition on April 24, 2023 at 10:00 A.M. EST, hosted by a notary public or some other officer authorized to administer oaths, for the purpose of discovery or for use as evidence in this action, or for any other purpose allowed by the Federal Rules of Civil Procedure or by the Federal Rules of Evidence.  The deposition will commence on the date and time set forth herein and shall continue from day to day until completed.

The access link to this remote video deposition will be sent electronically to the following email addresses for participation in this deposition:

1

lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com
Chris.Galanek@bclplaw.com
aiten.mcpheerson@bclplaw.com
[Michael Solan's email to be provided by Defendant's counsel.]

Respectfully submitted, this 11th day of April 2023.

        /s/Robert N. Marx
        Robert N. Marx
        Georgia Bar No. 475280
        Jean Simonoff Marx
        Georgia Bar No. 475276
        Marx & Marx, L.L.C.
        1050 Crown Pointe Parkway
        Suite 500
        Atlanta, Georgia 30338
        Telephone: (404) 261-9559
        lawyers@marxlawgroup.com
        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

　　　This is to certify that on April 11, 2023, I served: **Notice of Deposition (Michael Solan for April 24, 2023)**, by email addressed to Defendant's counsel of record as follows:

　　　　　Aiten McPherson, Esq
　　　　　aiten.mcpherson@bclplaw.com
　　　　　Christopher P. Galanek, Esq.
　　　　　Chris.Galanek@bclplaw.com
　　　　　Bryan Cave Leighton Paisner LLP
　　　　　One Atlantic Center, 14th Floor
　　　　　1201 West Peachtree Street, N.W.
　　　　　Atlanta, GA 30309-3471

　　　Respectfully submitted, this 11th day of April 2023.

　　　　　　　　　　　　　　　　　　　/s/Robert N. Marx
　　　　　　　　　　　　　　　　　　Georgia Bar Number 475280
　　　　　　　　　　　　　　　　　　Marx & Marx, L.L.C.
　　　　　　　　　　　　　　　　　　1050 Crown Pointe Parkway
　　　　　　　　　　　　　　　　　　Suite 500

3

                                        Atlanta, Georgia 30338
                                        (404) 261-9559
                                        lawyers@marxlawgroup.com
                                        Attorneys for Plaintiff