IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

NOTICE OF DEPOSITION OF MARK KENDALL

PLEASE TAKE NOTICE that that pursuant to F.R.Civ.P. 30 and 45 and agreement of counsel, the deposition of Mark Kendall will be taken by stenographic and audiovisual means by remote Zoom deposition on April 26, 2023 at 10:00 A.M. EST, hosted by a notary public or some other officer authorized to administer oaths, for the purpose of discovery or for use as evidence in this action, or for any other purpose allowed by the Federal Rules of Civil Procedure or by the Federal Rules of Evidence. The deposition will commence on the date and time set forth herein and shall continue from day to day until completed.

The access link to this remote video deposition will be sent electronically to the following email addresses for participation in this deposition:

1

lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com
Chris.Galanek@bclplaw.com
aiten.mcpheerson@bclplaw.com
[Mark Kendall's email to be provided by Defendant's counsel.]

Respectfully submitted, this 11th day of April 2023.

                               /s/Robert N. Marx
                               Robert N. Marx
                               Georgia Bar No. 475280
                               Jean Simonoff Marx
                               Georgia Bar No. 475276
                               Marx & Marx, L.L.C.
                               1050 Crown Pointe Parkway
                               Suite 500
                               Atlanta, Georgia 30338
                               Telephone: (404) 261-9559
                               lawyers@marxlawgroup.com
                               Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

　　This is to certify that on April 11, 2023, I served: **Notice of Deposition (Mark Kendall for April 26, 2023)**, by email addressed to Defendant's counsel of record as follows:

> Aiten McPherson, Esq
> aiten.mcpherson@bclplaw.com
> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

　　Respectfully submitted, this 11th day of April 2023.

> 　/s/Robert N. Marx
> Georgia Bar Number 475280
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway
> Suite 500

3

Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff

4