IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

<u>NOTICE OF DEPOSITION OF NATASHA COLLINS</u>

PLEASE TAKE NOTICE that that pursuant to F.R.Civ.P. 30 and 45 and agreement of counsel, the deposition of Natasha Collins will be taken by stenographic and audiovisual means by remote Zoom deposition on April 27, 2023 at 10:00 A.M. EST, hosted by a notary public or some other officer authorized to administer oaths, for the purpose of discovery or for use as evidence in this action, or for any other purpose allowed by the Federal Rules of Civil Procedure or by the Federal Rules of Evidence.  The deposition will commence on the date and time set forth herein and shall continue from day to day until completed.

The access link to this remote video deposition will be sent electronically to the following email addresses for participation in this deposition:

1

lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com
Chris.Galanek@bclplaw.com
aiten.mcpheerson@bclplaw.com
[Natasha Collins' email to be provided by Defendant's counsel.]

Respectfully submitted, this 11th day of April 2023.

                                          /s/Robert N. Marx
                                          Robert N. Marx
                                          Georgia Bar No. 475280
                                          Jean Simonoff Marx
                                          Georgia Bar No. 475276
                                          Marx & Marx, L.L.C.
                                          1050 Crown Pointe Parkway
                                          Suite 500
                                          Atlanta, Georgia 30338
                                          Telephone: (404) 261-9559
                                          lawyers@marxlawgroup.com
                                          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

　　　This is to certify that on April 11, 2023, I served: **Notice of Deposition (Natasha Collins for April 27, 2023)**, by email addressed to Defendant's counsel of record as follows:

　　　　　Aiten McPherson, Esq
　　　　　aiten.mcpherson@bclplaw.com
　　　　　Christopher P. Galanek, Esq.
　　　　　Chris.Galanek@bclplaw.com
　　　　　Bryan Cave Leighton Paisner LLP
　　　　　One Atlantic Center, 14th Floor
　　　　　1201 West Peachtree Street, N.W.
　　　　　Atlanta, GA 30309-3471

　　　Respectfully submitted, this 11th day of April 2023.

　　　　　　　　　　　　　　　　　　　　 /s/Robert N. Marx
　　　　　　　　　　　　　　　　　　　　Georgia Bar Number 475280
　　　　　　　　　　　　　　　　　　　　Marx & Marx, L.L.C.
　　　　　　　　　　　　　　　　　　　　1050 Crown Pointe Parkway
　　　　　　　　　　　　　　　　　　　　Suite 500

3

Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff

4