IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>          Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

NOTICE OF DEPOSITION OF JOSEPH MOLL

PLEASE TAKE NOTICE that that pursuant to F.R.Civ.P. 30 and 45 and agreement of counsel, the deposition of Joseph Moll will be taken by stenographic and audiovisual means by remote Zoom deposition on May 2, 2023 at 10:00 A.M. EST, hosted by a notary public or some other officer authorized to administer oaths, for the purpose of discovery or for use as evidence in this action, or for any other purpose allowed by the Federal Rules of Civil Procedure or by the Federal Rules of Evidence.  The deposition will commence on the date and time set forth herein and shall continue from day to day until completed.

The access link to this remote video deposition will be sent electronically to the following email addresses for participation in this deposition:

1

lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com
Chris.Galanek@bclplaw.com
aiten.mcpheerson@bclplaw.com
[Joseph Moll's email to be provided by Defendant's counsel.]

Respectfully submitted, this 11th day of April 2023.

/s/Robert N. Marx
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

This is to certify that on April 11, 2023, I served: **Notice of Deposition (Joseph Moll for May 2, 2023)**, by email addressed to Defendant's counsel of record as follows:

  Aiten McPherson, Esq
  aiten.mcpherson@bclplaw.com
  Christopher P. Galanek, Esq.
  Chris.Galanek@bclplaw.com
  Bryan Cave Leighton Paisner LLP
  One Atlantic Center, 14th Floor
  1201 West Peachtree Street, N.W.
  Atlanta, GA 30309-3471

Respectfully submitted, this 11th day of April 2023.

      /s/Robert N. Marx
      Georgia Bar Number 475280
      Marx & Marx, L.L.C.
      1050 Crown Pointe Parkway
      Suite 500

3

Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff

4