IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, <br><br> Plaintiff, <br><br> v. <br><br> BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, <br><br> Defendant. | Civil Action File No. <br> 1:19-cv-04129-AT |

### NOTICE OF ADJJOURNMENT OF DEPOSITION OF ALI DAVIS

PLEASE TAKE NOTICE, that that pursuant to agreement of counsel the deposition of Ali Davis, noticed for April 18, 2023 at 10:00 A.M. EST has been adjourned, to be rescheduled for a later date.

Respectfully submitted, this 17th day of April 2023.

                               */s/Robert N. Marx*
                               Robert N. Marx
                               Georgia Bar No. 475280
                               Jean Simonoff Marx
                               Georgia Bar No. 475276
                               Marx & Marx, L.L.C.
                               1050 Crown Pointe Parkway
                               Suite 500
                               Atlanta, Georgia 30338
                               Telephone: (404) 261-9559
                               lawyers@marxlawgroup.com
                               *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

    This is to certify that on April 17, 2023, I served: **Notice of Adjournment of Deposition (Ali Davis for April 18, 2023)**, by email addressed to Defendant's counsel of record as follows:

        Aiten McPherson, Esq
        aiten.mcpherson@bclplaw.com
        Christopher P. Galanek, Esq.
        Chris.Galanek@bclplaw.com
        Bryan Cave Leighton Paisner LLP
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471

    Respectfully submitted, this 17th day of April 2023.

                      */s/Robert N. Marx*
                      Robert N. Marx
                      Georgia Bar No. 475280

Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
*Attorneys for Plaintiff*