IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

　　　This is to certify that on April 18, 2023, I served: **Plaintiff's Requests for Admissions**, by email addressed to Defendant's counsel of record as follows:

> Aiten McPherson, Esq
> aiten.mcpherson@bclplaw.com
> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

　　　Respectfully submitted, this 18th day of April 2023.

　　　　　　　　　　　　　　　　　　　　*/s/Robert N. Marx*
　　　　　　　　　　　　　　　　　　　　 Robert N. Marx
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 475280
　　　　　　　　　　　　　　　　　　　　Jean Simonoff Marx
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 475276
　　　　　　　　　　　　　　　　　　　　Marx & Marx, L.L.C.

1

        1050 Crown Pointe Parkway
        Suite 500
        Atlanta, Georgia 30338
        Telephone: (404) 261-9559
        lawyers@marxlawgroup.com
        *Attorneys for Plaintiff*