# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04129-AT
## Slawin v. Bank of America Merchant Services et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 04/18/2023.

TIME COURT COMMENCED: 03:30 P.M.
TIME COURT CONCLUDED: 04:10 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 00:40                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Galanek representing Bank of America Merchant Services<br>Jean Marx representing Eric Slawin<br>Robert Marx representing Eric Slawin<br>Aiten McPherson representing Bank of America Merchant Services |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference re discovery dispute. Follow up Teleconference set for Monday, May 24, 2023, at 2:00PM. |
| HEARING STATUS: | Hearing Concluded |