IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, | : CIVIL ACTION NO. <br> : 1:19-cv-4129-AT <br> : <br> : |
| Defendant. | : <br> : |

# **ORDER**

Before the Court is the parties' Consolidated Discovery Statement [Doc. 110]. In their Discovery Statement, the parties identify nearly 100 disputes concerning the parties' written discovery requests. The Court has reviewed the disputes for each particular discovery request. In the attached chart, the Court provides a summary of each request and rules on the majority of the disputes, either sustaining the objection or requiring the responding party to answer or produce documents in full or as confined to a particular time period or subject. While the Court resolves a majority of the disputes, some require further discussion, and the Court will address these disputes at the teleconference currently set for Monday April 24, 2023 at 2:00 p.m. In the chart, the Court also identifies certain documents that the parties should email to Mr. Martin before **4:30 p.m. on**

**Friday April 21, 2023**. In particular, the Court requests that Defendant send to the Court and to Plaintiff three different sample Merchant Services Agreements, in connection with Plaintiff's RPD 18. Additionally, the Court directs Plaintiff to provide the Court with his Privilege Log in connection with Defendant's RPD 10. Finally, the Court requests that Defendant re-frame certain discovery requests, in connection with Defendant's ROGs 14 and 15 and RPDs 16 and 27, and circulate those new requests. These documents can be emailed to Mr. Martin at Harry_Martin@gand.uscourts.gov.

**IT IS SO ORDERED** this 20th day of April 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**