|  | Slawin v BAMS, 1:19-cv-4129  Disputes re: Written Discovery |
|---|---|

| Specific discovery request | General topic/area of information | Information or documents requested | Ruling |
|---|---|---|---|
| **Pl. ROG 2** | Decision to terminate Plaintiff | identify each person who was involved in any way with the decision to terminate Plaintiff's employment and set forth in detail each action and/or decision made by each such person in connection with Plaintiff's termination | **See below re: ROG 3** |
| **Pl. ROG 3** | Decision to terminate Plaintiff | "identify each person who made the decision to terminate Plaintiff's employment" | **Defendant has identified 5 individuals involved in Plaintiff's termination. Defendant must respond and identify each individual's role and identify who was the final decisionmaker** |
| **Pl. RPD 29** | Communications among BAMS employees re PCI compliance | "all documents from BOA regarding PCI compliance" | **Objection sustained. If not sufficiently covered by related requests, Plaintiff can raise with Court** |
| **Pl. RPD 30** | Communications among BAMS employees re PCI compliance | "all documents sent to or received from BOA regarding BAMS being or not being PCI compliant" | **Defendant must produce responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 32** | Communications among BAMS employees re PCI compliance | documents sent to/received from BOA reflecting/referring to BAMS taking action to become PCI Compliant | **Defendant must produce responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 24** | Communications among BAMS employees re PCI compliance | "surveys, evaluations, calculations, investigations … that discuss or refer to the volume of transactions handled by BAMS which required BAMS to …handle PAN data" | **Defendant must produce responsive documents indicating the approximate volume of** |

1

| | | | |
|---|---|---|---|
| | | | transactions involving PAN data (1) at end of first quarter of 2017 and (2) at end of second quarter of 2017 |
| **Pl. RPD 99** | Communications among BAMS employees re PCI compliance | documents prepared by, sent to, or received from Thomas Fontana discussing BAMS handling of PAN data | **Defendant must produce responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 100** | Communications among BAMS employees re PCI compliance | documents prepared by, sent to, or received from Tim Tynan re PAN data | **Defendant must produce responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 104** | Documents about PAN data | documents that include estimates of amount of PAN data transmitted between First Data and BAMS | **Objection sustained.  If not sufficiently covered by RPD 24, Plaintiff can raise with Court** |
| **Pl. RPD 106** | Documents about PAN data | spreadsheets containing PAN data transmitted between First Data and BAMS | **Objection sustained, subject to Defendant providing Plaintiff with two completed spreadsheets as a sample, with personally identifiable information redacted** |
| **Pl. RPD 107** | Documents about PAN data | emails containing or referring to PAN data transmitted between First Data and BAMS | **Objection sustained** |
| **Pl. ROG 6** | Conversations among BAMS employees re notice to customers | set forth each discussion among BAMS employees re: (1) PCI non-compliance, including discussions about notice, (2) response, advisement, or communication made to Selected Merchants (41 of them) & identify each document/email etc. memorializing such discussion | **First portion of objection sustained, subject to provision that Defendant should produce any written instructions given to BAMS employees regarding BAMS PCI compliance measures and subject to Defendant providing any** |

| | | | minutes or any memoranda circulated regarding such conversations.  Re: second portion of ROG, Defendant must identify any document memorializing PCI compliance discussions from 1/1/17 to 12/31/17 |
|---|---|---|---|
| **Pl. ROG 7** | Conversations among BAMS employees re notice to customers | set forth in detail each discussion among particular individuals identified in ROG 5 re PCI compliance | **Objection sustained (identification and provision of documents specified or produced should be sufficiently covered by the Court's ruling and directions in connection with ROG 6)** |
| **Pl. ROG 8** | Conversations among BAMS employees re notice to customers | Set forth in detail each discussion among individuals identified in ROG 4 re BAMS noncompliance and notices to Selected Merchants | **Objection sustained (identification and provision of documents specified or produced should be sufficiently covered by ROG 6)** |
| **PL. ROG 24** | Customers and notice to customers | Set forth current address of each Selected Merchant (41) sufficient to frame subpoena | **To be discussed with Court: why does Plaintiff need addresses? Are addresses not publicly available?** |
| **Pl. RPD 20** | Customers and notice to customers | All documents sent by BAMS to Selected Merchants discussing BAMS being PCI compliant | **Plaintiff must select 20 of the 41 merchants. Defendant must provide responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 111** | Customers and notice to customers | All questionnaires sent by Home Depot re: PCI compliance | **Defendant must respond/produce** |

