IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

NOTICE OF ADJJOURNMENT OF DEPOSITION OF
MICHAEL SOLAN

PLEASE TAKE NOTICE, that that pursuant to agreement of counsel the deposition of Michael Solan, noticed for April 24, 2023 at 10:00 A.M. EST has been adjourned, to be rescheduled for a later date.

Respectfully submitted, this 21st day of April 2023.

>    /s/Robert N. Marx
>     Robert N. Marx
>     Georgia Bar No. 475280
>     Jean Simonoff Marx
>     Georgia Bar No. 475276
>     Marx & Marx, L.L.C.
>     1050 Crown Pointe Parkway
>     Suite 500
>     Atlanta, Georgia 30338
>     Telephone: (404) 261-9559
>     lawyers@marxlawgroup.com
>     *Attorneys for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2023, I served: **Notice of Adjournment of Deposition (Michael Solan for April 24, 2023)**, by email addressed to Defendant's counsel of record as follows:

> Aiten McPherson, Esq
> aiten.mcpherson@bclplaw.com
> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

Respectfully submitted, this 21st day of April 2023.

> */s/Robert N. Marx*
>  Robert N. Marx
>  Georgia Bar No. 475280

2

Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
*Attorneys for Plaintiff*