# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04129-AT
## Slawin v. Bank of America Merchant Services et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 04/24/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 02:00 P.M. | |
| TIME COURT CONCLUDED: 03:05 P.M. | COURT REPORTER: Shannon Welch |
| TIME IN COURT: 1:05 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Galanek representing Bank of America Merchant Services |
| | Jean Marx representing Eric Slawin |
| | Robert Marx representing Eric Slawin |
| | Aiten McPherson representing Bank of America Merchant Services |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Discovery Hearing: See transcript. |
| HEARING STATUS: | Hearing Concluded |