IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

### NOTICE OF ADJJOURNMENT OF DEPOSITION OF JOSEPH MOLL

PLEASE TAKE NOTICE, that that the deposition of Joseph Moll, noticed for May 2, 2023 at 10:00 A.M. EST has been adjourned, to be rescheduled for a later date.

Respectfully submitted, this 25th day of April 2023.

　　　　　　　　　　　　　　　　*/s/Robert N. Marx*
　　　　　　　　　　　　　　　　 Robert N. Marx
　　　　　　　　　　　　　　　　 Georgia Bar No. 475280
　　　　　　　　　　　　　　　　 Jean Simonoff Marx
　　　　　　　　　　　　　　　　 Georgia Bar No. 475276
　　　　　　　　　　　　　　　　 Marx & Marx, L.L.C.
　　　　　　　　　　　　　　　　 1050 Crown Pointe Parkway
　　　　　　　　　　　　　　　　 Suite 500
　　　　　　　　　　　　　　　　 Atlanta, Georgia 30338
　　　　　　　　　　　　　　　　 Telephone: (404) 261-9559
　　　　　　　　　　　　　　　　 lawyers@marxlawgroup.com
　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>   Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>   Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

  This is to certify that on April 25, 2023, I served: **Notice of Adjournment of Deposition (Joseph Moll for May 2, 2023)**, by email addressed to Defendant's counsel of record as follows:

    Aiten McPherson, Esq
    aiten.mcpherson@bclplaw.com
    Christopher P. Galanek, Esq.
    Chris.Galanek@bclplaw.com
    Bryan Cave Leighton Paisner LLP
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471

  Respectfully submitted, this 25th day of April 2023.

         */s/Robert N. Marx*
         Robert N. Marx
         Georgia Bar No. 475280

Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
*Attorneys for Plaintiff*