IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>            Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

<u>NOTICE OF ADJJOURNMENT OF FED.R.CIV.P. 30(b)(6)
DEPOSITION OF DEFENDANT</u>

PLEASE TAKE NOTICE, that that the deposition of Defendant pursuant to Fed.R.Civ.P. 30(b)(6), noticed for May 5, 2023 at 10:00 A.M. EST has been adjourned, to be rescheduled for a later date.

Respectfully submitted, this 25th day of April 2023.

                           */s/Robert N. Marx*
                           Robert N. Marx
                           Georgia Bar No. 475280
                           Jean Simonoff Marx
                           Georgia Bar No. 475276
                           Marx & Marx, L.L.C.
                           1050 Crown Pointe Parkway
                           Suite 500
                           Atlanta, Georgia 30338
                           Telephone: (404) 261-9559
                           lawyers@marxlawgroup.com
                           *Attorneys for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**CERTIFICATE OF SERVICE**

　　　This is to certify that on April 25, 2023, I served: **Notice of Adjournment of Deposition (Fed.R.Civ.P. 30(b)(6) deposition of Defendant for May 5, 2023)**, by email addressed to Defendant's counsel of record as follows:

> Aiten McPherson, Esq
> aiten.mcpherson@bclplaw.com
> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

　　　Respectfully submitted, this 25th day of April 2023.

　　　　　　　　　　　　　　　　　　　　*/s/Robert N. Marx*
　　　　　　　　　　　　　　　　　　　　 Robert N. Marx
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 475280

2

                                             Jean Simonoff Marx
                                             Georgia Bar No. 475276
                                             Marx & Marx, L.L.C.
                                             1050 Crown Pointe Parkway
                                             Suite 500
                                             Atlanta, Georgia 30338
                                             Telephone: (404) 261-9559
                                             lawyers@marxlawgroup.com
                                             *Attorneys for Plaintiff*