IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

    Plaintiff,

v.

BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,

    Defendant.

CIVIL ACTION NO.
1:19-cv-4129-AT

# **ORDER**

Before the Court are the remaining disputes identified in the parties' Consolidated Discovery Statement [Doc. 110]. The Court ruled on the majority of these disputes in its April 20, 2023 Order and corresponding chart. (Docs. 122, 122-1.) After so ruling, the Court held a follow-up teleconference with the parties to address the remaining issues. Having heard the parties' positions as to the outstanding disputes, the Court provides its rulings in the attached chart. Additionally, as indicated at the teleconference, Defendant is **DIRECTED** to produce a privilege log by **May 17, 2023**. In addition, Defendant is **DIRECTED** to inform the Court by **May 3, 2023**, via email to Mr. Martin, of its expected timeline for the supplemental production of documents, as ordered by the Court.

**IT IS SO ORDERED** this 26th day of April 2023.

_____
**Honorable Amy Totenberg
United States District Judge**