## Slawin v BAMS, 1:19-cv-4129
## Second Round of Disputes re: Written Discovery

| Specific discovery request | General topic/area of information | Information or documents requested | Ruling |
|---|---|---|---|
| PL. ROG 24 | Customers and notice to customers | Set forth current address of each Selected Merchant (41) sufficient to frame subpoena | Objection sustained at this time as not relevant. After receiving supplemental production, Plaintiff may re-raise this issue if he identifies the relevance of the request with respect to particular merchant(s) or information |
| Pl. RPD 15 | Joint Venture | All agreements between First Data and BAMS re payment processing | Objection sustained at this time as not relevant and overbroad. After receiving supplemental production, Plaintiff may re-raise this issue if he identifies the particular agreement(s) he is seeking |
| Pl. RPD 16 | Joint Venture | All agreements between BOA and BAMS re payment processing | Objection sustained at this time as not relevant and overbroad. After receiving supplemental production, Plaintiff may re-raise this issue if he identifies the particular agreement(s) he is seeking |

| | | | |
|---|---|---|---|
| Pl. RPD 17 | Joint Venture | All agreements between BOA, First Data, and BAMS re payment processing | Objection sustained at this time as not relevant and overbroad. After receiving supplemental production, Plaintiff may re-raise this issue if he identifies the particular agreement(s) he is seeking |
| Pl. RPD 101 | Joint Venture | All documents sent, received, or prepared by BAMS related to any filings by BOA with the SEC | Objection sustained at this time as not relevant; and SEC filings are publicly available |
| Pl. RPD 102 | Joint Venture | All docs sent, received, or prepared by BAMS related to any filings by First Data with the SEC | Objection sustained at this time as not relevant; and SEC filings are publicly available |
| Pl. RPD 103 | Joint Venture | All docs sent, received, or prepared by BAMS related to any filings by Fiserv with the SEC | Objection sustained at this time as not relevant; and SEC filings are publicly available |
| Pl. RPD 67 | Dissolution of BAMS | All docs re: the assets of BAMS, including checking and banking statements and balance sheets | Objection sustained at this time as not relevant/ post-judgment discovery |
| Pl. RPD 132 | Dissolution of BAMS | BAMS checking and banking statements from 2015 to date | Objection sustained at this time as not relevant/ post-judgment discovery |
| Pl. RPD 133 | Dissolution of BAMS | All profit/loss statements of BAMS from 2015 to present | Objection sustained at this time as not relevant/ post-judgment discovery |
| Pl. RPD 134 | Dissolution of BAMS | All balance sheets of BAMS from 2015 to date | Objection sustained at this time as not relevant/ post-judgment discovery |
| Pl. RPD 135 | Dissolution of BAMS | All documents reflecting assets of BAMS from 2015 to date | Objection sustained at this time as not relevant/ post-judgment discovery |
| Pl. ROG 13 | Discovery re: Merchant | For MSAs that were assigned/transferred in connection w/ ROG 10, describe | Objection sustained as not relevant |

| | | in detail how and to which entity MSA was transferred | |
|---|---|---|---|
| **Pl. ROG 14** | Discovery re: Merchant Services Agreements | For MSAs that were assigned/transferred in connection w/ ROG 12, describe in detail how and to which entity MSA was transferred | **Objection sustained as not relevant** |
| **Pl. ROG 17** | Discovery re: Merchant Services Agreements | If any MSAs were transferred after 2017, describe in detail how and to which entity MSA was transferred | **Objection sustained as not relevant** |
| **Pl. RPD 12** | Discovery re: Merchant Services Agreements | All MSAs entered into between BAMS and Selected Merchants | **Defendant must provide the MSAs for 5 additional merchants, identified by Plaintiff. Defendant must also provide documents related to the Disney PCI Audit for 2016 and 2017, i.e., the certified "assessment of [Defendant's] compliance with PCI Standards," as reflected in the Disney contract at page 16. Defendant must also provide the "Attestation of Compliance" for 2016 and 2017 as referenced in the Disney contract. Defendants must also provide Plaintiff with a list of merchants for whom similar audits were conducted from 2016-2017; Plaintiff may select 3 merchants from the list, and Defendants must produce the relevant audit** |

| | | | |
|---|---|---|---|
| | | | documents for those 3 merchants |
| **Pl. RPD 13** | Discovery re: Merchant Services Agreements | All MSAs with Selected Merchants and signed by BAMS | **Duplicative of RPD 12** |
| **Def. Revised ROG 14** | Plaintiff's claims | Identify all docs you contend support your claim that you were retaliated against | **Plaintiff must identify any documents that relate to Plaintiff's claims that he may list in a pretrial order that were not produced by Defendant. Objection otherwise sustained based on attorney work product privilege** |
| **Def. Revised ROG 15** | Plaintiff's claims | Identify all docs you contend support your claim that your employment was improperly terminated | **Plaintiff must identify any documents that relate to Plaintiff's claims that he may list in a pretrial order that were not produced by Defendant. Objection otherwise sustained based on attorney work product privilege** |
| **Def. Revised RPD 16** | Plaintiff's claims | All docs in your control that you contend support your claim that you were retaliated against | **Plaintiff must produce any documents that relate to Plaintiff's claims that he may list in a pretrial order that were not produced by Defendant. Objection otherwise sustained based on attorney work product privilege** |
| **Def. Revised RPD 17** | Plaintiff's claims | All docs in your control that you contend support your claim that | **Plaintiff must produce any documents that** |

| | | your employment was improperly terminated | relate to Plaintiff's claims that he may list in a pretrial order that were not produced by Defendant. Objection otherwise sustained based on attorney work product privilege |
|---|---|---|---|