IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

      This is to certify that on August 11, 2023, I served: **Plaintiff's Second Supplemental Responses and Objections to Banc of America Merchant Services LLC's First Interrogatories No. 4,** by email to Defendant's attorneys of record as follows:

      Christopher P. Galanek
      Bryan Cave Leighton Paisner LLP-ATL
      One Atlantic Center, 14th Floor
      1201 West Peachtree Street, N.W.
      Atlanta, Ga 30309-3471
      chris.galanek@bclplaw.com

      Aiten Musaeve McPherson, Esq.
      Bryan Cave Leighton Paisner LLP-ATL
      One Atlantic Center, 14th Floor
      1201 West Peachtree Street, N.W.
      Atlanta, GA 30309-3471
      aiten.mcpherson@bclplaw.com

Respectfully submitted, this 11th day of August 2023.

                                                          s/Robert N. Marx
                                                 Georgia Bar Number 475280
                                                 Attorneys for Plaintiff
                                                 Marx & Marx, L.L.C.
                                                 1050 Crown Pointe Parkway
                                                 Suite 500
                                                 Atlanta, Georgia 30338
                                                 Telephone: (404) 261-9559
                                                 E-mail:  lawyers@marxlawgroup.com