IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY MATERIAL**

Notice is hereby given that Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services ("***Defendant***"), by and through counsel, has on August 11, 2023 served on counsel for Plaintiff Eric Slawin by electronic service the following: ***Defendant Banc of America Merchant Services LLC's Supplemental Responses to Plaintiff's First Interrogatories***.

Respectfully submitted this 11th day of August, 2023.

*/s/ Aiten M. McPherson*
Christopher P. Galanek
Georgia Bar No. 282390
Chris.Galanek@bclplaw.com
Aiten M. McPherson
Georgia Bar No. 439899

608325940.1

Aiten.McPherson@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>  Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>  Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY MATERIAL** using the CM/ECF system, which automatically sends notification via electronic mail to all counsel of record.

This 11th day of August, 2023.

            /s/ Aiten M. McPherson
            Aiten M. McPherson (Ga. Bar. 439899)