IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO BANC OF AMERICA MERCHANT SERVICES LLC'S
FIRST INTERROGATORIES, NOS. 14 & 15

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx, of Marx & Marx, LLC, as and for his third supplemental responses and objections to Banc of America Merchant Services LLC's First Interrogatories, Nos. 14 & 15, sets forth as follows:

14.

Identify all documents concerning your allegation that you were retaliated against.

Response: Pursuant to the Court's Order in this matter, Plaintiff refers to documents he produced in response to Defendant's First Documents Requests,

1

Nos. 000001 – 000758. Plaintiff is not aware of any other possible responsive documents that were not produced by the Defendant.

15.

Identify all documents concerning your allegation that your employment with BAMS was improperly terminated.

Response:  Pursuant to the Court's Order in this matter, Plaintiff refers to documents he produced in response to Defendant's First Documents Requests, Nos. 000001 – 000758. Plaintiff is not aware of any other possible responsive documents that were not produced by the Defendant.

This 14th day of August 2023.

    s/Robert N. Marx
    Robert N. Marx, Esq.
    Georgia Bar No. 475280
    Jean Simonoff Marx, Esq.
    Georgia Bar No. 475276
    Marx & Marx, L.L.C.
    1050 Crown Pointe Parkway
    Suite 500
    Atlanta, Georgia 30338
    Telephone: (404) 261-9559
    lawyers@marxlawgroup.com
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on August 14, 2023, , I served: **Plaintiff's Third Supplemental Responses and Objections to Banc of America Merchant Services LLC's First Interrogatories Nos. 14 & 15,** by email to Defendant's attorneys of record as follows:

>Christopher P. Galanek
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, Ga 30309-3471
>chris.galanek@bclplaw.com

>Aiten Musaeve McPherson, Esq.
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>aiten.mcpherson@bclplaw.com

3

Respectfully submitted, this 14th day of August 2023.

                                            <u>s/Robert N. Marx</u>
                                            Georgia Bar Number 475280
                                            Attorneys for Plaintiff
                                            Marx & Marx, L.L.C.
                                            1050 Crown Pointe Parkway
                                            Suite 500
                                            Atlanta, Georgia 30338
                                            Telephone: (404) 261-9559
                                            E-mail:  lawyers@marxlawgroup.com