IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:19-cv-4129-AT |

## **ORDER**

The parties have raised two discovery issues with the Court. As to the first outstanding discovery issue, the Court **DIRECTS** Defendant to provide discovery responses in connection with Plaintiff's merchant selections and MSA selections (as provided in Plaintiff's August 25, 2023 email). Plaintiff's counsel is advised that the Court expects compliance with all future deadlines in this case. In the future, if Plaintiff's counsel seeks an extension on the basis of medical needs, the Court will require Plaintiff to request such an extension *before* the deadline and may also require medical documentation. Defendant should provide its discovery responses by **October 5, 2023**. If Defendant does not believe this timeline is realistic, it should indicate as much in an email to Mr. Martin and provide an alternative proposed deadline.

As to the second issue of Plaintiff's responses to Defendant's discovery requests (as outlined in the Consolidated Discovery Statement, Doc. 132), the Court **ORDERS** Plaintiff to provide more detailed responses to Defendant's discovery requests. Plaintiff must identify specific documents in response to the relevant interrogatories and RPDs, rather than just citing to the entire production. Plaintiff should provide these revised responses by **September 26, 2023**.

As far as the Court is aware, no further discovery disputes remain outstanding. If Plaintiff still requests a teleconference with the Court, he should identify what specific issues remain outstanding and/or require resolution by the Court.

**IT IS SO ORDERED** this 5th day of September 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**