IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST INTERROGATORIES, NOS. 16 & 17

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., as and for his Third Supplemental Responses and Objections to Defendant's First Document Requests, Nos. 16 & 17, as modified by Defendant at Doc. 132, n.1, p. 2, responds as follows:

16.

Please identify those documents you contend support your claim that you were retaliated against by BAMS.

1

Response:  Plaintiff objects to this interrogatory on the ground of attorney mental impression doctrine.  Without prejudice to this objection, and in compliance with the Court's Order in this matter, Doc. 133, Plaintiff identifies by Bates Number, the following documents in his document production: 000001-2; 000007-8; 000009-000014; 000015-17; 000018-19; 000020; 000021-24; 000025-31; 000032-33; 000034-36; 000037-39; 000040-41; 000042-43; 000045-46; 000047-50; 000051-55; 000056-57; 000058-59; 000060-63; 000064-67; 000068-69; 000070-71; 000072-73; 000076-80; 000084-000138; 000141-148; 000149; 000153-156; 000157-000241; 000242-274; 000330-364; 000365-000405; 000406-000505; 000612-659; 000711-13; 000720-21.  Plaintiff reserves the right to supplement this response based on further discovery in this matter and in preparation of a pretrial order and/or list of trial exhibits in this matter.

17.

Please identify those documents you contend support your claim your employment with BAMS was terminated not as a result of a violation of BAMS policy, but instead because of your engagement in protected activity.

Response:  Plaintiff objects to this interrogatory on the ground of attorney mental impression doctrine.  Without prejudice to this objection, and in compliance with the Court's Order in this matter, Doc. 133, Plaintiff identifies by Bates Number, the following documents in his document production: 000001-2; 000007-

8; 000009-000014; 000015-17; 000018-19; 000020; 000021-24; 000025-31; 000032-33; 000034-36; 000037-39; 000040-41; 000042-43; 000045-46; 000047-50; 000051-55; 000056-57; 000058-59; 000060-63; 000064-67; 000068-69; 000070-71; 000072-73; 000076-80; 000084-000138; 000141-148; 000149; 000153-156; 000157-000241; 000242-274; 000330-364; 000365-000405; 000406-000505; 000612-659; 000711-13; 000720-21.   Plaintiff reserves the right to supplement this response based on further discovery in this matter and in preparation of a pretrial order and/or list of trial exhibits in this matter.

      This 26th day of September 2023.

                                s/Robert N. Marx
                                Robert N. Marx, Esq.
                                Georgia Bar No. 475280
                                Jean Simonoff Marx, Esq.
                                Georgia Bar No. 475276
                                Marx & Marx, L.L.C.
                                1050 Crown Pointe Parkway
                                Suite 500
                                Atlanta, Georgia 30338
                                Telephone: (404) 261-9559
                                lawyers@marxlawgroup.com
                                Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, <br><br> Plaintiff, <br><br> v. <br><br> BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES, <br><br> Defendant. | Civil Action File No. <br> 1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on September 26, 2023, I served: **Plaintiff's Third Supplemental Responses and Objections to Defendant's First Interrogatories, Nos. 16 & 17,** by email to Defendant's attorneys of record as follows:

>Christopher P. Galanek
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, Ga 30309-3471
>chris.galanek@bclplaw.com
>
>Aiten Musaeve McPherson, Esq.
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>aiten.mcpherson@bclplaw.com

Respectfully submitted, this 26th day of September 2023.

4

                                               <u>s/Robert N. Marx</u>
                                               Georgia Bar Number 475280
                                               Attorneys for Plaintiff
                                               Marx & Marx, L.L.C.
                                               1050 Crown Pointe Parkway
                                               Suite 500
                                               Atlanta, Georgia 30338
                                               Telephone: (404) 261-9559
                                               E-mail:  lawyers@marxlawgroup.com