IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>             Plaintiff,<br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>             Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on May 30, 2024, I served: **Plaintiff's Second Document Requests**, by email addressed to Defendant's counsel of record as follows:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian M. Underwood, Jr.
> brian.underwood@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

Respectfully submitted, this 30th day of May 2023.

> /s/Robert N. Marx
>  Robert N. Marx
> Georgia Bar No. 475280
> Jean Simonoff Marx
> Georgia Bar No. 475276

1

           Marx & Marx, L.L.C.
           1050 Crown Pointe Parkway
           Suite 500
           Atlanta, Georgia 30338
           Telephone: (404) 261-9559
           lawyers@marxlawgroup.com
           *Attorneys for Plaintiff*