IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

　　This is to certify that on May 30, 2024, I served: **Plaintiff's Second Requests for Admissions**, by email addressed to Defendant's counsel of record as follows:

　　　　Christopher P. Galanek, Esq.
　　　　Chris.Galanek@bclplaw.com
　　　　Brian M. Underwood, Jr.
　　　　brian.underwood@bclplaw.com
　　　　Bryan Cave Leighton Paisner LLP
　　　　One Atlantic Center, 14th Floor
　　　　1201 West Peachtree Street, N.W.
　　　　Atlanta, GA 30309-3471

　　Respectfully submitted, this 30th day of May 2023.

　　　　　　　　　　　　/s/Robert N. Marx
　　　　　　　　　　　　 Robert N. Marx
　　　　　　　　　　　　Georgia Bar No. 475280
　　　　　　　　　　　　Jean Simonoff Marx
　　　　　　　　　　　　Georgia Bar No. 475276

1

                    Marx & Marx, L.L.C.
                    1050 Crown Pointe Parkway
                    Suite 500
                    Atlanta, Georgia 30338
                    Telephone: (404) 261-9559
                    lawyers@marxlawgroup.com
                    *Attorneys for Plaintiff*