

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center  14th Floor
1201 W Peachtree St NW
Atlanta  GA 30309 3471
T: +1 404 572 6600
F: +1 404 572 6999
bclplaw.com

Christopher P. Galanek
Direct: (404) 572-6979
Cell: (404) 849-8522
Email: chris.galanek@bclplaw.com

June 7, 2024

Mr. Harry Martin
Courtroom Deputy Clerk
  to the Hon. Amy Totenberg
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Eric Slawin v. Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*
U.S. District Court, Northern District of Georgia, Atlanta Division
Civil Action File No. 1:19-cv-04129-AT

Dear Mr. Martin:

    The undersigned is lead counsel for Defendant Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services in the above-referenced matter.  I respectfully request, pursuant to Local Rule 83.1(E)(4), that no items be set for calendar from August 9, 2024, up to and including August 19, 2024, as I will be on a family vacation.

                                                    Respectfully submitted,

                                                    */s/Christopher P. Galanek*
                                                    Christopher P. Galanek
                                                    For Bryan Cave Leighton Paisner LLP

CPG/cdb

cc: All Counsel of Record
      (Via Court's ECF System)