IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>       Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>       Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

    This is to certify that on June 25, 2024, I served: **Notice of Deposition of Ali Davis for July 26, 2024,** by email to Defendant's attorneys of record as follows:

    Christopher P. Galanek, Esq.
    Chris.Galanek@bclplaw.com
    Brian Underwood, Esq.
    Brian.Underwood@bclplaw.com
    Bryan Cave Leighton Paisner LLP
    One Atlantic Center, 14th Floor
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309-3471

This 25th day of June 2024.

    /s/Robert N. Marx
    Robert N. Marx, Esq.
    Georgia Bar No. 475280
    Jean Simonoff Marx, Esq.
    Georgia Bar No. 475276
    Marx & Marx, L.L.C.

1

        1050 Crown Pointe Parkway
        Suite 500
        Atlanta, Georgia 30338
        Tel. (404) 261-9559
        lawyers@marxlawgroup.com
        jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*