IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

This is to certify that on June 25, 2024, I served: **Notice of Deposition of David Ades for July 29, 2024,** by email to Defendant's attorneys of record as follows:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, 14th Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, GA 30309-3471

This 25th day of June 2024.

> /s/Robert N. Marx
> Robert N. Marx, Esq.
> Georgia Bar No. 475280
> Jean Simonoff Marx, Esq.
> Georgia Bar No. 475276
> Marx & Marx, L.L.C.

1

2

        1050 Crown Pointe Parkway
        Suite 500
        Atlanta, Georgia 30338
        Tel. (404) 261-9559
        lawyers@marxlawgroup.com
        jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*