IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

　　This is to certify that on June 25, 2024, I served: **Notice of Deposition of Mike Solan for July 16, 2024,** by email to Defendant's attorneys of record as follows:

　　　　　Christopher P. Galanek, Esq.
　　　　　Chris.Galanek@bclplaw.com
　　　　　Brian Underwood, Esq.
　　　　　Brian.Underwood@bclplaw.com
　　　　　Bryan Cave Leighton Paisner LLP
　　　　　One Atlantic Center, 14th Floor
　　　　　1201 West Peachtree Street, N.W.
　　　　　Atlanta, GA 30309-3471

This 25th day of June 2024.

　　　　　　　　　　/s/Robert N. Marx
　　　　　　　　　　Robert N. Marx, Esq.
　　　　　　　　　　Georgia Bar No. 475280
　　　　　　　　　　Jean Simonoff Marx, Esq.
　　　　　　　　　　Georgia Bar No. 475276
　　　　　　　　　　Marx & Marx, L.L.C.

1

1050 Crown Pointe Parkway  
Suite 500  
Atlanta, Georgia 30338  
Tel. (404) 261-9559  
lawyers@marxlawgroup.com  
jeannie.marx@marxlawgroup.com  

*Attorneys for Plaintiff*