# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services hereby certifies that, on this date, copies of the following discovery materials were served on counsel of record for Plaintiff via email:

- Defendant Banc of America Merchant Services' Objections and Responses to Plaintiff's Second Requests for Admissions; and

- Defendant Banc of America Merchant Services LLC's Objections and Responses to Plaintiff's Second Document Requests.

Respectfully submitted his 28th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/  Brian M. Underwood Jr.*
　　　　　　　　　　　　　　　　　　　　Christopher Paul Galanek

        Georgia Bar No. 282390
        E-Mail: chris.galanek@bclplaw.com
        Brian M. Underwood, Jr.
        Georgia Bar No. 804091
        E-Mail: brian.underwood@bclplaw.com
        **BRYAN CAVE LEIGHTON PAISNER LLP**
        One Atlantic Center, Fourteenth Floor
        1201 W. Peachtree Street, NW
        Atlanta, GA  30309
        Telephone: 404-572-6600

        *Counsel for Defendant Banc of America Merchant Services, LLC s/h/a Bank of America Merchant Services*

## **CERTIFICATION UNDER L.R. 7.1.D**

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 28th day of June, 2024.

        */s/ Brian M. Underwood, Jr.*
        Brian M. Underwood, Jr. (Ga. Bar 804091)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 28th day of June, 2024.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)