IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

　　This is to certify that on July 9, 2024, I served: **Notice of Deposition (Natasha Collins for August 7, 2024)**, by email addressed to Defendant's counsel of record as follows:

　　　　Brian Underwood, Esq.
　　　　brian.underwood@bclplaw.com
　　　　Christopher P. Galanek, Esq.
　　　　Chris.Galanek@bclplaw.com
　　　　Bryan Cave Leighton Paisner LLP
　　　　One Atlantic Center, 14th Floor
　　　　1201 West Peachtree Street, N.W.
　　　　Atlanta, GA 30309-3471

　　Respectfully submitted, this 9th day of July 2024.

　　　　　　　　　　　　/s/Robert N. Marx
　　　　　　　　　　　Georgia Bar Number 475280
　　　　　　　　　　　Marx & Marx, L.L.C.
　　　　　　　　　　　1050 Crown Pointe Parkway

Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff