IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

    This is to certify that on July 22, 2024, I served: **Notice of Cancellation of Deposition of Ali Davis for July 26, 2024,** by email to Defendant's attorneys of record as follows:

        Christopher P. Galanek, Esq.
        Chris.Galanek@bclplaw.com
        Brian Underwood, Esq.
        Brian.Underwood@bclplaw.com
        Bryan Cave Leighton Paisner LLP
        One Atlantic Center, 14th Floor
        1201 West Peachtree Street, N.W.
        Atlanta, GA 30309-3471

This 22nd day of July 2024.

        /s/Robert N. Marx
        Robert N. Marx, Esq.
        Georgia Bar No. 475280
        Jean Simonoff Marx, Esq.
        Georgia Bar No. 475276
        Marx & Marx, L.L.C.

                                                      1050 Crown Pointe Parkway
                                                      Suite 500
                                                      Atlanta, Georgia 30338
                                                      Tel. (404) 261-9559
                                                      lawyers@marxlawgroup.com
                                                      jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*