# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04129-AT
## Slawin v. Bank of America Merchant Services et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 09/03/2024.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 5:10 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 1:55                    DEPUTY CLERK: Keri Gardner
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Galanek representing Bank of America Merchant Services<br>Jean Marx representing Eric Slawin<br>Robert Marx representing Eric Slawin<br>Brian Underwood representing Bank of America Merchant Services |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Telephone conference held regarding discovery. Written Order to follow. |
| HEARING STATUS: | Hearing Concluded |