IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 1:19-cv-4129-AT |
| v. : | |
| : | |
| BANC OF AMERICA MERCHANT : | |
| SERVICES, LLC, s/h/a BANK OF : | |
| AMERICA MERCHANT SERVICES, : | |
| : | |
| Defendant. : | |

## ORDER

Before the Court are the Joint Discovery Statements (Docs. 155, 158) in which the parties identify their disputes about: (1) the topics included in Plaintiff's 30(b)(6) deposition notice and (2) Plaintiff's objections to certain redactions for attorney-client privilege. The Court held a teleconference hearing to address these disputes on September 3, 2024. This Order outlines the Court's rulings on the disputes.

As to the disputes concerning the topics included in Plaintiff's 30(b)(6) notice, the Court ruled as follows:

- As to Issue 1 (Topic 2): Defense counsel has represented that any argument it may present about Plaintiff's failure to mitigate will be based solely on Plaintiff's own testimony and evidence provided by Plaintiff. If Defendant seeks to rely on any evidence outside of Plaintiff's testimony (e.g., evidence of available jobs Plaintiff did not pursue), Defendant must disclose that information to Plaintiff's

counsel. The 30(b)(6) witness need not be prepared to address the First and Seventh affirmative defenses.

- <u>As to Issues 2 and 3 (Topics 3a and 3c)</u>: The parties are directed to confer and determine whether discovery responses concerning JV Wind Down are sufficient and, if not, discuss whether a relevant stipulation may adequately address this issue.

- <u>As to Issues 4 through 8 (Topics 4a, 4b, 4c, 4d, 4e)</u>: The 30(b)(6) witness shall make an appropriate investigation, as best he/she can, to determine BAMS' document retention policy (if any) for emails and instant messages, and may be asked what she did in her attempts to investigate this issue. Additionally, the 30(b)(6) witness shall make an appropriate investigation as to what actions Defendant took to capture and retain data and documents that might be relevant to this case, where that information is stored, and what persons or entities are the appropriate custodian(s).

- <u>As to Issue 9 (Topic 5)</u>: The parties are directed to file Mr. Ades full deposition on the docket. The Court will rule after reviewing the deposition.

- <u>As to Issue 10 (Topic 6)</u>: Defendant has represented that it will not object to the authenticity of any document it produced in discovery. Plaintiff shall review the current list of documents and identify a small, select number of documents that it wishes to ask the 30(b)(6) witness about and provide a new list of those select documents to Defendant.  In the event of any dispute or misunderstanding, Counsel should refer to their notes of the Court's discussion of this matter with counsel during the phone conference held on September 3, 2024 and order a transcript of the conference.

- <u>As to Issues 11 through 13 (Topics 7b, 7c, and 7e)</u>: The 30(b)(6) witness shall prepare, as best he/she can, to speak to BAMS' understanding of the economic and reputational consequences of PCI noncompliance but need not be prepared to address the legal consequences. As to the communications to and from merchants regarding PCI compliance, Plaintiff's counsel shall identify select PCI compliance communications that it wishes to ask the 30(b)(6) witness about and provide a list of those communications to Defendant in advance of the 30(b)(6) deposition. The 30(b)(6) witness shall prepare to address issues involving those select communications.

2

- As to Issue 14 (Topic 9): The 30(b)(6) witness shall be prepared to address Defendant's interrogatory responses to the extent those responses are based on facts and evidence rather than legal statements or legal positions.

As to the second discovery statement concerning Plaintiff's objections to Defendant's redactions, Defendant shall provide the Court with an unredacted (but highlighted) version of the documents for an *in camera* review. Defendant shall provide these documents before the end of the day on Friday September 6, 2024.

**IT IS SO ORDERED** this 4th day of September, 2024.

_____
**HONORABLE AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**