IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

             Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

             Defendant.

Civil Action File No.
1:19-cv-04129-AT

---

## PLAINTIFF'S RESPONSE TO COURT'S SEPTEMBER 17, 2024 ORDER (DOC. 163)

Plaintiff seeks to pursue the following lines of inquiry regarding the 5 MSA's that Defendant produced, for the following reasons:

1. At the time that addenda to the MSA's were signed, was BAMS PCI compliant?

While Mr. Ades testified that he first learned of the PCI compliance issue in or about June 2017 (Ades Dep. 30-31, 37-38), emails produced by Defendant reflect that other BAMS employees were discussing that issue in January 2017, notably Joseph Moll and Allie Davis, the latter of whom Defendant intends to designate at its 30(b)(6) deponent.  The relevant addenda were signed as follows:

1

Disney - March 25, 2017, March 26, 2018, July 11, 2019; Home Depot – February 15, 2017; Exxon – August 23, 2017; Dunkin' Brands – October 16, 2017, November 20, 2017.

    2. <u>What was BAMS' understanding of the consequences of a merchant becoming aware that it was not PCI compliant</u>?  Mr. Ades responded that he could not answer the question because he is not a lawyer. (*Id*., 61).

    3. <u>What was BAMS' understanding of its responsibility under MSA's to ensure that both it and any subcontractor be PCI compliant, and were there any reporting requirements in the event that it discovered that it or any subcontractor was not PCI compliant</u>?  This question is raised by the Disney questionnaire, and by the Disney and Amazon MSA's, and possibly the others as well.

    4. <u>What steps were taken by BAMS to become PCI compliant as required under the MSA's and did it ever become PCI compliant</u>?  Mr. Ades initially testified that BAMS never became PCI compliant (*Id*., 53), and later, that he *assumed* the PCI issue was "rectified." (*Id*., 54).

    5. <u>Was the audit required by the Disney MSA ever conducted by an appropriate inspector</u>? Mr. Ades testified that he did not know. (*Id*., 57-60).

    Respectfully submitted, this 20th day of September 2024.

                  /s/Robert N. Marx
                  Robert N. Marx
                  Georgia Bar No. 475280
                  Jean Simonoff Marx

Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

               Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

               Defendant.

Civil Action File No.
1:19-cv-04129-AT

CERTIFICATE OF SERVICE

This is to certify that on September 20, 2024, I served: **Plaintiff's Response to Court's September 17, 2024 Order (Doc. 163),** by email addressed to Defendant's counsel of record as follows:

Brian Underwood, Esq.
brian.underwood@bclplaw.com
Christopher P. Galanek, Esq.
Chris.Galanek@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471

Respectfully submitted, this 20th day of September 2024.

 /s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway

4

Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
Attorneys for Plaintiff