**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

**BANC OF AMERICA MERCHANT SERVICES, LLC'S
SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Banc of America Merchant Services, LLC, now known as JV Wind Down, LLC ("BAMS"), by undersigned counsel, supplements its initial disclosures:

By supplementing these initial disclosures, BAMS does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this proceeding, nor does BAMS waive its right to object to the production of any document or tangible thing on the basis of any privilege, the work product doctrine, relevance, undue burden, or any other valid objection. Rather, BAMS' disclosures herein represent

1

its good faith effort to reasonably identify information subject to the disclosure requirements of Federal Rule of Civil Procedure 26(a)(1).

BAMS' disclosures are made without in any way waiving: 1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground, to the use of any information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and 2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications. Subject to the forgoing, BAMS supplements the following items from its initial disclosures:

## Supplemental Initial Disclosures

**5. Provide the name, and if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of that information. (Attach witness list to Initial Disclosures as Attachment A.)**

RESPONSE: See Attachment A.

## Attachment A

| Name | Address/Telephone | Subject |
|---|---|---|
| Eric Slawin | Contact through his counsel | BAMS believes that the plaintiff has discoverable information relating to the allegations he makes in this case. |
| Natasha Collins | Contact through counsel for BAMS | BAMS believes that Ms. Collins may have discoverable information relating to Mr. Slawin's job performance and history, the self-identified internal audit issue, BAMS' compliance with applicable laws and regulations, Mr. Slawin's violation of company policies, the decision to terminate Mr. Slawin's employment, and the allegations of Plaintiff's complaint related to her. |
| Mark Kendall | Contact through counsel for BAMS | BAMS believes that Mr. Kendall may have discoverable information relating to Mr. Slawin's job performance and history, the self-identified internal audit issue, BAMS' compliance with applicable laws and regulations, Mr. Slawin's violation of company policies, the decision to |

|  |  | terminate Mr. Slawin's employment, and the allegations of Plaintiffs complaint related to him. |
| --- | --- | --- |
| Brian Rubin | Contact through counsel for BAMS | BAMS believes that Mr. Rubin may have discoverable information relating to Mr. Slawin's job performance and history, the self-identified internal audit issue, BAMS' compliance with applicable laws and regulations, Mr. Slawin's violation of company policies, and the allegations of Plaintiff's complaint related to him. |
| Mike Solan | Contact through counsel for BAMS | BAMS believes that Mr. Solan may have discoverable information relating to Mr. Slawin's violation of company policies, the decision to terminate Mr. Slawin's employment, and the allegations of Plaintiff's complaint related to him. |
| Allison Davis | Contact through counsel for BAMS | BAMS believes that Ms. Davis may have discoverable information relating to the self-identified internal audit issue, BAMS' |

|  |  | compliance with applicable laws and regulations, and the allegations of Plaintiff's complaint related to her. |
|---|---|---|
| Lawrence Brennan | Contact through counsel for BAMS | BAMS believes that Mr. Brennan may have discoverable information relating to the self-identified internal audit issue, BAMS' compliance with applicable laws and regulations, and the allegations of Plaintiff's complaint related to him. |
| Other Individuals Identified in Plaintiff's Complaint | Contact through counsel for BAMS | BAMS believes that these individuals may have discoverable information about the allegations of Plaintiffs complaint related to them. |
| Tom Fontana | Contact through counsel for BAMS | Mr. Fontana has information regarding the external reporting of BAMS self-identified audit issues to both outside auditors and the OCC. |
| Custodian of Records for the Office of the Comptroller of Currency ("OCC") | BAMS understands records may be requested from the OCC through its FOIA Officer, who is listed on the OCC's website as:<br><br>Frank Vance | BAMS anticipates the Custodian of Records for the OCC has information regarding BAMS' reporting of self-identified audit issues to the OCC. |

5

|  | Manager, Disclosure Services & Freedom of Information Act Officer Communications Division Office of the Comptroller of the Currency 400 7th Street, SW, Suite 3E-218 Washington, DC 20219 (202) 649-6758 Frank.Vance@occ.treas.gov |  |
|---|---|---|

In addition, BAMS identifies and names all individuals and business entities (including Fed. R. Civ. P. 30(b)(6) witnesses of such entities) previously and hereafter identified or disclosed by any party or non-party, including without limitation, in Plaintiff's initial disclosures or in response to any discovery requests propounded upon Plaintiff by Defendant or in any deposition of any witness taken in this action.

[The balance of this page is intentionally left blank.]

Dated: October 25, 2024

                                           */s/ Brian M. Underwood,, Jr.*
                                           Christopher Paul Galanek
                                           Georgia Bar No. 282390
                                           E-Mail: chris.galanek@bclplaw.com
                                           Brian M. Underwood, Jr.
                                           Georgia Bar No. 804091
                                           E-Mail: brian.underwood@bclplaw.com
                                           BRYAN CAVE LEIGHTON PAISNER LLP
                                           One Atlantic Center, Fourteenth Floor
                                           1201 W. Peachtree Street, NW
                                           Atlanta, GA  30309
                                           Telephone: 404-572-6600

                                           *Counsel for Banc of America Merchant Services,*
                                           *LLC, s/h/a Bank of America Merchant Services*

## **CERTIFICATION UNDER L.R. 7.1.D**

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 25th day of October, 2024.

                                           */s/ Brian M. Underwood, Jr.*
                                           Brian M. Underwood, Jr. (Ga. Bar 804091)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 25th day of October, 2024.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)