IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>          Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

This is to certify that on November 4, 2024, I served: **Notice of Cancellation of Defendant's Deposition Pursuant to Fed.R.Civ.P. 30(b)(6), as to Topic 8, Plaintiff's Termination,** by email to Defendant's attorneys of record as follows:

> Christopher P. Galanek
> chris.galanek@bclplaw.com
> Brian Underwood
> brian.underwood@bclplaw.com

Respectfully submitted, this 4th day of November 2024.

1

<u>s/Robert N. Marx</u>
Georgia Bar Number 475280

Attorneys for Plaintiff
