**MARX & MARX, L.L.C.**
**1050 Crown Pointe Parkway**
**Suite 500**
**Atlanta, GA 30338**
(404) 261-9559

lawyers@marxlawgroup.com

November 18, 2024

Ms. Keri Gardner
Courtroom Deputy Clerk
   to the Hon. Amy Totenberg
Richard B. Russell Federal Building
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re: <u>Slawin v. Banc of America Merchant Services, LLC, et al.,
         s/h/a Bank of America Merchant Services
         Civil Action File No. 1:19-cv-04129-AT</u>

Dear Ms. Gardner:

    The undersigned are both lead counsel for Plaintiff Eric Slawin in the above-referenced matter. We respectfully request, pursuant to LR 83.1(E)(4), that no items be set for calendar between December 23, 2024 through January 3, 2025, as we will be on a family vacation.

                                      Respectfully submitted,

                                      /s/<u>Robert N. Marx</u>
                                         Robert N. Marx

                                      /s/<u>Jean Simonoff Marx</u>
                                        Jean Simonoff Marx

RNM/rnm
cc: Christopher P. Galanek, Esq.
    Brian Underwood, Esq.
    (both via email)