# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## JOINT MOTION TO EXTEND TIME AND ESTABLISH BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT

The parties in this matter hereby submit this Joint Motion to Extend Time and Establish Briefing Schedule for Motions for Summary Judgment. In support of their request, the parties respectfully show the Court as follows:

1. On August 28, 2024, the parties jointly moved to extend the time in which to complete discovery through and including November 8, 2024 for the sole purpose of allowing Plaintiff Eric Slawin ("Plaintiff") to complete his Rule 30(b)(6) deposition of Defendant Banc of America Merchant Services, LLC, n/k/a JV Wind Down, LLC, s/h/a Bank of America Merchant Services ("Defendant"). (ECF No. 156.)

2. The Court granted the parties' requested extension on August 28, 2024. (ECF No. 157.)

1

3. The parties timely completed the Rule 30(b)(6) deposition of Defendant. Plaintiff deposed the final Rule 30(b)(6) designee of Defendant on November 7, 2024. Discovery closed on the following day.

4. The deadline for filing motions for summary judgment is currently December 9, 2024. L.R. 56.1(D). For any motion for summary judgment filed on December 9, 2024, responses in opposition would be due on December 30, 2024. L.R. 7.1(B).

5. The parties have conferred through their counsel regarding the current case schedule and seek to collaborate regarding an agreed-upon briefing schedule for motions for summary judgment that minimizes the impact of such a motion on the parties, counsel, and potential witnesses (i.e., affiants or declarants) during the winter holidays.

6. Specifically, the parties jointly request that the deadline for motions for summary judgment and subsequent briefing be extended and modified as follows:

   a. Motions for summary judgment shall be due no later than **January 8, 2025**.

   b. Responses in opposition to a motion for summary judgment shall be due no later than **February 7, 2025** (i.e., 30 days after the motion deadline).

      c. Replies in support of a motion for summary judgment shall be due no later than **February 28, 2025** (i.e., 21 days after the response deadline).

7. Good cause exists for the requested extensions and briefing schedule. The current schedule established by the Local Rules would require the parties to prepare summary judgment briefing in the midst of winter holidays, posing scheduling difficulties for the parties and counsel. Further, on November 18, 2024, counsel for Plaintiff filed a request for leave of absence that includes the time period in which responses to motions for summary judgment are currently due. (ECF No. 171.) The requested extensions and briefing schedule would accommodate these scheduling concerns as well as minimizing disruption to the parties, counsel, and any anticipated declarants and/or affiants during the holidays.

8. In light of the facts and issues in this case, the parties further anticipate that summary judgment briefing will require more time than what is typically allotted under Local Rule 7.1 (i.e., 21 days for responses and 14 days for replies). In light of the length and scope of discovery in this action, the parties anticipate needing additional time to review one another's briefing, statements of material facts or of additional material facts, and record citations. The parties therefore propose small enlargements to the deadlines established in Local Rule 7.1 to provide adequate time to conduct such review and complete any briefing.

9. The parties respectfully submit that the proposal herein is a reasonable accommodation of the schedules of the parties and their counsel, and that such proposal is not made for purposes of delay.

WHEREFORE, the parties respectfully request that the Court grant their joint request for an extension and for a briefing schedule by ordering that the deadline in which to file a motion for summary judgment shall be no later than January 8, 2025; the deadline in which to file a response to a motion for summary judgment shall be no later than February 7, 2025; and the deadline in which to file a reply in support of a motion for summary judgment shall be no later than February 28, 2025.

A proposed order is submitted herewith for the Court's convenience.

Respectfully submitted, this 26th day of November, 2024.

| | |
|---|---|
| */s/ Robert N. Marx (with express permission)* <br> Robert N. Marx <br> Georgia Bar No. 475280 <br> Jean Simonoff Marx <br> Georgia Bar No. 475276 <br> MARX & MARX, LLC <br> 1050 Crown Pointe Parkway <br> Atlanta, GA 30338 <br> Tel: (404) 261-9559 <br> lawyers@marxlawgroup.com <br><br> *Counsel for Plaintiff* | */s/ Brian M. Underwood, Jr.* <br> Christopher P. Galanek <br> Georgia Bar No. 282390 <br> chris.galanek@bclplaw.com <br> Brian M. Underwood <br> Georgia Bar No. 804091 <br> brian.underwood@bclplaw.com <br> Bryan Cave Leighton Paisner LLP <br> One Atlantic Center, 14th Floor <br> 1201 West Peachtree Street, N.W. <br> Atlanta, GA 30309-3471 <br> Tel. (404) 572-6600 <br><br> *Counsel for Defendant* |

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 26th day of November, 2024.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 26th day of November, 2024.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)
