# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br> Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br> Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

In accordance with Local Rule 56.1 and the Standing Order of the Court (ECF No. 2), Defendant Banc of America Merchant Services, LLC n/k/a JV Wind Down, LLC s/h/a Bank of America Merchant Services ("BAMS") hereby provides notice that it is electronically filing copies of the following deposition transcripts in connection with its Motion for Summary Judgment:

- Deposition of Eric Slawin, taken July 19, 2022, attached hereto as Exhibit A;

- Deposition of David Ades, taken July 29, 2024, attached hereto as Exhibit B; and

- Deposition of Michael Solan, taken July 16, 2024, attached hereto as Exhibit C.

1

Respectfully submitted, this 8th of January, 2025.

/s/ Brian M. Underwood, Jr.
Christopher P. Galanek
Georgia Bar No. 282390
Chris.Galanek@bclplaw.com
Brian M. Underwood, Jr.
Georgia Bar No. 804091
brian.underwood@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600

*Counsel for Defendant Banc of America Merchant Services, LLC s/h/a Bank of America Merchant Services*

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing has been prepared with Times New Roman, 14 point font in accordance with L.R. 5.1B, N.D. Ga.

This 8th day of January, 2025.

>           */s/ Brian M. Underwood, Jr.*
>           Brian M. Underwood, Jr.
>           Georgia Bar No. 804091

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 8th day of January, 2025.

>           */s/ Brian M. Underwood, Jr.*
>           Brian M. Underwood, Jr.
>           Georgia Bar No. 804091