# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>            Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Banc of America Merchant Services, LLC, n/k/a JV Wind Down, LLC, s/h/a Bank of America Merchant Services, LLC ("**BAMS**") respectfully moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all claims asserted against it by Plaintiff Eric Slawin ("**Slawin**") for the reasons set forth in the accompanying Memorandum of Law in Support.

In accordance with Local Rule 56.1, BAMS attaches herewith a statement of materials facts on which BAMS contends there is no genuine issue to be tried. In addition, BAMS attaches an index of exhibits, which identifies the exhibits attached to the present motion.

As instructed by this Court's Standing Order, BAMS cites directly to the record evidence in its Memorandum of Law in Support (ECF No. 2 at 25), though

the statement of material facts provides additional clarity regarding the individual factual propositions that each piece of record evidence supports. Moreover, as instructed by the Court's standing order, BAMS has attached excerpts of the cited deposition transcripts as exhibits, but has separately filed the full transcripts through a separate notice of filing. Subsequent to the electronic filing of this motion, BAMS will prepare a courtesy copy of the file-stamped motion and its attachments for delivery to chambers via regular mail.

Due to size limitations on PACER, MSJ Exhibits 30-46 will be filed through a separate notice of filing, but are expressly incorporated herein by reference.

Respectfully submitted this 8th day of January, 2025.

      */s/ Brian M. Underwood, Jr.*
Christopher P. Galanek
Georgia Bar No. 282390
E-Mail: chris.galanek@bclplaw.com
Brian M. Underwood, Jr.
Georgia Bar No. 804091
E-Mail: brian.underwood@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309

*Counsel for Defendant Banc of America Merchant Services, LLC s/h/a Bank of America Merchant Services*

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing filing has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 8th day of January, 2025.

>                             */s/ Brian M. Underwood, Jr.*
>                             (Ga. Bar 804091)

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 8th day of January, 2025.

>                             */s/ Brian M. Underwood, Jr.*
>                             Brian M. Underwood, Jr.
>                             (Ga. Bar 804091)