IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

**Defendant Banc of America Merchant Services, LLC's Statement of Undisputed Material Facts In Support of its Motion for Summary Judgment**

**Index of Exhibits**

| MSJ. Ex. Number | Description |
|---|---|
| 1. | Excerpts from Deposition of Eric Slawin |
| 2. | Exhibit 4 to Deposition of Eric Slawin |
| 3. | Exhibit 5 to Deposition of Eric Slawin |
| 4. | Exhibit 6 to Deposition of Eric Slawin |
| 5. | Exhibit 8 to Deposition of Eric Slawin |
| 6. | Exhibit 9 to Deposition of Eric Slawin |

1

| MSJ. Ex. Number | Description |
|---|---|
| 7. | Exhibit 13 to Deposition of Eric Slawin |
| 8. | Exhibit 20 to Deposition of Eric Slawin |
| 9. | Exhibit 36 to Deposition of Eric Slawin |
| 10. | Exhibit 37 to Deposition of Eric Slawin |
| 11. | Exhibit 43 to Deposition of Eric Slawin |
| 12. | Exhibit 49 to Deposition of Eric Slawin |
| 13. | Excerpts from Deposition of Michael Solan |
| 14. | Exhibit 30 to Deposition of Michael Solan |
| 15. | Exhibit 31 to Deposition of Michael Solan |
| 16. | Exhibit 32 to Deposition of Michael Solan |
| 17. | Exhibit 33 to Deposition of Michael Solan |
| 18. | Exhibit 34 to Deposition of Michael Solan |
| 19. | Exhibit 35 to Deposition of Michael Solan |
| 20. | Exhibit 36 to Deposition of Michael Solan |
| 21. | Exhibit 37 to Deposition of Michael Solan |
| 22. | Exhibit 38 to Deposition of Michael Solan |
| 23. | Exhibit 39 to Deposition of Michael Solan |
| 24. | Exhibit 45 to Deposition of Michael Solan |
| 25. | Exhibit 47 to Deposition of Michael Solan |
| 26. | Exhibit 48 to Deposition of Michael Solan |
| 27. | Exhibit 50 to Deposition of Michael Solan |
| 28. | Exhibit 51 to Deposition of Michael Solan |
| 29. | Exhibit 69 to Deposition of Michael Solan |
| 30. | Exhibit 70 to Deposition of Michael Solan |
| 31. | Exhibit 71 to Deposition of Michael Solan |
| 32. | Exhibit 72 to Deposition of Michael Solan |
| 33. | Declaration of Michael Solan, Plus Declaration Exhibits 1-3 Incorporated |

| MSJ. Ex. Number | Description |
|---|---|
| // | Exhibit 1 to Declaration of Michael Solan (Incorporated in MSJ Ex. 33) |
| // | Exhibit 2 to Declaration of Michael Solan (Incorporated in MSJ Ex. 33) |
| // | Exhibit 3 to Declaration of Michael Solan (Incorporated in MSJ Ex. 33) |
| 34. | Excerpts from Deposition of David Ades |
| 35. | Exhibit 16 to Depositions of David Ades and Natasha Collins[1] |
| 36. | Declaration of Allison Davis |
| 37. | Declaration of Natasha Collins |
| 38. | Exhibit 21 to Deposition of Natasha Collins |
| 39. | Declaration of Mark Kendall |
| 40. | 5/18/2023 BAMS Objections and Responses to Plaintiff's Requests for Admissions |
| 41. | 4/18/2023 BAMS First RFA's to Plaintiff (containing exhibits referenced in Plaintiff's RFA responses) |
| 42. | 5/16/2023 Plaintiff's First RFA Responses |
| 43. | 8/11/2023 Plaintiff's Second Supplemental Interrogatory Responses (Rog. 4) |
| 44. | Full version of the BAMS Merchant Processing Agreement that Slawin stated he reviewed in connection with his purported concerns about fraud (REDACTED) |
| 45. | Exhibit 34 to Deposition of Eric Slawin |
| 46. | 9/26/2023 Plaintiff's Third Supplemental Responses and Objections to BAMS 1st Interrogatories, Nos. 16 & 17 |

---

[1] Plaintiff's Exhibit 16 was used in multiple depositions, but it is listed here for ease of reference.