# EXHIBIT 2

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 4



Congratulations on your new position with Bank of America Merchant Services! We are pleased that you have decided to join our team. This toolkit outlines the information you can expect to receive and the actions you will need to take as part of your onboarding. *It is important that you pay close attention to the items requiring your immediate action prior to your start date.*

Your primary point of contact prior to your start date is your recruiting coordinator. In addition, you will receive emails from various other individuals that together will ensure you have a smooth onboarding process. Please pay close attention to *all emails* you receive pertaining to Bank of America Merchant Services.

In particular, some emails will come from AlphaStaff. Bank of America Merchant Services partners with AlphaStaff, a professional employment organization, to provide various human resource management services to our associates (e.g., payroll services, benefits administration, etc.). You will receive emails from AlphaStaff relating to your benefits enrollment, and you will see other actions in this document relating to AlphaStaff.

It is important that you submit all required documents within the timeframe referenced. If you have any questions regarding the completion of your new hire documents, please contact your recruiting coordinator.

Tejal.Thakkar@bankofamericamerchant.com

PLAINTIFF 000141

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| ☐ | Complete Background Check and Drug Test | Complete the instructions found in two separate emails from HireRight (our Background and Drug Test vendor). *Please note that the drug test email will not arrive until you have submitted your information for your background check. You must complete the background check information via the HireRight website **within 48 hours of receipt of the email**. Once you submit, you will receive an email with your drug testing information. You must **complete your drug test within 48 hours of receiving the email with drug testing instructions**. | *Complete within 48 hours of receipt of each email for the background check and the drug test* | HireRight |
| ☐ | Sign Offer Letter and Proprietary Rights Agreement | **Print** and **sign** your **Offer Letter** and **Proprietary Rights Agreement** and return these to your recruiting coordinator via one of the below methods.  Tejal.Thakkar@bankofamericamerchant.com  Although you have verbally accepted our offer, it is important that you return your signed offer letter and other documents immediately to confirm official acceptance of our offer. | *Return all pages of both documents within one week of receipt* | Recruiter |
| ☐ | Complete the New Hire Onboarding Portal (I-9, W4, Direct Deposit, etc.) | Access the portal via the XpressHR Onboarding email you will receive within a week of your verbal offer acceptance. This email will include a username, password and instructions to access the portal. Remember your username and password in the event you need to exit the portal and complete it at a later date. If you do not receive an email within a week, please notify your recruiting coordinator. **Note:** You will be **required** to print documents at the end of the portal, so please ensure you have access to a printer before accessing the portal. You will complete various activities in the online portal to establish your new associate personnel record, including: <br>• W-4 <br>• State withholdings (if applicable) <br>• Direct deposit <br>• I-9 Employment Verification forms<br> Please ensure you gather the appropriate information (bank account numbers, etc.) to complete these forms prior to accessing the portal. At the end of the process, you will be prompted to electronically sign each form and then **print all signed forms**. Follow the instructions provided for the specific actions to take with each form. Below is a summary of the forms you must print with the actions required for each: <br>• **I-9 Form:** You will complete Section 1 in the portal. Associates are required to **complete Section 1 ON or before the date of hire**. Bring this printed form from the portal, and appropriate form(s) of identification, on your first day of employment. | *Prior to your start date* | Xpress HR Onboarding |

