# EXHIBIT 3

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 5

**Bank of America**
**Merchant Services**

November 5, 2015

Eric Slawin
3561 Cape York Trace
Alpharetta, GA 30022

Dear **Eric**,

Congratulations! This is to confirm your new position with Banc of America Merchant Services, LLC (referred to in this letter as "the Company"), effective **December 7, 2015.**

This letter will confirm our offer and your acceptance to join our Merchant Services Team as VP Operations Control Officer reporting to **Natasha Collins**. The details of our offer are outlined below.

## Compensation

### Annual Base Salary
You will receive an annual base salary of **$123,000** paid in accordance with the Company's normal payroll practices. Your employment status is exempt, which means that you are not entitled to overtime compensation. The Company reserves the right to change your compensation in its discretion, in accordance with applicable law.

### Annual Bonus Plan
In 2016, you are eligible to participate in the Banc of America Merchant Services Annual Bonus Plan. Your target for 2016 is **20% of salary** and will be prorated based on your hire date.

Bonuses are not guaranteed. Whether you receive a bonus and the amount of the bonus will depend upon Company performance and your individual performance, among other factors determined at the discretion of the Management Committee. You must meet all eligibility requirements in order to receive any bonus award, including but not limited to any requirement that associates be employed on the payment date.

The terms and conditions of the Annual Bonus Plan are subject to modification at the sole discretion of the Management Committee.

### Vacation
You will be eligible for **four (4)** weeks of vacation based on the Bank of America Merchant Services' vacation policy. Vacation accrual for newly hired full-time associates is pro-rated, based on the date of hire and number of pay periods remaining in the year. Detailed information about how vacation is accrued each pay period for exempt and non-exempt full-time associates can be found on BAMSZone

### Benefits, Payroll Administration & Human Resources Management Services
The Company will provide your benefits, payroll administration and other human resources management services through AlphaStaff, a professional employer organization.

- You will be eligible to participate in the employee benefit plans and programs that the Company offers to its associates, subject to the provisions of those plans.

1

PLAINTIFF 000150



- You will receive additional information concerning your benefits, payroll administration and other human resources management services from Human Resources.

### Additional Requirements Which You Must Meet

Before beginning employment, you will be required to provide proof of eligibility to work in the United States, complete a background check, motor vehicle record check (if applicable), reference checks, and drug screen.

### Your Agreement to the Company's Non-solicitation and Nondisclosure Policies

To protect the Company's interests in its customer relationships, it is trade secrets, and its confidential and proprietary information to which you will have access during your employment (e.g. information pertaining to the Company's customers and the representative of those customers, their names and addresses, specific customer needs and requirements, and leads and references to prospective customers), you agree to the following restrictions:

- <u>Non-solicitation of Customers</u>. During employment with the Company and for twelve (12) months after the cessation of employment, you agree not to solicit or attempt to solicit any customer or prospective customer of the Company for the purpose of providing any products and services similar to those sold by the Company. This restriction shall apply only to any customer or prospective customer of the Company with whom you had contact or about whom you learned trade secret or confidential information, during the last twenty-four (24) months of your employment. For the purpose of this paragraph, "contact" means interaction between you and the customer, former customer, or prospective customer which takes place to further the business relationship, or making sales to or performing services for the customer, former customer, or prospective customer on behalf of the Company.

- <u>Non-solicitation of Employees</u>. During employment with the Company and for twelve (12) months after the cessation of employment with the Company, you agree that you will not recruit, or attempt to recruit or hire, directly or by assisting others, any other employee of the Company with whom you had contact or about whom you learned confidential information during your employment with the Company. For the purposes of this paragraph "contact" means any business-related interaction between you and the other employee.

- <u>Nondisclosure</u>. You understand and acknowledge that during the course of your employment you will have access to the Company's trade secrets and confidential information. The Company's trade secrets and confidential information include, but are not limited to, customer lists, customer contact information and preferences, prospect lists, prospect and marketing research materials, technical information, business information and plans, manner of conducting business, price lists, employee lists and confidential information regarding Company employees, and similar information where: (a) such information has been treated as confidential by Company, or (b) such information is not publicly available and could be used in order to gain competitive advantage ("Confidential Information"). You understand and agree that Confidential Information may only be used for the benefit of the Company. You agree that, except as authorized by Company during the course of my employment, you will not, at any time during or after cessation of your employment, use, disclose, or disseminate to any other person, organization, or entity or otherwise employ any of the Company's trade secrets or Confidential Information. The obligations set forth in this paragraph do

PLAINTIFF 000151



**Merchant Services**

not apply to any trade secrets or Confidential Information which has become generally known to competitors of the Company through no act or omission of yours.

### Employment At-Will

The terms of this letter do not imply employment for any specific period of time. Rather, as is generally the case with all employees within the Company, your employment is at-will. Either you or the Company has the right to terminate your employment at any time with or without cause or notice.

### Legal

This letter constitutes the complete understanding between you and the Company concerning the subject matter(s) addressed herein, and supersedes any prior oral or written understanding regarding the terms and conditions of your employment with the Company. No oral modifications to the commitments made herein are valid. Any changes to these terms must be in writing and signed by you and the Company. No one other than the Company has the authority to modify any of the terms or conditions of this letter.

Except as otherwise provided herein or as otherwise required by law, this letter will be interpreted, construed and governed according to the laws of the State of Delaware, regardless of choice of law principles to the contrary. This letter agreement may be executed in two of more counterparts. Electronically reproduced signatures (such as those transmitted via pdf or facsimile) will be treated in all respects as originals.

### Conclusion

We believe that you are capable of making an outstanding contribution to the Company. Please review this letter and return the signed copy no later than **November 9, 2015**.

If you have any questions regarding the contents of this letter, or the policies and procedures referenced herein, Please do not hesitate to contact me.

Sincerely,

**Brian Dieckhoff**
AVP, Talent Acquisition
On Behalf of Banc of America Merchant Services, LLC

**I accept employment with Banc of America Merchant Services, LLC based on the terms and conditions set forth above.**

Associate Name: **Eric Slawin**

_____          11/6/15
Signature                                       Date

3

PLAINTIFF 000152