# EXHIBIT 5

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 8

| | |
|---|---|
| From: | Solan, Mike (BAMS) |
| To: | Slawin, Eric (BAMS) |
| Cc: | eslawin116@gmail.com |
| Subject: | Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation |
| Date: | Friday, December 8, 2017 4:19:56 PM |
| Attachments: | image001.png |
| | Eric Slawin (BAMS) Declaration re BAMS" Files (v2)(12.07.2017).pdf |
| | Eric Slawin (BAMS) Cease and Desist letter (v1)(12.07.2017).pdf |
| Importance: | High |

Hi Eric,

Per our conversation today regarding your Information Security Violation, please read, sign, and return the attached Legal Affidavit if all parts of that affidavit are true to the best of your knowledge. If any part of this affidavit is not true, contact me as soon as possible to discuss next steps.

The attached Cease and Desist letter is for your records; there is no need to sign or return that document.

If you have any questions regarding either of these documents, please don't hesitate to contact me.

**Mike Solan**
Human Resources Generalist
Banc of America Merchant Services, LLC
150 N. College Street - 15th Flr.
Charlotte, NC 28255
O: (980) 388-0128
C: (704) 999-5725
michael.solan@bankofamericamerchant.com
cid:image005.png@01CBEF04.8B5A2700



===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may

be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

PLAINTIFF 000002