# EXHIBIT 6

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 9



December 8, 2017

**VIA ELECTRONIC MAIL**

Eric Slawin
3561 Cape York Trace
Alpharetta, GA 30022

Eric:

Bank of America Merchant Services' ("BAMS") advises you that we are aware of an information security violation which occurred between August 25, 2017 and November 28, 2017. We have reason to believe that you have been sending large amounts of BAMS confidential information to your personal email address. This is a specific violation of your employment duties and you must immediately destroy this information and cease other activities that are in violation of your duty to refrain from using BAMS Confidential Information for your personal use.

As you are aware, while employed with BAMS you have agreed to abide by non-disclosure and confidentiality provisions contained in various agreements such as the Code of Ethics and Associate Handbook. May we remind you that BAMS information shall be handled in such a way as to ensure that it is protected from unauthorized use, access, disclosure, modification, destruction, damage, delay, or removal, either intentional or accidental. Confidential information obtained during or through your employment with BAMS may not be used by you for the purpose of furthering current or future outside employment or activities or for obtaining personal gain or profit.

In conformance with your legal obligations, you are to **destroy** all originals and copies of confidential documents and information of BAMS, that you sent to your personal email, and that you not use any such confidential information for your personal use.

BAMS is taking this matter very seriously and will consider commencing actions to enforce its rights under its agreements with you. To avoid further exacerbation of this already problematic situation, please re-review your obligations contained in your various agreements and ensure that you immediately cease and desist activities that are in violation of your agreements with BAMS. This letter is without prejudice or waiver of any and all of BAMS' rights and remedies, all of which are expressly reserved.

Sincerely,

Meg Troughton
Senior Vice President
Associate General Counsel

PLAINTIFF 000016

## DECLARATION OF ERIC SLAWIN

I, Eric Slawin, hereby declare as follows:

1. I am currently employed by Banc of America Merchant Services, LLC ("BAMS") as a Vice President, Operations Control Officer, at BAMS' offices located at 5565 Glenridge Connector NE, Atlanta, GA 30342.
2. It was discovered during a recent investigation conducted on November 30, 2017, that I had forwarded large amounts of BAMS' confidential business information to my personal email account.
3. I affirm that, as of this date, I have permanently deleted all copies of BAMS's confidential information previously in my possession, custody, or control, and I affirm that I have not retained any of BAMS's confidential information in any electronic or hard copy format or any audio or video recordings..
4. I further affirm that I have not shared or forwarded BAMS' confidential files to any other person prior to deleting the aforementioned files.
5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

_____
Eric Slawin

_____
Date

PLAINTIFF 000017