# EXHIBIT 7

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 13

| | |
|---|---|
| From: | Slawin, Eric (BAMS) |
| To: | eslawin116@gmail.com |
| Subject: | FW: PAN Data Issue Planning - Confidential |
| Date: | Wednesday, November 8, 2017 2:41:27 PM |
| Attachments: | Picture (Device Independent Bitmap) 1.jpg |

Eric Slawin

Vice President

Business Control Function, Business Banking, Commercial and Large Corporate

Bank of America Merchant Services

5565 Glenridge Connector, Atlanta, GA 30342

T: 404.890.3223 C: 770.296.5671

Eric.Slawin@bankofamericamerchant.com



---

**From:** Kendall, Mark (BAMS)
**Sent:** Wednesday, November 08, 2017 2:38 PM
**To:** Slawin, Eric (BAMS)
**Subject:** RE: PAN Data Issue Planning - Confidential

Let's remove it in writing, we can address it appropriately as we discuss. Good Catch

Mark Kendall

VP, Client Managed Risk and Controls

Bank of America Merchant Services

150 North College St Charlotte, NC 28202

T 980.388.5132 C 908.917.8240

mark.kendall@bankofamericamerchant.com

---

**From:** Slawin, Eric (BAMS)
**Sent:** Wednesday, November 08, 2017 2:30 PM
**To:** Kendall, Mark (BAMS)
**Subject:** FW: PAN Data Issue Planning - Confidential

I make a brief mention of this project in the ORC deck. Given Jessica's email below should I remove it?

Eric Slawin

Vice President

PLAINTIFF 000037

Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com



---

**From:** Saha, Jessica (BAMS)
**Sent:** Wednesday, November 08, 2017 12:07 PM
**To:** Kendall, Mark (BAMS); Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Wigen, Michelle (BAMS); Brown, Sandra (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Clifford, Christine (BAMS)
**Cc:** Collins, Natasha (BAMS); Glynn, Brian (BAMS)
**Subject:** RE: PAN Data Issue Planning - Confidential

Team, thank you for meeting today. I want to reiterate at this time this potential issue around PAN and any discussion around potential remediation is confidential. Please do not discuss outside of this working team or include others in this discussion without the express permission of myself, Natasha, Brian, Treicia or Mark. If you have any questions please reach out to Treicia or Mark for guidance.

Thank you,
Jessica

-----Original Appointment-----
**From:** Kendall, Mark (BAMS)
**Sent:** Thursday, November 02, 2017 11:01 AM
**To:** Kendall, Mark (BAMS); Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Wigen, Michelle (BAMS); Brown, Sandra (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Clifford, Christine (BAMS)
**Cc:** Saha, Jessica (BAMS); Collins, Natasha (BAMS); Glynn, Brian (BAMS)
**Subject:** PAN Data Issue Planning
**When:** Wednesday, November 08, 2017 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://global.gotomeeting.com/join/438365325

Using this time to work on our plan for addressing PAN data issue. Per previous conversation with Jessica/Natasha/Brian, the approach will be to look at the impacted processes and put them into groups that have similar attributes, so that individual issues can be written for each group and the scope remains reasonable.

Goal coming out of this session is to have all processes in the attached put into groups based on where we think they have common attributes and a plan on how we would want to write issues for each group. From there, that info will go back to the leadership group, where they will approve and message to management on our plan. Following that will be the actual issue writing, which will be

PLAINTIFF 000038

done by the BCOs with input from those closest to each process.

<< File: Full card number required - Processes.xlsx >>

---

Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/438365325
Join the conference call:
Toll-free dial-in number (U.S. and Canada):
(877) 304-0076

Conference code:
1449706

Joining from a video-conferencing room or system?
Dial: 67.217.95.2##438365325
Cisco devices: 438365325@67.217.95.2

First GoToMeeting? Let's do a quick system check: https://link.gotomeeting.com/system-check

---

===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

PLAINTIFF 000039