# EXHIBIT 8

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 20

## Eric Slawin

**From:** Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
**Sent:** Friday, June 2, 2017 1:53 PM
**To:** Kendall, Mark (BAMS)
**Cc:** eslawin116@gmail.com
**Subject:** check it out

Finally had enough of brian...just got off a call with him and bow is what I IMed Natasha...nice to know you and start making some money in the market.

Slawin, Eric (BAMS) 1:37 PM
call me!!!!
Slawin, Eric (BAMS) 1:39 PM
did you get this message?!!
should i call you
Collins, Natasha (BAMS) 1:40 PM
what's going on? i am on b2b calls until 3:00
Slawin, Eric (BAMS) 1:46 PM
i've had it with Brian!!! he is harassing and a bully. I do not have to work in these conditions. He does no work and is nothing more than a project manager. I am not going to take his calls anymore, answer his emails or instant messages. He has the BCO title but does no BCO work. Also, you said he would push back on ERM and he has a perfect opportunity now to handle someting with Al. Remeber that anti-trust conversation we had with Al and David and you where David was irate. Well I told Brian about that excahnge and he is saying i still need to write those procedures for anti-trust because we are past our due date which makes no sense. I want him to push back on Al but he will not This is a tough job and Brian makes intolerable. Also, there are other managers in this organization that do not respect him at all. I think we are close to losing Mark's help too.
he needs a mental evaluation
He can write the procedures
if you told him to force me out then he is doing a great job. you should make sure to give him and extra bonus for that

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
404.890.3223 Mobile 770.296.5671
Eric.Slawin@bankofamericamerchant.com
https://www.gotomeet.me/EricSlawin

===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised

PLAINTIFF 000074

and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

2

PLAINTIFF 000075