# EXHIBIT 9

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 36

**U.S. Securities and Exchange Commission**
TCR Summary -

**Priority:**
**TCR ID:**
**TCR Submission Number:** TCR1513135657502
**Submitted Date:**
**Submitted By:**
**Subject Type:**
**Product Type:** Equities
**Allegation Category:**
**Nature of Complaint:**
**TCR Source ID:**
**TCR Source:**
**Allegation Information:**

Bank of America Merchant Services are in possession of PAN data. Meanwhile the company is not PCI compliant. PAN data is complete credit card numbers of customers of its clients who are merchants. Having this data without being PCI complaint can lead to major penalties to the firm such as large fines levied by VISA and MasterCard. All along I was told as an employee to not share information about this situation with any one. More than one person knows about this at the firm all the way up to direct reports of the CEO. I have emails to prove that. I was terminated for forwarding these emails outside the firm to my personal email address. I did this because I did not want to be caught up in a conspiracy to cover this up. Also, I am being forced to sign a declaration that I do not have the emails or have forwarded them to anyone else and if I do not execute the agreement by December 19th I will be sued for damages. Also, I wanted to not that Bank of America Merchant Services is a subsidiary of both Bank of America and First Data according to SEC filings by both companies. I was just terminated on Thursday December 7th for being in possession of emails that can evidence the issue, reflect who knows and demonstrate a coordinated effort to keep it from becoming public knowledge. Finally, shareholders of not just Bank of America and First Data, since Bank of America Merchant Services is a sub of both can be hurt but, I think it could be possible that shareholders of Bank of America Merchant Services' clients, which are publicly traded clients, could be hurt since, data belonging to customers of these merchants was not safeguarded entirely. Therefore, I believe fines could be levied against those merchants like Target, Exxon, Starbucks, Amazon etc... Granted the merchants did not know data of their customers was not safeguarded since Bank of America Merchant Services did not tell them about not being PCI compliant.

Questionnaire:

## Tell us about your complaint

Please select the option that best describes your complaint

   If your complaint does not fit in any of the categories above, please describe below

Provide additional details about your complaint:

Bank of America Merchant Services are in possession of PAN data. Meanwhile the company is not PCI compliant. PAN data is complete credit card numbers of customers of its clients who are merchants. Having this data without being PCI complaint can lead to major penalties to the firm such as large fines levied by VISA and MasterCard. All along I was told as an employee to not share information about this situation with any one. More than one person knows about this at the firm all the way up to direct reports of the CEO. I have emails to prove that. I was terminated for forwarding these emails outside the firm to my personal email address. I did this because I did not want to be caught up in a conspiracy to cover this up. Also, I am being forced to sign a declaration that I do not have the emails or have forwarded them to anyone else and if I do not execute the agreement by December 19th I will be sued for damages. Also, I wanted to not that Bank of America Merchant Services is a subsidiary of both Bank of America and First Data according to SEC filings by both companies. I was just terminated on Thursday December 7th for being in possession of emails that can evidence the issue, reflect who knows and demonstrate a coordinated effort to keep it from becoming public knowledge.Finally, shareholders of not just Bank of America and First Data, since Bank of America Merchant Services is a sub of both can be hurt but, I think it could be possible that shareholders of Bank of America Merchant Services' clients, which are publicly traded clients, could be hurt since, data belonging to customers of these merchants was not safeguarded entirely. Therefore, I believe fines could be levied against those merchants like Target, Exxon, Starbucks, Amazon etc... Granted the merchants did not know data of their customers was not safeguarded since Bank of America Merchant Services did not tell them about not being PCI compliant.

**Are you having or have you had difficulty in getting access to your funds or securities?**

No

**Did you suffer a loss?**

No

**When did you become aware of the alleged conduct? (mm/dd/yyyy)**

06/13/2017

**When did the alleged conduct begin? (mm/dd/yyyy)**

01/01/2017

**Is the alleged conduct ongoing?**

Yes

**Has the individual or firm acknowledged the alleged conduct?**

Yes

**What is the source of your information? You may select more than one**

Conversations

Have you taken any action regarding your complaint? You may select more than one

    Complained to firm

Who did you contact and what action did you take?

