# EXHIBIT 10

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 37

**From:** CFPB_WHISTLEBLOWER
**To:** Eric Slawin
**Subject:** CFPB Whistle Blower - AutoReply
**Date:** Tuesday, December 12, 2017 11:11:51 PM

Thank you for contacting CFPB. The information you provided may help inform CFPB's priorities and investigations.

Please be aware that we cannot take in privileged information, which is any information that you obtained through your role as an attorney for the company you are reporting.

If you contacted CFPB for assistance resolving an issue that affected you personally, please submit your complaint to our Consumer Response team at (855) 411-CFPB (2372) or http://www.consumerfinance.gov/complaint/.

If you perform work related to a bank or other consumer financial service provider and you report or object to a possible violation of consumer financial protection laws, you may be protected from employment retaliation. You have 180 days from the date of retaliation to submit a complaint to the Department of Labor. For further details, visit http://www.whistleblowers.gov/acts/dfa_1057.html.

Regards,
Consumer Financial Protection Bureau

PLAINTIFF 000672

| | |
|---|---|
| From: | no-reply@consumersentinel.gov |
| To: | eslawin116@gmail.com |
| Subject: | Complaint has been submitted |
| Date: | Monday, January 1, 2018 8:47:51 AM |

Complaint Submitted - Your reference number is: 91451263

Thank you for contacting the Federal Trade Commission. We have given your complaint the reference number listed above. Please use that reference number if you need to contact us about your complaint in the future.

Once we have reviewed your complaint, you may receive another email with additional information that may further assist you.

Here are link(s) to the publications you may find useful:

10 Ways to Avoid Fraud

PLAINTIFF 000673