# EXHIBIT 11

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 43



December 8, 2017

**VIA ELECTRONIC MAIL**

Eric Slawin
3561 Cape York Trace
Alpharetta, GA 30022

Eric:

Bank of America Merchant Services' ("BAMS") advises you that we are aware of an information security violation which occurred between August 25, 2017 and November 28, 2017. We have reason to believe that you have been sending large amounts of BAMS confidential information to your personal email address. This is a specific violation of your employment duties and you must immediately destroy this information and cease other activities that are in violation of your duty to refrain from using BAMS Confidential Information for your personal use.

As you are aware, while employed with BAMS you have agreed to abide by non-disclosure and confidentiality provisions contained in various agreements such as the Code of Ethics and Associate Handbook. May we remind you that BAMS information shall be handled in such a way as to ensure that it is protected from unauthorized use, access, disclosure, modification, destruction, damage, delay, or removal, either intentional or accidental. Confidential information obtained during or through your employment with BAMS may not be used by you for the purpose of furthering current or future outside employment or activities or for obtaining personal gain or profit.

In conformance with your legal obligations, you are to **destroy** all originals and copies of confidential documents and information of BAMS, that you sent to your personal email, and that you not use any such confidential information for your personal use.

BAMS is taking this matter very seriously and will consider commencing actions to enforce its rights under its agreements with you. To avoid further exacerbation of this already problematic situation, please re-review your obligations contained in your various agreements and ensure that you immediately cease and desist activities that are in violation of your agreements with BAMS. This letter is without prejudice or waiver of any and all of BAMS' rights and remedies, all of which are expressly reserved.

Sincerely,


Meg Troughton
Senior Vice President
Associate General Counsel

PLAINTIFF 000713