# EXHIBIT 12

Eric Slawin v. Bank of America Merchant Services, et al.

Eric Slawin Depo. – Exhibit 49

# Whistleblower Online Complaint

## Part 1 - Employee Information

**Online Complaint Number:**    ECN26542

**Complaint Filed Date:**    December 12, 2017

**Complainant Name:**    Slawin, Eric J

**Complainant Address:**  3561 Cape York Trace
Alpharetta, GA 30022

**Complainant Home Phone:** 770-296-5671

**Complainant Work Phone:**  770-296-5671

**Complainant Cell Phone:**  770-296-5671

**Complainant Email:**    eslawin116@gmail.com

**Best Time to Contact:** Morning

**No Telephone Available checked:**

**Date of Hire:**

**Worksite Address:**  150 N College St
Charlotte, GA 28202

**Preferred Method of Contact:**  Phone

**Job Title:**

**Exclusive Bargaining Representative:**

**Person Filing Complaint is:**

**Other Contact Person ?  Name :**
                         **Phone :**

**Person filing certifies that the information in this
complaint is true and correct to the best of their knowledge:**          Yes

PLAINTIFF 000739

# Whistleblower Online Complaint

## Part 2 - Employer Information

**Employer Name:** Bank of America Merchant Services

**Employer Type:** Payment Processor

**Sector** Private                    **if Public :**

**Employer Mailing Address:** 3561 Cape York Trace
Alpharetta, GA 30022

**Employer Work Phone:** 980-388-0128          **Alt Work Phone :** 770-296-5671

**Employer Fax:** 770-296-5671          **Alt Fax:** 770-296-5671

**Employer Email:** michael.solan@bankofamericamerchant.com

**Manager's Name:** Kendall, Mark

**Manager's Job Title:** Business Control Officer

**Manager's Work Phone:** 980-388-5132

**Supervisor's Name:** Kendall, Mark

**Supervisor's Job Title:** Business Control Officer

**Different Company Name** 1968

PLAINTIFF 000740

# Whistleblower Online Complaint

## Part 3 - Allegation of Discrimination / Retaliation

**Name of Management Person Responsible for the Retaliation:**

**Job Title of Management Person Responsible for the Retaliation:**

**Adverse Action:** Termination / Layoff

**Other Adverse Actions:**

**Adverse Action Dates**
  2017-12-07
 **Agency Name :**
**When did you first learn that the action(s) would be taken against you?**

**Please describe why you believe you suffered the adverse actions :**

**Other :**
 Kept emails that prove that the firm did not want information about them receiving primary account  number data when the firm is
 not PCI compliant to be made public.

**What reason(s) did your employer give for the adverse action(s)**
 Forwarding emails to my personal email account that prove that the firm did not want information about them receiving primary
 account number data when the firm is not PCI compliant to become public. They said I violated there data security policy.

**Is there anything that you would like OSHA to know about what happened? Please include witness names or their
contact information**

 I am being forced to sign a declaration that I do not have the emails or have forwarded them to anyone else and if I do not execute
 the agreement by December 19th I will be sued for damages. I was just terminated on Thursday December 7th for being in
 possession of emails that can evidence the issue, reflect who knows and demonstrate a coordinated effort to keep it from
 becoming public knowledge.
**Allegation Code:**
 Complained to management
 Other
**Allegation Code - Refused to Perform Task:**

**Allegation Code - Testified or Provided Statement in Investigation or Other Proceedings:**

**Allegation Code - Other:**

**Allegation Dates:**

**Do you believe the employer knew you engaged in the activities described?**

**Has the Complainant Filed Previous Complaint?**

**Previous Complaint Number:**

**Previous Complaint Date:**
**Other Actions Taken by Complainant:**

PLAINTIFF 000741

# Whistleblower Online Complaint

How did complainant become aware a
complaint could be filed with OSHA?

PLAINTIFF 000742

# Whistleblower Online Complaint

## Part 4 - Identification of Representative

**Representative's Name:**

**Representative's Job Title:**

**Representative's Organization:**

**Union Affiliation:**

**Representative's Address:**

**Representative's Phone:**

**Representative's Cell Phone:**

**Representative's Email:**

**Representative certifies the named employee has authorized him/her to act as their representative:**    Not signed

**Do you have authorized/designated representative (e.g., attorney,shop steward)?**    N

**Are you an authorized/designated (e.g., attorney, shop steward) that is filling on behalf of an employee**    N

## Additional Comments

PLAINTIFF 000743