# EXHIBIT 14

Symantec Data Loss Prevention                              Page 1 of 6

**Symantec Data Loss Prevention**
Network

# Incident 23669718

**SMTP**  Status: Escalated
Severity: Info

## Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

## Incident Details

| | |
|---|---|
| Server or Detector | r3ppap1028 |
| Is Hidden | No |
| Date | 8/25/17 10:44 AM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: SIAI |
| Attachments | image001.png |
| | image002.jpg |
| Data Owner Name | |
| Data Owner Email Address | |

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do        12/7/2017

**170**

CONFIDENTIAL                                        BAMS 00001545

**EXHIBIT 30**

| History | | |
|---|---|---|
| Date | Submitted By | Summary |
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 8/25/17 10:44 AM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=95 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Natasha Collins Manager Email=Natasha.Collins@bankofamericamerchant.com Manager Phone=4048903218 Manager 2=Timothy Tynan Manager 3=NULL EVP-2=NULL EVP-1=NULL EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 8/25/17 10:44 AM | Administrator | **Attribute Lookup Requested** |
| 8/25/17 10:44 AM | Administrator | **Status Changed**<br>New |
| 8/25/17 10:44 AM | r3ppap1028 | **Incident data discarded based on response rule** |
| 8/25/17 10:44 AM | Administrator | **Severity Changed**<br>Info |
| 8/25/17 10:44 AM | r3ppap1028 | **Detected** |

CONFIDENTIAL                                                                                   BAMS 00001546

| Notes | | |
|---|---|---|
| Date | Submitted By | Note |
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

**Correlations**

| | #Incidents / #days | | |
|---|---|---|---|
| Value | /7 | /30 | All |
| **Sender** Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** SIAI | 0 | 1 | 3 |
| **Attachments** image001.png | 7,904 | 36 k | 229 k |
| image002.jpg | 4,874 | 21 k | 148 k |
| **Policy** GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 262 k |

**Matches (matches found in 3 components)**

📄 Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

---

🖼 image001.png (1 Match):

Maximum size of all attachments exceeded: 10.64 KB out of 14.18 KB total attachment size exceeds 11.00 KB limit

CONFIDENTIAL                                                                                      BAMS 00001547

 image002.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 14.18 KB total attachment size exceeds 11.00 KB limit

## Attributes

**Predefined**

| Field | Value |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 95 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Natasha Collins |
| Manager Email | Natasha.Collins@bankofamericamerchant.com |
| Manager Phone | 4048903218 |
| Manager 2 | Timothy Tynan |
| Manager 3 | NULL |
| EVP-2 | NULL |
| EVP-1 | NULL |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**

| Field | Value |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.<br>It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

CONFIDENTIAL                                                                              BAMS 00001548

| Message Body |
|---|

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Glynn, Brian T. (BAMS)
Sent: Friday, June 16, 2017 2:30 PM
To: Kennedy, Monica K (BAMS); Slawin, Eric (BAMS); Clifford, Christine (BAMS); Saha, Jessica (BAMS)
Cc: Collins, Natasha (BAMS); Ades, David (BAMS)
Subject: RE: SIAI

Hi Eric - I just wrapped up a call with all of the Client Managed Service leaders including Jessica Saha, Monica Kennedy and Christine Clifford to level set between all of us on the request. We are now looking for your help getting us together to start the SIAI process. Please include everyone I mentioned on the initial call. We are looking forward to getting this process started.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822 Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com<mailto:brian.glynn@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Collins, Natasha (BAMS)
Sent: Tuesday, June 13, 2017 5:18 PM
To: Glynn, Brian T. (BAMS); Ades, David (BAMS); Kennedy, Monica K (BAMS)
Cc: Slawin, Eric (BAMS)
Subject: RE: SIAI

Yes, reach out to Eric to get it documented and he will pull us together to review.

Eric - See email chain below.

From: Glynn, Brian T. (BAMS)
Sent: Tuesday, June 13, 2017 1:37 PM
To: Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
Subject: RE: SIAI

David - We already heard back from Chris and Jessica and they don't think the new dedicated FD team is the right route so we're going to get together to talk about other options. We'll include Ali so she can help us make sure we meet the requirements around how we handle PAN data so as not to require a new level of PCI compliance. Monica and I will keep you posted on what gets discussed, and any recommendations for the group.

Natasha - Should we work with you and Eric to initiate a SIAI?

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822 Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com<mailto:brian.glynn@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Glynn, Brian T. (BAMS)
Sent: Tuesday, June 13, 2017 9:51 AM
To: Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
Subject: RE: SIAI

David - Monica and I were on a call with Ali on 5/23 on this same subject. Jessica Saha joined us as well. During that conversation we explained and confirmed everything Ali described to you. We all agree that the main disadvantage of outsourcing this type of request handling to FD directly is the negative impact it could have on client experience, which you mentioned. That said, we understand that going down the path of making BAMS PCI compliant is not something we want to consider.

Best case for us would be to identify a specific team at FD the BAMS customer service teams could work with as needed. Jessica

CONFIDENTIAL                                                                                                BAMS 00001549

and Chris Clifford are working with FD to set up a group of FD level 1 service reps that are dedicated exclusively to BAMS. I suggest we speak with them about the possibility of using that team to support requests that require the use of full PAN. Monica, Jessica and I need to estimate the number of requests we are talking about so we can understand impact on capacity of the FD team. That will determine if we need to look at ways to pay for more folks on that team or not.

If that option doesn't work, then we'll have to explore ways to use other resources at FD. In any case, my preference for the Client Managed segments is that the client always contact BAMS first and FD be in the background supporting our teams.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822 Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com<mailto:brian.glynn@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Ades, David (BAMS)
Sent: Tuesday, June 13, 2017 9:20 AM
To: Collins, Natasha (BAMS); Glynn, Brian T. (BAMS); Kennedy, Monica K (BAMS)
Subject: SIAI

Natasha/Brian/Monica

I had a call last week with Ali Davis last week and team. They uncovered that we use full pan card data in client support situations. Merchant calls in and request info on a chargeback etc and our client support teams sends the merch full pan data and not always via secure email.

They strongly suggest we should self-identify this issue. We – BAMS don't want to go the route of PCI compliance as it would be a very costly and time consuming exercise. So the options are to have the merchants call directly to FD to obtain info they request-might not be a great client experience. Have FD dedicate a team to BAMS to handle these requests-they will most likely ask us to fund. If we go this route can we reduce headcount to fund seeing as these requests will lighten the loads on our teams ?

Thoughts?


David Ades
EVP/GM & Head of Sales, Client Managed
Bank of America Merchant Services
181 Bay St,, Suite 3660
Toronto, ON M5J 2T3
W: 416-637-0841
C: 416-918-0794

Open Original Message

CONFIDENTIAL																					BAMS 00001550