# EXHIBIT 15

Symantec Data Loss Prevention	Page 1 of 6


Symantec Data Loss Prevention
Network

# Incident 24172867

✉ SMTP

Status: Escalated
Severity: Info

## Policy Matches

| | Matches |
|---|---|
| GCSF-CTW_FREE_SMTP-M01 | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

## Incident Details

| | |
|---|---|
| Server or Detector | r1ppap1026 |
| Is Hidden | No |
| Date | 9/8/17 4:25 PM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response |
| Attachments | 📄 image001.png<br>🖼 image002.jpg |
| Data Owner Name | |
| Data Owner Email Address | |

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do	12/7/2017

176

**CONFIDENTIAL**	BAMS 00001551

**EXHIBIT 31**

## History

| Date | Submitted By | Summary |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 9/8/17 4:25 PM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=95 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Natasha Collins Manager Email=Natasha.Collins@bankofamericamerchant.com Manager Phone=4048903218 Manager 2=Timothy Tynan Manager 3= EVP-2= EVP-1= EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 9/8/17 4:25 PM | Administrator | **Attribute Lookup Requested** |
| 9/8/17 4:25 PM | Administrator | **Status Changed**<br>New |
| 9/8/17 4:25 PM | r1ppap1026 | **Incident data discarded based on response rule** |
| 9/8/17 4:25 PM | Administrator | **Severity Changed**<br>Info |
| 9/8/17 4:25 PM | r1ppap1026 | **Detected** |

CONFIDENTIAL                                                                              BAMS 00001552

| Notes | | |
|---|---|---|
| Date | Submitted By | Note |
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

**Correlations**

| | #Incidents / #days | | |
|---|---|---|---|
| Value | /7 | /30 | All |
| **Sender** <br> Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** <br> eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** <br> Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response | 0 | 0 | 1 |
| **Attachments** <br> image001.png | 7,871 | 36 k | 229 k |
| image002.jpg | 4,851 | 21 k | 148 k |
| **Policy** <br> GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 262 k |

**Matches (matches found in 3 components)**

Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

📄 image001.png (1 Match):

Maximum size of all attachments exceeded: 9.74 KB out of 13.28 KB total attachment size exceeds 11.00 KB limit

🖼 image002.jpg (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 13.28 KB total attachment size exceeds 11.00 KB limit

| Attributes | |
|---|---|
| **Predefined** | |
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 95 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Natasha Collins |
| Manager Email | Natasha.Collins@bankofamericamerchant.com |
| Manager Phone | 4048903218 |
| Manager 2 | Timothy Tynan |
| Manager 3 | |
| EVP-2 | |
| EVP-1 | |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |
| **Workflow** | |
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | |

CONFIDENTIAL                                                                          BAMS 00001554

> Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.
> It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Collins, Natasha (BAMS)
Sent: Friday, September 08, 2017 3:55 PM
To: Slawin, Eric (BAMS); Ballin, Trayci (BAMS)
Cc: Alcide, Sheylah (BAMS)
Subject: FW: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response

I neglected to include you all on this message yesterday, but please see below and follow up with Shey with your contact info.

From: Collins, Natasha (BAMS)
Sent: Thursday, September 07, 2017 4:53 PM
To: Cordle, Catherine (BAMS); Farnsworth, James (BAMS); Johns, Jona (BAMS); Kohler, Sherry (BAMS); Rubin, Brian (BAMS)
Subject: FW: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response

Team,

For those of you who aren't already aware, I wanted to get you in the loop on the work that's going on across the company in anticipation of client impacts from hurricane Irma.

First of all, for clients that are in the areas that have already been impacted by the storm, which at this point are primarily islands, emails are going out to those clients to make them aware of what we can do to help and to give them a number to contact number in order to get that help. We have a myriad of options from enabling clients to accept EBT temporarily from distressed consumers to something as simple as a free Clover Go device to accept payments if their equipment is destroyed.

