# EXHIBIT 16

Symantec Data Loss Prevention                                Page 1 of 7

**Symantec Data Loss Prevention**
Network

## Incident 25329916

SMTP    Status: Escalated
        Severity: Info

EXHIBIT 32

## Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 16 |
| Contractor Senders (Attachment/File Size) | 14 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

## Incident Details

| | |
|---|---|
| Server or Detector | r1ppap1030 |
| Is Hidden | No |
| Date | 9/28/17 11:47 AM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Attachments | Read: Update about my Management Form_attached-email-body.txt |
| | Read: Update about my Management Form_Unknown |
| | Delivered: Update about my Management Form_attached-email-body.txt |
| | Delivered: Update about my Management Form_Unknown |
| | Update about my Management Form_attached-email-body.txt |
| | image001.jpg |
| | Delivered: Update about my Management Form_attached-email-body.txt |
| | Delivered: Update about my Management Form_Unknown |
| | Update about my Management Form_attached-email-body.txt |
| | image001.jpg |
| | Delivered: Update about my Management Form_attached-email-body.txt |
| | Delivered: Update about my Management Form_Unknown |
| | Update about my Management Form_attached-email-body.txt |
| | image001.jpg |
| Data Owner Name | |
| Data Owner Email Address | |

CONFIDENTIAL                                                          BAMS 00001558

| History | | |
|---|---|---|
| Date | Submitted By | Summary |
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 9/28/17 11:47 AM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=84 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP OPERATIONS CONTROL OFFICER Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Natasha Collins Manager Email=Natasha.Collins@bankofamericamerchant.com Manager Phone=4048903218 Manager 2=TIMOTHY Tynan Manager 3= EVP-2= EVP-1= EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 9/28/17 11:47 AM | Administrator | **Attribute Lookup Requested** |
| 9/28/17 11:47 AM | Administrator | **Status Changed**<br>New |
| 9/28/17 11:47 AM | r1ppap1030 | **Incident data discarded based on response rule** |
| 9/28/17 11:47 AM | Administrator | **Severity Changed**<br>Info |
| 9/28/17 11:47 AM | r1ppap1030 | **Detected** |

CONFIDENTIAL                                                                                                   BAMS 00001559

## Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

## Correlations

| | #Incidents / #days | | |
|---|---|---|---|
| Value | /7 | /30 | All |
| **Sender** | | | |
| Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** | | | |
| eslawin116@gmail.com | 0 | 3 | 12 |
| **Attachments** | | | |
| Read: Update about my Management Form_attached-email-body.txt | 0 | 0 | 1 |
| Read: Update about my Management Form_Unknown | 0 | 0 | 1 |
| Delivered: Update about my Management Form_attached-email-body.txt | 0 | 0 | 1 |
| Delivered: Update about my Management Form_Unknown | 0 | 0 | 1 |
| Update about my Management Form_attached-email-body.txt | 0 | 0 | 1 |
| image001.jpg | 8,395 | 36 k | 364 k |
| **Policy** | | | |
| GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

## Matches (matches found in 15 components)

✉ Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

CONFIDENTIAL                                                                   BAMS 00001560

📄 Delivered: Update about my Management Form_attached-email-body.txt  (1 Match):

Maximum size of all attachments exceeded: 227 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Delivered: Update about my Management Form_attached-email-body.txt  (1 Match):

Maximum size of all attachments exceeded: 215 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Delivered: Update about my Management Form_attached-email-body.txt  (1 Match):

Maximum size of all attachments exceeded: 218 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Delivered: Update about my Management Form_Unknown  (1 Match):

Maximum size of all attachments exceeded: 303 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Delivered: Update about my Management Form_Unknown  (1 Match):

Maximum size of all attachments exceeded: 295 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Delivered: Update about my Management Form_Unknown  (1 Match):

Maximum size of all attachments exceeded: 297 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

🖼 image001.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 12.61 KB total attachment size exceeds 11.00 KB limit

🖼 image001.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 12.61 KB total attachment size exceeds 11.00 KB limit

🖼 image001.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 12.61 KB total attachment size exceeds 11.00 KB limit

📄 Read: Update about my Management Form_attached-email-body.txt  (1 Match):

Maximum size of all attachments exceeded: 276 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit

CONFIDENTIAL                                                     BAMS 00001561

📄 Read: Update about my Management Form_Unknown (1 Match):

**Maximum size of all attachments exceeded: 220 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit**

📄 Update about my Management Form_attached-email-body.txt (1 Match):

**Maximum size of all attachments exceeded: 0 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit**

📄 Update about my Management Form_attached-email-body.txt (1 Match):

**Maximum size of all attachments exceeded: 0 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit**

📄 Update about my Management Form_attached-email-body.txt (1 Match):

**Maximum size of all attachments exceeded: 0 Bytes out of 12.61 KB total attachment size exceeds 11.00 KB limit**

## Attributes

**Predefined**

| | |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 84 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP OPERATIONS CONTROL OFFICER |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Natasha Collins |
| Manager Email | Natasha.Collins@bankofamericamerchant.com |
| Manager Phone | 4048903218 |
| Manager 2 | TIMOTHY Tynan |
| Manager 3 | |
| EVP-2 | |
| EVP-1 | |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

CONFIDENTIAL                                                                BAMS 00001562

| Workflow | |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.<br>It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

### Message Body

Open Original Message

CONFIDENTIAL                                                                                           BAMS 00001563