# EXHIBIT 18

Symantec Data Loss Prevention                                              Page 1 of 8

**Symantec Data Loss Prevention**
Network

# Incident 26593389

✉ SMTP   Status: Escalated
         Severity: Info

## Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

Other policies violated:
GCSF_UVM-KW_SMTP-M01

## Incident Details

| | |
|---|---|
| Server or Detector | r1ppap1027 |
| Is Hidden | No |
| Date | 10/26/17 12:06 PM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: Brands --- FW: Requesting Additional Information--CALL UPDATE |
| Attachments | image002.jpg |
| | image003.png |
| Data Owner Name | |
| Data Owner Email Address | |

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do         12/7/2017

**197**

CONFIDENTIAL                                                      BAMS 00001572

EXHIBIT 34

## History

| Date | Submitted By | Summary |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 10/26/17 12:06 PM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=90 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone= Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 10/26/17 12:06 PM | Administrator | **Attribute Lookup Requested** |
| 10/26/17 12:06 PM | Administrator | **Status Changed**<br>New |
| 10/26/17 12:06 PM | r1ppap1027 | **Incident data discarded based on response rule** |
| 10/26/17 12:06 PM | Administrator | **Severity Changed**<br>Info |
| 10/26/17 12:06 PM | r1ppap1027 | **Detected** |

CONFIDENTIAL                                                      BAMS 00001573

## Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

## Correlations

| | #Incidents / #days | | |
|---|---|---|---|
| Value | /7 | /30 | All |
| **Sender** | | | |
| Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** | | | |
| eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** | | | |
| Brands --- FW: Requesting Additional Information--CALL UPDATE | 0 | 0 | 2 |
| **Attachments** | | | |
| image002.jpg | 4,829 | 21 k | 148 k |
| image003.png | 2,288 | 11 k | 80 k |
| **Policy** | | | |
| GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

## Matches (matches found in 3 components)

Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

---

image002.jpg (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 14.18 KB total attachment size exceeds 11.00 KB limit

📄 image003.png (1 Match):

Maximum size of all attachments exceeded: 10.64 KB out of 14.18 KB total attachment size exceeds 11.00 KB limit

## Attributes

**Predefined**
| | |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 90 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**
| | |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | |

> Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.
> It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Slawin, Eric (BAMS)
Sent: Thursday, October 26, 2017 12:06 PM
To: Kendall, Mark (BAMS)
Subject: RE: Brands --- FW: Requesting Additional Information--CALL UPDATE

Matt also went on to say that BAMS needs to represent to the merchants that we are comfortable with what First Data is doing to support BAMS and, First Data is not responsible for data they have provided us which then gets forwarded on to merchants by BAMS.

Just making the highlighted representation above to a client based on these extremely detailed questionnaires we are now getting, in my opinion, will not be enough to satisfy existing and/or merchants we are pitching. Where we need the help (and I know you are aware of this already) is taking the information First Data has provided and helping us confirm we have used it correctly to respond to the merchant's questions.

Matt's verbal and written comments also confirmed, at least from his perspective, First Data is not going to help us with the Adobe questionnaire, which includes confirming we have answered the questions correctly. Matt further demonstrated this by not attending the meeting with Peter Robbins, Matt, you and me to discuss the ADOBE questionnaire. Matt declined the meeting.

Matt also said Sheri Lucy is working on a process to solve for this and, unless Sheri includes a review by a person knowledgeable about these very technical issues that are First Data product specific, her process in my opinion will be flawed.


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Bartel, Matthew
Sent: Thursday, October 26, 2017 11:44 AM
To: Ponticus, Heath (BAMS); Slawin, Eric (BAMS); Brennan, Lawrence (BAMS)
Cc: Leonor, Luis (BAMS)
Subject: RE: Lbrands --- FW: Requesting Additional Information

Heath,

As per our call a few minutes ago, please send me 3-4 30 minute windows during which LBrands can be available for a call next week. I'll coordinate getting FD IT people on the phone during one of those windows to talk through all the findings.

