# EXHIBIT 19

(V) Symantec Data Loss Prevention

Network

## Incident 26632359

✉ **SMTP**

Status: Escalated

Severity: Info

### Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 6 |
| Contractor Senders (Attachment/File Size) | 4 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

### Incident Details

| | |
|---|---|
| Server or Detector | r3ppap1030 |
| Is Hidden | No |
| Date | 10/27/17 10:23 AM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: Broward County - Vendor Security Questionnaire |
| Attachments | 🖻 image001.jpg  🖻 image002.png  🖻 image003.jpg  🖻 image004.png |
| Data Owner Name | |
| Data Owner Email Address | |

12/7/2017, 12:07 PM

**205**

CONFIDENTIAL

BAMS 00001580

**EXHIBIT**

**35**

Symantec Data Loss Prevention                                    https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

## History

| Date | Submitted By | Summary |
|------|-------------|---------|
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further Investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 10/27/17 10:23 AM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=88 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone= Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 10/27/17 10:23 AM | Administrator | **Attribute Lookup Requested** |
| 10/27/17 10:23 AM | Administrator | **Status Changed**<br>New |
| 10/27/17 10:23 AM | r3ppap1030 | **Incident data discarded based on response rule** |
| 10/27/17 10:23 AM | Administrator | **Severity Changed**<br>Info |
| 10/27/17 10:23 AM | r3ppap1030 | **Detected** |

12/7/2017, 12:07 PM

**206**

CONFIDENTIAL                                                                    BAMS 00001581

Symantec Data Loss Prevention                                    https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

## Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

## Correlations

| Value | #Incidents / #days | | |
|---|---|---|---|
| | /7 | /30 | All |
| **Sender** Eric.Slawin@bankofamericamercl | 0 | 3 | 12 |
| **Recipient** eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** Broward County - Vendor Security Questionnaire | 0 | 0 | 1 |
| **Attachments** image001.jpg | 8,363 | 36 k | 364 k |
| image002.png | 3,353 | 16 k | 117 k |
| image003.jpg | 2,371 | 10 k | 77 k |
| image004.png | 1,450 | 7,641 | 56 k |
| **Policy** GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

## Matches (matches found in 5 components)

📄 Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

---

📄 image001.jpg (1 Match):

**Maximum size of all attachments exceeded: 3.53 KB out of 80.65 KB total attachment size exceeds 11.00 KB limit**

---

12/7/2017, 12:07 PM

**207**

CONFIDENTIAL                                                        BAMS 00001582

🖻 image002.png (1 Match):

**Maximum size of all attachments exceeded: 10.64 KB out of 80.65 KB total attachment size exceeds 11.00 KB limit**

---

🖹 image003.jpg (1 Match):

**Maximum size of all attachments exceeded: 3.34 KB out of 80.65 KB total attachment size exceeds 11.00 KB limit**

---

🖻 image004.png (1 Match):

**Maximum size of all attachments exceeded: 63.14 KB out of 80.65 KB total attachment size exceeds 11.00 KB limit**

## Attributes

**Predefined**

| | |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 88 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**

| | |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |

**208**

CONFIDENTIAL                                                           BAMS 00001583

Symantec Data Loss Prevention                                    https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

| | |
|---|---|
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

---

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Einhorn, Aaron (BAMS)
Sent: Friday, October 27, 2017 10:21 AM
To: Slawin, Eric (BAMS)
Subject: RE: Broward County - Vendor Security Questionnaire

Hi Eric. My apologies - I was inexact with my language. I should have written "the Trustwave letter certifying FDMS' PCI compliance". Does that help clear things up?

Aaron Einhorn
VP, Assistant General Counsel
Bank of America Merchant Services
5775 DTC Boulevard, Greenwood Village, CO 80111
Direct: 303.967.8388 Mobile: 720.481.7764
aaron.einhorn@bankofamericamerchant.com<mailto:aaron.einhorn@bankofamericamerchant.com>
https://www.gotomeet.me/AaronEinhorn

From: Slawin, Eric (BAMS)
Sent: Friday, October 27, 2017 8:12 AM
To: Einhorn, Aaron (BAMS)
Subject: RE: Broward County - Vendor Security Questionnaire
Importance: High

Hi Aaron, I am in the line of fire when it comes to answering these client questionnaires. I have been operating under the assumption that BAMS is NOT PCI Compliant and does not have to be but rather, Fist Data does and have been providing responses based on that understanding. I highlighted your statement below and just want to confirm my understanding. I was advised of this situation by Ali Davis and can provide the email wherein she said BAMS was NOT PCI Compliant. It's important I understand the situation relative to BAMS' PCI Compliance so I can provide the proper support to our sales teams.

