# EXHIBIT 20

Symantec Data Loss Prevention                                                                 Page 1 of 5


Symantec Data Loss Prevention
Network

# Incident 26895791

✉ **SMTP**   Status: Escalated
Severity: Info

### Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

### Incident Details

| | |
|---|---|
| Server or Detector | r1ppap1024 |
| Is Hidden | No |
| Date | 11/3/17 10:04 AM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Attachments | 📷 image001.jpg <br> 📎 Full card number required - Processes.xlsx |
| Data Owner Name | |
| Data Owner Email Address | |

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do                                  12/7/2017

**213**

**EXHIBIT 36**

## History

| Date | Submitted By | Summary |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | **Attributes Set** Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed** Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 11/3/17 10:05 AM | Administrator | **Attribute Lookup Completed** Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=88 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone= Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 11/3/17 10:05 AM | Administrator | **Attribute Lookup Requested** |
| 11/3/17 10:05 AM | Administrator | **Status Changed** New |
| 11/3/17 10:04 AM | r1ppap1024 | **Incident data discarded based on response rule** |
| 11/3/17 10:04 AM | Administrator | **Severity Changed** Info |
| 11/3/17 10:04 AM | r1ppap1024 | **Detected** |

CONFIDENTIAL                                                    BAMS 00001589

### Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

### Correlations

| Value | #Incidents / #days | | |
|---|---|---|---|
| | /7 | /30 | All |
| **Sender** Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** eslawin116@gmail.com | 0 | 3 | 12 |
| **Attachments** image001.jpg | 8,351 | 36 k | 364 k |
| Full card number required - Processes.xlsx | 0 | 1 | 2 |
| **Policy** GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

### Matches (matches found in 3 components)

✉ Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

📄 Full card number required - Processes.xlsx (1 Match):

**Maximum size of all attachments exceeded: 20.27 KB out of 23.80 KB total attachment size exceeds 10.00 KB limit**

📎 image001.jpg (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 23.80 KB total attachment size exceeds 10.00 KB limit

## Attributes

**Predefined**

| Field | Value |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 88 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**

| Field | Value |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.<br>It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

CONFIDENTIAL                                                                          BAMS 00001591

| Message Body |
|---|
| -----Original Appointment-----<br>From: Kendall, Mark (BAMS)<br>Sent: Thursday, November 02, 2017 11:01 AM<br>To: Kendall, Mark (BAMS); Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Wigen, Michelle (BAMS); Brown, Sandra (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Clifford, Christine (BAMS)<br>Cc: Saha, Jessica (BAMS); Collins, Natasha (BAMS); Glynn, Brian (BAMS)<br>Subject: PAN Data Issue Planning<br>When: Wednesday, November 08, 2017 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).<br>Where: https://global.gotomeeting.com/join/438365325<br><br>Using this time to work on our plan for addressing PAN data issue. Per previous conversation with Jessica/Natasha/Brian, the approach will be to look at the impacted processes and put them into groups that have similar attributes, so that individual issues can be written for each group and the scope remains reasonable.<br><br>Goal coming out of this session is to have all processes in the attached put into groups based on where we think they have common attributes and a plan on how we would want to write issues for each group. From there, that info will go back to the leadership group, where they will approve and message to management on our plan. Following that will be the actual issue writing, which will be done by the BCOs with input from those closest to each process.<br><br>Eric Slawin<br>Vice President<br>Business Control Function, Business Banking, Commercial and Large Corporate<br>Bank of America Merchant Services<br>5565 Glenridge Connector, Atlanta, GA 30342<br>T: 404.890.3223 C: 770.296.5671<br>Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com><br><br>[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]<br><br>Open Original Message |

CONFIDENTIAL                                                                        BAMS 00001592