# EXHIBIT 21

Symantec Data Loss Prevention                                           Page 1 of 6


 Symantec Data Loss Prevention
Network

# Incident 27240460

✉ **SMTP**   Status: Escalated
Severity: Info

## Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

## Incident Details

| | |
|---|---|
| Server or Detector | r3ppap1028 |
| Is Hidden | No |
| Date | 11/13/17 4:54 PM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: Response Requested by Fri 11-17: Processes using PAN |
| Attachments | 📷 Picture (Device Independent Bitmap) 1.jpg |
| | 📊 Full card number required - Processes.xlsx |
| Data Owner Name | |
| Data Owner Email Address | |

https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do                12/7/2017

**218**

CONFIDENTIAL                                                           BAMS 00001593

EXHIBIT 37

## History

| Date | Submitted By | Summary |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 11/13/17 4:54 PM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=87 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=VP OPERATIONS CONTROL OFFICER Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone= Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 11/13/17 4:54 PM | Administrator | **Attribute Lookup Requested** |
| 11/13/17 4:54 PM | Administrator | **Status Changed**<br>New |
| 11/13/17 4:54 PM | r3ppap1028 | **Incident data discarded based on response rule** |
| 11/13/17 4:54 PM | Administrator | **Severity Changed**<br>Info |
| 11/13/17 4:54 PM | r3ppap1028 | **Detected** |

CONFIDENTIAL                                                    BAMS 00001594

## Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

## Correlations

| Value | #Incidents / #days /7 | /30 | All |
|---|---|---|---|
| **Sender** Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** Response Requested by Fri 11-17: Processes using PAN | 0 | 2 | 2 |
| **Attachments** Picture (Device Independent Bitmap) 1.jpg | 66 | 308 | 2,931 |
| Full card number required - Processes.xlsx | 0 | 1 | 2 |
| **Policy** GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

## Matches (matches found in 3 components)

✉ Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

📄 Full card number required - Processes.xlsx (1 Match):

Maximum size of all attachments exceeded: 21.37 KB out of 24.94 KB total attachment size exceeds 10.00 KB limit

📄 Picture (Device Independent Bitmap) 1.jpg  (1 Match):

**Maximum size of all attachments exceeded:** 3.57 KB out of 24.94 KB total attachment size exceeds 10.00 KB limit

## Attributes

**Predefined**

| | |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 87 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | VP OPERATIONS CONTROL OFFICER |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**

| | |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | |

CONFIDENTIAL                                                    BAMS 00001596

Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.
It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[cid:image001.jpg@01D2EF2F.EBAB9E40]

---

From: Kendall, Mark (BAMS)
Sent: Monday, November 13, 2017 10:48 AM
To: Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Wigen, Michelle (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Clifford, Christine (BAMS); Brown, Tami (BAMS)
Cc: Saha, Jessica (BAMS); Collins, Natasha (BAMS); Glynn, Brian (BAMS); Frye, Laura (BAMS)
Subject: RE: Response Requested by Fri 11-17: Processes using PAN

Good Morning

Per our conversation on Wednesday last week, requesting that the attached spreadsheet is filled out for processes within your space. Please return your response back to Mark Kendall by EOD Friday Nov 17th

Request details:
* Review processes in your department, and fill out every known cell with the red header
o We're only looking for where full PAN is used, which is 16 digit unmasked credit card #
* For Green header, fill in the department that is commenting on the process, and a good person who can be designated for follow up
o Client Services and Account Management may have different responses to the same process, which is ok
* If you don't have information about a particular process or it doesn't impact your group, please leave the cells blank
* If you are aware of additional processes that send/receive/process/store full 16 digit CC#, please add those to the bottom of the form and fill out the rest of the table as you are able

Reminder to the group treat all discussion about this issue and potential remediation as confidential. Please do not discuss outside of this working team or include others in this discussion without the express permission of Jessica, Natasha, Brian, Treicia or Mark. If you have any questions please reach out to Treicia or Mark for guidance

Thank you all for your help understanding the scope of this issue


Mark Kendall
VP, Client Managed Risk and Controls
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
mark.kendall@bankofamericamerchant.com<mailto:mark.kendall@bankofamericamerchant.com>


Open Original Message

CONFIDENTIAL                                                         BAMS 00001597

BAMS 00001598

CONFIDENTIAL