# EXHIBIT 22

Symantec Data Loss Prevention  Page 1 of 6

**Symantec Data Loss Prevention**
Network

# Incident 27472687

✉ SMTP

Status: Escalated
Severity: Info

## Policy Matches

| | Matches |
|---|---|
| **GCSF-CTW_FREE_SMTP-M01** | 5 |
| Contractor Senders (Attachment/File Size) | 3 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

## Incident Details

| | |
|---|---|
| Server or Detector | r3ppap1028 |
| Is Hidden | No |
| Date | 11/20/17 1:54 PM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: Response Requested by Fri 11-17: Processes using PAN |
| Attachments | Picture (Device Independent Bitmap) 1.jpg |
| | Picture (Device Independent Bitmap) 2.jpg |
| | Copy of Full card number required - Processes LN.xlsx |
| Data Owner Name | |
| Data Owner Email Address | |

EXHIBIT 38

| History | | |
|---|---|---|
| *Date* | *Submitted By* | *Summary* |
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 11/20/17 1:55 PM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=71 Risk Rating=Medium Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=_ Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE, GLENRIDGE HIGHLANDS 2 City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone=_ Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 11/20/17 1:55 PM | Administrator | **Attribute Lookup Requested** |
| 11/20/17 1:55 PM | Administrator | **Status Changed**<br>New |
| 11/20/17 1:54 PM | r3ppap1028 | **Incident data discarded based on response rule** |
| 11/20/17 1:54 PM | Administrator | **Severity Changed**<br>Info |
| 11/20/17 1:54 PM | r3ppap1028 | **Detected** |

CONFIDENTIAL                                                                          BAMS 00001600

### Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

### Correlations

| Value | #Incidents / #days /7 | /30 | All |
|---|---|---|---|
| **Sender** Eric.Slawin@bankofamericamerch | 0 | 3 | 12 |
| **Recipient** eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** Response Requested by Fri 11-17: Processes using PAN | 0 | 2 | 2 |
| **Attachments** Picture (Device Independent Bitmap) 1.jpg | 66 | 308 | 2,931 |
| Picture (Device Independent Bitmap) 2.jpg | 15 | 56 | 486 |
| Copy of Full card number required - Processes LN.xlsx | 0 | 1 | 1 |
| **Policy** GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

### Matches (matches found in 4 components)

✉ Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

📎 Copy of Full card number required - Processes LN.xlsx  (1 Match):

Maximum size of all attachments exceeded: 21.62 KB out of 28.35 KB total attachment size exceeds 10.00 KB limit

📄 Picture (Device Independent Bitmap) 1.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.57 KB out of 28.35 KB total attachment size exceeds 10.00 KB limit

📄 Picture (Device Independent Bitmap) 2.jpg  (1 Match):

Maximum size of all attachments exceeded: 3.16 KB out of 28.35 KB total attachment size exceeds 10.00 KB limit

## Attributes

**Predefined**
| Field | Value |
|---|---|
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 71 |
| Risk Rating | Medium |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | – |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE, GLENRIDGE HIGHLANDS 2 |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | – |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |

**Workflow**
| Field | Value |
|---|---|
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |

CONFIDENTIAL                                                        BAMS 00001602

| | |
|---|---|
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.<br>It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[cid:image001.jpg@01D2EF2F.EBAB9E40]

---

From: Rodewald, Mark (BAMS)
Sent: Monday, November 20, 2017 10:16 AM
To: Clifford, Christine (BAMS); Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Brown, Tami (BAMS)
Cc: Wigen, Michelle (BAMS); Saha, Jessica (BAMS); Collins, Natasha (BAMS); Glynn, Brian (BAMS); Frye, Laura (BAMS)
Subject: RE: Response Requested by Fri 11-17: Processes using PAN

Good morning,

I apologize for the delay, attached is the revised spreadsheet for Client Services.

Thank you,

Mark Rodewald
AVP, Sr. Client Services Manager, Client Services
Bank of America Merchant Services
Liberty Lake, Washington
T 509.455.1318 C 509.385.9669
Mark.rodewald@bankofamericamerchant.com<mailto:Mark.rodewald@bankofamericamerchant.com>

My manager is Chris Clifford and she can be reached at christine.clifford@bankofamericamerchant.com<mailto:christine.clifford@bankofamericamerchant.com> or 865.229.2246.
[cid:image001.png@01D2B50F.5C282F40]

---

From: Kendall, Mark (BAMS)
Sent: Monday, November 13, 2017 10:48 AM
To: Lyerla, Sandi (BAMS); Mozingo, Sharon (BAMS); Flaa, Jared (BAMS); Wigen, Michelle (BAMS); Slawin, Eric (BAMS); Brooks, Treicia (BAMS); Clifford, Christine (BAMS); Brown, Tami (BAMS)
Cc: Saha, Jessica (BAMS); Collins, Natasha (BAMS); Glynn, Brian (BAMS); Frye, Laura (BAMS)
Subject: RE: Response Requested by Fri 11-17: Processes using PAN

CONFIDENTIAL                                                                         BAMS 00001603

Good Morning

Per our conversation on Wednesday last week, requesting that the attached spreadsheet is filled out for processes within your space. Please return your response back to Mark Kendall by EOD Friday Nov 17th

Request details:
* Review processes in your department, and fill out every known cell with the red header
o We're only looking for where full PAN is used, which is 16 digit unmasked credit card #
* For Green header, fill in the department that is commenting on the process, and a good person who can be designated for follow up
o Client Services and Account Management may have different responses to the same process, which is ok
* If you don't have information about a particular process or it doesn't impact your group, please leave the cells blank
* If you are aware of additional processes that send/receive/process/store full 16 digit CC#, please add those to the bottom of the form and fill out the rest of the table as you are able

Reminder to the group treat all discussion about this issue and potential remediation as confidential. Please do not discuss outside of this working team or include others in this discussion without the express permission of Jessica, Natasha, Brian, Treicia or Mark. If you have any questions please reach out to Treicia or Mark for guidance

Thank you all for your help understanding the scope of this issue

<< File: Full card number required - Processes.xlsx >>

Mark Kendall
VP, Client Managed Risk and Controls
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
mark.kendall@bankofamericamerchant.com<mailto:mark.kendall@bankofamericamerchant.com>


Open Original Message

CONFIDENTIAL                                                                      BAMS 00001604