# EXHIBIT 23

Symantec Data Loss Prevention                          https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

# Symantec Data Loss Prevention
Network

## Incident 27926883

**SMTP**  Status: Escalated
Severity: Info

### Policy Matches

| | Matches |
|---|---|
| GCSF-CTW_FREE_SMTP-M01 | 4 |
| Contractor Senders (Attachment/File Size) | 2 |
| Contractor Senders (Recipient) | 1 |
| Contractor Senders (EDM) | 1 |

### Incident Details

| | |
|---|---|
| Server or Detector | r1ppap1030 |
| Is Hidden | No |
| Date | 11/28/17 12:21 PM |
| Sender | Eric.Slawin@bankofamericamerchant.com |
| Recipient | eslawin116@gmail.com |
| Subject | FW: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification |
| Attachments | image001.jpg |
| | image002.png |
| Data Owner Name | |
| Data Owner Email Address | |

CONFIDENTIAL                                        BAMS 00001605

EXHIBIT 39

Symantec Data Loss Prevention                                    https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

| History | | |
|---|---|---|
| Date | Submitted By | Summary |
| 11/30/17 4:10 PM | riskfabric | **Attributes Set**<br>Reason=Investigation Required Resolution=Investigation Comment=Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. LastActionedBy=1dc\F9QA9ON |
| 11/30/17 4:10 PM | riskfabric | **Status Changed**<br>Escalated |
| 11/30/17 4:10 PM | riskfabric | **Note Added** |
| 11/30/17 4:10 PM | riskfabric | **Incident API Executed** |
| 11/28/17 12:21 PM | Administrator | **Attribute Lookup Completed**<br>Reason= User_Name=FBZREUA Automation Status= Domain=1DC Workflow Status= Employee Code=Vendor User Status=Active Assigned To= Pending= Risk Score=34 Risk Rating=Low Escalation Group= LastActionedBy= First Name=Eric Last Name=Slawin Case Number= Title=VP Operations Control Officer Esc Reason= Comment= Business Unit=Unknown Department=156118 SALES OPERATIONS PLANNING Phone=_ Sender Email=Eric.Slawin@bankofamericamerchant.com Street=5565 GLENRIDGE CONNECTOR NE, GLENRIDGE HIGHLANDS 2 City=ATLANTA State=GA Postal Code=30342 Country=USA Region=NA Manager Name=Mark Kendall Manager Email=Mark.Kendall@bankofamericamerchant.com Manager Phone=_ Manager 2=Natasha Collins Manager 3=Timothy Tynan EVP-2= EVP-1=Mark.Kendall@bankofamericamerchant.com EVP=Natasha.Collins@bankofamericamerchant.com Resolution= |
| 11/28/17 12:21 PM | Administrator | **Attribute Lookup Requested** |
| 11/28/17 12:21 PM | Administrator | **Status Changed**<br>New |
| 11/28/17 12:21 PM | r1ppap1030 | **Incident data discarded based on response rule** |
| 11/28/17 12:21 PM | Administrator | **Severity Changed**<br>Info |
| 11/28/17 12:21 PM | r1ppap1030 | **Detected** |

CONFIDENTIAL                                                    BAMS 00001606

Symantec Data Loss Prevention                                                  https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

### Notes

| Date | Submitted By | Note |
|---|---|---|
| 11/30/17 4:10 PM | riskfabric | Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required. |

### Correlations

| | #Incidents / #days | | |
|---|---|---|---|
| Value | /7 | /30 | All |
| **Sender** <br> Eric.Slawin@bankofamericamercl | 0 | 3 | 12 |
| **Recipient** <br> eslawin116@gmail.com | 0 | 3 | 12 |
| **Subject** <br> SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification | 0 | 1 | 1 |
| **Attachments** <br> image001.jpg | 8,319 | 36 k | 364 k |
| image002.png | 3,341 | 16 k | 117 k |
| **Policy** <br> GCSF-CTW_FREE_SMTP-M01 | 12 k | 54 k | 261 k |

### Matches (matches found in 3 components)

📄 Header (2 Matches):

"eslawin116@gmail.com" <eslawin116@gmail.com>

Eric.Slawin@bankofamericamerchant.com

🖼 image001.jpg (1 Match):

Maximum size of all attachments exceeded: 3.53 KB out of 14.18 KB total attachment size exceeds 10.00 KB limit

CONFIDENTIAL                                                                                                                      BAMS 00001607

 image002.png (1 Match):

