# EXHIBIT 25

**To:** Brennan, Larry (BAMS)[Lawrence.Brennan@bankofamericamerchant.com]; Keskessa, Jarra (BAMS)[Jarra.Keskessa@bankofamericamerchant.com]
**From:** BAMSInfosec[/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAMSINFOSEC81F]
**Sent:** Fri 12/8/2017 10:54:15 PM (UTC)
**Subject:** Escalation of DLP Events 27926883 - Eric Slawin

*** CONFIDENTIAL/Human Resources Sensitive information ***

All,

For your information and awareness, no action required at this time.

I was notified this afternoon by Mike Solan (BAMS HR) that Eric Slawin is being terminated because of the BAMS sensitive data that he deliberately sent to his gmail account. The information he sent to his gmail account had to do with PCI non-compliance and has the potential for reputational damage to BAMS. Due to the potential for damage to BAMS reputation there will be a series of discussions next week to ensure all stakeholders are informed of the situation and potential risks. Legal has sent Eric Slawin a cease and desist letter as well as a legal affidavit that indicates he has not sent BAMS sensitive data to any other recipients than his gmail account, he was asked to sign and return the affidavit to BAMS but has not returned the affidavit as of this writing.

**Dan Mong, Risk Manager**
Information Security Analyst, Risk and Compliance
Bank of America Merchant Services
5775 Denver Technical Center Boulevard
Greenwood Village, Colorado 80111 USA
Direct 1.303.967.8819  Mobile 1.303.317.7544
daniel.mong@bankofamericamerchant.com

*Bank of America Merchant Services*

*** CONFIDENTIAL/Human Resources Sensitive information ***

**From:** BAMSInfosec
**Sent:** Thursday, November 30, 2017 2:34 PM
**To:** AssociateRelations
**Cc:** Brennan, Larry (BAMS); Keskessa, Jarra (BAMS)
**Subject:** FW: Escalation of DLP Events 27926883...
**Importance:** High

All,

DLP escalation involves BAMS associated Eric Slawn forwarding BAMS sensitive information to a gmail account. The nature of the information in the email messages has to do with PCI non-compliance and could cause reputational damage through unauthorized release.

**Dan Mong, Risk Manager**
Information Security Analyst, Risk and Compliance
Bank of America Merchant Services
5775 Denver Technical Center Boulevard
Greenwood Village, Colorado 80111 USA
Direct 1.303.967.8819  Mobile 1.303.317.7544
daniel.mong@bankofamericamerchant.com

*Bank of America Merchant Services*

CONFIDENTIAL                                                                                                        BAMS 00009426


EXHIBIT 47