# EXHIBIT 26

| | |
|---|---|
| From: | Eric Slawin <eslawin116@gmail.com> |
| Sent: | Mon 12/11/2017 3:43 PM (GMT-05:00) |
| To: | Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> |
| Cc: | |
| Bcc: | |
| Subject: | Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation |

Here is my response relative to signing the declaration statement:

I will not be executing the declaration provided to me on Friday December 8, 2017. This declaration was sent to my personal email address by an agent of Bank of America Merchant Services, Inc. Should I acknowledge the statements in the declaration by writing my signature on the document I could make it appear that I as a declarant agree with the actions taken by other parties to withhold information possibly demonstrated by and referenced as "BAMS' confidential business information" in the declaration statement. I have not at any time taken nor will I ever agree with any actions taken by parties either individually or acting as joint tortfeasors which implies, demonstrates, or creates a belief that information should be withheld that could damage the counter-parties of Bank of America Merchant Services, Inc. Also, in any matter as serious as actions taken by other parties to withhold information in conjunction with other parties or individually, I will not make a contemporaneous statement or create a statement about my own will when I am not available. I appreciate the opportunity to state my case but for reasons described above respectfully decline to sign the declaration.

On Mon, Dec 11, 2017 at 2:17 PM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

We really need to connect over the phone as soon as possible to talk through this situation, as well as next steps.

Are you available at 3:30pm EST today to connect?

I can give you a call on your personal number (770) 410-5728 if that time works for you.

**Mike Solan**

AVP, Human Resources Generalist

CONFIDENTIAL                                                                                           BAMS 00000180

EXHIBIT 48

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com

**Bank of America Merchant Services**

**From:** Eric Slawin [mailto:eslawin116@gmail.com]
**Sent:** Monday, December 11, 2017 11:43 AM
**To:** Solan, Mike (BAMS)
**Subject:** Re: FW: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation

I am awaiting guidance from my personal attorney on how I should proceed. After reading the documents on Friday, I became concerned and forwarded the PDF files late Friday night to my attorney and verbally explained the situation to him this morning. I should hear back from him late this afternoon or this evening and, then I will call you. I feel you did not accurately verbally explain to me what the documents actually said and what my execution of the "declaration" (not affidavit as you termed it) could lead to.

I am also unable to log into the network this morning. I called First Data IT and have been on hold for over an hour and a half. I am assuming my inability to long into the network is directly related to this issue but you will have to confirm that. Further, I believe this status will continue until we come to a resolution of this situation…correct?

On Mon, Dec 11, 2017 at 10:00 AM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

Please give me a call back today to discuss next steps regarding our conversation on Friday.

I tried your personal phone (770) 410-5728, however your voice mailbox was full.

**Mike Solan**

Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C:  (704) 999-5725

michael.solan@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Solan, Mike (BAMS)
**Sent:** Friday, December 08, 2017 4:20 PM
**To:** Slawin, Eric (BAMS)
**Cc:** eslawin116@gmail.com
**Subject:** Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation
**Importance:** High


Hi Eric,


Per our conversation today regarding your Information Security Violation, please read, sign, and return the attached Legal Affidavit if all parts of that affidavit are true to the best of your knowledge.  If any part of this affidavit is not true, contact me as soon as possible to discuss next steps.

The attached Cease and Desist letter is for your records; there is no need to sign or return that document.

If you have any questions regarding either of these documents, please don't hesitate to contact me.

**Mike Solan**

Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com

Bank of America Merchant Services

===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may

be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

CONFIDENTIAL

From:    Eric Slawin <eslawin116@gmail.com>
Sent:    Tue 12/12/2017 1:19 PM (GMT-05:00)
To:    Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com>
Cc:
Bcc:
Subject: Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation

Thanks! 1:45 should be fine...please call 770-295-5671. it's my cell.

On Tue, Dec 12, 2017 at 1:17 PM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

1:45pm works for me, but if you need to attend to your sick daughter at that time, please don't hesitate to let me know and we can reschedule for later today or another day.

If 1:45pm does still work, I'll give you a call at your (770) 410-5728 number.

**Mike Solan**

AVP, Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com

Bank of America Merchant Services

CONFIDENTIAL
BAMS 00000185

**From:** Eric Slawin [mailto:eslawin116@gmail.com]
**Sent:** Tuesday, December 12, 2017 1:04 PM

**To:** Solan, Mike (BAMS)
**Subject:** Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation

okay how about 1:45...still dealing with my daughter right now. Also, just know i am not going into this looking for an argument. I appreciate your professionalism in dealing with this matter.

On Tue, Dec 12, 2017 at 12:15 PM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

What time works best for you this afternoon (any time after 1pm)?

It will be just me on the call, and it will not be recorded.

Thanks,

Mike

**From:** Eric Slawin [mailto:eslawin116@gmail.com]
**Sent:** Tuesday, December 12, 2017 10:33 AM

**To:** Solan, Mike (BAMS)
**Subject:** Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation

yes, how about after the associates call? Will it be just you on the call? Will the call be recorded?

On Tue, Dec 12, 2017 at 10:28 AM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

Yes you still have health coverage.

Do you have any time today to connect over the phone to discuss the investigation, as well as next steps?

**Mike Solan**

AVP, Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Eric Slawin [mailto:eslawin116@gmail.com]
**Sent:** Tuesday, December 12, 2017 10:19 AM
**To:** Solan, Mike (BAMS)
**Subject:** Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation

CONFIDENTIAL

My daughter is ill and needs to go to the doctor...do I still have health coverage? I am very concerned about my daughter!!!


On Mon, Dec 11, 2017 at 2:17 PM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,


We really need to connect over the phone as soon as possible to talk through this situation, as well as next steps.


Are you available at 3:30pm EST today to connect?

I can give you a call on your personal number (770) 410-5728 if that time works for you.


**Mike Solan**

AVP, Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C:  (704) 999-5725

michael.solan@bankofamericamerchant.com

Bank of America Merchant Services

| | |
|---|---|
| **From:** | Eric Slawin <eslawin116@gmail.com> |
| **Sent:** | Tuesday, December 12, 2017 10:37 AM |
| **To:** | Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> |
| **Subject:** | Re: Action Required - Legal Affidavit & Cease and Desist Letter - Information Security Violation |

If not , then can you just email me a list of next steps and the status of the investigation?

On Tue, Dec 12, 2017 at 10:33 AM, Eric Slawin <eslawin116@gmail.com> wrote:
yes, how about after the associates call? Will it be just you on the call? Will the call be recorded?

On Tue, Dec 12, 2017 at 10:28 AM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

Yes you still have health coverage.

Do you have any time today to connect over the phone to discuss the investigation, as well as next steps?

**Mike Solan**

AVP, Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com