# EXHIBIT 27

| | |
|---|---|
| **From:** | Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> |
| **Sent:** | Monday, December 18, 2017 10:07 AM |
| **To:** | Eric Slawin <eslawin116@gmail.com> |
| **Subject:** | RE: Investigation Results & Terminaion Notice - Eric Slawin |

Hi Eric,

You were already paid out for unused vacation time. That additional payment was paid on your 12/15/17 paycheck. Let me know if you have any other questions.

-Mike

Sent with Good (www.good.com)

**From:** Eric Slawin <eslawin116@gmail.com>
**Sent:** Sunday, December 17, 2017 11:46:56 PM
**To:** Solan, Mike (BAMS)
**Subject:** Re: Investigation Results & Terminaion Notice - Eric Slawin

Will I receive compensation for my unused vacation time?

On Tue, Dec 12, 2017 at 2:05 PM, Solan, Mike (BAMS) <Michael.Solan@bankofamericamerchant.com> wrote:

Hi Eric,

See attached for a letter that summarizes our discussion today, providing you with an update on the investigation as well as your employment status.

In addition to the attached termination notice letter, there are also additional attachments referenced in that letter, including:

- An amended Declaration letter

- Cease & Desist letter

- Associate's Separation Checklist

- Pre-paid return shipping label

340

CONFIDENTIAL                                                                                       BAMS 00001510


EXHIBIT 50

Please pay close attention to the required next steps and deadlines outlined in that termination notice letter.

If you have any questions on your continuing obligations, or next steps after termination, please don't hesitate to contact me.

**Mike Solan**

AVP, Human Resources Generalist

Banc of America Merchant Services, LLC

150 N. College Street - 15th Flr.

Charlotte, NC 28255

O: (980) 388-0128

C: (704) 999-5725

michael.solan@bankofamericamerchant.com

===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may

CONFIDENTIAL                                                                                     BAMS 00001511