# EXHIBIT 35

PLAINTIFF'S EXHIBIT 16

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

**From:** Glynn, Brian T. (BAMS)
**Sent:** Tuesday, June 13, 2017 9:51 AM
**To:** Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
**Subject:** RE: SIAI

David – Monica and I were on a call with Ali on 5/23 on this same subject. Jessica Saha joined us as well. During that conversation we explained and confirmed everything Ali described to you. We all agree that the main disadvantage of outsourcing this type of request handling to FD directly is the negative impact it could have on client experience, which you mentioned. That said, we understand that going down the path of making BAMS PCI compliant is not something we want to consider.

Best case for us would be to identify a specific team at FD the BAMS customer service teams could work with as needed. Jessica and Chris Clifford are working with FD to set up a group of FD level 1 service reps that are dedicated exclusively to BAMS. I suggest we speak with them about the possibility of using that team to support requests that require the use of full PAN. Monica, Jessica and I need to estimate the number of requests we are talking about so we can understand impact on capacity of the FD team. That will determine if we need to look at ways to pay for more folks on that team or not.

If that option doesn't work, then we'll have to explore ways to use other resources at FD. In any case, my preference for the Client Managed segments is that the client always contact BAMS first and FD be in the background supporting our teams.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

**From:** Ades, David (BAMS)
**Sent:** Tuesday, June 13, 2017 9:20 AM
**To:** Collins, Natasha (BAMS); Glynn, Brian T. (BAMS); Kennedy, Monica K (BAMS)
**Subject:** SIAI

Natasha/Brian/Monica

I had a call last week with Ali Davis last week and team. They uncovered that we use full pan

CONFIDENTIAL                                                                                                    BAMS 00001820

card data in client support situations. Merchant calls in and request info on a chargeback etc and our client support teams sends the merch full pan data and not always via secure email.

They strongly suggest we should self-identify this issue. We - BAMS don't want to go the route of PCI compliance as it would be a very costly and time consuming exercise. So the options are to have the merchants call directly to FD to obtain info they request-might not be a great client experience. Have FD dedicate a team to BAMS to handle these requests-they will most likely ask us to fund. If we go this route can we reduce headcount to fund seeing as these requests will lighten the loads on our teams ?

Thoughts?


David Ades
EVP/GM & Head of Sales, Client Managed
Bank of America Merchant Services
181 Bay St,, Suite 3660
Toronto, ON M5J 2T3
W: 416-637-0841
C: 416-918-0794

CONFIDENTIAL                                                                                                    BAMS 00001821