# EXHIBIT 38

PLAINTIFF'S EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## VERIFICATION OF NATASHA COLLINS

I, Natasha Collins, verify under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing facts contained in BAMS' Objections and Responses to Plaintiff's Interrogatories are true and correct according to the best of my knowledge, information, and belief.

Dated 7-21-, 2021.

*/s/ Natasha Collins*
Natasha Collins
SVP, Market Planning & Operations -
Global Business Solutions, Fiserv