3

| **Pl. RPD 113** | Customers and notice to customers | All documents in BAMS control re: any questionnaires or inquiries sent by Selected Merchants (41) re PCI compliance | **Plaintiff must select 20 of the 41 merchants. Defendant must provide responsive documents from 1/1/17 through 12/31/17** |
|---|---|---|---|
| **Pl. ROG 9** | Joint Venture | Set forth legal relationship between BAMS, BOA, and First Data in 2017 | **Defendant must respond** |
| **Pl. ROG 10** | Joint Venture | Set forth and describe any change in legal relationship among BAMS, BOA, and First Data from 2017 to time of response | **Defendant must respond** |
| **Pl. ROG 11** | Joint Venture | In 2017, was BAMS a joint venture? Identify joint venturers | **Defendant must respond** |
| **Pl. ROG 12** | Joint Venture | Identify owners of BAMS during period 2017 to date of response, setting forth ownership %, and in what manner and what date ownership changed | **Objection sustained** |
| **Pl. RPD 15** | Joint Venture | All agreements between First Data and BAMS re payment processing | **Be prepared to discuss with the Court. Plaintiff should be prepared to specifically identify 5 exemplar agreements he is seeking** |
| **Pl. RPD 16** | Joint Venture | All agreements between BOA and BAMS re payment processing | **Be prepared to discuss with the Court. Plaintiff should be prepared to specifically identify 5 exemplar agreements he is seeking** |
| **Pl. RPD 17** | Joint Venture | All agreements between BOA, First Data, and BAMS re payment processing | **Be prepared to discuss with the Court. Plaintiff should be prepared to specifically identify 5 exemplar agreements he is seeking** |
| **Pl. RPD 18** | Joint Venture | All Merchant Services Agreements (MSAs) with any | **Be prepared to discuss with Court.** |

4

| | | Selected Merchant signed by D on behalf of BOA | **Plaintiff be prepared to explain purpose of this request. Defendant send the Court and Plaintiff 3 example MSAs by Friday 4/21/23** |
|---|---|---|---|
| **Pl. RPD 21** | Joint Venture | All documents setting forth BAMS role in providing payment processing services in connection w/ joint venture between First Data and BOA | **Objection sustained. Covered by other requests. If insufficient, Plaintiff can raise with Court *after* review of responses to other requests** |
| **Pl. RPD 22** | Joint Venture | All documents that set forth BAMS' role in providing payment processing services "as that role related to any role played by First Data" | **Objection sustained. Covered by other requests. If insufficient, Plaintiff can raise with Court *after* review of responses to other requests** |
| **Pl. RPD 23** | Joint Venture | All documents that set forth BAMS' role in in providing payment processing services "as that role related to any role played by BOA" | **Objection sustained. Covered by other requests. If insufficient, Plaintiff can raise with Court *after* review of responses to other requests** |
| **Pl. RPD 47** | Joint Venture | All documents referring to any joint venture between BOA and First Data and referring to BAMS | **Overly broad. Objection sustained** |
| **Pl. RPD 49** | Joint Venture | All documents that refer to the purchase of First Data by Fiserv and referring to BAMS | **Overly broad. Objection sustained** |
| **Pl. RPD 51** | Joint Venture | All documents referring to the purchase of First Data by Fiserv and referring to BAMS and BOA | **Overly broad. Objection sustained** |
| **Pl. RPD 82** | Joint Venture | All documents between BAMS and First Data referring to affiliate relationship between BAMS and First Data | **Overly broad. Objection sustained** |
| **Pl. RPD 83** | Joint Venture | All documents between BAMS and BOA referring to relationship between BAMS and BOA | **Overly broad. Objection sustained** |