PLAINTIFF 000142

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| | | Your manager or another Bank of America Merchant Services associate will complete <u>Section 2</u> within three days of your start and send the form to the appropriate representative.<br>• If you will be working from home and are not in the same location as your manager, you need to connect with your manager to arrange to meet a nearby fellow associate, or for you to use a notary public to complete Section 2. Once you have completed sections 1, 2 and made photocopies of your approved IDs, you need to scan and email to your direct manager and BAMSHR@bankofamericamerchant.com<br>**Note:** If you do not provide the completed section 1 and 2 and copies of your supporting documents within the <u>first three days of employment</u>, you are subject to termination.<br>• **W-4 and State Withholdings forms:** This information was captured electronically as you completed the portal. Keep the signed copy for your records.<br>• **Direct Deposit Form:** Follow the instructions at the top of the form. You will attach a voided check or savings account deposit slip for each account listed and fax or email the form and your voided check or deposit slip(s) to AlphaStaff at the email address or fax number above.: Follow the instructions at the top of the form. You will attach a voided check or savings account deposit slip for each account listed and fax or email the form and your voided check or deposit slip(s) to AlphaStaff at the email address or fax number above.<br>Access the portal via the XpressHR Onboarding email you will receive within a week of your verbal offer acceptance. This email will include a username, password and instructions to access the portal. Remember your username and password in the event you need to exit the portal and complete it at a later date. If you do not receive an email within a week, please notify your recruiting coordinator.<br><span style="color:red">**Note:** You will be **required** to print documents at the end of the portal, so please ensure you have access to a printer before accessing the portal.</span><br>You will complete various activities in the online portal to establish your new associate personnel record, including:<br>• W-4<br>• State withholdings (if applicable)<br>• Direct deposit<br>• I-9 Employment Verification forms<br>Please ensure you gather the appropriate information (bank account numbers, etc.) to complete these forms prior to accessing the portal.<br>At the end of the process, you will be prompted to electronically sign each form and then <span style="color:red">**print all signed forms**</span>. Follow the instructions provided for the specific actions to take with each form. | | |

PLAINTIFF 000143

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| ☐ | Enroll in Healthcare Benefits and 401(k) | Approximately one week after your verbal acceptance, you will receive an email from the HR Service Center at AlphaStaff with attachments containing your benefits and 401(k) enrollment information and forms.<br><br>**Healthcare Benefits**<br>You have 30 days from your start date to enroll in healthcare benefits. Healthcare benefits go into effect the first day of the month following your start date.<br>*Example*: Start date: August 1 ♦ Enrollment deadline: August 30 ♦ Effective date: September 1<br>*You will be invited to a benefits webinar within 30 days of your start date to explain all of your benefit options. However, based on your start date, your deadline to enroll in benefits may be prior to the next benefits webinar. Therefore, please pay close attention to the enrollment email from AlphaStaff and contact them with any questions about enrollment.*<br><br>**401(k)**<br>You may enroll in the 401(k) program at any time after your start date. However, deductions will not begin until the first day of the quarter following your start date.<br>*Example:* Start date: July 5 (third quarter) ♦ Enrollment deadline: N/A ♦ Start of deductions: October 1 (first day of fourth quarter) | *Healthcare Benefits:*<br>*30 days from your start date*<br><br>*401(k):*<br>*No deadline to enroll* | HR Service Center/AlphaStaff |
| ☐ | Register for AlphaSource | AlphaSource is AlphaStaff's web-based human resources information system designed to be your point of access for benefits, payroll, and personal information. To access AlphaSource, you must register as a first time user. **You should be able to register with AlphaSource within one week of your verbal offer acceptance.**<br>Follow these steps to establish your AlphaSource user ID and password:<br>1. Go to www.alphastaff.com.<br>2. Select the "Employee Login" link (located at top right corner).<br>3. Under Employee Login, click the "Register" button.<br>4. Type in the following information:<br>   a. Last name<br>   b. Birth date<br>   c. Social Security number (last four digits only)<br>   d. Email address<br>   e. Create User ID (select a unique username for yourself)<br>5. Click the Register button.<br>6. The screen will advise you if the registration was successful.<br>   a. If registration was successful, you will receive an email with a temporary | *Prior to your start date* | |