    My manager and expressed concern about the situation when we were being told to keep the situation from becoming public.

Resolution checklist

## Who are you complaining about?

Are you complaining about an individual or a firm?

    Firm

Select the title that best describes the individual or firm that you are complaining about:

    Private/closely held company

If you are complaining about an entity or individual that has custody or control of your investments, have you had difficulty contacting that entity or individual?

    No

Firm Name:

    Bank of America Merchant Services

Telephone:

Are you or were you associated with the individual or firm when the alleged conduct occurred?

    Yes

How are you or were you associated with the individual or firm you are complaining about?

    I was a Business Control Officer and was terminated because I am in personal possession of emails proving a what has occurred and the desire by the firm to keep the situation quiet.

Resolution checklist

Are you complaining about an individual or a firm?

    Firm

Select the title that best describes the individual or firm that you are complaining about:

    Publicly held company

Firm Name:

    BANK OF AMERICA

Street Address:



U.S. Securities and Exchange Commission
TCR Summary - ▇▇▇▇

100 North Tryon Street

City:

Charlotte

State / Province:

NORTH CAROLINA

Zip / Postal Code:

28255

Telephone:

Resolution checklist

Are you complaining about an individual or a firm?

Firm

Select the title that best describes the individual or firm that you are complaining about:

Publicly held company

Firm Name:

FIRST DATA CORP

Street Address:

225 Liberty Street

Address (Continued):

29th Floor

City:

New York

State / Province:

NEW YORK

Zip / Postal Code:

10281

Telephone:

Resolution checklist

## Products involved

Select the type of product involved in your complaint:

Equities (e.g., common stock, preferred stock)

PLAINTIFF 000668

**U.S. Securities and Exchange Commission**
TCR Summary - ▮▮▮▮

Please select the category that best describes your security product:

    Common stock (exchange-traded stock)

Enter the security/ticker symbol if known:

    bac, fdc

## About you

*Are you submitting this tip, complaint or referral pursuant to the SEC's whistleblower program?

    Yes

*Are you submitting this tip, complaint or referral anonymously? Being able to contact you for further information or clarification may be helpful.

    No

**Are you represented by an attorney in connection with your submission?

    No

**Submitter Information**

**First Name:

    Eric

Middle Name:

    J

**Last Name:

    Slawin

Street Address:

    3561 Cape York Trace

City:

    Alpharetta

State / Province:

    GA

Zip / Postal Code:

    30022

Country:

    United States

**Home Telephone:**

7702965671

**Work Telephone:**

7702965671

**Mobile Telephone:**

7702965671

**Other Telephone:**

7702965671

**Email Address:**

eslawin116@gmail.com

**What is the best way to contact you?**

Phone

**Select the profession that best represents you:**

Compliance officer

**Attorney Information**

(required if submitting information anonymously and seeking to be eligible for an award under the whistleblower program)

**Resolution checklist**

## Whistleblower Declarations

*1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision, the Public Company Accounting Oversight Board, any law enforcement organization, or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

No

*2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))?

No

PLAINTIFF 000670

U.S. Securities and Exchange Commission
TCR Summary -

**\*3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?**

No

**\*4. Are you submitting this information pursuant to a cooperation agreement with the SEC or another agency or organization?**

No

**\*5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?**

No

**\*7a. Are you submitting this information before you (or anyone representing you) received any investigative request, inquiry, or demand that relates to the subject matter of your submission from the SEC, Congress, or any other federal, state, or local authority, any self regulatory organization, or the Public Company Accounting Oversight Board?**

Yes

**\*8a. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**

No

**\*9a. Did you acquire the information being provided to us from any person described in questions 1 through 8?**

No

**\*I declare under penalty of perjury under the laws of the United States that the information contained in this submission is true, correct, and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**

Agree