Secondly, for clients in Florida, they will receive an email in the morning with tips to get prepared for potential impacts and guidelines on what to do to help ensure the minimal impact to their operations. Catherine and Damon have been involved on some calls regarding all of this today to help pull data to enable some of these communications, which will be done by BCs, ISMs, BAs, or via Marketing for unassigned clients. Additionally, Damon has created the share point site below to track clients we anticipate will be impacted and all of the responses on out reach. If you do not have access to the share point site and need access to the site please reach out to Hannah Jeffreys. As the storm progresses, and new/different impacted areas are added, the communication targets will change.

You all may be asked to get involved in some of the effort to help coordinate outreach, resolution of issues, etc. as the storm progresses over the weekend, so I wanted you to be aware of what is planned. Please also ensure that you send an email to Sheylah with your contact information that includes Home, cell, and personal email addresses in case we need to reach you over the weekend to assist with any of these efforts. For those of you that are in the impacted areas, please stay safe and dry and keep me informed of anything you need.

Thanks!


Sent with Good (www.good.com<http://www.good.com>)

From: Kennedy, Monica K (BAMS)

CONFIDENTIAL                                                                        BAMS 00001555

Sent: Thursday, September 7, 2017 4:10:09 PM
To: Jeffrey, Hannah (BAMS)
Cc: Evangelista, Loreto (BAMS); Lucy, Sheri W. (BAMS); Conway, Juliene (BAMS); Collins, Natasha (BAMS)
Subject: RE: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response

Hannah, please add the folks copied on this to our Sharepoint site.

From: Jeffrey, Hannah (BAMS)
Sent: Thursday, September 07, 2017 2:47 PM
To: Bates, Brad (BAMS); Parks, Paul (BAMS); Kennedy, Monica K (BAMS); Rubright, Adam (BAMS)
Subject: RE: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response

Monica, et. al. - You should all have received an invite similar to the below. Please let me know if you have any issues with access. If any additional folks should be added, kindly let me know as well.

Thank you,

Hannah Jeffrey
Project Manager, Program Management Office
Bank of America Merchant Services
150 N. College Street, 15th Floor, NC1-028-15-01
Charlotte, NC 28255
Direct 980.388.8150 Mobile 949.306.7711
hannah.jeffrey@bankofamericamerchant.com<mailto:hannah.jeffrey@bankofamericamerchant.com>


[cid:image001.png@01D2A249.60B28430]

From: SharePoint
Sent: Thursday, September 07, 2017 3:43 PM
To: Jeffrey, Hannah (BAMS)
Subject: Welcome to the SharePoint group: Hurricane Irma Response Owners for site: Hurricane Irma Response

Welcome to the 'Hurricane Irma Response Owners' SharePoint group. Reed, Keenan (BAMS) (i:0#.w|1dc\f6abr0f) has added you to the 'Hurricane Irma Response Owners' group for this SharePoint site.
Group description: Use this group to grant people full control permissions to the SharePoint site Hurricane Irma Response

As a member of this SharePoint group, you can:
* Participate in the SharePoint site at: https://bams.sharepoint.1dc.com/BAMSPMO/HIR
* View the group home page at: https://bams.sharepoint.1dc.com/BAMSPMO/HIR/_layouts/people.aspx?MembershipGroupId=24152
What is a SharePoint site?

A SharePoint site is a Web site that provides a central storage and collaboration space for documents, information, and ideas. A SharePoint site is a tool for collaboration, just like a telephone is a tool for communication, or a meeting is a tool for decision making. A SharePoint site helps groups of people (whether work teams or social groups) share information and work together. For example, a SharePoint site can help you:

* Coordinate projects, calendars, and schedules.
* Discuss ideas and review documents or proposals.
* Share information and keep in touch with other people.

SharePoint sites are dynamic and interactive -- members of the site can contribute their own ideas and content as well as comment on or contribute to other people's.

Open Original Message

CONFIDENTIAL                                                          BAMS 00001556