CONFIDENTIAL                                                                                                    BAMS 00001576

We need to make sure that LBrands is aware this is an exception and that we will not be providing this level of detail or follow-up in the future.

Matthew Bartel
BAMS Account Executive
First Data, 5565 Glenridge Connector Atlanta, GA 30342
Office: 404-890-2597
Matthew.Bartel@firstdata.com<mailto:Matthew.Bartel@firstdata.com> |firstdata.com

From: Pontious, Heath (BAMS)
Sent: Tuesday, October 24, 2017 3:33 PM
To: Bartel, Matthew; Slawin, Eric (BAMS); Brennan, Lawrence (BAMS)
Cc: Leonor, Luis (BAMS)
Subject: RE: Lbrands --- FW: Requesting Additional Information

FND-247220

High

10/31/2018

FND-247221

High

10/31/2018


They plan to go-live in July so that's why they're concerned about these two.


Heath Pontious | Vice President
Business Consultant | Large Corporate Segment
Bank of America Merchant Services
Direct: 216.630.6683
Fax: 402.932.9845
heath.pontious@bankofamericamerchant.com<mailto:heath.pontious@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Bartel, Matthew
Sent: Tuesday, October 24, 2017 3:29 PM
To: Pontious, Heath (BAMS); Slawin, Eric (BAMS); Brennan, Lawrence (BAMS)
Cc: Leonor, Luis (BAMS)
Subject: RE: Lbrands --- FW: Requesting Additional Information

Heath,

What are the findings they are looking at? I need the internal FD finding number that is being referenced.

Matthew Bartel
BAMS Account Executive
First Data, 5565 Glenridge Connector Atlanta, GA 30342
Office: 404-890-2597
Matthew.Bartel@firstdata.com<mailto:Matthew.Bartel@firstdata.com> |firstdata.com

From: Pontious, Heath (BAMS)
Sent: Tuesday, October 24, 2017 9:21 AM
To: Bartel, Matthew; Slawin, Eric (BAMS); Brennan, Lawrence (BAMS)
Cc: Leonor, Luis (BAMS)
Subject: Lbrands --- FW: Requesting Additional Information

Matt,
What are your thoughts on the question below? Can we provide any details specific to these two vulnerabilities?

Heath Pontious | Vice President
Business Consultant | Large Corporate Segment
Bank of America Merchant Services
Direct: 216.630.6683
Fax: 402.932.9845
heath.pontious@bankofamericamerchant.com<mailto:heath.pontious@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: French, Jill [mailto:Jfrench@lb.com]

CONFIDENTIAL                                                                  BAMS 00001577

Sent: Tuesday, October 24, 2017 8:53 AM
To: Pontious, Heath (BAMS); Maldonado, Amy (BAMS)
Cc: Toth, Bence; Wheeler, John; Dattalo, John
Subject: RE: Requesting Additional Information

Hi Heath,

I wanted to circle back with you and see if there is an opportunity to have another call with your internal information security team to discuss the 2 High Risk vulnerabilities First Data has scheduled for remediation in Oct 2018.

From: Pontious, Heath (BAMS) [mailto:Heath.Pontious@bankofamericamerchant.com]
Sent: Wednesday, October 11, 2017 1:26 PM
To: French, Jill
Subject: [External] RE: Requesting Additional Information

Hi Jill,
Can you let me know if we have satisfied all requirements on the vendor security assessment?


Heath Pontious | Vice President
Business Consultant | Large Corporate Segment
Bank of America Merchant Services
Direct: 216.630.6683
Fax: 402.932.9845

Sent with Good (www.good.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.good.com&d=DwMFAg&c=ewHkv9vLIoTwhsKn5d4bTdoqsmBfyfooQX5O7EQLv5TtBZ1CwcvjU063xndfqI8U&r=diUVYDn87-nOVQATwVZtQyY-d5P5A9IhCiB9H0OK8JUrVKevkEaB2WlCEg2Qg4UF&m=6bfLJncsTKMQ_7P7J2F1pKmWxZH5kzAllnMoncQ0RKM&s=MLCJXnbXXT9OIh-AQrssY1bzwGqZyVZyigCvB5JCDd4&e=>)