Thank you for any information you can provide...

Eric Slawin
Vice President

5 of 8                                                                                              12/7/2017, 12:07 PM

**209**

CONFIDENTIAL                                                                         BAMS 00001584

Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>


[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Einhorn, Aaron (BAMS)
Sent: Friday, October 27, 2017 8:16 AM
To: Allen, Theresa (BAMS); Slawin, Eric (BAMS); Whalen, Michelle (BAMS)
Cc: Morris, Andrea (BAMS); Kendall, Mark (BAMS); Brennan, Larry (BAMS); Morris, Dawn (BAMS)
Subject: RE: Broward County - Vendor Security Questionnaire

Our Agreement with the State of Florida consists of several documents, including the State's form of contract and our MSA. If there is a conflict between the State's form of contract and our MSA, the State's form of contract governs the conflict.

The State's form of contract contains a confidentiality provision that would not protect the AOC. Our MSA contains a confidentiality provision that would protect the AOC. To prevent Broward County from taking the position that the State's form of contract governs, and that therefore the AOC is not protected, perhaps we should put together a letter for Broward County to sign acknowledging that the AOC is considered confidential information protected under the MSA and our overall agreement.

Even if the AOC is considered confidential information, it could be disclosed pursuant to a Public Records request under Florida's Public Records Act. If parts of the AOC are highly confidential / trade secrets, we can ask for those parts to be redacted from any Public Records disclosure...but our information is not guaranteed to be protected. There is a specific process we must follow to request protection of information.

As an alternative to providing the AOC, could we provide the Trustwave letter certifying our PCI compliance?

Dawn - please jump in with your thoughts as well.

Thanks,
Aaron

Aaron Einhorn
VP, Assistant General Counsel
Bank of America Merchant Services
5775 DTC Boulevard, Greenwood Village, CO 80111
Direct: 303.967.8388 Mobile: 720.481.7764
aaron.einhorn@bankofamericamerchant.com<mailto:aaron.einhorn@bankofamericamerchant.com>
https://www.gotomeet.me/AaronEinhorn


From: Allen, Theresa (BAMS)
Sent: Thursday, October 26, 2017 3:21 PM
To: Slawin, Eric (BAMS); Whalen, Michelle (BAMS)
Cc: Morris, Andrea (BAMS); Kendall, Mark (BAMS); Brennan, Lawrence (BAMS); Morris, Dawn (BAMS); Einhorn, Aaron (BAMS)
Subject: RE: Broward County - Vendor Security Questionnaire

I am copying my colleagues Dawn and Aaron - they are more familiar with the State of Florida contract under which Broward County processes with us, and by copy of this email am requesting that they weigh in on whether the State contract contains sufficient confidentiality provisions such that we can provide the AOC to Broward County. Thanks.

Theresa M. Allen
SVP, Associate General Counsel
Bank of America Merchant Services
5775 DTC Boulevard, Suite 100N
Greenwood Village, CO 80111
Direct 303.967.8798 Mobile 720.301.6652
Theresa.Allen@bankofamericamerchant.com<mailto:Theresa.Allen@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Slawin, Eric (BAMS)
Sent: Wednesday, October 25, 2017 12:30 PM
To: Whalen, Michelle (BAMS)
Cc: MORRIS, ANDREA (BAMS); Kendall, Mark (BAMS); Allen, Theresa (BAMS); Brennan, Lawrence (BAMS)
Subject: RE: Broward County - Vendor Security Questionnaire

CONFIDENTIAL    BAMS 00001585

Attached is the First Data AOC. Theresa and Larry can we share this document with Broward County?

Michelle, as I mentioned in our conversation yesterday and the state of these merchant requests I do thing we should offer documents like this AOC that contains the answers as oppose to answering questions contained in these questionnaires directly.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>


[Description: Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Whalen, Michelle (BAMS)
Sent: Tuesday, October 24, 2017 10:53 AM
To: Slawin, Eric (BAMS)
Cc: MORRIS, ANDREA (BAMS)
Subject: FW: Broward County - Vendor Security Questionnaire

Eric - Thank you for your time this morning to discuss the request from Broward County, FL. Please see the questionnaire for Broward County, a Participant on the State of Florida ePayments contract that they are requesting a response to.

Would we possibly be able to state that the State of FL is the primary contract owner and we are obligated to respond to these elements with them? The PA is a document developed to avoid individual responses to participants (we have 90 local governments participating on this contract).