Maximum size of all attachments exceeded: 10.64 KB out of 14.18 KB total attachment size exceeds 10.00 KB limit

| Attributes | |
|---|---|
| **Predefined** | |
| User_Name | FBZREUA |
| Domain | 1DC |
| Employee Code | Vendor |
| User Status | Active |
| Risk Score | 34 |
| Risk Rating | Low |
| First Name | Eric |
| Last Name | Slawin |
| Title | VP Operations Control Officer |
| Business Unit | Unknown |
| Department | 156118 SALES OPERATIONS PLANNING |
| Phone | — |
| Sender Email | Eric.Slawin@bankofamericamerchant.com |
| Street | 5565 GLENRIDGE CONNECTOR NE, GLENRIDGE HIGHLANDS 2 |
| City | ATLANTA |
| State | GA |
| Postal Code | 30342 |
| Country | USA |
| Region | NA |
| Manager Name | Mark Kendall |
| Manager Email | Mark.Kendall@bankofamericamerchant.com |
| Manager Phone | — |
| Manager 2 | Natasha Collins |
| Manager 3 | Timothy Tynan |
| EVP-2 | |
| EVP-1 | Mark.Kendall@bankofamericamerchant.com |
| EVP | Natasha.Collins@bankofamericamerchant.com |
| Resolution | Investigation |
| **Workflow** | |
| Reason | Investigation Required |
| Automation Status | |
| Workflow Status | |
| Assigned To | |
| Pending | |
| Escalation Group | |
| LastActionedBy | 1dc\F9QA9ON |
| Case Number | |
| Esc Reason | |
| Comment | |

CONFIDENTIAL

BAMS 00001608

Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue.
It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

## Message Body

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Kendall, Mark (BAMS)
Sent: Tuesday, November 28, 2017 10:21 AM
To: Slawin, Eric (BAMS)
Subject: RE: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification

I think this is one SIAI for all of CM, and the issue detail should be updated to focus on the problem that is occurring. From my reading, the problem is that contract details entered during renewal into SFDC are inaccurate and late, which impacts payments to BCs and reporting. Proposed solution doesn't belong in the detail section.

The cause (we think) is that the BCs are entering the data. This could be because they don't know how to do the process, are committing fraud, or don't have the time to do the work. Also in the root cause section, is it true that merchants are overcharged based on what's in SFDC? I thought that was incorrect data in another system that lead to the losses we've seen.

Recommend that you contact Kristin and let her know you'll be updating to make it relevant to all of CM.

I'd be happy to get on a call with you and Jim to get this where we want it to be, my calendar is current.

Mark Kendall
VP, Client Managed Risk and Controls
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
mark.kendall@bankofamericamerchant.com<mailto:mark.kendall@bankofamericamerchant.com>

From: Slawin, Eric (BAMS)
Sent: Tuesday, November 28, 2017 10:04 AM
To: Kendall, Mark (BAMS)
Subject: FW: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification

If Jim wants to cover all of Client Managed Sales should we create separate SIAIs for each area (e.g. Large Corporate, Commercial, Business Banking)?

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

CONFIDENTIAL                                                                                                                         BAMS 00001609

Symantec Data Loss Prevention                                              https://dlpenforcedim.1dc.com/ProtectManager/IncidentDetail.do

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Farnsworth, James (BAMS)
Sent: Tuesday, November 28, 2017 6:56 AM
To: Slawin, Eric (BAMS)
Subject: RE: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification

The original SIAI was for Large Corporate but we should expand this for all of the Client Managed Segments.

FYI,

Jim Farnsworth, SVP
Sales and Portfolio Performance Management
Bank of America Merchant Services
5001 LBJ Freeway, Dallas TX 75244
Office: 214.257.2292
Mobile: 214.674.4662
James.Farnsworth@bankofamericamerchant.com<pat.q.sample@bankofamericamerchant.com>
[cid:image005.png@01CBEF04.8B5A2700]

From: Slawin, Eric (BAMS)
Sent: Monday, November 27, 2017 5:59 PM
To: BAMS_SelfID_Issues
Cc: Kendall, Mark (BAMS); Farnsworth, James (BAMS); Newman, Kellie (BAMS)
Subject: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification

Please find herewith an SIAI write related to BCs entering contract data into SalesForce without independent verification.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>

[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

Open Original Message

CONFIDENTIAL                                                                                                BAMS 00001610