5

| **Pl. RPD 101** | Joint Venture | All documents sent, received, or prepared by BAMS related to any filings by BOA with the SEC | **Explain at conference: What is the relevance of these requested documents?** |
|---|---|---|---|
| **Pl. RPD 102** | Joint Venture | All docs sent, received, or prepared by BAMS related to any filings by First Data with the SEC | **Explain at conference: What is the relevance of these requested documents?** |
| **Pl. RPD 103** | Joint Venture | All docs sent, received, or prepared by BAMS related to any filings by Fiserv with the SEC | **Explain at conference: What is the relevance of these requested documents?** |
| **Pl. RPD 116** | Joint Venture | Each and every power of attorney from BOA to BAMS from 2015 to date | **Objection sustained** |
| **Pl. RPD 142** | Joint Venture | All documents sent between BAMS and BOA referencing BAMS' financial performance, assets, liabilities | **Objection sustained** |
| **Pl. RPD 143** | Joint Venture | All documents sent between BAMS and First Data referencing BAMS' financial performance, assets, liabilities | **Objection sustained** |
| **Pl. RPD 144** | Joint Venture | All documents sent between BAMS and Fiserv referencing BAMS' financial performance, assets, liabilities | **Objection sustained** |
| **Pl. RPD 145** | Joint Venture | All documents between BAMS and First Data referring to BAMS' financial performance | **Objection sustained** |
| **Pl. ROG 18** | Dissolution of BAMS | Identify the bank that held each asset of BAMS as of 12/31/17 | **Objection sustained as post-judgment discovery** |
| **Pl. ROG 19** | Dissolution of BAMS | Set forth transfer of assets of BAMS | **Objection sustained as post-judgment discovery** |
| **Pl. ROG 20** | Dissolution of BAMS | Set forth transfer of assets of BAMS in consequence of ownership transfer re ROG 12 | **Objection sustained as post-judgment discovery** |
| **Pl. ROG 21** | Dissolution of BAMS | Identify bank holding assets identified in earlier ROGs | **Objection sustained as post-judgment discovery** |

| | | | |
|---|---|---|---|
| **Pl. ROG 22** | Dissolution of BAMS | Identify JV Wind Down's date of incorporation and other info | **Objection sustained as post-judgment discovery** |
| **Pl. ROG 23** | Dissolution of BAMS | Set forth assets of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 61** | Dissolution of BAMS | All documents re: disposition of Merchant Services Agreements upon dissolution of BAMS | **Objection sustained based on marginal relevance and post-judgment discovery objection** |
| **Pl. RPD 62** | Dissolution of BAMS | All documents re: disposition of MSA's upon JV Wind Down becoming successor | **Objection sustained based on marginal relevance and post-judgment discovery objection** |
| **Pl. RPD 63** | Dissolution of BAMS | All docs re: disposition or assignment of MSA's upon JV Wind Down becoming successor | **Objection sustained based on marginal relevance and post-judgment discovery** |
| **Pl. RPD 64** | Dissolution of BAMS | All documents re the incorporation and organization of JV Wind Down | **Objection sustained as post-judgment discovery and marginal relevance** |
| **Pl. RPD 65** | Dissolution of BAMS | All documents re the ownership of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 66** | Dissolution of BAMS | All documents re the owners of stock of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 67** | Dissolution of BAMS | All docs re assets BAMS including checking and banking statements and balance sheets | **Plaintiff's counsel should explain relevance of this information at conference with the Court** |
| **Pl. RPD 68** | Dissolution of BAMS | All docs re: assets of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 69** | Dissolution of BAMS | All docs re: disposition or transfer of assets from BAMS to JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 70** | Dissolution of BAMS | All agreements between JV Wind Down and BAMS | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 71** | Dissolution of BAMS | All agreements between JV Wind Down and BAMS and BOA | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 72** | Dissolution of BAMS | All agreements between JV Wind Down and BAMS and Fiserv | **Objection sustained as post-judgment discovery** |