3

PLAINTIFF 000144

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| | | password.<br>b. Use this temporary password to log in to the AlphaSource site. You may change your password.<br>c. If the registration was not successful, you will be prompted with a message as to why. This may be that the information did not match, or that the username was already taken.<br><br>If there is a problem with your AlphaSource registration or you did not receive your password, please call the Bank of America Merchant Services HR Service Center at 888.778.9127 and select option 1 (payroll). | | |
| ☐ | Travel & Entertainment Policy | Bank of America Merchant Services issues corporate credit cards to associates who incur expenses in the course of doing business. Your manager will determine if you will receive a corporate credit card in your role.<br><br>Our Travel & Entertainment (T&E) Policy provides guidance on acceptable use of corporate credit cards. *If you receive a credit card, it is your responsibility to review the T&E policy after your start date.*<br><br>Corporate credit cards are for the exclusive use of business-related travel and expenses and **cannot be used for personal purchases under any circumstances. Any associate that does not comply with this policy will be subject to disciplinary action, up to and including termination.** Review the T&E Policy individually and with your manager after your start date. *Note: You will not be able to access the above link to the policy until after you start with the company.*<br><br>Our expense reimbursement system is called Works. If you are issued a credit card, you will process all T&E expenses incurred on your corporate card via Works. If you would like your T&E expense reimbursements direct deposited, complete the Direct Deposit form by clicking here.<br>*Note: This direct deposit form is entirely different from the direct deposit form you will complete in the onboarding portal for your pay. You will be able to access the form at the above link after you start.* | *After your start date* | Review with your manager |

4

PLAINTIFF 000145

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| ☐ | Technology and Equipment | The technology equipment required for your role will be ordered for you once you successfully complete the background check and drug test. Equipment is normally delivered within 14 business days after the Certification Letter has been issued following a satisfactory background check and drug test.<br><br>If you will be working from home, your manager will contact you to request confirmation of your home mailing address for shipping equipment to your home. Please respond promptly to avoid delays. If you will work in an office building, your equipment will be shipped to that location for you to access when you start.<br><br>If you do not receive the PC Setup Guide with your equipment, you can access a copy here via the company intranet after you start. | *Promptly respond to any emails from your manager confirming address or other details for your equipment* | |
| ☐ | Complete Recruiting Satisfaction Survey | Following the first month of employment, look for an email from **BAMS Staffing** inviting you to complete a survey regarding your experience during the recruiting process. | *Survey will be sent **within first 30 days**. Completion is due **within 14 days** of your survey invitation.* | BAMS Staffing |
| ☐ | Compliance Training | Bank of America Merchant Services is responsible for educating our associates about key issues that affect the company's business dealings. In an effort to fulfill this important responsibility, all new hires are required to complete the online Compliance training courses within the first 30-days of employment. You have been enrolled in the following:<br>• Bank Secrecy / Anti-Money Laundering Training<br>• Antitrust Training<br>• Code of Ethics Training<br>• Information Security and Global Data Protection Training<br>• Policy Acknowledgement Program<br><br>**Your continued employment with Bank of America Merchant Services is contingent upon your successful completion of the compliance training.**<br><br>To access the compliance training, please follow the instructions below:<br>1. From the BAMSZone home page, under Quick Links, select "AlphaSource & Success Factors – Learning Mgmt. System Login"<br>   • *Note: You may also access SuccessFactors from any computer (you do not need to be on a BAMS computer or the VPN)*<br>   • Open a web browser and type www.alphaStaff.com<br>   • Select "Employee Login" in the top right corner of the page<br>   • Enter your username and password in the "Employee" login section | *All new hires are required to complete all the Compliance Training courses within the first 30-days of employment* | |