From: French, Jill <Jfrench@lb.com<mailto:Jfrench@lb.com>>
Sent: Tuesday, October 10, 2017 10:15:24 AM
To: Pontious, Heath (BAMS); Toth, Bence; Wheeler, John; Kunce, Jo Ellen; Tucay, Alexis
Cc: Maldonado, Amy (BAMS)
Subject: RE: Requesting Additional Information

Heath,
I've created a link for you to review a full report from the Normshield scan. It is interactive, so you can click on individual public assets to dig deeper... Please let me know when you no longer require access to the report, and I will disable the link.

https://cyber.riskscore.cards/report/firstdata.com/Summary/7q3rYLpTWHSVqqhciUKrcFASxHbNogqnXphHq4dk6G5yWdnuka?scanEcoCompId=861<https://urldefense.proofpoint.com/v2/url?u=https-3A__cyber.riskscore.cards_report_firstdata.com_Summary_7q3rYLpTWHSVqqhciUKrcFASxHbNogqnXphHq4dk6G5yWdnuka-3FscanEcoCompId-3D861&d=DwMFAg&c=ewHkv9vLIoTwhsKn5d4bTdoqsmBfyfooQX5O7EQLv5TtBZ1CwcvjU063xndfqI8U&r=diUVYDn87-nOVQATwVZtQyY-d5P5A9IhCiB9H0OK8JUrVKevkEaB2WlCEg2Qg4UF&m=6bfLJncsTKMQ_7P7J2F1pKmWxZH5kzAllnMonoQ0RKM&s=V248Yvp3bRJClBCA_9ketIT-sMsJXcPZqyNkw8kfgFQ&e=>


From: Pontious, Heath (BAMS) [mailto:Heath.Pontious@bankofamericamerchant.com]
Sent: Thursday, October 05, 2017 3:21 PM
To: Toth, Bence; French, Jill; Wheeler, John; Kunce, Jo Ellen; Tucay, Alexis
Cc: Maldonado, Amy (BAMS)
Subject: [External] Requesting Additional Information

Lbrands Team,
We're hopefully that you would be able to share more information on the third-party that you hired to perform scans of our systems. What is the name of the company and who is the business contact that you work with? Did they provide you with a detailed report? If so, can you please send over a copy so we can review? Our Veterans Job Site is hosted by Monster and we would like to circle back to them with this feedback.

Also, if there's ever a time in the future that you would like to scan or test our vulnerability we ask that you please notify us before doing such. Our Cyber Security team will be happy to work with you and would like a heads up as often times these types of scans or test can look like attacks causing unnecessary alarms to be triggered resulting in investigations that could be avoided.


Thanks,
Heath


Heath Pontious | Vice President
Business Consultant | Large Corporate Segment
Bank of America Merchant Services

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do                                          12/7/2017

Direct: 216.630.6683
Fax: 402.932.9845
heath.pontious@bankofamericamerchant.com<mailto:heath.pontious@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

===
This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

---

This email comes from outside the L Brands network. If it looks suspicious, forward it to Phish@lb.com<mailto:Phish@lb.com> to report it to Information Security, then delete it from your inbox.

---

Notice: This communication may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by email, and immediately delete the message and any attachments without copying or disclosing them. LB may, for any reason, intercept, access, use, and disclose any information that is communicated by or through, or which is stored on, its networks, applications, services, and devices.

---

This email comes from outside the L Brands network. If it looks suspicious, forward it to Phish@lb.com<mailto:Phish@lb.com> to report it to Information Security, then delete it from your inbox.

---

Notice: This communication may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by email, and immediately delete the message and any attachments without copying or disclosing them. LB may, for any reason, intercept, access, use, and disclose any information that is communicated by or through, or which is stored on, its networks, applications, services, and devices.

Open Original Message

CONFIDENTIAL                                                              BAMS 00001579