It is possible the AOC/PCI compliance certification may be sufficient with that previous statement.

(noted that FD no longer completes these forms and they are completed now by BAMS)

Thank you!

Michelle Whalen, CCM, VP
Business Consultant, Public Sector Banking
Bank of America Merchant Services
Bradenton, Florida
Direct: 941.896.8881 Mobile 941.524.6952 Fax: 402.933.9071
Michelle.whalen@bankofamericamerchant.com<mailto:Michelle.whalen@bankofamericamerchant.com>
Customer Service 800.430.7161
[Description: cid:image005.png@01CBEF04.8B5A2700]


From: Whalen, Michelle (BAMS)
Sent: Tuesday, October 24, 2017 4:37 AM
To: BAMS Contracts
Cc: Dooley, Bertha (BAMS)
Subject: Broward County - Vendor Security Questionnaire

Contracts - this Questionnaire has come in from Broward County, a PA on the St of FL contract.

How best should we respond? At a minimum perhaps forward BAMS PCI certification?

Thank you!

Michelle Whalen, CCM, VP
Business Consultant, Public Sector Banking
Bank of America Merchant Services
Bradenton, Florida
Direct: 941.896.8881 Mobile 941.524.6952 Fax: 402.933.9071
Michelle.whalen@bankofamericamerchant.com<mailto:Michelle.whalen@bankofamericamerchant.com>
Customer Service 800.430.7161
[Description: cid:image005.png@01CBEF04.8B5A2700]

**211**

CONFIDENTIAL                                                                        BAMS 00001586

From: Cacurak, Polly [mailto:PCACURAK@broward.org]
Sent: Monday, October 23, 2017 12:52 PM
To: Whalen, Michelle (BAMS)
Cc: Mehringer, Gary
Subject: Vendor Security Questionnaire

Hi Michelle,

I'm being told by our IT department that in order for me to proceed with credit card acceptance at my locations, the attached must be completed by BAMS. If you are not the person who can complete this, may you suggest who I should contact? I understand that our contract with BAMS has been around a very long time but they evidently don't seem to have the attached on file.

If you have questions regarding the form itself, the 2 Broward County contacts who can provide assistance would be:
Melinda Henderson at 954-357-7262
Gail McGowan at 954-357-6147

Please let me know when I can expect this back so I can relay the information to our IT department and/or if you have any questions.

Thanks,


[Description: Description: Broward County logo]<https://urldefense.proofpoint.com/v2/url?u=http-3A__bc-2Dnet_Agencies_publici nfo_Documents_BCLogo300DpiRGB.jpg&d=DwMFAg&c=ewHkv9vLIoTwhsKn5d4bTdoqsmBfyfooQX5 O7EQLv5TtBZ1CwcvjU063xndfql8U&r=3SB3s9rGuTBGah_QiByzskg9sol11IhVDLZ6KogDfa-OM8LvyGJ_9CWyOY4pyiTn&m=- 5LDAXArT4VeOjEXGuuoEHZ5JSqwV_CflxC92fegBOw&s=4pfBr-TkbInHjXSTYJyqzXklEc3WrOBmN1DzCu-Rqk0&e=>
Polly Cacurak, M.B.A.
Business Operations Manager
Broward Addiction Recovery Center (BARC)
900 NW 31st Ave, Ste 2000
Fort Lauderdale, FL 33311
954-357-5093 (work)
954-816-6143 (cell)
954-357-6533 (fax)
[Description: cid:image001.png@01CFFE6B.4653DA50]

Broward100.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.broward100.org_&d=DwM FAg&c=ewHkv9vLIoTwhsKn5d4bTdoqsmBfyfooQX5O7EQLv5TtBZ1CwcvjU063xndfql8U&r=3SB3s9r GuTBGah_QiByzskg9sol11IhVDLZ6KogDfa-OM8LvyGJ_9CWyOY4pyiTn&m=-5LDAXArT4VeOjEXGuuo EHZ5JSqwV_CflxC92fegBOw&s=ixZp_vHjoEPsFEjpPw8ahyM0oxwuLfaQHmbs85txToQ&e=>

---

Under Florida law, most e-mail messages to or from Broward County employees or officials are public records, available to any person upon request, absent an exemption. Therefore, any e-mail message to or from the County, inclusive of e-mail addresses contained therein, may be subject to public disclosure.

Open Original Message

CONFIDENTIAL                                                                                    BAMS 00001587