7

| Pl. RPD 75 | Dissolution of BAMS | All docs re any notices sent to Merchants in reference to dissolution | **Objection sustained as post-judgment discovery** |
|---|---|---|---|
| **Pl. RPD 76** | Dissolution of BAMS | All docs re any notices sent to Merchants referring to JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 77** | Dissolution of BAMS | All docs re notices sent to Merchants re JV Wind Down becoming successor to BAMS | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 78** | Dissolution of BAMS | All docs re assumption of BAMS' liabilities | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 126** | Dissolution of BAMS | All agreements between JV Wind Down and Visa from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 127** | Dissolution of BAMS | All agreements between JV Wind Down and Mastercard from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 128** | Dissolution of BAMS | All agreements between JV Wind Down and Discover from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 129** | Dissolution of BAMS | All agreements signed by JV Wind Down on behalf of BOA with Visa from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 130** | Dissolution of BAMS | All agreements signed by JV Wind Down on behalf of BOA with Mastercard from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 131** | Dissolution of BAMS | All agreements signed by JV Wind Down on behalf of BOA with Discover from 2015 | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 132** | Dissolution of BAMS | BAMS checking and banking statements from 2015 to date | **Plaintiff: explain relevance of this information at conference** |
| **Pl. RPD 133** | Dissolution of BAMS | All profit/loss statements of BAMS from 2015 to present | **Plaintiff explain relevance of this information** |
| **Pl. RPD 134** | Dissolution of BAMS | All balance sheets of BAMS from 2015 to date | **Plaintiff explain relevance of this information** |
| **Pl. RPD 135** | Dissolution of BAMS | All documents reflecting assets of BAMS from 2015 to date | **Plaintiff explain relevance of this information** |
| **Pl. RPD 136** | Dissolution of BAMS | All docs reflecting the transfer/disposition of assets of BAMS | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 137** | Dissolution of BAMS | All banking/checking statements of JV Wind Down | **Objection sustained as post-judgment discovery** |

| | | | |
|---|---|---|---|
| **Pl. RPD 138** | Dissolution of BAMS | All profit/loss statements of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 139** | Dissolution of BAMS | All balance sheets of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 140** | Dissolution of BAMS | All docs reflecting assets of JV Wind Down | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 141** | Dissolution of BAMS | All docs reflecting assignments of liabilities of BAMS | **Objection sustained as post-judgment discovery** |
| **Pl. RPD 8** | Documents supporting pleadings in Answer | Docs that establish that D is an LLC "whose two members are subsidiaries of Fiserv and BofA" | **Not necessary as admitted in Answer** |
| **Pl. RPD 79** | Documents supporting pleadings in Answer | Docs that provide basis for assertion that D complied with applicable payment card industry rules | **Defendant must provide responsive documents from 1/1/16 through 12/31/17** |
| **Pl. RPD 84** | Documents supporting pleadings in Answer | Docs that provide basis for BAMS contention that it was not required to be PCI compliant | **Defendant must provide responsive documents from 1/1/15 through 12/31/17** |
| **Pl. RPD 44** | Documents re BAMS' PCI compliance | All docs sent to/received from First Data re BAMS' PCI compliance | **Defendant must provide responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 45** | Documents re BAMS' PCI compliance | All docs sent to/received from First Data including emails reflecting BAMS taking action to become PCI Compliant | **Defendant must provide responsive documents from 1/1/17 through 12/31/17** |
| **Pl. RPD 46** | Documents re BAMS' PCI compliance | All docs in BAMS' possession between First Data and BOA re PCI compliance | **Defendant must provide responsive documents from 1/1/17 through 12/31/17** |
| **Pl. ROG 13** | Discovery re: Merchant Services Agreements | For MSAs that were assigned/transferred in connection w/ ROG 10, describe in detail how and to which entity MSA was transferred | **Objection sustained absent compelling explanation from plaintiff's counsel at next conference.** |
| **Pl. ROG 14** | Discovery re: Merchant Services Agreements | For MSAs that were assigned/transferred in connection w/ ROG 12, describe in detail how and to which entity MSA was transferred | **Objection sustained. See ruling re #13 above.** |