PLAINTIFF 000146

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| | | 2. Enter your employee username and password under the "Employee" login section<br>3. Once you are in AlphaSource, from the navigation menu on the left side, select "Success Factors"<br>4. Once in SuccessFactors, you will see your assigned compliance training in your "To-Do's" list. | | |
| ☐ | Update personal information with the HR Service Center | After your start date, email BAMSmaint@alphastaff.com stating that you are a new associate and are providing them with your office phone number. (This will update our corporate address book so other associates can contact you)<br>In addition, if your personal information (home address, phone number, emergency contact information, etc.) ever changes, email BAMSmaint@alphastaff.com and ask them to update your records. | *After your start with the company and if your personal information ever changes.* | |
| ☐ | Safe Driver Program | If you are being hired into an **outside sales role that requires you to drive for the role**, you are subject to the policy and guidelines outlined in the Bank of America Merchant Services Safe Driver Program.<br>Some of the primary components of the program include:<br>• An *annual* Motor Vehicle Record (MVR) check.<br>• Reporting any motor vehicle citations that have occurred since the last BAMS MVR check.<br>• Reporting of suspensions, driving under the influence or revocations of driving privileges.<br>• Complying with the Safe Driver Program compliance requirements and policy guidelines.<br>• Depending on when your start date falls in the annual MVR check process for the company, you may be asked to complete two checks in your first year.<br>After you start, please review the Safe Driver Program and Policy here and discuss any questions with your manager. **Note:** *The link to the policy document is located on our intranet site; therefore, you will not be able to access the link until after you start with the company.* | *Comply with the requirements of the Safe Driver Program throughout your employment* | |
| ☐ | Order business cards | Your manager may have ordered your business cards and name badge prior to your start. If not, you may order these after you start via the Marketing Resource Center website. (If you are unsure whether you need a name badge in your role, ask your manager.) Both are located in the Business Cards and Stationery section of the Marketing Resource Center. The name badge is product # 6820. They should arrive within 5-10 business days and will be sent to the address you specify in your order. | *Order business cards after your start* | |

PLAINTIFF 000147

| Task Completed? | Task | Action Required | Due Date | Received From |
|---|---|---|---|---|
| | | *Note: If this is your first time accessing the Marketing Resource Center, click on the link to register when you first access the page. You will be sent a username and password within a few days.* | | |

PLAINTIFF 000148

## Key resources and contacts after your start

| | |
|---|---|
| **Alpha Staff Contact Numbers** | **HR Service Center Associate Line: 888.778.9127**<br>HR policies and procedures, unemployment claims, payroll, worker's compensation, leaves of absence, retirement, 401(k), benefits<br>**Employee Assistance Program: 866.799.2728**<br>**Discrimination and Harassment Hotline: 888.347.1206** |
| **BAMS HR Contact Information** | Contact the Human Resources team for any personnel-related questions.<br>Email: bamshr@bankofamericamerchant.com |
| **PC "how to" guide** | Instructions for powering on your PC, booting up and signing on with VPN. Click here to access the guide. |
| **Accounts Payable Help Desk** | For any accounts payable or expense reimbursement issues or to change your expense reimbursement information, call **402.222.7041** or aphelpdeskus@firstdata.com |
| **Code of Ethics and Associate Handbook** | Access the COE and Associate Handbook on BAMSZone. |
| **BAMSZone** | Internal Intranet site with company and product information. Click here to access the site. |
| **BAMS Home Page** | Learn about products and services and view customer resource center. Click here to access the site. |
| **Manager Info & Tools** | Information you need to execute on the 'people management' component of your job. Click here to access the site. |
| **Marketing Resource Center** | Download and order product brochures and other marketing materials. Click here to access the site. |
| **Salesforce** | Contact and lead management application for sales associates. Click here to access the site. |
| **WebClock** | Information and resources for timekeeping for non-exempt (hourly) associates. Click here to access the site. |
| **Works** | Expense reimbursement and management application. Click here to access the site. For questions regarding Works, email workshelp@bankofamericamerchant.com or access the Works User Guide here. |
| **Technology Helpdesk** | Call 877.332.4526 if you are in need of immediate assistance or email pclansupport@firstdata.com for technical support. |
| **Self-Help Technology Training Resources** | Self-help resources for Outlook, mobile devices, printers, VPN access, etc. can be found here. |
| **Holidays** | Bank of America Merchant Services observes the following holidays:<br>• New Year's Day<br>• Martin Luther King, Jr. Day<br>• Presidents Day<br>• Memorial Day<br>• Independence Day<br>• Labor Day<br>• Columbus Day<br>• Veterans day<br>• Thanksgiving<br>• Christmas<br>You can find more information about holidays in the Associate Handbook |

PLAINTIFF 000149