| Pl. ROG 17 | Discovery re: Merchant Services Agreements | If any MSAs were transferred after 2017, describe in detail how and to which entity MSA was transferred | **Objection sustained. See ruling re #13 above.** |
|---|---|---|---|
| **Pl. RPD 12** | Discovery re: Merchant Services Agreements | All MSAs entered into between BAMS and Selected Merchants | **Discuss with Court (see RPD 18).** |
| **Pl. RPD 13** | Discovery re: Merchant Services Agreements | All MSAs with Selected Merchants and signed by BAMS | **Discuss with Court (see RPD 18)** |
| **Pl. RPD 86** | Discovery re VISA, Mastercard, Discover contracts/rule books | All rulebooks from Mastercard applicable to BAMS | **Is this information publicly available? Defendant should confirm and clarify this.** |
| **Pl. RPD 87** | Discovery re VISA, Mastercard, Discover contracts/rule books | All rulebooks from Discover applicable to BAMS | **Is this information publicly available? Defendant should confirm and clarify this.** |
| **Pl. RPD 88** | Discovery re VISA, Mastercard, Discover contracts/rule books | All documents describing rules of VISA applicable to BAMS re PCI compliance | **Is this information publicly available? Defendant should confirm and identify such or alternatively produce the documents.** |
| **Pl. RPD 89** | Discovery re VISA, Mastercard, Discover contracts/rule books | All documents describing rules of Mastercard applicable to BAMS re PCI compliance | **Is this information publicly available? Defendant should confirm and identify such or alternatively produce..** |
| **Pl. RPD 123** | Discovery re VISA, Mastercard, Discover contracts/rule books | All agreements with VISA that refer to BAMS providing payment processing services since 2015 | **Defendant must produce responsive documents** |
| **Pl. RPD 124** | Discovery re VISA, Mastercard, Discover contracts/rule books | All agreements with Mastercard that refer to BAMS providing payment processing services since 2015 | **Defendant must produce responsive documents.** |

| **Pl. RPD 125** | Discovery re VISA, Mastercard, Discover contracts/rule books | All agreements with Discover that refer to BAMS providing payment processing services since 2015 | **Defendant must produce responsive documents.** |
|---|---|---|---|
| **Def. ROG 4** | Calculation of Damages | Itemize how you calculate your damages – economic, noneconomic, punitive, or other | **What does Defendant contend is insufficient?** |
| **Def. RPD 10** | Calculation of Damages | All docs concerning claims for damages and methods to calculate such alleged damages and raw data/ compensation sheets | **Plaintiff should provide the Court with privilege log by Friday 4/21/23** |
| **Def. ROG 14** | Plaintiff's claims | Identify all docs concerning your allegation that you were retaliated against | **Overly broad question that Defendant should re-frame and circulate no later than Friday, 4/21/2023** |
| **Def. ROG 15** | Plaintiff's claims | Identify all docs concerning your allegation that your employment was improperly terminated | **Overly broad question that Defendant should re-frame and circulate no later than Friday, 4/21/2023** |
| **Def. RPD 16** | Plaintiff's claims | All docs concerning your allegation that you were retaliated against | **Overly broad question that Defendant should re-frame and circulate no later than Friday, 4/21/2023** |
| **Def. RPD 17** | Plaintiff's claims | All docs concerning your allegation that your employment was improperly terminated | **Overly broad question that Defendant should re-frame and circulate no later than Friday, 4/21/2023** |
| **Def. RPD 14** | Failure to Supplement | All docs identifying your income or other source of money from Dec. 7, 2017 to present | **How specifically does Defendant contend production is deficient? Defendant should be prepared to address. Additionally, only alternate work-** |

|  |  |  | related income would be relevant – as opposed to investment income or other income (e.g., inherited income) |
|---|---|---|---|
| **Def. RPD 15** | Failure to supplement | Fed and state tax returns from 2017 to present | **How specifically does Defendant contend production is deficient? If Defendant is seeking non-work-related income, the Court does not view such income as relevant** |