# EXHIBIT 41

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ERIC SLAWIN,

      Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT SERVICES,

      Defendant.

Civil Action File
Case No. 1:19-cv-04129-AT

### DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S
### REQUESTS FOR ADMISSION TO PLAINTIFF ERIC SLAWIN

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services ("***Defendant***" or "***BAMS***") propounds its First Requests for Admission to Plaintiff Eric Slawin ("***Plaintiff***") and requests that Plaintiff admit the following within the time required by the Federal Rules of Civil Procedures.

### INSTRUCTIONS AND DEFINITIONS

A.    As used herein, the terms "Plaintiff," "Slawin," "you," and "your" refer without limitation, to Eric Slawin, his attorneys and agents, and all persons acting on his behalf.

B.    As used herein, the term "Bank of America Merchant Services" refers without limitation to Bank of America Merchant Services, its predecessors-in-interest, successors-in-interest, parent corporations, subsidiaries, divisions, and affiliates, and the current or former officers, directors, employees, agents or representatives of any of them.

C.    As used herein the term PCI DSS refers to Payment Card Industry ("*PCI*") Data Security Standards ("*DSS*").

D.    As used herein, the terms "relating to" or "related to" include pertaining to, referring to or having as its subject matter, directly or indirectly, expressly or implicitly, the subject matter of the specific request.

E.    The term "document" as used herein shall mean every writing or record of every type and description that is in the possession, custody, or control of Plaintiff or his counsel, including, without limitation, correspondence, memoranda, stenographic and handwritten notes, diagrams, studies, publications, books, pamphlets, pictures, drawings and schematics of every type, films, video recordings, audio recordings, maps, reports, surveys, minutes, facsimiles, contracts, calendars, memoranda of agreement, diaries, graphs, charts, checks, bank statements, income tax forms, microfilms, microfiche, computations, electronic messages ("email"), instant messages, text messages, web logs, blogs, internet postings,

2

computer/electronic records, files, disks, CDs, DVDs and tapes and printouts and things similar to any of the foregoing; and every copy of such document whenever the original is not in your possession, custody or control; and any document bearing on any sheet or side thereof. Any markings such as, but not limited to, initials, stamped indicia, comments, or notations of any character not a part of the original text or photographic reproduction thereof are to be considered and identified as a separate document.

      F.    In the event that the attorney-client privilege, work-product privilege, or any other claim of privilege is asserted with respect to any document or information that is herein requested, then as to each document, conversation, discussion and/or piece of information subject to such assertion, you should supply the specific basis for the assertion of such privilege and as to each document, conversation, discussion and/or piece of information identify the title or other means of identification of each such document, conversation, discussion and/or piece of information, the date of each such document, conversation, discussion and/or piece of information, the author of each such document, the participants in the conversation or discussion, other individuals present during the conversation or discussion, the recipient of each such document, and the present location of any and all copies of each said document.

G.    As used herein, the "date" shall mean the exact day, month, and year, as ascertainable, or, if not, the best approximation (including relationship to other events).

H.    These Requests for Admissions are continuing in nature, requiring you to serve supplemental answers as such additional knowledge or information relating in any way to these Requests for Admissions may become available.  If you learn that any response is inaccurate or incomplete, or if a response becomes incomplete by reason of a development occurring after your initial response, you are under an obligation to promptly supplement each inaccurate or incomplete response by serving supplemental responses.

I.    Your answer to each Request for Admission shall specifically admit or deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter.  A denial shall fairly meet the substance of the requested admission; and, when good faith requires that a party qualify his answer or deny only a part of the matter of which an admission is requested, he shall specify so much of it as is true and qualify or deny the remainder.

## REQUESTS FOR ADMISSION

1.    Admit you forwarded internal BAMS emails to your personal Gmail account, eslawin116@gmail.com in 2017.

2.    Admit you forwarded emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com to your personal Gmail account, eslawin116@gmail.com, in 2017.

3.    Admit you violated BAMS' policies by forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

4.    Admit you signed the Proprietary Rights and Information Agreement attached as Exhibit A.

5.    Admit the Proprietary Rights and Information Agreement prohibited you from forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com to your personal Gmail account, eslawin116@gmail.com.

6.    Admit you violated the Proprietary Rights and Information Agreement by forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

7.    Admit you received the Associate Handbook attached as Exhibit B while you were employed at BAMS.

8.    Admit you acknowledged the Associate Handbook on February 2, 2016, as set forth in Exhibit C.

9.    Admit you acknowledged the Associate Handbook on July 27, 2017, as set forth in Exhibit C.

10.    Admit the Associate Handbook prohibits an employee from forwarding emails from a BAMS email account to an employee's personal email account.

11.    Admit you violated sections of the Associate Handbook, including the Confidential Information Section, by forwarding emails from your BAMS email, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

12.    Admit you received the Code of Ethics attached as Exhibit D while you were employed at BAMS.

13.    Admit you acknowledged the Code of Ethics on June, 24, 2016, as set forth in Exhibit C.

14.    Admit you acknowledged the Code of Ethics on July 24, 2017, as set forth in Exhibit C.

15.     Admit you violated sections of the Code of Ethics, including Sections 1.B, 1.E, and 3.C, by forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

16.     Admit the Code of Ethics prohibits and employee from forwarding emails from a BAMS email account to an employee's personal email account.

Submitted this 18th day of April 2023.

Aiten M. McPherson (GA Bar No. 439899)
Aiten.McPherson@bclplaw.com
Christopher P. Galanek (GA Bar No. 282390)
Chris.Galanek@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 572-6600

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

**LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 18th day of April 2023.

_____
Aiten M. McPherson

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing **DEFENDANT BANC OF AMERICA MERCHANT SERVICES, LLC'S REQUESTS FOR ADMISSION TO PLAINTIFF ERIC SLAWIN** to all counsel of record by hand delivery.

This 18th day of April, 2023.

_____
Aiten M. McPherson
**BRYAN CAVE LEIGHTON PAISNER LLP**

*Counsel for Banc of America Merchant Services, LLC, s/h/a Bank of America Merchant Services*

8

# EXHIBIT A

## PROPRIETARY RIGHTS AND INFORMATION AGREEMENT

In consideration of my employment by Banc of America Merchant Services, LLC or its affiliates and subsidiaries (hereinafter the "Company"), and my continued employment during such time as may be mutually agreeable, and of the opportunity to receive Company proprietary or confidential information, and other good and valuable consideration:

1.    Assignment of Inventions.  I hereby assign and agree to assign to the Company all my right, title and interest in and to all Inventions made or conceived by me:  (i) in the course of my employment, (ii) or relating to the actual or anticipated business of the Company, or (iii) with the use of Company time, material, information, or facilities.  The obligations under this paragraph apply during the period of my employment and six months thereafter.  I acknowledge that all Inventions that are original works of authorship and which are protectible by copyright are "works made for hire," as that term is defined in the United States Copyright Act.  For the purpose of this Agreement, "Invention" means all inventions, original works of authorship, developments, concepts, improvements, designs, software, know how, processes, technical or business methods, ideas, trade secrets or other proprietary data and the intellectual property rights (if any) related to any of the foregoing.

2.    Prior Inventions.  If, in the course of my employment with the Company, I incorporate into a product, service, business method or process of the Company an Invention that was made by me prior to my employment with the Company and which is owned by me, or in which I have an interest (each a "Prior Invention"), the Company is hereby granted and shall have a nonexclusive, royalty-free, irrevocable, perpetual, worldwide license to make, have made, modify, make derivative works, use, reproduce and sell such Prior Invention.

3.    Maintenance and Return of Records.  I will keep and maintain adequate and current written records related to any Inventions made by me.  The records will be available to and remain the sole property of the Company at all times.  I agree that, at the time of leaving the employ of the Company for any reason or at any other time as Company may request, I will promptly deliver to the Company (and will not keep in my possession, recreate or deliver to anyone else) any and all records, data, memorandum or any other documents or property (or copies of any of the foregoing) developed by me pursuant to my employment with Company or otherwise belonging to Company.

4.    Cooperation.  I will disclose all Inventions fully and promptly to the Company.  I will execute all documents and do all things necessary to assist Company, at its expense, in protecting, maintaining and enforcing the Inventions and any intellectual property rights relating thereto throughout the world.  I further agree that my obligations under this paragraph shall continue after the termination of my employment.  In the event the Company is unable for any reason, after reasonable effort, to secure my signature on any document needed in connection with the actions specified in this paragraph, I hereby irrevocably designate and appoint the Company and its duly authorized officers and agents as my agent and attorney in fact, which appointment is coupled with an interest, to act for and on my behalf, to execute, verify and file any such documents and to do all other lawfully permitted acts to further the purposes of this paragraph with the same legal force and effect as if executed by me.  I hereby waive any and all claims, of any nature whatsoever, which I now or may hereafter have for infringement of any Inventions assigned hereunder to the Company.

5.    Company Information.  I will hold and maintain, in strictest confidence and in accordance with Company policy, any proprietary and confidential information, including information relating to intellectual property developed during my term of employment.  Such information is the sole property of the Company and I will not release or publish the information to anyone outside Company without prior authorization of my manager.  I further agree that my obligation to maintain the confidentiality of Company proprietary or confidential information shall continue after the termination of my employment.

6.    Former Employer Information.  I agree that I will not improperly use, acquire or disclose any proprietary information, trade secrets or other intellectual property of any former employer or other person or entity and that I will not bring to Company any non-public document, proprietary information or

00-13-3519NSB 01-2009

BAMS 00002718

other property belonging to any such employer or entity unless consented to in writing by such employer, or entity.

7. <u>Third Party Information</u>. I recognize that Company has received and in the future will receive from third parties their confidential or proprietary information subject to a duty on the Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. I agree to hold all such confidential or proprietary information in confidence and not disclose it consistent with the Company's agreement with such third party.

8. <u>Employment</u>. I agree that this Agreement does not constitute a contract of employment. Nothing in this Agreement shall interfere with or limit in any way the right of Company to terminate my employment without cause or notice at any time, confer upon me any right to continue in the employ of Company, or change my existing at-will employee status.

9. <u>Non-limitation of Rights</u>. This Agreement shall not be construed to limit in any way any "shop rights" or other common law right of Company.

10. <u>Governing Law</u>. This Agreement will be governed by and construed according to the laws of the State of Delaware, without regard to its conflict of law principles.

11. <u>Severability</u>. If one or more of the provisions in this Agreement are deemed unenforceable, then the remaining provisions in this Agreement shall remain in full force and effect. Moreover, if one or more of the provisions in this Agreement are deemed excessively broad as to duration, scope, activity or subject, it shall be construed by limiting and reducing it so as to be enforceable to the extent necessary under applicable law.

12. <u>Survival</u>. The provisions of this Agreement shall survive the termination of my employment and the assignment of this Agreement by the Company.

13. <u>Waiver</u>. No waiver by the Company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right.

14. <u>Entire Agreement</u>. This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between us. No modification or amendment of this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by both parties.

This Agreement shall be effective as of the first day of my employment with the Company.

I UNDERSTAND THAT THIS AGREEMENT AFFECTS MY RIGHTS TO INVENTIONS I MAKE DURING MY EMPLOYMENT, AND RESTRICTS MY RIGHT TO DISCLOSE OR USE THE COMPANY'S CONFIDENTIAL INFORMATION DURING OR SUBSEQUENT TO MY EMPLOYMENT.

Signature of Associate: _____

Print Name of Associate: ERIC JOHN SLAWIN

Date: 11/6/15

2

CONFIDENTIAL

# EXHIBIT B



Bank of America Merchant Services
# Associate Handbook

June 2017





Merchant Services

CONFIDENTIAL

BAMS 00002721



# Success Profile



## Deliver Results

Maintains a consistent focus on accomplishing tasks, delivering quality results and growing the business. This involves taking initiative to get the right things done in the short term and seizing opportunities for the future.



## Focus on Clients

Works with clients to help them solve their business problems. Takes a proactive and forward-looking approach to better understand and meet client needs. Fosters an environment that creates client loyalty.



## Drive Accountability

Holds self and others to high standards. Takes ownership for outcomes, demonstrating commitment to the success of the client and the company. Discards the "not my job" attitude and takes ownership of what needs to be done, regardless of where that responsibility may fall.



## Decide Wisely

Makes calculated and thoughtful decisions by considering implications internally and for clients, while balancing risk with reward and leveraging all available information. Develops comfort in ambiguity and retains strong entrepreneurial spirit.



## Be Flexible and Innovate

Takes an adaptable approach to the business, shifting understanding and tactics to meet changing market conditions and client needs. Embraces change and avoids rigidity. At higher levels, thinks innovatively and does things differently in order to be successful.



## Collaborate and Build Relationships

Identifies opportunities across teams/ organization, finding ways to collaborate and create win-win outcomes. Drives collaboration across the business to achieve outcomes/results. Works across boundaries, finding places of common agreement and working through conflict.



## Influence for Impact

Communicates with others in a way that is impactful, taking into consideration their needs and concerns in order to better influence them. Considers ways to influence key stakeholders and achieve mutually beneficial outcomes by building a sophisticated influencing approach.



## Learn and Lead

Demonstrates personal leadership, regardless of where one falls within the organization. Seeks to "do the right thing" at all times. Acts as a continuous learner, developing one's own skills. Sees intellectual curiosity, learning and development as critical aspects of leadership.

CONFIDENTIAL

BAMS 00002722

# Associate Handbook

**Equal Employment Opportunity** .................................................................................. **5**
    A.  Equal employment opportunity ....................................................................... 5
    B.  Commitment to compliance with the Americans with Disabilities Act ............. 5
    C.  Prohibiting harassment and discrimination ..................................................... 5
**Work Schedule and Pay** ............................................................................................... **8**
    A.  Attendance and punctuality ............................................................................ 8
    B.  Alternate work arrangements ......................................................................... 10
    C.  Full-time and part-time classifications ............................................................ 10
    D.  Employment classifications ............................................................................. 10
    E.  Deductions from compensation ...................................................................... 10
    F.  Payroll errors .................................................................................................. 11
    G.  Timekeeping rules for non-exempt associates ............................................... 11
    H.  Premium pay ................................................................................................... 13
    I.  Outside employment ....................................................................................... 13
**Leaves of Absence** ...................................................................................................... **15**
    A.  Bereavement leave ......................................................................................... 15
    B.  Federal Family and Medical Leave rights ...................................................... 15
    C.  Parental Leave Programs ................................................................................ 15
    D.  Personal leave ................................................................................................ 16
    E.  Domestic Violence leave ................................................................................ 16
    F.  Jury duty leave ................................................................................................ 16
    G.  Military leave ................................................................................................... 17
    H.  Impact to commission and variable pay payments while on leave .................. 17
**General Information** ...................................................................................................... **18**
    A.  Associate records ........................................................................................... 18
    B.  Five year background check ........................................................................... 18
    C.  Job postings and promotions .......................................................................... 18
    D.  Associate references ...................................................................................... 19
    E.  Service bridging .............................................................................................. 19
    F.  Time Off to Vote ............................................................................................. 19
    G.  Employment verification ................................................................................. 19
    H.  Open door communications ............................................................................ 19
    I.  Dating in the workplace .................................................................................. 19
    J.  Nepotism ........................................................................................................ 20
    K.  Genetic Information Disclosure ....................................................................... 20
    L.  Dress code ...................................................................................................... 20
    M.  Maternity Accomodations ............................................................................... 20
    N.  Lactation ......................................................................................................... 20
    O.  Display of personal items in the workplace ..................................................... 20
    P.  Non-solicitation and distribution ..................................................................... 20
    Q.  Conduct standards .......................................................................................... 21
    R.  Performance evaluations ................................................................................ 22
    S.  Performance standards ................................................................................... 23
    T.  Termination of employment ............................................................................ 23
    U.  Compliance training requirements .................................................................. 24
**Confidential Information** .............................................................................................. **24**
    A.  Confidentiality ................................................................................................. 24
    B.  Information Security Policy .............................................................................. 25

CONFIDENTIAL                                                 BAMS 00002723

    C. Return of Company property upon separation ................................................ 25
**Workplace Health and Safety** ............................................................................. **27**
    A. Occupational, health and fire safety................................................................ 27
    B. Inclement weather ......................................................................................... 27
    C. Emergency Management ................................................................................ 27
    D. Workplace injuries ......................................................................................... 27
    E. Workplace safety and security ........................................................................ 28
    F. Drug and alcohol use...................................................................................... 29
    G. Tobacco-free workplace ................................................................................. 31
    H. Driver safety .................................................................................................. 31
    I. Office fire safety ............................................................................................. 31
    J. Fire and Evacuation Drills............................................................................... 32
    K. First Aid and Associate Safety ....................................................................... 32
    L. Food in the Workplace.................................................................................... 32
**Corporate Communications and Technology** ..................................................... **32**
    A. Media Relations Policy ................................................................................... 32
    B. Company equipment ...................................................................................... 32
    C. Physical protection and security of laptops and mobile devices ...................... 33
    D. Mobile device usage...................................................................................... 33
    E. Use of Company mobile devices while driving................................................. 34
**Associate Benefits** ........................................................................................... **35**
    A. General information about associate benefits.................................................. 35
    B. COBRA ......................................................................................................... 35
    C. Employee Assistance Program (EAP) ............................................................ 35
    D. Paid time off ................................................................................................. 36
**Bank of America Merchant Services California Supplement  to Associate Handbook** .......... **40**
    A. Introduction ................................................................................................... 40
    B. Overtime (additional section) ......................................................................... 40
    C. Rest and meal periods (additional section) ..................................................... 40
    D. Vacation ....................................................................................................... 41
    E. Pregnancy disability leave (additional section)................................................ 41
    F. Family and Medical Leave (supplement) ......................................................... 42
    G. Parental/guardian leave (additional section) ................................................... 45
    H. State disability insurance and Paid Family Leave (additional section) .............. 45
    I. Paid sick days – San Francisco associates only:............................................. 46
    J. California Department of Fair Employment and Housing (additionals) ............... 47
**Bank of America Merchant Services California & Montana Vacation Supplement to Associate Handbook** .......... **48**
**Bank of America Merchant Services Maryland Pregnancy Leave Supplement** ........ **49**
**Bank of America Merchant Services Massachusetts Supplement** .......................... **50**
**Bank of America Merchant Services New Jersey Supplement** ............................... **51**
**Code of Ethics and Associate Handbook Addendum for Contractors**................... **52**

CONFIDENTIAL

BAMS 00002724

# Equal Employment Opportunity

### A. Equal employment opportunity

In order to provide equal employment and advancement opportunities to all individuals, employment decisions at Bank of America Merchant Services ("The Company") will be based on merit, qualifications and abilities. Bank of America Merchant Services does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, sexual orientation, gender identity, pregnancy, marital status, national origin, age, disability, veteran status, or any other characteristic protected by applicable law. This governs all aspects of employment, including hiring, job assignment, compensation, discipline, termination, and access to benefits and training. The Company will provide reasonable accommodations to religious observances and practices, and to qualified individuals with a disability as required by law where such accommodations do not constitute undue hardship by the Company. Associates having questions about Equal Employment Opportunity, Affirmative Action, or have a need for an accommodation, should contact his or her Human Resources Manager.

To comply with all of the Federal rules and regulations, Bank of America Merchant Services has established policies and practices that will ensure we are taking good faith efforts to attract, recruit, and retain females, minorities, individuals with disabilities and covered veterans at all levels of the workforce through our Affirmative Action Program.

### B. Commitment to compliance with the Americans with Disabilities Act

Qualified individuals with a disability will be treated on a non-discriminatory basis in all areas of employment, as required by applicable law. The Company can accommodate only a known disability. If the disability is not readily apparent, it is the obligation of the individual with a disability to notify the Company of the existence of a disability and the need for an accommodation. For ease of administration, Bank of America Merchant Services requests that associates desiring an accommodation provide written notice of a disability and the need for accommodation to the Human Resources Department. The notice should include the nature of the disability and the associate's suggestions as to how it can be accommodated.

### C. Prohibiting harassment and discrimination

Bank of America Merchant Services strives to maintain an environment free from discrimination and harassment on the basis of any category that is protected by law or as additional categories become protected by law. This applies to all phases of employment, including but not limited to recruiting, testing, hiring, promoting, demoting, transferring, laying off, terminating, paying, granting benefits and training.

**Prohibited behavior**
Bank of America Merchant Services does not and will not tolerate any type of discrimination or harassment of our associates, applicants for employment, suppliers or our customers. Discriminatory conduct or conduct characterized as harassment as defined below is prohibited.

The term harassment includes, but is not limited to, verbal conduct such as slurs, jokes, epithets and derogatory comments; physical conduct such as assault, impeding or blocking movement, or any physical interference with normal work or movement directed at an individual; and visual harassment such as derogatory posters, cartoons or drawings relating to a person's gender (including pregnancy), race, color, religion, national origin, age, disability, military status, genetic information or any other category that is protected, or additional categories as they become protected, under applicable federal, state or local law, that unreasonably interferes with a person's work performance or creates an intimidating or hostile work environment.

CONFIDENTIAL                    BAMS 00002725

Sexually harassing behavior is one type of harassment. This includes conduct such as: unwelcome sexual advances, requests for sexual favors, offensive touching, unwelcome verbal or physical conduct of a sexual nature such as name calling, suggestive comments, or lewd talk and jokes. Such conduct may constitute sexual harassment when it:

- Is made an explicit or implicit condition of employment;
- Is used as the basis for employment decisions;
- Unreasonably interferes with an individual's work performance; or
- Creates an intimidating, hostile or offensive working environment.

The types of conduct covered include: demands or subtle pressure for sexual favors accompanied by a promise of favorable job treatment or a threat concerning employment.

Specifically, it includes sexual behavior such as:

- Repeated sexual flirtations, advances or propositions;
- Continued and repeated verbal abuse of a sexual nature, sexually related comments and joking, graphic or degrading comments about an associate's appearance or displaying sexually suggestive objects or pictures including cartoons and vulgar e-mail messages; and
- Any uninvited physical contact or touching, such as patting, pinching or repeated brushing against another's body.

Such conduct may constitute sexual harassment regardless of whether the conduct is between members of management, between management and staff associates, between staff associates, or directed at associates by non-associates conducting business with the Company, regardless of gender. If anyone engages in unwelcome behavior of this type, associates should report the behavior pursuant to the complaint procedures set forth below.

Of course, all associates are expected to treat customers, vendors and each other with professionalism and respect. Some forms of annoying or improper behavior, while not "harassment" as defined in this policy, may also subject an associate to disciplinary action. Associates are therefore encouraged to report behavior that they believe to be inappropriate or that makes them uncomfortable, even if that behavior does not rise to the level of harassment.

**Harassment by non-associates**
Bank of America Merchant Services will also endeavor to protect associates, to the extent possible, from reported harassment by non-associates in the workplace, including customers, clients and suppliers to the extent it is able. Such behavior should be reported pursuant to the complaint procedure set forth below.

**Complaint procedure and investigation**
Any associate who experiences or perceives an incident of harassment or discrimination should promptly report the matter to his or her manager. If any associate feels uncomfortable contacting his or her manager, the associate should contact 844-899-2801 or via email at BAMSHR@bankofamericamerchant.com. Calls to the Hotline can be anonymous. However, because anonymity may hinder the investigation, Bank of America Merchant Services encourages callers to identify themselves.

Upon receipt of a complaint or a report, Bank of America Merchant Services will investigate and take appropriate action. Associates have an obligation to cooperate with Bank of America Merchant Services in enforcing this policy and investigating and remedying complaints.

It is always appropriate to tell another associate or manager that you find their behavior inappropriate or offensive, and associates are encouraged to be direct and clear with their colleagues and managers

CONFIDENTIAL                                    BAMS 00002726

if this should happen. In many cases, direct, clear communication will resolve issues. Associates are encouraged to report offensive and inappropriate conduct, even if direct communication between the involved individuals appears to have resolved the issue.

Bank of America Merchant Services does not tolerate harassment of any kind and will take appropriate disciplinary action whenever harassment is demonstrated, up to and including termination.

**Non-retaliation**
Associates who in good faith oppose harassment, file complaints with, or otherwise participate in an investigation, proceeding, or hearing conducted by the EEOC or other agency will be protected against retaliation.

**False reports**
Any associate who makes a knowingly false or bad faith report of harassment or discrimination will be subject to disciplinary action, up to and including termination of employment.

CONFIDENTIAL

BAMS 00002727

# Work Schedule and Pay

## A. Attendance and punctuality

**Associate responsibilities**

The daily contributions made by associates are a large part of the success of Bank of America Merchant Services (BAMS). It is the responsibility of all associates to maintain a satisfactory attendance record. Excessive absenteeism or chronic tardiness impact the customer experience, affect workflow, limit production and diminish associate morale. Each department relies on every member of the team, and all associates are expected to be available to work their scheduled shift.

BAMS seeks to ensure that consideration related to time off and administration of attendance is consistent across the organization and is compliant with state and federal laws that provide protection to eligible associates. Managers and associates should refer to the Leave of Absence Toolkit on BAMSZone or consult with the HR Service Center by at 1.844.711.2094 for additional information regarding circumstances that could qualify for limited job protection. This could include but is not limited to, Family/Medical Leave, Maternity Leave, Military Leave, Jury Duty, caring for a family member and situations involving domestic violence.

**Exempt Associates**

The associate must notify his or her manager or the manager's designee as soon as they know they are going to be late or absent from work. If the associate's manager is not available, another member of the management team must be notified. Associates should follow the call-in procedures unless otherwise instructed by their manager.

In the absence of extenuating circumstances, associates who do not report to work or call their manager to report their absence for two or more consecutive days are considered to have abandoned their job. This will constitute a voluntary resignation.

Excessive absenteeism or tardiness may lead to disciplinary action, up to and including termination of employment.

**Non-exempt Associates**

To ensure continuity in meeting the needs of the business, associates are accountable for adhering to their work schedule. In the event an associate is unable to meet this expectation, s/he must obtain approval from their manager, generally 48 hours in advance, of any requested schedule change. This approval includes requests for the use of planned sick time (e.g., a doctor or physical therapy appointment, etc.), and vacation, as well as scheduled late arrivals or early departures from work.

**Positive Attendance Behaviors**

There are many ways an associate can demonstrate his/her commitment to the work environment by displaying positive attendance behaviors.  Some examples include:

- Being at your work station ready to begin working by the start of your scheduled shift
- Remaining at your work station unless the needs of the job require being elsewhere, except during authorized breaks and meal periods
- Adhering to your scheduled break and meal periods
- Remaining at work during your entire shift, unless excused by a manager

CONFIDENTIAL                                                                 BAMS 00002728

- Leaving promptly at the end of your shift unless you have been given advance permission by your manager to work past that point
- Calling in and personally notifying your manager (see specific procedures below) if you are going to be either absent or late, unless a verifiable emergency makes it impossible for you to do so

**Absence Reporting**

Whenever possible requests for scheduled time off from work, including the use of planned sick time and vacation, should generally be requested at least 48 hours in advance, and is subject to the approval of the manager. The company recognizes the use of time off may be unscheduled due to an illness, accident or other unanticipated event.

When an associate is unable to report to work or anticipates arriving late, s/he is expected to give proper notice of the unscheduled absence prior to the start of their shift. Proper notice includes following all departmental notification procedures and personally calling his/her manager. If the manager is unable to be reached, the associate is expected to leave a voicemail and contact another member of the department's leadership team. Email, instant messaging and text messaging are generally not acceptable forms of notification unless one of these methods is pre-arranged with the manager. An associate must contact his/her manager each day s/he is absent unless on an approved leave of absence or an alternate arrangement has been established.

Not reporting to work and failing to notify a member of the management team of an absence is unacceptable and may result in disciplinary action. An attempt will be made to contact the associate and their emergency contact on each day of an unreported absence. Any unreported absence of two or more working days is considered job abandonment. This is a voluntary resignation that is not eligible for rehire. Written notification of release from employment will be mailed to the associate's home address.

Please keep in mind the following around absence reporting:

- Associates are encouraged to schedule healthcare provider appointments outside of their regularly scheduled work hours whenever possible, and if they are unable to do so, associates should partner with their manager to find a time that creates as minimal disruption to the business as possible.
- Absences related to a specific illness or injury consisting of multiple days, or healthcare provider appointments related to the illness or injury may be considered a single absence, however sick and vacation will be applied accordingly.
- Generally, associates will be required to exhaust any available sick and vacation hours prior to taking time off unpaid.
- Pre-approved scheduled time off is not considered to be a violation and will not be subject to disciplinary action.
- Legally protected absences will not be subject to disciplinary action.

**Disciplinary Action**

Excessive absenteeism interferes with job performance and business continuity, and is defined as an unreasonable number of unscheduled absences or trends related to absenteeism and tardiness. Managers will monitor their associates' attendance on a regular basis and address unsatisfactory trends in attendance in a timely and consistent manner. If managers notice a pattern of unscheduled time off or tardiness, the concern will be brought to the associate's attention. If unscheduled absences or tardiness continues, it may result in further disciplinary action up to and including termination of employment.

CONFIDENTIAL                                                                                    BAMS 00002729

Examples of excessive absenteeism may include, but are not limited to:

- Trends in unscheduled partial or full-day absences.
- Trends in unscheduled absences preceding or following a weekend, holiday or vacation day.
- Trends in tardiness, either at the beginning of a shift or returning from break and meal periods.

Associates are expected to be at work on time for their scheduled shift, and when returning from a break or meal period. Excessive abuse of the work schedule, displaying late arrivals or not adhering to scheduled break or meal periods may result in disciplinary action up to and including termination of employment.

## B. Alternate work arrangements

In certain circumstances, at the discretion of an associate's manager and human resources, Bank of America Merchant Services may consider allowing associates to engage in flexible or part-time work arrangements. Such arrangements may be established, changed or discontinued at the Company's discretion. Any associate who would like to request an alternate work schedule should contact his or her manager.

## C. Full-time and part-time classifications

An associate will be classified as full-time if he or she is regularly scheduled to work 30 hours or more per week. Full-time associates are eligible for Company benefits, as outlined in the Associate Benefits section.

An associate will be classified as part-time if he or she is regularly scheduled to work less than 30 hours per week. Part-time associates are eligible for some but not all benefits, as outlined in the Associate Benefits section.

## D. Employment classifications

Bank of America Merchant Services expects full compliance with federal and state wage and hour laws. At the time associates are hired, they will be notified whether they are exempt or non-exempt.

**Non-exempt associates**
Non-exempt associates must be paid on an "hourly basis."

- **Overtime.** In general, non-exempt associates are paid overtime for hours worked in excess of 40 per work week. In some locations, however, state laws provide overtime for hours that exceed a certain number each day.
- **Minimum wage.** Federal and many state laws require that non-exempt associates receive a minimum wage for each hour worked. The amount of minimum wage varies, depending on work location. Bank of America Merchant Services ensures that all non-exempt associates are paid at or above the minimum wage.

**Exempt associates**
Exempt associates are not eligible for overtime pay. Exempt associates will be paid in accordance with applicable state and federal laws.

Exempt salaried associates will receive a salary intended to compensate for all hours that the associate works for the Company. The salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work performed. Associate salaries are reviewed and modified periodically.

## E. Deductions from compensation

CONFIDENTIAL                                                    BAMS 00002730

Each and every of the following defined Deduction Amounts are subject to deduction from an associate's compensation as provided below and as may be more specifically provided in any Company Policy or written agreement between Company and associate (e.g. Offer Letter or Commission Plan.) "Deduction Amounts" include any one or any combination of the following: (1) any outstanding debt owed to the Company, including, but not limited to, overpayments, payroll errors, advances (or such part of any advance as has not been earned upon termination),(2) unpaid personal expenses on the Company credit card assigned to associate, (3) moving expenses in accordance with any written agreement between the associate and the Company, (4) costs of equipment damaged while assigned to the associate and prior to return to the Company, (5) value of any equipment not returned to the Company at the Company's request, (6) unpaid Company credit card transactions for which the associate has received reimbursement from the Company and (7) vacation taken in advance of accrual (applies only in the case of termination.) Associate understands and authorizes the Company to deduct all Deduction Amounts as follows. One, during the associate's continued employment, Deduction Amounts may be deducted from any compensation otherwise due the associate from the Company, including regularly scheduled paychecks (including any overtime or premium pay), commissions, Variable Pay Plan payments, or reimbursements. Two, upon termination, Deduction Amounts will be deducted from any payment(s) or moneys otherwise due to the associate, including the associate's final paycheck and other amounts (e.g. accrued and unpaid vacation, where applicable.) In the Company's sole discretion, Deduction Amounts may be deducted from one or multiple payments otherwise due to the associate. For example, the Company may deduct a set amount or set percentage from each paycheck for a period necessary to cover the aggregate of Deduction Amounts or may deduct the entire amount from one paycheck or other payment. In any case, any deductions will be in accordance with applicable law and any limitations in an applicable Company Plan or Policy or written document between the associate and the Company.

## F. Payroll errors

It is the Company's commitment and practice to accurately compensate associates and to do so in compliance with all applicable state and federal laws. Bank of America Merchant Services makes every effort to ensure associates are paid correctly. Occasionally, however, mistakes can happen. When mistakes do happen and are called to the Company's attention, it will make any correction that is necessary. All associates should review their pay stub upon receipt to make sure it is correct. Any associate who believes that an improper deduction, miscalculation or other payroll mistake has occurred, or has any question, should notify their manager and the HR Service Center by calling 1.844.711.2094, and press the option for payroll. The concern will be promptly investigated and necessary corrections will be made as quickly as possible.

## G. Timekeeping rules for non-exempt associates

The following applies to non-exempt associates only. If any associate is unclear about whether he or she is non-exempt, the associate's manager can explain.

All non-exempt associates must observe the following rules:

- Associates must keep an accurate record of all work hours each day and enter them into the ADP Time and Attendance system. Associates that do not keep an accurate and timely record of all hours worked in the ADP Time and Attendance system may be subject to disciplinary action.

- Associates must review the accuracy of time records before entering them into the ADP Time and Attendance system. If an associate needs to make a change to correct an error, the change should be made before payroll processing occurs. When an associate submits time records, that certifies that the records are complete and accurately reflect all hours that the associate worked. Only the associate's manager or manager assigned proxy can make

CONFIDENTIAL

adjustments to an associate's time record. Associates should advise their manager in a timely manner, via email, if corrections to their time record are needed.

- Associates maintain their own time records. No associate may input any time for another. No associate may disclose his or her ADP Time and Attendance system password to anyone else. The expectation is that non-exempt associates are at their workstation when clocking in and out, unless prior approval has been obtained from your manager.

- Depending on individual departmental schedules, policies, and applicable state law, generally most non-exempt associates will receive one-half hour for a meal. Managers will inform non-exempt associates of the time and length of their meal periods. Meal periods of 30 minutes or more are unpaid and should be taken away from an associate's workstation. Associates are not permitted to do any work during unpaid meal periods.

- Depending upon work locations, workloads and applicable state law, non-exempt associates will generally be provided one paid 15-minute rest period for each four hours scheduled by their department ("work period"). To the extent possible, these rest periods will be provided in the middle of an associate's work period. Rest periods may not be taken in conjunction with meal periods nor at the beginning or end of an associate's shift. As this time is paid by the Company, associates are required to remain on premises during rest periods.

- Overtime pay is based on actual hours worked. Time taken for unpaid meal breaks is not included as time worked for purposes of computing overtime. Time off on holidays, sick leave, vacation leave or any leave of absence will not be factored in as hours worked when calculating overtime.

- Associates are encouraged to manage their time to their work schedule, but there may be instances where incidental overtime is worked. Incidental overtime is defined as overtime worked that totals less than an hour per week. Examples of when someone may incur incidental overtime include finishing a client call at the end of the shift, responding to a client communication outside of your regular shift or timekeeping system rounding. Incidental overtime does not require manager pre-approval.

- In situations when an associate knows they will likely incur overtime during a work week, manager pre-approval is required. So-called planned overtime is defined as time that an associate knows will, or thinks is likely to, result in an overtime event. Examples of planned overtime include, working additional time to cover for a co-worker who is out of the office or attending a meeting or training outside of the regular work schedule.

- If an associate works over and above normally scheduled hours, those extra hours must be recorded in the ADP Time and Attendance system. In simple terms, associates are not allowed to work "off the clock." This includes time incurred before or after a regular shift, during unpaid meal breaks, or after hours at the associate's home or another off-site location.

- Time records should include entries for time spent at mandatory, job-related training programs, lectures or meetings. If an associate has a question as to whether a particular event qualifies as mandatory, the associate should ask his or her manager before the event takes place.

- Do not carry over hours of work from one day to the next, or from one week to the next. Time records should reflect the exact hours worked for each day indicated.

- Associates taking an intermittent leave of absence must record the hours of leave time on the form provided to them and return it each Friday (in accordance with instructions on form) whether the time is paid or unpaid. For questions about this, please contact the HR Service Center by calling 1.844.711.2094.

CONFIDENTIAL                                                      BAMS 00002732

- Associates taking intermittent leave must also record these hours in the ADP Time & Attendance system first using sick time or vacation time, then unpaid time once that is exhausted.

Managers of non-exempt associates are required to complete the following for their non-exempt associates:

- Managers are responsible for ensuring non-exempt associates have accurately entered their time into ADP Time and Attendance system and are paid correctly for all hours worked.

- Managers are expected to approve time on a weekly basis by 7 p.m. EST every Sunday. Managers that do not regularly approve time may be subject to disciplinary action.

- Managers should not make any changes to an associate's time entry without first validating and obtaining approval from the associate, via email, for all time adjustments.

- Managers should assign a proxy in ADP Time and Attendance system if they are unable to review and approve time in a timely manner.

## H. Premium pay

Some associates may be eligible for premium pay if they work second or third shift, or if they use a foreign language to transact a significant portion of their business. Any associates who believe they may be eligible for premium pay should contact their manager for details.

**Shift Differential**
The shift differential practice is designed to pay a premium to eligible associates who regularly work non-traditional hours (i.e., "second" or "third" shift). The table below shows the shift differential requirements.

| Shift | Requirement |
|---|---|
| Second Shift | 50% or more of the regularly scheduled hours between 4:00 pm and 12:00 am |
| Third Shift | 50% or more of regularly scheduled hours between 12:00 am and 8:00 am |

**Language Differential**
The language differential practice is designed to pay a premium to eligible associates who use one or more additional languages (other than English) more than 70% of the time to perform their job responsibilities.

## I. Outside employment

Because of Bank of America Merchant Services' obligations to its customers, the Company must be aware of any concurrent employment to determine whether or not it presents a potential conflict.

Prior to accepting outside employment of any sort, associates (whether they are active or on leave) must seek written approval from their manager. Please refer to the Code of Ethics for additional information on outside employment.

*Note: The employer will not discharge or in any other manner discriminate against employees or applicants*

CONFIDENTIAL                                                                   BAMS 00002733

*because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the employer's legal duty to furnish information.*

CONFIDENTIAL                                                    BAMS 00002734

# Leaves of Absence

Associates on a BAMS approved unpaid leave of absence or on approved Short or Long Term disability in excess of 30 days are required to make arrangements with the Leave Administrator to pay for their portion of benefit premiums.

## A. Bereavement leave

Full-time and part-time associates are permitted up to 5 days with pay to attend the funeral of an immediate family member, which includes a spouse, domestic partner, parent, legal guardian, child, sibling, grandparent, grandchildren or in-law/step (father, mother, brother, sister, son, daughter) of the associate.

An associate's manager must approve all bereavement time, and the Company may request verification of the facts surrounding the leave and grant or deny the leave as deemed appropriate.

## B. Federal Family and Medical Leave rights

Consistent with the requirements of the federal Family and Medical Leave Act (FMLA), associates who are employed at a worksite which has at least 50 associates within 75 miles of that worksite, have completed one year of employment with the Company, and have worked at least 1,250 hours during the 12-month period immediately prior to the date the leave is to commence will be eligible for a maximum of 12 work weeks of unpaid leave (60 working days for a full-time associate), in a rolling 12 month period measured backward from the date you use FMLA, in the following circumstances:

1. For reason of the birth of a child of the associate or the placement of a child with the associate in connection with the adoption or foster care of the child by the associate, or

2. The serious health condition of a child of the associate, or

3. To care for a parent or a spouse who has a serious health condition, or

4. Because of an associate's own serious health condition that makes the associate unable to perform the functions of the position of that associate.

Associates are required to exhaust any accrued and unused vacation and/or sick hour balances while on any type of unpaid leave of absence.

- This includes associates eligible and approved for FMLA only or
- Associates approved for FMLA and STD simultaneously

Associates must use their accrued and unused vacation or sick balances to cover the STD 7 day (5 business days) elimination period.

## C. Parental Leave Programs

**Maternity Leave**

Full-time associates with one full year of service and have worked at least 1,250 hours during the 12-month period immediately prior to the date the leave is to commence are eligible for up to 10 weeks of maternity leave. Pay is at 100% of base pay.

Leave that is medically necessary prior to the baby's birth may be covered under Company or state short-term disability. To request such a leave, associates should notify their manager and contact the

CONFIDENTIAL                                                      BAMS 00002735

HR Service Center at 844-711-2094 and select the option for Leave of Absence. Short term disability and BAMS Maternity program cannot be used simultaneously.

See section below for the impact to commission and Variable Pay Plan payments while on leave.

**Adoption leave**
Full-time associates with at least one year of service and have worked at least 1,250 hours during the 12-month period immediately prior to the date the leave is to commence are eligible for 10 weeks of leave for the adoption of a child (or children) under the age of 18. Pay is at 100% of base pay. See section below for the impact to commission and Variable Pay Plan payments while on leave. To request such a leave, associates should notify their manager and contact the HR Service Center at 844.711.2094, and select the option for Leave of Absence.

Paid adoption leave will be counted concurrently, to the extent permitted by law, against both an associate's maximum federal FMLA leave allowance as well as any applicable state leave allowance. Full-time associates may be eligible for reimbursement of *qualified* adoption expenses up to $10,000 per child adopted.

**Paternity leave**
Full-time associates with one full year of service and have worked at least 1,250 hours during the 12-month period immediately prior to the date the leave is to commence are eligible for 2 weeks of paid paternity leave. Pay is at 100% of base compensation. See section below for the impact to commission and Variable Pay Plan payments while on leave. To request such a leave, associates should notify their manager and contact the HR Service Center at 844.711.2094.

## D. Personal leave

Full-time and part-time associates are eligible to take unpaid personal leaves; however, there is no job or position protection associated with such leaves. The maximum period of time permitted for unpaid personal leave is 12 weeks in a rolling 12-month period. In order to qualify for this leave, the associate must submit a Request for Unpaid Leave form approved by the line of business Executive Vice President and HR Manager to the HR Service Center. Associates should call the HR Service Center at 844.711.2094 and select the option for Leave of Absence to request a form. No vacation or paid sick days accrue during the unpaid portion of any personal leave of absence.

## E. Domestic Violence Leave

Several states and cities have enacted laws that provide domestic violence victims (and in some instances, victims of sexual assault and stalking) time off from work to address the violence in their lives and/or that protects victims from employment discrimination related to the violence. In these states and cities, the specific rights are in addition to rights under the federal Family and Medical Leave Act (FMLA). Since the details of each state and local law vary significantly, if an associate requires domestic violence related leave from work, the associate should notify their manager and the HR service center by calling 1.844.711.2094.

## F. Jury duty leave

Associates are encouraged to serve on jury duty and fulfill their civic obligations. Associates who are scheduled for jury duty must provide documentation of the jury duty summons to their manager immediately.

CONFIDENTIAL

Bank of America Merchant Services will compensate associates their regular base pay while on jury duty for up to six weeks. Associates will not receive any compensation for lost opportunities to obtain commissions, unless required by applicable state law.

If excused or released from jury duty, associates are expected to return to work promptly.

### G. Military leave

Associates who are involuntarily called to active duty or voluntarily enlist in the Uniformed Services will be eligible for military leave for the period of time in which their employment status is protected by law.

For up to 12 months of leave, associates will be paid 100% of their base pay plus commissions, as outlined in the section below for the impact to commission payments while on leave. After 12 months of leave, associates will be eligible for differential pay (the difference between the associate's full pay and military pay, if military pay is less than the associate's full pay) for up to 12 months. Full pay is defined as an associate's base pay plus any remaining commissions or residuals.

After duty is completed, the associate will be reemployed in as favorable a position as the associate would have attained had he or she not entered the service but remained on the job if the associate satisfies all applicable legal requirements and reapplies for his or her position as required by law.

To request military leave, associates should notify their manager and contact the HR Service Center at 1.844.711.2094. A copy of the military orders must be submitted to the associate's Human Resource Manager.

### H. Impact to commission and Variable Pay Plan payments while on leave

Leaves of absence, whether paid or unpaid, may impact an associate's commission and Variable Pay Plan.

Associates participating in the Variable Pay Plan who take unpaid leave of four weeks or more during the applicable Performance Period will have their Individual Award prorated appropriately based on the length of the unpaid leave exceeding four weeks.  A Performance Period is the applicable calendar year over which corporate and individual performance is measured for an award.  Participants can find additional information in the Variable Pay Plan on BAMSZone or the Leave of Absence Toolkit.

Associates' Variable Pay Plan (VPP) Individual Award will not be prorated for time spent on an approved paid leave.

Additional information for associates on a Sales Incentive Plan can be found in the Sales Incentive Plan Terms and Conditions or in the Leave of Absence Toolkit.

CONFIDENTIAL

# General Information

## A. Associate records

An associate's personnel file consists of various imaged documentation which may consist an associate's employment application, emergency information, performance appraisals, or other appropriate employment-related documents.

Personnel records are considered Company property and are not available for review by associates unless specifically authorized by management or otherwise required by state law.

It is the associates responsibility to update  any changes in name, address, telephone number, marital status, number of dependents, military service status, beneficiaries or person to notify in case of an accident, through the Workforce Now Portal.

## B. Five year background check

To help us maintain our brand image, and in support of our core values, Bank of America Merchant Services will conduct background checks every five years for all associates on an ongoing basis. Bank of America Merchant Services may request, for lawful employment purposes, background information about associates from a consumer reporting agency in connection with the associate's employment or application for employment (including independent contractor assignments, as applicable). This background information may be obtained in the form of consumer reports or investigative consumer reports, or both (commonly known as "background reports"). Associates will be notified when a background check is required, and participation in the five year background check is a condition of ongoing employment.

## C. Job postings and promotions

Bank of America Merchant Services has a job posting program to inform associates of available positions. Bank of America Merchant Services will fill job vacancies whenever possible by promoting qualified associates from within the Company.

To apply for a posted position, an associate must:

- Be in their current role a minimum of 12 months or receive manager pre-approval;

- Meet the minimum requirements for the position, and

- Must be in good standing in their current position. An associate who has been placed on Final Written Warning (using the Disciplinary Action form) must wait 90 days to apply for a new role. An associate on a Performance Action Plan (using the Performance Action Plan form) may not apply for a new role with the company until the duration of the plan is complete, as indicated on the form (30, 60, or 90 days).

Associates interested in applying for an open position should submit an application through the job posting website indicating their interest in the position.  Associates must inform their manager that they have applied for the job. Candidates will be evaluated on individual performance, conduct, experience and potential. Length of service, although considered, will not be the sole determining factor in selecting candidates for open positions.

Bank of America Merchant Services has the discretion to fill job vacancies from outside the Company at any time.

CONFIDENTIAL

### D. Associate references

It is the approach of Bank of America Merchant Services that no references on former associates will be given. In response to an outside request for information regarding a current or former associate, the HR Service Center will furnish or verify only an associate's name, dates of employment, job title and department.

Should an associate receive a written request or inquiry for a reference, he/she should refer the request to the HR Service Center. No associate may issue a reference letter to any current or former associate without the permission of Human Resources.

### E. Service bridging

Bank of America Merchant Services recognizes an associate's years of service as the basis for determining eligibility requirements for vacation and other benefits. Effective February 2017, Bank of America Merchant Services will bridge service years for associates who leave and then are re-employed by the Company, so long as the break in service is less than one year. Associates who have previous employment with Bank of America Corporation and/or First Data Corporation will have only their years of service with their most recent previous employment with either Bank of America Corporation or First Data Corporation counted as service with the Company, as long as the break in service between the Company and either First Data Corporation or Bank of America Corporation is less than one year.

### F. Time off to vote

Associates who are eligible to vote in an election, and who are unable to vote either before or after their scheduled work hours when the polls are open, may request up to two hours of paid time off to vote.

Any associates who plan to take time off to vote must notify their manager before Election Day. The Company may specify which hours associates take off to vote.

### G. Employment verification

If an associate needs to provide proof of employment or income to a private agency, for example, when applying for a loan, leasing an apartment or vehicle, or for reference-checking purposes, the verifier may contact "The Work Number" by calling 1.800.367.5690 or visit www.theworknumber.com.

### H. Open door communications

Bank of America Merchant Services strongly believes that open and honest communication is critical to providing the best climate to achieve personal, career and business goals. Associate input helps improve work processes, address concerns, and promote associate understanding of the rationale for policies, practices, processes and decisions. Bank of America Merchant Services values associates' constructive opinions and suggestions, and want associates who have a problem, complaint, suggestion or observation to communicate with their manager.

### I. Dating in the workplace

Managers and associates under their supervision are prohibited from forming romantic or sexual relationships. Such relationships can create the impression of impropriety in terms and conditions of employment and can interfere with productivity and the overall work environment. If such a relationship develops, all involved associates are required to notify their Human Resources Manager immediately to determine whether any work changes are possible to the reporting structure. Bank of America Merchant Services cannot guarantee that such changes will be possible.

Associates who engage in such behavior may be subject to discipline, up to and including termination of employment.

## J. Nepotism

Employing relatives of active associates is permitted provided it does not create a real, potential or perceived conflict of interest. Associates may not supervise or be part of the management hierarchy chain of immediate family members employed by Bank of America Merchant Services. Immediate family is generally defined as the spouse, domestic partner, parent, legal guardian, child, sibling, grandparent, grandchildren or in-law/step (father, mother, sister, son and daughter) of the associate.

## K. Genetic Information Nondisclosure

The Genetic Information Nondisclosure Act of 2008 ("GINA") prohibits employers and other entities covered by GINA Title II from requesting genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information to us, including when requesting one of the leaves of absence described above, except where required by law. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproduction services.

## L. Dress code

Bank of America Merchant Services wishes to uphold a professional and polished image. As such, appropriate attire is required. Associates should use common sense and good taste. Lines of business may provide more specific dress code standards. Violation of the dress code may result in disciplinary action, up to and including termination of employment.

## M. Maternity Accommodations

The Company will provide pregnant associates and those associates recovering from childbirth with rights to reasonable accommodations to perform the essential requisites of the job. The reasonable accommodations include bathroom breaks, breaks to facilitate increased water intake, periodic rest if an associate stands for long periods of time, assistance with manual labor, changes to an associate's work environment and unpaid medical leave. These accommodations will be made for up to one year after a child's birth, or longer if required by state law.

## N. Lactation

The Company will also do its best to provide those associates who return from leave and are still lactating more frequent or longer break times. Private space will be provided to the associate for those purposes.   Associates will also be provided with unpaid breaks of reasonable duration, as needed.

## O. Display of personal items in the workplace

Bank of America Merchant Services realizes that associates may wish to display personal items in their workspace. These items should be appropriate and suitable for the workplace. Associates may not post or display items in their work areas which may be intimidating, threatening, coercing or harassing. For example, associates may not display or post derogatory or offensive posters, photographs, cartoons, magazines or drawings that violate the Company's discrimination and harassment commitment.

## P. Non-solicitation and distribution

Bank of America Merchant Services believes in social responsibility and community involvement. However, we also believe that certain forms of solicitation and distribution, no matter how well-intentioned, can cause disruption to associates in the workplace. Accordingly, all associates are expected to adhere to the following rules:

CONFIDENTIAL

- Associates must not solicit memberships, contributions, sales, pledges or subscriptions from other associates during working time of any associate, regardless of whether such solicitation is made in person or through Company communications (e.g., e-mail).

- Associates may not distribute or post literature, leaflets, notices, cards, advertising, "for sale" items, petitions, chain letters, non-business faxes, electronic mail, voice mail or any other material during working time or within working areas.

- Unauthorized non-associates should not be permitted on Company premises. Non-associates (whether authorized to be on the premises or not) are not allowed to solicit Company associates, use bulletin boards, or distribute or post anything on Company premises at any time.

Exceptions to this are limited to approved Company-sponsored solicitations and distributions. For approval of activities, or questions or concerns regarding participating in or promoting events, associates should contact their line of business Human Resources representative. Failure to comply may result in disciplinary action, up to and including termination.

**Non-solicitation of clients**

To protect the Company's interests in its client relationships, its trade secrets, confidential and proprietary information that we have or will have access to, including but not limited to information pertaining to Company's clients and the representatives of those clients, their names and addresses, specific customer needs and requirements, and leads and references to prospective clients ("Confidential Information"), associates must agree that, for 12 months after the cessation of employment, the associate will not solicit or attempt to solicit any client or prospective client of the Company for the purpose of providing any products and services similar to those that they sold or attempted to sell on behalf of the Company. This restriction will apply only to any client or prospective client of the Company with whom the associate had contact or learned trade secrets or confidential information, during the last 24 months of employment with a business unit of the Company. For the purpose of this paragraph, "contact" means interaction between an associate and the client, former client, or prospective client, which takes place to further the business relationship, or making sales to or performing services for the customer, former client, or prospective client on behalf of the Company.

"Trade secret" means information, including a formula, pattern, compilation, program device, method, technique, or process, that: (i) derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from its disclosure or use, and (ii) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

**Non-solicitation of associates**

To protect the Company's interests and information as described above, during employment with the Company and for 24 months after the cessation of employment with the Company, associates will not recruit, or attempt to recruit or hire, directly or by assisting others, any other associate of the Company with whom they had contact or learned trade secrets or confidential information during their last 24 months of employment with the Company. For the purposes of this paragraph, "contact" means any business-related interaction between two associates.

## Q. Conduct standards

Bank of America Merchant Services expects every associate to adhere to the highest standards of personal conduct, including individual involvement with Company personnel and outside business contacts.

CONFIDENTIAL    BAMS 00002741

The Company may discipline or discharge any associate for violating any Company policy, practice or rule of conduct. Bank of America Merchant Services generally uses progressive discipline to ensure compliance with Company rules and policies. The progressive disciplinary process generally consists of:

- Verbal warning (which may be documented).
- Written warning(s), disciplinary probation and/or disciplinary suspension.
- Termination of employment.

Progressive discipline is not required. Bank of America Merchant Services reserves the right to terminate associates for any reason or no reason, in its sole discretion, with or without utilizing progressive discipline or counseling. This in no way alters the Company's relationship with employees who are at-will, or limits the Company's right to change an at-will associate's position, title, responsibilities, status or compensation, at any time, with or without cause.

Managers may request that associates sign written warnings, suspension notices and other discipline-related documents. The associate should carefully read the document and sign, as instructed. Some documents merely ask the associate to sign as evidence the document was shared while other documents are signed as the associate's agreement to terms. The following are some examples of clearly and obviously unacceptable behavior which will lead to discipline, up to and including immediate termination of employment:

- Verbal abuse, yelling and/or humiliating another associate.
- Providing inaccurate information to the Company, or falsifying any Company records or documents.
- Failing to record working time accurately or recording a co-worker's time.
- Insubordination.
- Use of vulgar, profane or obscene language, including any communication or action that violates our policy against harassment and other unlawful forms of discrimination.
- Disorderly conduct, fighting, making threats, acts of violence or endangering the safety of others.
- Misusing, destroying or stealing Company property or another person's property.
- Violations involving the drug and alcohol prohibition in the workplace.
- Violating conflict of interest rules.
- Using Bank of America Corporate Travel card for personal use.
- Disclosing or using confidential or proprietary information without authorization.
- Violating any agreement between the associate and the Company, including, but not limited to any confidentiality agreement.
- Violating the Company's computer or software use policies.
- Being convicted of a crime that indicates unfitness for a job or presents a threat to the Company or its associates.

### R. Performance evaluations

Each year, performance goals are created at the enterprise level and cascaded through the organization to create individualized performance goals and objectives for each associate based on their position. In addition, to align with our core values, Bank of America Merchant Services supports a

CONFIDENTIAL                                                      BAMS 00002742

pay for performance meritocracy. This means that individual performance will be a significant factor in your variable compensation awards, with larger awards going to top performers."

Associate performance and pay are linked through the following practices:

- Each associate is required to have goals.
- Each associate will have a performance plan, based on the Bank of America Merchant Services Company, line of business, and individual objectives and goals.
- Each associate will receive a performance review and continuous coaching during the year.
- Individual Performance results (the "What") and behaviors (the "How") serve as the basis for compensation decisions.

Managers and associates are strongly encouraged to discuss job performance and goals informally at any time.

Periodic performance reviews will be conducted to provide both managers and associates with the opportunity to discuss job tasks, identify and correct weaknesses, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting goals. These reviews will generally be conducted at mid-year as well as year-end for those associates with a minimum of 90 days of service at the time of the review.

Any associate who has not received a performance review in more than eight months may request a performance review by making a written request to their manager and copying the Human Resources Business Partner on the request.

### S.  Performance standards

At Bank of America Merchant Services, we are committed to being the industry's premier payment services provider. An associate's ability to serve our customers in a professional manner, while meeting or exceeding minimum performance standards, is critical. Associates are expected to perform their job at an acceptable level of performance and production consistent with business requirements.

 Coaching forms and Performance Action Plans are used to address poor performance.

These will generally consist of:

- Verbal coaching
- Written Coaching Form
- Written Performance Action Plan
- Termination of employment

A Progressive performance process is not required. Bank of America Merchant Services reserves the right to terminate associates who are at-will employees for any reason or no reason, in its sole discretion, with or without utilizing progressive performance standards or counseling. This  in no way limits or alters the  employment relationship or the Company's right to change an at-will associate's position, title, responsibilities, status or compensation, at any time, with or without cause.  More information can be found in the Declining Performance Guide.

### T.  Termination of employment

Employment terminations, both voluntary and involuntary, are an inevitable part of any organization.

**Voluntary termination** occurs when an associate resigns or is separated from Bank of America Merchant Services at his or her own request.  Unless there are extenuating circumstances, absences from work for two or more consecutive days without notifying the Company constitutes job

CONFIDENTIAL                                                                      BAMS 00002743

abandonment and will be considered a voluntary resignation. Although not required, the Company requests an associate who intends to resign from the Company provide at least two weeks' written notice to allow for proper staffing adjustments. An associate's manager may choose to accept any resignation, no matter how much advance notice is given, effective immediately.

**Involuntary termination** occurs when the employment relationship is terminated at the Company's request or direction.

**Pay for terminating associates**

Associates will be paid through their termination date. The termination date is generally the last day work is performed for the Company. An associate's termination date cannot be extended by the use of paid time off such as vacation and sick time.  In the case of a voluntary termination, once an associate has given notice to resign, the associate is no longer eligible to use (nor is approved to use) sick pay benefits unless otherwise required by state law. Departing associates will be paid for accrued, unused vacation if: (1) the associate resigns and gives the requested two week notice, or (2) the associate is terminated not for cause. Whether an associate is terminated for cause will be determined in the sole discretion of the Company. Accrued, unused vacation time is not paid out on termination of employment by the Company for cause unless state law requires otherwise. The calculation of unused accrued vacation will follow the vacation accrual policies outlined elsewhere in this document. Associates receive credit for the vacation accrual in the month they terminate.  Available sick hours are not paid out upon termination (except where required by law). If, for any reason, at the time of employment termination, an associate has taken more vacation time than the associate is entitled to accrue as of that date, any overpaid portion may be withheld from the associate's final paycheck, subject to applicable laws.  Bands 1 – 3 associates do not accrue vacation; therefore they are not eligible for a payout upon termination.

Associates who leave the Company are responsible for keeping their home address current by updating information through the Workforce Now Portal. This information is needed to ensure associates receive year-end tax statements.

## U. Compliance training requirements

All Bank of America Merchant Services associates are required to complete, at minimum and on an annual basis, key compliance trainings which include, but not necessarily limited to: Avoiding Bribery and Corruption, Antitrust, Anti-Money Laundering & Terrorist Financing, Global Privacy, Global Information Security, Third Party Service Providers, Unfair, Deceptive, or Abusive Acts or Practices, Overview of Enterprise Risk Framework, and Code of Ethics. These core trainings are designed to ensure that Bank of America

Merchant Services is achieving the highest standards of ethical conduct, legal compliance and corporate governance. Associates are expected to complete their assigned trainings on-time. Associates who fail to complete their assigned training by the deadline communicated are subject to disciplinary action, up to and including termination of employment.

# Confidential Information

## A. Confidentiality

Company information shall be handled in such a way as to ensure that it is protected from unauthorized use, access, disclosure, modification, destruction, damage, delay, or removal, either intentional or accidental.  Company information shall be accessed, used and disposed of in a manner appropriate to its classification.  The Bank of America Merchant Services Information Classification and Handling standard is described in the Information Security Policy.

CONFIDENTIAL                                                      BAMS 00002744

Information about Bank of America Merchant Services, its associates, clients, suppliers and vendors is to be kept confidential and divulged only to individuals within the Company with both a need to receive and authorization to receive the information. If associates have any doubt about whether information should be divulged, they should err in favor of not divulging information and discuss the situation with their manager.

Confidential information obtained during or through employment with the Company may not be used by any associate for the purpose of furthering current or future outside employment or activities or for obtaining personal gain or profit. Bank of America Merchant Services reserves the right to avail itself of all legal or equitable remedies to prevent impermissible use of confidential information or to recover damages incurred as a result of the impermissible use of confidential information.

Associates must agree that, during their employment and after the cessation of their employment, they will not use, disclose or disseminate to any other person, organization or entity, or otherwise employ any of the Company's proprietary or sensitive information.

Additional information on controls associates must follow related to handling company information is contained in the Information Security Policy.

## B. Information Security Policy

Bank of America Merchant Services collects, processes, stores, and transmits many types of information – customer data, internal business documents, human resources data, etc.  To manage this information, Bank of America Merchant Services maintains information resources including but not limited to computer systems, network equipment, storage devices, e-mail, Internet sites, applications, telephones, mobile phones, printers, copiers, fax machines, computer files, operating systems, and databases. Bank of America Merchant Services has published the Information Security policy to:

- Define acceptable use of Bank of America Merchant Services information resources.
- Preserve the confidentiality, integrity, and availability of its client and enterprise information.
- Comply with customer agreements and contracts, government regulations, applicable law, industry and payment card association standards, and other Bank of America Merchant Services policies, standards, and procedures.

Associates should refer to the Information Security policy posted on BAMSZone for additional information related to this policy, including: acceptable use of Internet, e-mail, telephone, blogging and social media; prohibited activities; software policy; workplace monitoring; property inspections and searches; information classification and handling; user access controls; computer system security; network security; personnel security; third-party security; and compliance.

## C. Return of Company property upon separation

When an associate's employment with Bank of America Merchant Services terminates for whatever reason, associates are required to immediately return all Company-owned property used during their employment, and all documents, disks and other materials containing proprietary or confidential information belonging to the Company. This includes, without limitation, keys, credit cards, computers, BlackBerrys, cell phones, communication devices, identification cards or badges, and any other equipment, materials or items purchased, leased, owned or otherwise belonging to Bank of America Merchant Services. The Company reserves the right to deduct from an associate's paycheck amounts for equipment that is lost, damaged, or that the associate fails to return upon request. All deductions will be made in accordance with the law of the state in which associates are employed.

Upon separation, associates must return any originals or duplicates of any written or other tangible items, whether maintained in hard copy, film, microfiche or electronic medium, belonging to the Company, its subsidiaries, affiliates, successors or assigns, including. without limitation,

CONFIDENTIAL                                                        BAMS 00002745

correspondence, reports, memoranda, records, data, charts, notes, devices, specifications, drawings, customer lists and any other item containing trade secret information or confidential information relating to Bank of America Merchant Services products, services, designs, formulas, developmental or experimental work, computer programs, databases, customers/clients, marketing strategies, business plans, financial information and associate information. These items are property of Bank of America Merchant Services.

CONFIDENTIAL                                                                BAMS 00002746

# Workplace Health and Safety

### A. Occupational, health and fire safety

The Company will comply with applicable safety, health, and fire codes as defined in country, state, province, county, city, or other government regulations. In the absence of appropriate codes, the Company will use the United States' Occupational Safety and Health Administration (OSHA) and National Fire Protection Association (NFPA) regulations as a baseline for developing the Corporate Security Building Safety Standard and supporting Procedures.

### B. Inclement weather

Bank of America Merchant Services provides services to customers on a 24-hour basis. Thus, all associates are expected to make every reasonable effort to report to work on time. If weather conditions or a disaster prohibit reporting to work at the regular time, associates should, prior to their designated start time, notify their manager of their estimated time of arrival. Late arrivals must provide adequate reasons for the late arrival time. If after notifying the manager, an associate misses an entire day of work, the associate will not be paid for that period of absence unless they substitute vacation time.

In the event of an office closure, exempt associates should attempt to work remotely to the extent that they are able to do so. Non-exempt associates will be paid for a full day when an office location closes early or is closed for a full day due to weather or a disaster. Any non-exempt associate that does not report to work when an office location is open will not be paid unless they use vacation time. Manager approval is required to use vacation time.

### C. Emergency Management

BAMS Operations is responsible for mitigation, planning, initial response, and follow-up for the following types of events:

- Natural disaster (earthquake, flood, tornado, hurricane, landslide, tidal wave, etc.);
- Technological disaster (building failure, industrial accident, fire, explosion, electronic failures, etc.);
- Confrontation (picketing, demonstrations, civil disobedience, etc.)
- Malevolence (terrorism, kidnapping, etc.);
- Workplace violence or threats of workplace violence;
- Theft, vandalism, or destruction of physical property by individuals;

In the event of a declared emergency, associates should rely on the emergency management process at their site to provide initial response, attempt containment of the event, and assess the damage or outcome. The disaster response process is documented in each sites emergency procedures as well as the Corporate Business Continuity Plan. Initial disaster response precedes the deployment of business continuity activities. Once the initial incident is contained and associate safety is confirmed, the BAMS Business Continuity Plan takes effect. Should an enterprise-level event occur, the local emergency management responders will join and become an input to the enterprise business continuity response process.

### D. Workplace injuries

Associates should report all accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues immediately to their manager.

Associates who are injured or become ill on the job may receive workers' compensation insurance benefits that may include medical care, compensation and vocational rehabilitation.

CONFIDENTIAL                                                    BAMS 00002747

In order to receive workers' compensation benefits, associates must report any work-related injury to their manager, complete a written claim form, and seek medical treatment and follow-up care if necessary.

Workers' compensation benefits may be available to an associate for an injury, illness or death that occurs while on the job. Workers' compensation insurance benefits may include medical care, compensation, vocational rehabilitation and death benefits.

In addition, contractors are required to report accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues to his or her Bank of America Merchant Services functional manager. Any contractors who need information on workers' compensation or to file a claim should contact their agency representative.

### E. Workplace safety and security

All associates are responsible for ensuring the safety of their workplace. Associates are expected to take common-sense precautions (such as parking in well-lit areas when working at night) and to notify their manager of any situation that they believe may be dangerous. All associates are required to comply with the security procedures applicable for their facility. Failure to abide by safety and security rules is grounds for discipline, up to and including termination of employment.

**Violence Prevention**
The Company is committed to providing associates with a work environment that is safe, secure, and free of harassment, threats, intimidation and violence (collectively referred to as "violence" in this policy).Bank of America Merchant Services has no tolerance for any workplace violence or threats of violence in the workplace. The following are strictly prohibited:

**Weapons**

Possession of any dangerous weapons (or toxic or other materials that could be utilized as a weapon) on Company-owned or leased property, including in Company-owned vehicles and in parking areas, unless Bank of America Merchant Services is expressly required to allow possession of such items under state or local law. "Dangerous weapons" include but are not limited to:

- Any knife having a blade three (3) inches or more in length, or any snap-blade or spring-blade knife regardless of length of blade;
- Any ice pick or similar stabbing tool;
- Any cutting, stabbing or bludgeoning weapon or device capable of inflicting grievous bodily harm;
- Any straight edge razor or razor blade fitted to a handle;
- Any firearm, air rifle, B-B gun, air gun, sling, sling shot, or other similar instrument or device designed or intended to discharge or capable of discharging a bullet, shot, or other missile of any kind.

**Violence**

Threats or acts of violence or menacing behavior, including but not limited to bullying or intimidation.

CONFIDENTIAL                                   BAMS 00002748

**Security Tampering**

- Unauthorized opening of or tampering with locks, duplication of keys issued by the Company, or unauthorized access to a facility, or to restricted or locked areas.
- Tampering with electronic security or life safety equipment, i.e. security cameras, security detection devices, fire extinguishing and fire detection equipment.

**Company Response to Threatening or Violent Behavior**

Any person who exhibits threatening behavior or threatens or commits a violent act on Company property will be removed from the work site as quickly as possible, and will remain away from the work site pending the outcome of an investigation of the incident. Persons who commit such acts outside the workplace, but which impact the workplace, also will be dealt with appropriately.

All associates are responsible for ensuring the safety of their workplace. Associates are expected to take common-sense precautions (such as parking in well-lit areas when working at night) and to notify their manager of any situation that they believe may be dangerous. All associates are required to comply with the security procedures applicable for their facility. Failure to abide by safety and security rules is grounds for discipline, up to and including termination of employment.

**Associate Response to Threating or Violent Behavior**

Any associate who: (1) observes incidents of violent behavior, illicit or sexual behavior, or threats in the workplace, (2) has reason to believe a dangerous situation may exist, or (3) has experienced violence in their personal life that they fear may spill over into the workplace; is responsible for updating their manager or using any of the other channels available to associates as noted below.

All individuals who apply for and obtain a protective or restraining order which lists Company locations as being protected areas, must provide to their manager and Human Resources (at the BAMSHR@bankofamericamerchant.com) a copy of the petition and order.

Every associate is responsible for reporting situations that may have a risk of workplace violence. Calls to the Hotline can be anonymous. However, because anonymity may hinder the investigation or resolution of a complaint or report, callers are encouraged to identify themselves. Associates should report violence to any one of the following:

- Associate's Manager, or other senior management official;
- An officer of the Human Resources Department;
- Contact the BAMS General Auditor at 404.890.3201, who has the responsibility for investigating and managing reports of potential ethics violations;
- Send an e-mail to the following address:

BAMS_Ethics@bankofamericamerchant.com.

## F. Drug and alcohol

Misuse of alcohol or drugs by associates can impair the ability of associates to perform their duties, as well as adversely affect our customers' confidence in our Company. It can also adversely affect the safety of customers, fellow associates and third parties and therefore is strictly prohibited on Company premises.

Bank of America Merchant Services strictly prohibits the possession, manufacture, sale, distribution, dispensation, consumption or use of illegal drugs and alcohol while on Company property, while on duty, on-call status, operating a Company-owned or leased vehicle and when operating any vehicle

CONFIDENTIAL                                                                 BAMS 00002749

used for Company business. In addition, detectable amounts of alcohol or illegal drugs in an associate's system while working will lead to discipline, up to and including termination of employment.

"Illegal drugs" mean drugs deemed illegal by state or federal law, including marijuana and prescription medications used by associates if the medication is not lawfully prescribed for the associate's current use. Illegal drugs can also include prescription or over-the-counter medications or substances not used in accordance with manufacturer's or a doctor's instructions.

## Drug testing
Associates may be drug tested in a variety of situations, including pre-employment, upon reasonable suspicion, post-accident, as part of rehabilitation or follow-up testing, return to work testing, randomly or in other circumstances as determined appropriate by the Company. Any and all testing will be conducted in accordance with applicable state law.

Any associate who refuses to submit to lawful drug testing, refuses to sign appropriate drug testing authorization forms, or who tampers with a sample will be subject to discipline, up to and including termination of employment.

## Required disclosure of drug-related convictions
An associate is required to inform the Company within five days after he or she pleads guilty, no contest, or is convicted of a violation of any federal or state criminal drug statute.

## Legal drugs and prescription medications
Associates taking prescription or non-prescription medication are responsible for being aware of any potential effect such drugs may have on their reactions, judgment or ability to perform their duties. If a legal prescription may impair an associate's ability to safely and effectively perform his or her job, the associate must report such use to his or her manager prior to reporting to work. All prescription medication must be clearly labeled and kept on the associate's person or secured in a locking drawer/cabinet at all times.

## Rehabilitation assistance
If an associate is concerned that he or she has a drug or alcohol problem, free confidential assistance is available from the Employee Assistance Program (EAP). For details, contact the EAP/Life Care at 800-697-7315.

## Use of alcohol while working
Exceptions to the prohibition on use of alcohol during working time will be made in certain circumstances — for example, associates are permitted to consume alcohol at Company functions where alcohol is served. In addition, the Company does not generally prohibit alcohol used in moderation when associates are at social functions with clients — e.g., associates are permitted to have a glass of wine when having dinner with a client.

If alcohol is served at a Company-sponsored function, only those individuals legally permitted to consume alcoholic beverages may be served. However, no associate is obligated to consume alcohol at any such events and no associate should feel pressured to consume alcoholic beverages.

All associates are required to maintain appropriate conduct and decorum at work-related functions and while with clients, regardless of the acceptability of using alcohol under the circumstances. It is never acceptable for an associate to leave any work-related function and drive a car if the associate's blood alcohol level is over the legal limit.

## Violations involving drug and alcohol use
If an associate tests positive or is otherwise determined to be in violation, the associate may be subject to discipline, up to and including termination of employment.

CONFIDENTIAL                                    BAMS 00002750

## G. Tobacco-free workplace

The smoking or use of all tobacco products, including cigarettes of any kind, cigars, pipes, chewing tobacco, snuff or electronic cigarettes/vaporizing devices, is prohibited in all indoor work areas including private offices. Smoking is prohibited in all outdoor areas on BAMS, First Data and Bank of America owned or leased properties except in designated smoking areas. Smoking is prohibited within 100 feet of flammable liquids or other highly combustible materials. The BAMS Tobacco-free workplace commitment will be clearly posted in all major sites.

## H. Driver safety

The Company Safe Driver Program allows the Company's Human Resources Department to evaluate the driving behavior of associates who regularly operate a motor vehicle as part of their job duties. New hires at the time of employment and, on a biennial (every other year) basis, continuing associates will complete a consent for a Motor Vehicle Record (MVR) check. The Company will review the MVR records and take appropriate action, which may include disciplinary action, up to and including termination, as more fully described in the Safe Driver Program available on BAMSZone.

## I. Office fire safety

**Fire Extinguishers**

Fire extinguishers will be located within 75 feet of associates working on site. Each fire extinguisher must be accompanied by instructions regarding the correct usage of the device

Extinguishers must be professionally inspected and maintained on an annual basis in accordance with OSHA regulations.

**Cord Management**

The Company has adopted a cord management standard designed to limit potential damage to equipment, as well as to facilitate a clean working environment free of potential hazards to associates. Cords will be bundled inside cord protectors and/or cable covers and secured above floor level whenever possible. The associate's responsibility is to bring this to the attention of the Site Coordinator who will work with facilities management to provide the appropriate cord management solution.

**Potential Fire Hazards**

To reduce the likelihood of office fires, the following items are prohibited or restricted to the areas indicated:

- Portable heaters are prohibited
- Coffee makers, refrigerators, microwave ovens, crock pots, and other heat or cold producing appliances are prohibited except in galley areas or conference rooms set up for serving meals
- Candles, lanterns, incense, and open flames are prohibited
- When repair or maintenance requires open flame, torch or welding, a "HOT WORK" permit must be issued through facility engineering prior to commencing work. The work and time frame must be reported to receive a hot work permit
- Holiday decorations must be made of non-combustible materials. Live or natural materials that burn easily, such as trees and natural wreaths, may not be used
- Decorations incorporating lights or decorated with lights must not be made of aluminum and the lights must be turned off when the area is unoccupied

- Decorations of any kind must not be hung from or in any way impede the operation of fire sprinklers

## J. Fire and Evacuation Drills

At facilities that are Company-owned or where the Company is the only tenant, Operations will coordinate at least annual emergency evacuation exercises with locally appointed Safety Representatives.

At facilities where the Company is one of two or more tenants, the Site Leader / Coordinator will work with the building owner or landlord to determine the best method to provide evacuation exercises to Associates at that facility.

Site Leaders/Coordinators are responsible for maintaining an updated floor plan of the site indicating the location of all associates, as well as the location of fire extinguishers, first aid equipment and any other life safety equipment. The floor plan must be updated on a quarterly basis, or whenever a change is made to associate placement that might affect the plan.

## K. First Aid and Associate Safety

First Aid stations are located at each major site to provide basic medical care to associates. First Aid stations include, but are not limited to: bandages (elastic and cloth), pain reliever, antacid tablets, antiseptic spray, cleansing wipes, burn cream/spray, anti-itch cream/spray, eye wash/drops, antibiotic cream, scissors, first aid facts sheet, etc.

Procedures for the handling of medical emergencies are located in each site next to the First Aid stations.

It is the responsibility of the Site Coordinator, as directed by the Site Leader, to check the status of first aid supplies on a monthly basis. Supplies should be replenished as needed or on a quarterly basis, whichever occurs first.

## L. Food in the Workplace

In order to limit the potential impact of pests (insect and rodent) at BAMS sites, food and beverage should be stored in the appropriate kitchen or galley area. No food may be stored at associate workstations overnight unless correctly sealed in an air tight container.

# Corporate Communications and Technology

## A. Media Relations Policy

As a leader in electronic commerce and payment services, Bank of America Merchant Services is often contacted by the news media for Company news and information or for commentary on industry trends.

Reporters often will contact individual associates for comment or information about Bank of America Merchant Services. Associates may not answer media inquiries. It is critical that all media requests are handled by an authorized and trained media relations professional. Our goal is to maintain consistent messages and to ensure that accurate and complete information is communicated.

Any inquiry from the media should be directly referred to the Bank of America Merchant Services communications team. This policy serves to protect associate and customer confidentiality, ensure accurate and consistent statements, and allows us to take full advantage of media opportunities.

## B. Company equipment

CONFIDENTIAL                                                                    BAMS 00002752

When using Bank of America Merchant Services property, including computer equipment or hardware, exercise care, perform required maintenance, and follow all operating instructions, safety standards and guidelines.

Associates should notify their manager if any equipment or machines appear to be damaged, defective or in need of repair. This prompt reporting could prevent the equipment's deterioration and could also help prevent injury. Should any associate have questions about the maintenance and care of any workplace equipment, they should ask their manager.

Any associate who uses or operates equipment improperly, carelessly, negligently or unsafely may be disciplined, up to and including termination of employment. In addition, the associate may be held financially responsible for any loss to Bank of America Merchant Services because of such mistreatment.

Usage of Company property for personal purposes should be minimal, and should not interfere with the primary job responsibilities associates are expected to perform.

## C. Physical protection and security of laptops and mobile devices

Associates MUST protect Bank of America Merchant Services laptops and mobile devices assigned to them from theft or unauthorized use. While Bank of America Merchant Services is committed to providing a secure work area, associates are responsible for the security and safeguarding of assigned corporate equipment and assets, including computers and mobile devices.

Required behaviors:

- Associates should not leave their laptops and mobile devices unattended in public areas or in areas susceptible to theft (such as unsecured or in open view in a hotel room, open view in a car, in an unlocked car, in an insecure facility, etc)
- When traveling, associates should:
    - Not place a laptop or mobile device in checked baggage
    - Keep their laptop and mobile device in their possession at all times
    - Watch their laptop and mobile device carefully while going through the security checkpoints
    - Make all reasonable attempts to secure laptops and mobile devices in hotel rooms
- Associates who leave laptops or mobile devices in the office after business hours should secure them by locking them in a desk, cabinet or other approved physical storage.
- If an associate's laptop is lost or stolen, the associate should contact local law enforcement to make a police report and call the Bank of America Merchant Services Privacy Hotline at 1.888.427.4468 to report the event (identify yourself as a Bank of America Merchant Services associate). If internationally, call 001.402.777.2911 and notify their manager immediately. If the loss or theft involves Bank of America equipment, the associate must also call the Bank of America Enterprise Information Support Line at 1.800.207.2322 in addition to Corporate Security at 1.800.222.7511 to have a corporate security associate assigned to the case.

## D. Mobile device usage

**Personal mobile devices**

While at work, associates are expected to exercise the same discretion in using personal mobile

CONFIDENTIAL                                                                    BAMS 00002753

devices

as is expected for the use of Company mobile devices. Excessive personal calls during the workday, regardless of the phone used, can interfere with associate productivity and be distracting to others. Associates are asked to make personal calls on non-work time and to ensure that friends and family members are aware of the Company's policy. Flexibility will be provided in circumstances demanding immediate attention. The Company will not be liable for the loss of personal mobile devices brought into the workplace.

**Camera phones**

The Company prohibits the use of cameras in the workplace, including camera phones, as a preventative step believed necessary to further associate privacy, protection of Company trade secrets and other business information.

## E. Use of Company mobile devices while driving

This applies to the operation of Company vehicles at all times and also applies to operation of personal vehicles if an associate is on work time or conducting business for the Company.

While driving, safety takes precedence over conducting business. Associates are solely responsible for ensuring that they drive safely, and that their own safety and the safety of others is not impacted by the use of any mobile device.

Associates must not use mobile devices in any manner prohibited by law, regulation or other ordinance. Associates who are charged with traffic violations resulting from the use of their phone or other mobile device will be solely responsible for all liabilities that result from such actions.

The Company recommends:

1. That associates not e-mail or text while driving, even if stopped at a red light,

2. That associates who use mobile devices in the car use a hands-free device, even if not required by law, and

3. That associates pull off the road in any circumstance where they may be distracted by their mobile device.

CONFIDENTIAL                    BAMS 00002754

# Associate Benefits

### A. General information about associate benefits

Bank of America Merchant Services offers a comprehensive, competitive benefits package designed to meet the diverse needs of our associates. A number of the benefit programs — such as Social Security, workers' compensation, state disability, and unemployment insurance and COBRA — cover all associates as required by law.

Generally, you are eligible for benefits if you are a full-time associate working 30 or more hours per week at Bank of America Merchant Services, except as otherwise required by law or expressly set forth herein.

The chart below provides an overview of benefits eligibility according to associate classification. Some benefit programs require contributions from associates, but many are fully or partially paid by Bank of America Merchant Services.

More detailed information regarding any of these benefits is contained in the annual Bank of America Merchant Services Health and Wellness Benefits Guide, group insurance policies, and plan summary documents. While this section provides a general overview of Company benefits, it does not describe all the limitations or conditions of the benefit programs. In the event of any conflict between the Associate Handbook and the benefit plan documents, the plan documents or group insurance policies will control.

Bank of America Merchant Services reserves the right to add, amend, modify or terminate any benefit plan or program. For a complete description of currently available benefits, review the Bank of America Merchant Services Health and Wellness Benefits Guide or contact the HR Service Center at 844-711-2094.

### B. COBRA

Under the Consolidated Omnibus Budget Reconciliation Act (COBRA) associates have the right to choose continuation of coverage for certain qualifying events. COBRA continuation coverage is available to associates and members of the associate's family who are covered under the group health plans at the time of the qualifying event.

For additional information about associate rights and obligations under the group plan and under federal law, associates should review plan's Summary Plan Description (SPD) or contact the HR Service Center at 844-711-2094.

### C. Employee Assistance Program (EAP)

Bank of America Merchant Services has an Employee Assistance Program ("EAP"), which is offered through EAP/Life Care Specialists available for confidential 24/7 assistance on:

- Emotional Health and Counseling
- Parenting, Child Care and Education
- Senior Caregiving Services
- Wellness and Daily Living
- Legal and Financial

Contact the Employee Assistance Program 24/7 at 800.697.7315 or visit the ADP web portal.

CONFIDENTIAL

## D. Paid time off

Bank of America Merchant Services recognizes the importance of work-life balance. Paid time off at Bank of America Merchant Services provides paid time off to allow associates time away from work for various reasons (e.g., vacation, holidays, and sick days). Generally, associates will be required to exhaust any accrued and available sick, and vacation hours prior to taking time off unpaid.

**Holidays**

Bank of America Merchant Services observes the following holidays:

- New Year's Day
- Martin Luther King, Jr. Day
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Columbus Day
- Veteran's Day
- Thanksgiving
- Christmas

Associates are eligible for holiday pay beginning with their first day of employment if they work all scheduled hours the day before and the day after the holiday; unless additional time off has been approved in advance by the associates manager. Holiday pay is paid at eight hours per holiday; therefore each associate (regardless of work schedule) will be paid a maximum of 80 hours of Holiday pay per calendar year. If the associate works an alternate schedule, holiday pay will be paid at 8 hours for each of the above holidays regardless of days normally worked.

If a holiday falls on Saturday, the Company will designate the Friday preceding the holiday as the day off. If the holiday falls on Sunday, the Company will designate the following Monday as the day off. Due to business needs, some associates may be required to work on Company holidays.  Managers will notify associates if they are required to work on a holiday. Non-exempt associates will be paid holiday pay if they work on a Company designated holiday. (That is, associates will receive both their regular pay for hours worked and the holiday pay which they would have received had they not worked on the holiday.)

**Sick days**

Bank of America Merchant Services provides full-time associates with ten (10) paid sick days for the calendar year for absences to attend to their own illness or injury, or to the illness or injury of a child, parent, spouse, or domestic partner of the associate. Part-time associates receive five paid sick days based on the associate's regularly scheduled hours. Sick days are generally granted at the start of each calendar year. Unused sick days may not be carried over into the next calendar year and will not be paid out upon termination, subject to state and local laws.


**Sick Days' Accrual for Full-Time Associates**

Sick time for newly hired full-time associates is awarded, based on the below schedule.  Associates are responsible for tracking sick time in the ADP Time & Attendance System.

New full-time and part-time associates will be eligible for sick days based on the following schedule during their first calendar year of employment:

CONFIDENTIAL                                                                    BAMS 00002756

| New hire start date | Number of sick days granted for full-time associates<br><br>Annually | Number of sick days granted for part-time associates<br><br>Annually |
|---|---|---|
| January 1 -- March 31 | 10 days | 5 days |
| April 1 -- June 30 | 7 days | 4 days |
| July 1 -- September 30 | 5 days | 3 days |
| October 1 -- December 31 | 2 days | 2 days |

To be eligible for a sick day, associates must adhere to their department's call-in procedure, or, if there is no departmental procedure, in accordance with the Attendance and punctuality provisions set forth this Associate Handbook.

Bank of America Merchant Services reserves the right to request a doctor's note/certificate for any sick days requested. If such a note/certificate is requested and the associate cannot produce it, the Company may decline to pay sick pay.

**Vacation**
Bank of America Merchant Services is committed to work-life balance by providing eligible associates with paid vacation time.

Full-time and part-time associates are eligible for paid vacation. Associates may not substitute pay for unused vacation, except on termination of employment, so long as they have either resigned and given appropriate notice or been terminated without cause.

No vacation time will accrue during any unpaid portion of a family and medical leave of absence, or while the associate is on an unpaid personal leave of absence of any length. Vacation will continue to accrue during any paid leave.

Vacation does not carry over to the next calendar year unless required by state law. In those states where it is required, vacation is subject to a maximum accrual cap, i.e., associates can only accrue up to the maximum of their annual vacation allotment. If an associate's earned but unused vacation reaches the maximum accrual cap, the associate will cease earning and accruing vacation. If the associate later uses enough vacation to fall below the maximum, he or she will resume earning vacation until the maximum is reached again.

Managers reserve the right not to approve a vacation request if it will interfere with Company operations or adversely affect coverage of job and staff requirements. Whenever possible, associates' requests for vacation will be accommodated, but where scheduling conflicts arise, seniority and workload priority will prevail.

**Vacation accrual for full-time associates**
Length of service with the Company determines the rate at which full-time associates accrue vacation. Associates may schedule and use vacation time before it has been accrued. Associates become eligible for the next level accrual rate on their anniversary milestone date and the increase of the accrual amount will be reflected in the first pay cycle following the anniversary date, as outlined below.

CONFIDENTIAL                                                      BAMS 00002757

Vacation accrual for newly hired full-time associates is pro-rated, based on the date of hire and number of pay periods remaining in the year. Detailed information about how vacation is accrued each pay period for exempt and non-exempt full-time associates can be found on BAMSZone.

| | Less than 5 years of service | 5 – 14 years | 15 – 19 years | 20+ years |
|---|---|---|---|---|
| B1-3 | Band 1-3 associates do not have a specific vacation allotment and vacation days are not accrued. Associates should coordinate with their manager to schedule time off as needed throughout the year. | | | |
| B4-7 | 2 weeks (80 hours) | 3 weeks (120 hours) | 4 weeks (160 hours) | 5 weeks (200 hours) |

**Vacation accrual for part-time associates**

Length of service with the Company and regularly scheduled work hours determines the rate at which part-time associates accrue vacation. Associates may schedule and use vacation time before it has been accrued. Associates become eligible for the new higher accrual rate on their anniversary milestone date, as outlined below. Managers are responsible for tracking vacation time taken by each of their associates.

Part-time associates that start prior to July 1 will accrue the full number of weeks as outlined below. Part-time associates starting after July 1 will be eligible for half of the benefit outlined below.

For example, a band 4 part-time associate eligible for two weeks of vacation that is regularly scheduled to work 25 hours a week would be eligible for 50 hours of vacation (regular schedule of 25 hours per week for two weeks).

| | Less than 5 years of service | 5 – 14 years | 15 – 19 years | 20+ years |
|---|---|---|---|---|
| B1-3 | Band 1-3 associates do not have a specific vacation allotment and vacation days are not accrued. Associates should coordinate with their manager to schedule time off as needed throughout the year. | | | |
| B4-7 | 2 weeks (based on regularly scheduled hours per week) | 3 weeks (based on regularly scheduled hours per week) | 4 weeks (based on regularly scheduled hours per week) | 5 weeks (based on regularly scheduled hours per week) |

CONFIDENTIAL                                                                                  BAMS 00002758

**Volunteer time**

Full-time associates are allowed up to eight hours paid time off during normal business hours per month (not to exceed 40 hours per year) to volunteer for non-profit organizations, which may include public and private schools, shelters, food banks, mentoring programs, volunteer centers or similar organizations. Time does not roll over month to month unless with specific manager approval. Part-time associates are allowed up to eight hours paid time off per month to participate in company-sponsored volunteer events or activities. Associates who wish to volunteer must obtain approval from their manager, to ensure time away from work does not conflict with peak transaction times, create scheduling conflicts, or result in overtime.  Associates wishing to supplement volunteer time may use vacation hours only (if available) with prior management approval.

CONFIDENTIAL                                            BAMS 00002759

This supplement is only for Bank of America Merchant Services associates working in California.

# Bank of America Merchant Services California Supplement to Associate Handbook

## A. Introduction

To Bank of America Merchant Services California Associates:

This California Supplement to the Associate Handbook is a summary of Company policies, practices and benefits which are specific to California. Except as otherwise noted, the policies in this supplement apply to all California associates. While it is the intention of the Company to make policies and practices in all its offices as uniform as possible, California employment laws differ in some respects from those of other states. In drafting this California Supplement, the Company has adhered as closely as possible to the policies and practices contained in the Associate Handbook, while taking into account the unique California requirements.

This California Supplement addresses only those areas where California law requires changes and/or additions to the Associate Handbook. All sections of the Associate Handbook not expressly replaced by the California Supplement remain applicable.

## B. Overtime (additional section)

The availability of non-exempt associates to work a reasonable amount of overtime may be expected, as the business requires. All overtime for non-exempt associates is at the request of a manager and must be approved in advance by the associate's manager.

Only non-exempt associates are eligible for overtime pay for overtime hours worked as follows:

- Time and one half the regular rate of pay for hours worked over eight in a day, for hours worked over 40 in a workweek, or for the first eight hours on the seventh consecutive day of work in a workweek; and
- Twice the regular rate of pay for hours worked over 12 in a day, or for hours worked over eight on the seventh consecutive day of work in a workweek.

The workweek for calculating overtime will begin at 12:01 am on Sunday and end at midnight on Saturday. The workday for calculating overtime will be from 12:01 am to midnight.

## C. Rest and meal periods (additional section)

Rest periods and meal periods are scheduled by each associate's manager to ensure that the associate's position and duties will be covered. Non-exempt associates are provided a 10-minute rest period for each four-hour period of work (at manager discretion or if required by law). These breaks may not be combined or added to an associate's lunch period. Rest periods are paid time.

Associates are provided a 30-minute unpaid meal period each day. Meal breaks should generally be taken within the first five hours of the beginning of the associate's shift.

Rest and meal periods are intended to provide associates an opportunity for rest and relaxation. Accordingly, they should be taken away from associate work areas, and associates are not permitted to perform any duties during such periods.

CONFIDENTIAL                                        BAMS 00002760

## D. Vacation

See additional vacation addendum for California and Montana residents below.

### E. Pregnancy disability leave (additional section)

Consistent with the requirements of California law, a maximum of four months' leave (88 working days for a full-time associate) will be granted to an associate whose doctor certifies that the associate is disabled and cannot perform her job because of pregnancy, childbirth or related medical conditions.

An associate affected by pregnancy or a related medical condition may also request a transfer to a less strenuous or hazardous position or to less strenuous or hazardous duties, provided that the associate's request is based on the certification of her health care provider that a transfer is medically advisable and such transfer can be reasonably accommodated by the Company.

A pregnancy disability leave need not be taken in one continuous period of time but can be taken on an as-needed basis. If it is medically advisable for an associate to take intermittent leave or leave on a reduced work schedule and it is foreseeable based on planned medical treatment because of pregnancy, the Company may require the associate to transfer temporarily to an available alternative position. Transfer to an alternative position may include altering an existing job to better accommodate the associate's need for intermittent leave or a reduced work schedule.

An associate is required to utilize accumulated sick leave and may elect to use accrued vacation during the four-month pregnancy disability leave. Following the utilization of all accumulated sick leave and, if elected, accrued vacation, the remainder of the leave will be on an unpaid basis.

No vacation time or sick leave will accrue during any unpaid portion of a pregnancy disability leave.

If the associate is eligible for leave under the federal Family and Medical Leave Act (FMLA), the Company will count the associate's pregnancy disability leave, up to a maximum of 12 workweeks, against her family and medical leave entitlement.

Associates may be eligible for disability payments under Company insurance plans or from the State of California pursuant to state law.

During pregnancy disability leave the Company will continue to pay its share of the associate's group health insurance. If paid leave is substituted for unpaid leave, Company will deduct the associate's portion of the health plan premium as a regular payroll deduction. If the leave is unpaid, the associate will be responsible for paying her portion of the health plan premium.

An associate will provide at least verbal notice sufficient to make the Company aware that the associate needs a pregnancy disability leave or transfer and of the anticipated timing and duration of the leave or transfer. An associate must provide at least 30 days' advance notice before pregnancy disability leave or transfer is to begin if the need for the leave or transfer is foreseeable because of pregnancy. The associate will consult with the Company and make a reasonable effort to schedule any planned medical treatment or supervision so as to minimize disruption to Company operations, subject to the approval of the health care provider of the associate. If 30 days' advance notice is not practicable, such as because of a lack of knowledge of approximately when leave or transfer will be required to begin, a change in circumstances, or a medical emergency, notice must be given as soon as practicable.

An associate requesting pregnancy disability leave must provide written certification from her health care provider. The certification indicating disability necessitating a leave should contain: (1) the date on which the associate became disabled due to pregnancy; (2) the probable duration of the period or periods of disability; and (3) an explanatory statement that, due to the disability, the associate is unable to work at all or is unable to perform one or more of the essential functions of her position without undue risk to herself, the successful completion of her pregnancy, or to other persons. The

CONFIDENTIAL

certification indicating the medical advisability of the transfer should contain: (1) the date on which the need to transfer became medically advisable; (2) the probable duration of the period or periods of the need to transfer; and (3) an explanatory statement that, due to the associate's pregnancy, the transfer is medically advisable.

While on leave, the associate must contact Human Resources every 30 days regarding the status of her condition and intent to return to work.  In addition, notice must be given as soon as practicable (within two business days if feasible) if the dates of leave change, are extended, or were initially unknown.

Upon expiration of the time period which the health care provider originally estimated that the associate needed, the Company may require the associate to obtain recertification if additional leave or time for a transfer is requested.

As a condition of the associate's return from pregnancy disability leave or transfer, the associate must obtain a release to "return-to-work" from her health care provider that she is able to resume her original job duties.

An associate returning from a pregnancy disability leave of up to four months will be reinstated to her same or a comparable position, as required by law.

An associate granted a leave of absence must resume work on the first scheduled workday following the expiration date of the leave. If the associate does not return on the specified date, she will be considered to have resigned.

An associate must not accept other employment or become self-employed while on a pregnancy disability leave of absence. An associate obtaining or seeking other employment while on a pregnancy disability leave of absence may be terminated.

### F. Family and Medical Leave and California Family Rights Act (replaces "Federal Family and Medical Leave rights" section of the Associate Handbook)

Consistent with the requirements of the federal Family and Medical Leave Act (FMLA) and the California Family Rights Act,(CFRA) associates who are employed at a worksite which has at least 50 associates within 75 miles of that worksite, have completed one year of employment with the Company, and have worked at least 1,250 hours during the 12-month period immediately prior to the date the leave is to commence (or the 12-month period preceding the first day of an FMLA-qualifying pregnancy disability leave taken immediately before the requested family and medical leave) will be eligible for a maximum of 12 workweeks unpaid leave (60 working days for a full-time associate in any fiscal year (July 1-June 31) in the following circumstances:

1. For reason of the birth of a child of the associate or the placement of a child with the associate in connection with the adoption or foster care of the child by the associate, or

2. The serious health condition of a child of the associate, or

3. To care for a parent or a spouse[1] who has a serious health condition, or

4. Because of an associate's own serious health condition that makes the associate unable to perform the functions of the position of that associate.

Additionally, an FMLA-eligible associate whose spouse, son, daughter or parent is a member of the Armed Forces or on active duty or call to active duty status in the National Guard or Reserves, and is deployed to a foreign country or deployed in support of a contingency operation, may use their 12-

---

[1] For purposes of leave pursuant to CFRA, the term "spouse" includes a registered domestic partner and same-sex partners in marriage (as defined by California law).

CONFIDENTIAL                                                      BAMS 00002762

week FMLA leave entitlement to address certain qualifying exigencies. "Qualifying exigencies" generally include 1) short notice deployment, 2) military events and related activities, 3) childcare and school activity arrangements, 4) financial and legal arrangements, 5) counseling, 6) to spend time with a covered military member on short-term leave for rest and recuperation, 7) attend post-deployment activities; and 8) other activities upon which the Company and the associate can agree is an appropriate exigency, and can agree as to the timing and duration of such leave.

FMLA also includes a special leave entitlement that permits eligible associates to take up to 26 weeks of unpaid leave during a single 12-month period to care for a covered service member. A "covered service member" is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty, or pre-existing conditions which have been aggravated by service in the line of duty on active duty, that may render the service member medically unfit to perform his or her duties, for which the service member is undergoing medical treatment, recuperation, or therapy, or is in outpatient status, or is on the temporary disability retired list. Leave for this purpose may also be taken when the service member is a veteran recovering from injuries or illness incurred in the line of duty on active duty at any point in the five years preceding the date of medical treatment.

Associates requesting leave will be informed whether they are eligible for family and medical leave, and, if they are not eligible, a reason they are not eligible. Leave taken for any reason which would qualify may be counted against the associate's leave entitlement.

Leave may be taken intermittently or on a reduced work schedule when medically necessary, as determined by the health care provider of the person with the serious health condition. If an associate needs intermittent leave or leave on a reduced work schedule that is foreseeable based on planned medical treatment for the associate or a family member, the Company may require the associate to transfer temporarily to an available alternative position. Transfer to an alternative position may include altering an existing job to accommodate better the associate's need for intermittent leave or a reduced work schedule. FMLA leave taken for qualifying exigencies of a military family member may also be taken on an intermittent basis. All intermittent leave must be tracked and it is the associate's responsibility to ensure that tracking is accurate. Questions should be directed to the HR Service Center at 1.844.711.2094.

Family and medical leave taken for reason of the birth, adoption or foster care placement of a child of the associate must conclude within one year of the qualifying birth, adoption or foster care placement. The basic minimum duration of such leave will be two weeks, although Company will grant a request for leave of less than two weeks' duration on any two occasions. If both parents are eligible for family and medical leave and both are employed by the Company, the Company may limit leave for the birth, adoption, or foster care placement of their child to 12 workweeks in a 12-month period between the two parents.

A female associate who is eligible for family and medical leave and who takes a disability leave of absence for pregnancy, childbirth or related medical conditions, may take 12 workweeks of family and medical leave in addition to her pregnancy disability leave.

Associates are required to use any or all of their accrued vacation during this leave. An associate is required to substitute accumulated sick leave if the family care and medical leave is taken to cover the associate's own serious medical condition. Vacation time and/or sick leave which is substituted for unpaid family and medical leave will be granted as paid leave. The remainder of the family and medical leave will be granted on an unpaid basis.

No vacation time or sick leave will accrue during any unpaid portion of a family and medical leave.

Associates may be eligible for disability payments and/or workers' compensation benefits under Company insurance plans or from the State of California pursuant to state law.

CONFIDENTIAL                      BAMS 00002763

During family and medical leave, not to exceed 12 workweeks in a 12-month leave year for pregnancy disability leave, CFRA and FMLA leave combined, (except as may be otherwise required in the case of FMLA leave to care for a covered service member with a serious injury or illness.), the Company will continue to pay its share of the associate's medical insurance on the same terms as if the associate had continued to work.

An associate will provide at least verbal notice sufficient to make the Company aware that the associate needs a family and medical leave and the anticipated timing and duration of the leave. An associate must provide at least 30 days' advance notice before the leave is to begin if the need for such leave is foreseeable based on an expected birth, placement for adoption or foster care, or planned medical treatment for a serious health condition of the associate or a family member. The associate will consult with the Company and make a reasonable effort to schedule any planned medical treatment or supervision so as to minimize disruption to the Company' operations, subject to the approval of the health care provider of the associate or the associate's child, parent, or spouse. If 30 days' notice is not practicable, such as because of a lack of knowledge of approximately when leave will be required to begin, a change in circumstances, or a medical emergency, notice must be given as soon as practicable. Notice should be provided to the associate's manager, and the associate must call the HR Service Center at 1.844.711.2094 and select the option for Leave of Absence. When 30 days' notice is not possible, the associate must provide notice as soon as practicable and generally must comply with the Company's normal call-in procedures and call the HR Service Center 1.844.711.2094.

Associates requesting family and medical leave to care for a child, parent or spouse must provide written certification from the health care provider of the serious health condition of the individual requiring care. The certification will contain: (1) the date, if known, on which the serious health condition commenced; (2) the probable duration of the condition; (3) an estimate of the amount of time which the health care provider believes the associate needs to care for the child, parent or spouse; and (4) a statement that the serious health condition warrants the participation of the associate to provide care during a period of treatment or supervision of the child, parent, or spouse.

Upon the expiration of the time period which the health care provider originally estimated that the associate needed to take care of the associate's child, parent or spouse, the associate must provide recertification if additional leave is requested.

An associate requesting family and medical leave because of his or her own serious health condition must provide written certification from the health care provider. The certification will contain: (1) the date, if known, on which the serious health condition commenced; (2) the probable duration of the condition; and (3) a statement that, due to the serious health condition, the associate is unable to perform one or more of the essential functions of his or her position. Company may require, at its expense, examination by an independent second health care provider. If the second provider differs from the associate's health care provider, the Company may require, at its expense, a third opinion. The third opinion is final and binding on the Company and the associate.

Upon the expiration of the time period which the health care provider originally estimated that the associate needed for his or her serious health condition, the associate must provide recertification if additional leave is requested.

As a condition of the associate's return from leave taken because of the associate's own serious health condition, the associate must obtain certification from his or her health care provider that the associate is able to resume work.

Associates requesting military family leave must provide written certification of the qualifying exigency or serious illness or injury of a covered service member.

CONFIDENTIAL    BAMS 00002764

Upon return from family and medical leave, the associate will be reinstated to the same or an equivalent position, with equivalent pay, benefits, and other employment terms, subject to any defense allowed under the law. The use of family and medical leave will not result in the loss of any employment benefit that accrued prior to the start of the associate's leave.

An associate granted a leave of absence must resume work on the first scheduled workday following the expiration date of the leave. If the associate does not return on the specified date, he or she will be considered to have resigned.

If an associate is unable to return to work at the expiration of their leave, they may be eligible for an extended leave of absence that generally will not exceed 12 months from the associate's first date of absence.

An associate must not accept other employment or become self-employed while on a family and medical leave of absence. An associate obtaining or seeking other employment while on a family and medical leave of absence may be terminated.

Associates who are not eligible for FMLA or CFRA benefits because they work at a location with fewer than 50 associates within a 75-mile radius will generally be provided similar benefits. Such benefits may vary by location and may be altered or amended in the discretion of the Company at any time.

The most recent CFRA notice can be found here:
*http://www.dfeh.ca.gov/res/docs/Publications/Brochures/2015/DFEH-100-210-rev072015.pdf*

### G. Parental/guardian leave (additional section)

All associates who are the parent or guardian of a child in a licensed child care facility or enrolled in kindergarten or grades one through 12 are permitted to take off up to 40 hours each year, but not more than eight hours in any one month, to participate in activities of the day care facility or school. The associate must provide advance notice of the planned absence and use existing vacation time or available paid sick leave for the absence. If vacation time and paid sick leave has already been used, the absence will be unpaid.

### H. State disability insurance and Paid Family Leave (additional section)

The Company is a participant in the disability plan offered by the State of California, which provides short-term disability income to associates unable to work because of non-work-related illness or injury. All Company associates, including part-time, temporary, and introductory associates, are required by law to participate in this plan through associate contributions made by automatic payroll deductions. The amount of benefits payable to an associate is calculated based upon the associate's earnings in a previous 12-month base period.

Any associate who is absent from work to care for a family member with a "serious health condition" or to bond with a minor child within 1 year of birth, adoption or foster placement may be entitled to partial wage replacement from the Employment Development Department (EDD) of the state of California for up to six weeks in any 12 month period under the Paid Family Leave law (PFL). Associates are solely responsible for applying for any PFL benefits to which they may be entitled, and for complying with all requirements established by the EDD for qualification of PFL benefits. For further information, contact the EDD directly, or the Human Resources Manager.

The Company requires that associates applying for wage replacement under PFL first exhaust up to two weeks of accrued and unused vacation before receiving benefits. Associates may elect to use more than the required two weeks of accrued and unused vacation. Associates may elect to use accrued and unused paid sick leave benefits.

CONFIDENTIAL                                                                BAMS 00002765

I. **Paid sick days – San Francisco associates only: (replaces "Sick days" section of Associate Handbook)**

Consistent with the requirements of the San Francisco Paid Sick Leave Ordinance, paid sick leave will be granted to all San Francisco associates for absences due to illness, injury or for the purpose of receiving medical care, treatment or diagnosis.  Paid sick leave may also be used to aid or care for a Family Member or Designated Person when those persons are ill, injured or receiving medical care, treatment
or diagnosis.

For purposes of this addendum, a Family Member is a child, parent, legal guardian or ward, sibling, grandparent, grandchild, and spouse or registered domestic partner under any state or local law. These relationships include not only biological relationships but also relationships resulting from adoption,
step-relationships and foster care relationships. If an associate has no spouse or registered domestic partner, the associate may designate one person as to whom the associate may use paid sick leave to aid
or care for the person (a Designated Person). The designation must be made no later than 10 work days following the date on which the associate has worked 30 hours after paid sick leave begins to accrue. Thereafter, the opportunity to make such a designation, including the opportunity to change such a designation previously made, will be available on an annual basis, with a window of 10 work days for the associate to make the designation.

The Company provides full-time associates with 10 paid sick days for the calendar year for absences due to illness or injury. Part-time associates receive a proportional amount of paid sick time. Sick days are generally granted at the start of each calendar year. New full-time associates will be eligible for sick days based on the following schedule during their first calendar year of employment:

| New hire start date | Number of sick days granted |
|---|---|
| January 1 – March 31 | 10 days |
| April 1 – June 30 | 7 days |
| July 1 – September 30 | 5 days |
| October 1 – December 31 | 2 days |

It is expected that the annual paid sick day amounts will provide associates with adequate amounts of paid sick leave under San Francisco's Paid Sick Leave Ordinance, which requires that associates working in San Francisco earn paid sick leave at a rate of one hour of paid sick leave per 30 hours worked, subject to applicable accrual caps. The Company will grant additional paid sick leave as may be required by the San Francisco Paid Sick Leave Ordinance. An exempt associate's entitlement to any additional paid sick leave will be based on their regularly scheduled work week.

Accrued unused paid sick leave will carry over from year to year. For full-time associates, the Company will permit accrual of paid sick leave to a maximum of 10 days. For part-time and temporary associates, the Company will permit the accrual of paid sick leave to a maximum of 72 hours. At the time the maximum amount of paid sick leave is accrued, accrual will cease until the associate takes

CONFIDENTIAL

some of his or her paid sick leave and thereby reduces the amount of accrued paid sick leave time below the maximum.

Absences in excess of five consecutive workdays may require a signed doctor's note verifying the illness. The Company may also require medical certification to justify any days or hours missed due to illness or injury.

Associates are required to call their managers directly when reporting an illness. All calls reporting an absence are to be made within 30 minutes of the associate's regularly scheduled starting time. All sick days, whether paid or unpaid, are to be recorded on the associate's time card in the week the illness occurs. Absent extenuating circumstances, failure to report to work or to call to report an absence for two days or more will be interpreted as a voluntary resignation.

Unused sick days will not be paid out if an associate leaves the Company for any reason.

### J.  California Department of Fair Employment and Housing (*additionals*)

In addition to the internal process described in the Associate Handbook, persons subjected to harassment, including sexual harassment, have the right to contact and file a complaint with the California Department of Fair Employment and Housing ("the Department"). The California Department of Fair Employment and Housing serves as a neutral fact-finder and attempts to help the parties voluntarily resolve disputes. When the Department finds evidence that there has been a violation of the law, and conciliation efforts fail, the Department may file a formal accusation. This can lead to a public hearing before the Fair Employment and Housing Commission ("the Commission"). The Commission, after hearing the facts, will make a final determination in the matter. If the Commission finds that the law was violated, it can order appropriate remedies, including monetary reimbursement, back pay, an offer of the position denied and affirmative relief.

Associates who oppose illegal harassment, file complaints with, or otherwise participate in an investigation, proceeding or hearing conducted by the DFEH or FEHC will be protected against retaliation.

Any associate wishing to contact the DFEH may call, visit or write to the Fair Employment and Housing office listed below:

1.800.884.1684 (Within California) 976.227.0551 (Outside California)

CONFIDENTIAL                                                                 BAMS 00002767

# Bank of America Merchant Services California & Montana Vacation Supplement to Associate Handbook

Bank of America Merchant Services provides eligible associates with paid vacation time. California and Montana associates are covered by local state laws that affect carryover of unused vacation from one calendar year to the next. Associates in California and Montana may take accrued but unused vacation days in subsequent years. In addition, Bank of America Merchant Services has set a maximum number of days that an associate working in California or Montana can accumulate, as is allowed under those state laws. When an associate reaches the maximum number of accrued vacation days, no additional vacation days will be added until the associate uses some of the previously accrued vacation days.

At the end of each year, accrued and unused vacation for associates employed in California or Montana will continue to carry over to the next year. Additional vacation time will accrue only when the total vacation balance is less than the maximum annual vacation allotment. BAMS HR Central will reflect the vacation rollover from the prior year as well as any potential vacation that may be accrued in the current year to equal your maximum annual vacation allotment.

With the annual vacation cap, associates may accrue vacation only when their vacation balance is below their maximum annual vacation allotment. When the balance drops below the annual allotment, vacation will begin accruing on a pay period by pay period basis until the balance equals the maximum annual vacation allotment. The timing of vacation used will determine how much additional vacation associates are able to accrue based on the number of pay periods remaining in the year. Depending on when associates use their carryover vacation time, they may or may not accrue their maximum allotment for the year.

For example, an associate's maximum annual allotment is 80 hours and the associate took 40 hours of vacation in 2010. If the associate does not take any further vacation, the associate will reach his or her maximum annual allotment on June 30, 2011. When the associate takes a one-week vacation the first week of July, the associate will begin accruing vacation hours again with the next pay period after the vacation time was taken.

Therefore, when an associate's balance drops below the maximum amount in July, he or she will accrue time each pay period for the remainder of the year until their maximum annual vacation allotment is reached, at which point they will stop accruing vacation until vacation is taken and their balance again drops below their maximum amount. Any accrued and unused vacation will roll over to the next year. All associates are encouraged to use their vacation time in the year in which it is earned.

CONFIDENTIAL                                    BAMS 00002768

# Bank of America Merchant Services Maryland Pregnancy Leave Supplement

Amendments to Maryland Code Section 20-691 effective October 1, 2013 specifically cover disabilities due to pregnancy or childbirth. Examples of potential accommodations for such disabilities are provided in the Code. As provided in federal law and other Maryland statutes related to disability accommodations, the accommodation actually provided must be reasonable. If an associate is interested in an accommodation suggested in the Code or other accommodation, please contact BAMSHR@bankofamericamerchant.com to inquire as to whether such an accommodation is reasonable under the circumstances.

CONFIDENTIAL

BAMS 00002769

# Bank of America Merchant Services Massachusetts Supplement

The earned sick time law, M.G.L. c. 149 § 148C, was approved by the voters on November 4, 2014. The law entitles employees in Massachusetts to earn and use sick time according to certain conditions.

Employees who work for employers having eleven or more employees can earn and use up to 40 hours of paid sick time per calendar year, while employees working for smaller employers can earn and use up to 40 hours of unpaid sick time per calendar year.

An employee can use earned sick time if required to miss work in order (1) to care for a physical or mental illness, injury or medical condition affecting the employee or the employee's child, spouse, parent, or parent of a spouse; (2) to attend routine medical appointments of the employee or the employee's child, spouse, parent, or parent of a spouse; or (3) to address the effects of domestic violence on the employee or the employee's dependent child.  Employees will earn one hour of sick time for every 30 hours worked, and begin accruing those hours on the date of hire or on July 1, 2015, whichever is later. Employees can begin to use earned sick time on the 90th day after first day of actual work.

Employees of a particular city or town are covered only if, as required by the state constitution, the law is made applicable by local or state legislative vote or by appropriation of sufficient funds to pay for the benefit. Earned paid sick time will be compensated at the same hourly rate paid to the employee when the sick time is used.

Employees can carry over up to 40 hours of unused sick time to the next calendar year, but cannot use more than 40 hours in a calendar year. Employers do not have to pay employees for unused sick time at the end of their employment. If an employee misses work for a reason eligible for earned sick time, but agrees with the employer to work the same number of hours or shifts in the same or next pay period, the employee will not have to use earned sick time for the missed time, and the employer will not have to pay for that missed time.  Employers will be prohibited from requiring an employee to work additional hours to make up for missed time, or to find a replacement employee.

Employers may require certification of the need for sick time if an employee uses sick time for more than 24 consecutively scheduled work hours. Employers cannot delay the taking of or payment for earned sick time because they have not received the certification.  Employees must make a good faith effort to notify an employer in advance if the need for earned sick time is foreseeable.

Employers are prohibited from interfering with or retaliating based on an employee's exercise of earned sick time rights, and from retaliating based on an employee's support of another employee's exercise of such rights.

The law does not override employers' obligations under any contract or benefit plan with more generous provisions than those in the law. Employers that have their own policies providing as much paid time off, usable for the same purposes and under the same conditions as the law, are not be required to provide additional paid sick time.

The Attorney General enforces the law, using the same enforcement procedures applicable to other state wage laws, and employees can file suits in court to enforce their earned sick time rights.

The law took effect on July 1, 2015.

CONFIDENTIAL                                                    BAMS 00002770

# Bank of America Merchant Services New Jersey Supplement

The New Jersey Safe Act, effective October 1, 2013, provides associates in New Jersey with rights and obligations for the time they need to recover from domestic or sexual violence. With respect to time off, the law provides up to 20 days of unpaid time off in any one 12-month period to deal with needs you have for:

- seeking medical attention for, or recovering from, physical or psychological injuries caused by domestic or sexual violence to the associate or the associate's child, parent, spouse, domestic partner, or civil union partner;
- obtaining services from a victim services organization for the associate or the associate's child, parent, spouse, domestic partner, or civil union partner;
- obtaining psychological or other counseling for the associate or the associate's child, parent, spouse, domestic partner, or civil union partner;
- participating in safety planning, temporarily or permanently relocating, or taking other actions to increase the safety of the associate or the associate's child, parent, spouse, domestic partner, or civil union partner from future domestic or sexual violence or to ensure economic security;
- seeking legal assistance or remedies to ensure the health and safety of the associate or the associate's child, parent, spouse, domestic partner, or civil union partner, including preparing for, or participating in, any civil or criminal legal proceeding related to or derived from domestic or sexual violence; or
- attending, participating in, or preparing for a criminal or civil court proceeding relating to an incident of domestic or sexual violence of which the associate or the associate's child, parent, spouse, domestic partner, or civil union partner, was a victim.

Associates need to use any unused sick leave, in-lieu days and accrued vacation prior to taking this leave as unpaid. The time off applies if it is related to violence against yourself or your child, parent, spouse, domestic partner or civil union partner. The leave can be taken intermittently, as needed. Associates eligible to take leave must provide written notice for the leave as far in advance as reasonable and practicable under the circumstances.

CONFIDENTIAL                                                                 BAMS 00002771

# Code of Ethics and Associate Handbook Addendum for Contractors

Individuals working for Bank of America Merchant Services in a contractor capacity are required to abide by the same standards of conduct and company policies to which associates of Bank of America Merchant Services are required to abide. However, some company policies and benefits are applicable only to associates directly employed by Bank of America Merchant Services. Below is a chart of the specific sections within this Code of Ethics and Associate Handbook that do and do not apply to a contractor. When acknowledging receipt and understanding of the Code of Ethics and Associate Handbook, a contractor is acknowledging that he or she understands which sections do and do not apply in their relationship to Bank of America Merchant Services.

| Applicable to Contractors | Not Applicable to Contractors |
|---|---|
| **Code of Ethics** | |
| **All sections apply** | |
| **Associate Handbook** | |
| **Equal Employment Opportunity** (all sections)<br>A. Equal employment opportunity<br>B. Commitment to compliance with the Americans with Disabilities Act<br>C. Prohibiting harassment and discrimination | |
| **Work Schedule & Pay**<br>I.    Outside Employment | **Work Schedule & Pay**<br>A. Attendance and punctuality<br>B. Alternate work arrangements<br>C. Full-time and part-time classification<br>D. Employment classifications<br>E. Deductions from compensation<br>F. Payroll errors<br>G. Timekeeping rules for non-exempt associates<br>H. Premium pay |
| | **Leaves of Absence (all sections)**<br>A. Bereavement leave<br>B. Federal Family and Medical Leave rights<br>C. Parental Leave Programs<br>D. Personal leave<br>E. Genetic Information Nondisclosure<br>F. Jury duty leave<br>G. Military leave<br>H. Time off to vote<br>I. Impact to commission and Variable Pay Plan payments while on leave |
| **General Information**<br>H. Open door<br>I. Dating in workplace<br>J. Nepotism<br>K. Dress code<br>L. Display of personal items in workplace<br>M. Non-solicitation and distribution<br>N. Conduct standards (generally applies but covered in the COE; this section in HB is more about the disciplinary process)<br>R. Compliance training | **General Information**<br>A. Associate records<br>B. Five year background check<br>C. Job postings and promotions<br>D. Associate references<br>E. Service bridging<br>F. Employment verification<br>O. Performance evaluations<br>P. Performance standards<br>Q. Termination of employment |
| **Confidential Information (all sections)**<br>A. Confidentiality | |

CONFIDENTIAL       BAMS 00002772

| Applicable to Contractors | Not Applicable to Contractors |
|---|---|
| B. Information Security Policy<br>C. Return of Company property upon separation | |
| **Workplace Health & Safety (all sections)**<br>A. Occupational, health and fire safety<br>B. Inclement weather<br>C. Workplace injuries<br>D. Workplace safety and security<br>E. Drug and alcohol use<br>F. Tobacco-free workplace<br>G. Driver safety<br>H. Office fire safety | |
| **Corporate Communications & Technology (all sections)**<br>A. Media Relations Policy<br>B. Company equipment<br>C. Physical protection and security of laptops and mobile devices<br>D. Mobile device usage<br>E. Use of Company mobile devices while driving | |
| | **Associate Benefits (all sections)**<br>A. General information about associate benefits<br>B. COBRA<br>C. Employee Assistance Program (EAP<br>D. Paid time off<br>E. Severance program |
| | **California Supplement (all sections)**<br>A. Introduction<br>B. Overtime (additional section)<br>C. Rest and meal periods (additional section)<br>D. Vacation<br>E. Pregnancy disability leave (additional section)<br>F. Family and Medical Leave (replaces "Federal Family and Medical Leave rights" section of the Associate Handbook)<br>G. Parental/guardian leave (additional section)<br>H. State disability insurance and Paid Family Leave (additional section)<br>I. Paid sick days – San Francisco associates only: (replaces "Sick days" section of Associate Handbook)<br>J. California Department of Fair Employment and Housing (additional) |
| | **California & Montana Vacation Supplement** |

© 2017 Banc of America Merchant Services, LLC.  All rights reserved.  All trademarks, service marks and trade names referenced in this material are the property of and licensed by their respective owners.  Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC.  Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency.

CONFIDENTIAL                                                          BAMS 00002773

# EXHIBIT C

| Item ID | Item Type | Revision D: | Revision N Title | User ID | Last Name | First Name | Middle Init | Completio | Completion | Completion Date |
|---|---|---|---|---|---|---|---|---|---|---|
| MRM Trair | COURSE | 2/19/2016 | 1 2016 Model Risk Management Policy Training | D72166 | Slawin | Eric | | COURSE-A | Attended C | 3/4/2016 12:47 PM America/Chicago |
| Complianc | COMPLIANCE | 2/3/2016 1 | 1 2016 Anti-Money Laundering and Terrorist Financing | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 3/15/2016 11:19 AM America/Chicago |
| Complianc | COMPLIANCE | 2/10/2016 | 1 2016 Global Information Security | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 3/16/2016 04:30 PM America/Chicago |
| OCC MRA 1 | COURSE | 3/18/2016 | 1 2016 Third Party Training -- Vendor Management Progr: | D72166 | Slawin | Eric | | COURSE-A | Attended C | 4/8/2016 01:18 PM America/Chicago |
| Complianc | COMPLIANCE | 4/21/2016 | 1 2016 Merchant-Contracted Third Party Service Provider | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 5/12/2016 09:57 AM America/Chicago |
| Complianc | COMPLIANCE | 4/18/2016 | 1 2016 Antitrust | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 5/12/2016 04:08 PM America/Chicago |
| Acknowled | ACKNOWLEDGEMENT | 2/2/2016 1 | 1 2016 Associate Handbook Acknowledgement | D72166 | Slawin | Eric | | ACKNOWLI | Acknowled | 7/25/2016 04:08 PM America/Chicago |
| Complianc | COMPLIANCE | 6/24/2016 | 1 2016 Code of Ethics | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 7/26/2016 09:45 AM America/Chicago |
| Complianc | COMPLIANCE | 8/19/2016 | 1 2016 Treating Our Customers Fairly | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 9/13/2016 08:54 AM America/Chicago |
| Complianc | COMPLIANCE | 1/4/2017 C | 1 2017 What's the Risk? | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 2/10/2017 08:38 AM America/Chicago |
| Complianc | COMPLIANCE | 3/12/2017 | 1 2017 Antitrust | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 4/18/2017 06:49 PM America/Chicago |
| Complianc | COMPLIANCE | 3/12/2017 | 1 2017 Global Information Security | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 4/18/2017 09:27 PM America/Chicago |
| Marketing_ | COURSE | 4/6/2017 C | 1 Marketing Policy Training | D72166 | Slawin | Eric | | COURSE-P/ | Passed Cot | 5/15/2017 02:38 PM America/Chicago |
| Complianc | COMPLIANCE | 5/18/2017 | 1 2017 Avoiding Bribery and Corruption | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 6/28/2017 06:28 PM America/Chicago |
| 2017AML | COMPLIANCE | 5/12/2017 | 1 2017 Global Anti-Money Laundering and Sanctions Prog | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 6/28/2017 08:36 PM America/Chicago |
| 2017Privac | COMPLIANCE | 5/14/2017 | 1 2017 Privacy and Sensitive Information | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 6/28/2017 09:00 PM America/Chicago |
| 2017 Mode | ACKNOWLEDGEMENT | 4/14/2017 | 1 2017 Model Risk Management | D72166 | Slawin | Eric | | ACKNOWLI | Acknowled | 6/28/2017 09:16 PM America/Chicago |
| 2017AML | COMPLIANCE | 6/29/2017 | 4 2017 Global Anti-Money Laundering and Sanctions Prog | D72166 | Slawin | Eric | | COMPLIAN | Passed Cor | 6/29/2017 01:00 PM America/Chicago |
| 2017_Asso | WBT | 7/27/2017 | 1 2017 Associate Handbook Acknowledgement | D72166 | Slawin | Eric | | WBT-COM | Web Basec | 8/11/2017 09:48 AM America/Chicago |
| 2017_COE | WBT | 7/24/2017 | 1 2017 Code of Ethics | D72166 | Slawin | Eric | | WBT-COM | Web Basec | 8/11/2017 10:34 AM America/Chicago |
| 2017_ENT_ | WBT | 9/27/2017 | 1 Global Third Party Risk Management Policy Training and | D72166 | Slawin | Eric | | WBT-COM | Web Basec | 11/1/2017 03:16 PM America/Chicago |
| 2017_ENT_ | WBT | 9/28/2017 | 1 2017 Merchant-Contracted Third Party Service Provider | D72166 | Slawin | Eric | | WBT-COM | Web Basec | 11/1/2017 04:12 PM America/Chicago |
| 2017_ENT_ | WBT | 10/30/201 | 2 2017 Treating Our Customers Fairly | D72166 | Slawin | Eric | | WBT-COM | Web Basec | 11/1/2017 05:13 PM America/Chicago |

# EXHIBIT D



# Bank of America Merchant Services
# Code of Ethics

May 25, 2017





BAMS 00002774

# Code of Ethics

**Section 1** ................................................................................................................. 4
    A. Introduction ........................................................................................... 4
    B. Making sound decisions ........................................................................ 4
    C. Reporting certain conduct ...................................................................... 4
    D. Non-retaliation ...................................................................................... 5
    E. Nondisclosure ........................................................................................ 5
**Section 2** ................................................................................................................. 6
    A. Respectful treatment .............................................................................. 6
    B. Associate data privacy ........................................................................... 6
**Section 3** ................................................................................................................. 7
    A. Use of Company assets .......................................................................... 7
    B. Record-keeping, reporting and communications .................................. 7
    C. Intellectual property .............................................................................. 7
    D. Accessing First Data information .......................................................... 8
**Section 4** ................................................................................................................. 8
    A. Our commitment to our customers ........................................................ 8
    B. Fair dealing ............................................................................................ 8
    C. Customer privacy ................................................................................... 8
    D. Sales Practices ....................................................................................... 8
    E. Conflicts of interest ............................................................................... 9
    F. Service providers .................................................................................... 9
    G. Outside investments and employment ................................................... 9
    H. Outside activities and relationships ..................................................... 10
    I. Personal relationships ........................................................................... 10
    J. Gifts and entertainment ........................................................................ 10
    K. Receiving gifts and entertainment ....................................................... 11
    L. Providing gifts and entertainment ........................................................ 11
**Section 5** ............................................................................................................... 11
    A. Our commitment to our business partners ........................................... 11
    B. Competitive information ....................................................................... 11
**Section 6** ............................................................................................................... 11
    A. Our commitment to our communities ................................................... 11
    B. Complying with the law ........................................................................ 11
    C. Antitrust ............................................................................................... 12
    D. Insider trading — prohibited activities ................................................ 12
    E. Money laundering and terrorist financing ........................................... 12
    F. Political activities ................................................................................. 13
    G. Political contributions and activities .................................................... 13
    H. Lobbying .............................................................................................. 13
    I. Government requests and subpoenas ..................................................... 13
    J. Communications with the community .................................................... 13
**Section 7** ............................................................................................................... 14
    A. Resources to help us live our commitments ......................................... 14
    B. Ethics Helpline ..................................................................................... 14
**Code of Ethics Addendum for Contractors** ...................................................... 14

CONFIDENTIAL          BAMS 00002775

## Our Core Values

**The way in which we will succeed**

**Winning**
We refuse to lose and we share a passion and expectation for winning.

**Doing the right thing**
We do the right thing because it's the right thing to do. There are no excuses.

**Striving for excellence**
We are proud of our accomplishments, but never satisfied.

**core values**

**Taking accountability and being credible**
We do what we say and say what we do.

**Trusting and teamwork**
We win together. We take collective responsibility for our customers' and associates' satisfaction. We are transparent and run the business with formal and predictable routines.

**Treating each other with dignity and respect**
Every individual deserves to be treated with dignity and respect.

**Leading by all**
It is everyone's responsibility to empower the organization to lead to the right fact-based decisions.

CONFIDENTIAL                                                                 BAMS 00002776

# Bank of America Merchant Services Code of Ethics

## Section 1

### A. Introduction

Bank of America Merchant Services ("BAMS") is committed to the highest standards of ethical and professional conduct. We are all responsible for the integrity of our Company. Building the trust and credibility of the organization means taking personal responsibility for our own actions, honoring our commitments and continuing to do the right thing because it is the right thing to do.

To help you understand how these standards apply to you and your teammates, the Code of Ethics provides basic guidelines of business practice and professional and personal conduct you are expected to adopt and uphold as a BAMS associate.

While no manual can replace thoughtful decision-making by the people who work here, the Code does help promote honest and ethical conduct. The attitudes and actions of managers, in particular, influence the attitudes and actions of other associates. Their words and actions must show that business results are never more important than our ethical standards. They must ensure that associates are trained in our Code of Ethics and in related topics and policies.

### B. Making sound decisions

Countless decisions are made every day. Every decision we make as a Company and as associates impacts our organization, fellow associates, our customers and our communities. Making decisions is not always easy. In many situations, the right result is less than clear-cut, or you may be facing time or other business pressures that may impact your decision-making process. Regardless of the nature of a particular decision, keep the following in mind to help you make informed, thoughtful decisions:

- Make sure you have all of the facts, both positive and negative.
- Identify all potential options and their consequences.
- Take into account relevant laws, policies and values.
- Consider competing interests.

Keep in mind that whenever there is any internal investigation or audit, including Code of Ethics, financial reporting or associate relations issues, associates will fully cooperate in the investigation, provide truthful, honest and complete responses, and maintain the confidentiality of the investigation.

Each of us is responsible for reading, understanding and applying the Code of Ethics. Complying with the Code is a condition of employment at BAMS. Failure to follow its standards or failure to report a known violation can lead to disciplinary action, based on the violation, up to and including termination.

### C. Reporting certain conduct

All of us are expected to promptly raise concerns that we or others have about possible violations of law, the Code of Ethics or other improper conduct such as:

- A crime.
- A violation of law or regulation.
- A dishonest act, including misappropriation of funds or anything of value from BAMS or the improper recording of Company assets or liabilities.
- A breach of trust.
- Harassment involving race or national origin, gender, religion, sexual orientation, age, disability, veteran or marital status, or any other basis prohibited by law or as a form of retaliation.

CONFIDENTIAL                                                 BAMS 00002777

BAMS has made several resources available for you to express concerns:

- Contact BAMS' General Auditor, Human Resources Executive, Chief Risk Officer, or General Counsel. Their contact information is listed in Section 7 of this document.
- Send a confidential e-mail to the Ethics Helpline Mailbox which is monitored by BAMS General Auditor who functions as BAMS Ethics Officer, by using the following address: BAMS_Ethics@bankofamericamerchant.com.
- Concerns may be made anonymously if communicated to a designated Ethics recipient via a non-BAMS telephone number. As a general rule, no effort will be made to identify persons who communicate in that manner. All concerns will be kept confidential and only shared with those involved in an investigation, and the BAMS Management Committee as necessary.

## D. Non-retaliation

BAMS will not tolerate any adverse action or career disadvantage suffered by an associate because he or she questions a BAMS or business unit practice, or raises a suspected violation in good faith. BAMS will take appropriate disciplinary action against anyone who retaliates or encourages others to do so because of a reported suspicion of a Code of Ethics violation.

Creating a culture of openness and candor, one in which we treat each other with the dignity we all deserve, ensures a strong and vital BAMS.

## E. Nondisclosure

Associates must agree that during their employment and after the cessation of their employment, they will not use, disclose or disseminate to any other person, organization, or entity or otherwise employ any of the Company's confidential information.

Associates must understand and acknowledge that during the course of their employment they will have access to the Company's trade secrets and confidential information. The Company's trade secrets and confidential information include, but are not limited to, customer lists, customer contact information and preferences, prospect lists, prospect and marketing research materials, technical information, business information and plans and manner of conducting business, price lists, associate lists and confidential information regarding Company associates, and similar information where: (a) such information has been treated as confidential by the Company, or (b) such information is not publicly available and could be used in order to gain competitive advantage ("Confidential Information"). Associates must agree that Confidential Information may be used only for the benefit of the Company. Further, associates must agree that, except as authorized by the Company during the course of employment, they will not, at any time during or after cessation of their employment, use, disclose, or disseminate to any other person, organization, or entity or otherwise employ any of the Company's trade secrets or Confidential Information. The obligations set forth in this paragraph do not apply to any trade secrets or Confidential Information which have become generally known to competitors of the Company through no act or omission of the associate. Reference the Global Information Security Policy.

CONFIDENTIAL                                                    BAMS 00002778

## Section 2

### A. Respectful treatment

We commit to treating each other with dignity and respect at all times. All BAMS associates receive fair opportunity and are judged only on their *qualifications, talents* and *achievements*.

We disapprove of any negative or disparaging behavior that is based on stereotypes of *race or ethnicity, gender, religion, sexual orientation, age, disability, veteran or marital status* — not only because these categories are often protected by laws, but also because diversity creates a rich company culture and provides us all with opportunities to learn.

### B. Associate data privacy

BAMS maintains strict information-sharing standards with internal lines of business, service providers and outside marketers.

BAMS does not share confidential associate information (including but not limited to social security number, date of birth, compensation information, employment status, and personnel and payroll records regarding current and former associates) inside and among our Company and our equity owners or outside the Company except on a need-to-know basis.

The Company may share proprietary associate information (including but not limited to job code, job title, business contact information) with our partners at Bank of America and First Data to offer associates financial products and services that they may like to know more about. Additionally, communications about personnel or benefit-related changes may be used as an opportunity to inform associates about products and services.

With the approval of the Human Resources Executive, General Counsel and Privacy Officer, the Company may share confidential and proprietary associate information on a legitimate need-to-know basis.

BAMS does share confidential and proprietary associate information with third parties, as allowable and as required by law, under limited circumstances, such as responding to subpoenas issued by governmental agencies or working with companies that provide or administer personnel or associate benefit services to Company associates. Such external entities are required to protect associate information and to use the information only to provide the services they have been engaged to perform for BAMS.

BAMS does not sell or otherwise share confidential or proprietary associate information with outside marketers who wish to offer their own products and services to the Company's associates.

CONFIDENTIAL

BAMS 00002779

## Section 3

### A. Use of Company assets

Associates must properly care for and protect BAMS property and assets, which should be used for legitimate business purposes only. Associates must not:

- Steal, embezzle or misappropriate money, funds or anything of value from BAMS. Doing so subjects the associate to potential disciplinary action, according to the law and Company policy.
- Use BAMS assets for personal gain or advantage.
- Remove BAMS assets from the facilities unless approved by the associate's manager.
- Use official BAMS stationery, the corporate brand, documents or the BAMS name for nonofficial purposes, since such use implies endorsement by the Company.
- Misuse internet or e-mail privileges. The Company's private computer systems are primarily for business purposes and subject to review, monitoring and recording at any time without notice or permission.

Remember, any assets (e.g. intellectual property, such as copyrighted materials) an associate creates for BAMS or while using BAMS resources are the Company's property, and remain its property even if the associate leaves BAMS.

### B. Record-keeping, reporting and communications

We keep honest and complete records. These records are the basis for managing the Company's business and for fulfilling our obligations to associates, customers, suppliers and regulatory authorities. We conform to our internal controls, to regulations, and to approved accounting practices. Our financial records are accurate, timely, and do not exclude, disguise or mislead. Where estimates and accruals are necessary in Company reports and records, we will support them with good, honest judgment and appropriate documentation.

All documents and records will be clear, concise, accurate and appropriate, and will avoid exaggeration and derogatory remarks of people and companies. It is wrong to make false claims on any Company records, including expense reports and time sheets, to understate or overstate known assets or liabilities, or to delay or accelerate the recognition of income or expenses. When associates end their employment with BAMS, all Company records in their possession must be immediately returned to the Company.

Our documents are to be kept and destroyed according to our document retention policy. However, when there is a pending or possible audit, government investigation, claim or litigation, we may be responsible for retaining all documents (including e-mails) related to the investigation, despite any normal document destruction schedule. If you have questions or concerns, please seek guidance from the Legal Department.

### C. Intellectual property

Some of our most valuable assets are not in tangible form, but instead are intellectual property, which includes trademarks, service marks, patents and copyrighted material. Also included is confidential, proprietary information, such as trade secrets, customer lists, computer software and source code, sales and profit data, and strategic and business plans (for instance, possible mergers and acquisitions). Since our Company's continued success depends on the careful development, use and protection of our intellectual property, we have a duty to protect it. We must take care not to discuss it where others may hear. We must also be sure not to transmit it in any form, or to any recipient, where unauthorized persons might receive it. Before transmitting intellectual property outside the company, including to a consultant or contractor, obtain the Legal Department's approval and the Data Sharing Committee's approval if applicable. Our obligation to preserve the confidentiality of BAMS' proprietary information continues even after we are no longer associates of the Company. In the course of performing our job functions, we may receive information about possible transactions with other companies or receive confidential

CONFIDENTIAL                                            BAMS 00002780

information about other companies. This type of material is often their intellectual property and is subject to the same confidentiality guidelines. If you have any questions around the confidentiality of the information including whether you can share it and with whom, please consult the Legal Department before discussing with anyone.

## D. Accessing First Data information

BAMS is a joint venture between First Data and Bank of America and is a separate legal entity from both of its owners. First Data has alliances with several of its clients that compete against each other in the payment processing market. BAMS also competes against First Data and First Data's alliances. As competitors of one another, associates working for First Data alliances must not engage in anti-competitive practices since such conduct may violate antitrust laws. In order to avoid violations, or appearance of violations, of antitrust laws, former associates of First Data who transition to the BAMS alliance are not permitted to retain any First Data or First Data alliance information. Reference the BAMS Anti-Trust Policy.

# Section 4

## A. Our commitment to our customers

Our customers are our lifeblood; they place their trust in us for the most critical functions of their business. We honor that trust every day by focusing on what is important to them, not what is convenient for us, and ensuring that our promises to them and our actions on their behalf are inseparable.

## B. Fair dealing

Our customers trust us to meet their needs in a meticulously accurate, professional manner. We uphold that trust and build on it every day, with each customer transaction. We treat all of our customers with the greatest respect, recognizing that the smallest details of a customer transaction can be of the utmost importance to their lives and livelihood.

We will not take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other unfair-dealing practice.

Our sales and marketing information will accurately and honestly present the quality of our goods and services. We obey all laws, including those related to fair competition, and hold vendors who assist us in our marketing efforts to the same high standards.

For further guidance and compliance requirements, see BAMS' Fair and Transparent Practices Policy.

## C. Customer privacy

We are committed to protecting the privacy of individually identifiable personal information that we receive or process while providing services to our clients ("Personal Information"). We collect, use and share Personal Information in accordance with our client contracts and any privacy laws that apply to us. Reference the Global Privacy and BCI Policy.

## D. Sales Practices

BAMS is committed to conducting business in a manner that protects the best interests of the Company and our parent companies, while providing the best possible service to our customers. To that end, associates are prohibited from participating in any unethical or potentially deceitful sales practices that may cause harm to the Company. This includes but is not limited to practices such as "churning" (e.g. closing of an existing account to reopen another account, or awareness of an existing account and closing it and reopening with another signor), holding deals back from closing to allow for a referral bonus,

CONFIDENTIAL                                                                                                            BAMS 00002781

intentional misrepresentation of information on new merchant applications, anti-competitive behaviors, etc.

## E. Conflicts of interest

Conflicts of interest arise when associates take actions or have interests that may make it difficult to perform their Company work objectively and effectively. To avoid conflicts of interest, all of our business decisions must be based on the best interests of BAMS. If we encounter situations that are, or may even appear to be, conflicts of interest, we should discuss them with our manager or other available resources. Where there is a doubt, it is best to raise the issue.

Associates must avoid conflicts — or even the appearance of conflicts — between personal interests and the interests of BAMS, its shareholders or customers. It is impossible to define every action that could be reasonably interpreted as a conflict of interest. This section defines several potential conflicts of interest as examples that associates must be aware of:

- Gifts, hospitality and entertainment
- Information disclosure and dissemination
- Outside activities and relationships
- Service providers

Conflicts of interest also arise when associates or their family members receive improper personal benefits as a result of their position in the Company. BAMS associates must recognize that conflicts of interest may occur when personal interests or activities compete or interfere — or even appear to compete or interfere — with their obligations to the Company, its shareholders or customers.

Conflicts of interest also may arise when putting the interest of one set of customers over another. Such situations might interfere with an associate's judgment or ability to properly fulfill his or her BAMS duties.

Some general considerations for identifying potential conflicts of interest:

- **Perception:** Could the activity or transaction be perceived as a potential conflict by others? If all the related facts were made public, would you or the Company be embarrassed?
- **Intent:** Is the activity or transaction being offered in an attempt to influence the recipient's judgment?
- **Impact:** Will your participation in the activity or transaction result in actionable harm to the Company, our owners or our customers?
- **Objectivity:** Will participation in the activity or transaction affect your ability to be objective with regard to any decision made in the legitimate exercise of your job responsibilities?
- **Time considerations:** In an outside activity, will the time required interfere with your ability to carry out your job responsibilities effectively?

## F. Service providers

A conflict of interest may arise from an associate's relationships with vendors or other service providers. If an associate is authorized to approve or award orders, contracts or commitments to suppliers of goods or services, he or she must do so based on objective business standards to avoid any real or perceived favoritism.

## G. Outside investments and employment

Our duty of loyalty means that our business-related activities and our investments must never be harmful to BAMS. For instance, associates may not take an outside job if it involves competition with BAMS, or if it involves working during our BAMS work hours or using Company facilities or equipment. We may

CONFIDENTIAL                                                    BAMS 00002782

not serve as officers or directors of any outside entity if its activities conflict with the interests of BAMS, or if its time demands interfere with our job. Nor may our investments conflict with, or appear to conflict with, the best interests of the Company. Associates may not take for themselves personal opportunities that they find through the use of Company property, information or position, or use Company property, information or position for personal gain. After consulting with your manager and if you still have questions, consult with the Legal Department prior to serving as an officer or director of an outside entity to ensure compliance with this policy. Participation in community organizations or sports clubs after work hours is not generally considered a conflict of interest; however, if you are unsure, please speak with your manager.

## H. Outside activities and relationships

A conflict of interest may arise from your activities, employment or other relationships outside BAMS. You must not act on behalf of or appear to represent the Company in any transaction outside your role and responsibilities with BAMS. Inform your manager and obtain his or her approval before you:

- Pursue additional employment outside BAMS.
- Engage in an independent business venture.
- Perform services for another business organization.

## I. Personal relationships

Our business decisions should not be clouded by personal considerations or relationships. You may not use personal influence to get BAMS to do business with a company in which you, your our family members or friends have an interest. If you are in a position of influence over vendor selection and a family member or friend has the best price for BAMS, you must receive the approval of the Legal Department before selecting them.

## J. Gifts and entertainment

The giving and receiving of gifts and entertainment can sometimes be meant as a business courtesy to help build business relationships. However, providing and receiving gifts and entertainment can be tricky. On the one hand, human interaction is not only essential for doing business, it is valuable and healthy for both the Company and associates. Small tokens of appreciation and social gatherings are often a part of business interaction. On the other hand, the personal relationships we may form must not make us lose sight of the fact that our business decisions must be based only on what is best for the Company. Providing and receiving gifts and entertainment in your capacity as a BAMS associate is not prohibited at BAMS. Gifts and entertainment must be moderate and reasonable in all instances (considered to be less than $100 U.S. dollars). We never accept, provide or offer kickbacks, bribes or gratuities.

We never accept, provide or offer kickbacks, bribes or gratuities.  Kickbacks include remuneration or benefits (such as money, gifts, gift cards, etc.) offered or received by BAMS associates in exchange for facilitation of business transactions as part of, and in addition to, their employment or position with the Company. This unsanctioned compensation includes remuneration or benefits to or from merchants, vendors or other third party service providers. Gratuities, often referred to as "tips," are also forbidden by this Code of Ethics to be offered or received by BAMS associates to or from merchants, vendors or other third party service providers in exchange for the delivery or facilitation of business transactions related to the associate's employment with the Company or performance of their job duties. This includes referral and commission payments of any kind from any third party.

Associates should refer to the Company's Global Anti-Bribery and Anti-Corruption Policy for specific guidance on compliance with gift and entertainment requirements.

CONFIDENTIAL                                    BAMS 00002783

### K. Receiving gifts and entertainment

Entertainment is permissible as long as it is reasonable, occasional and disclosed to your manager. You may accept gifts of nominal value, such as promotional items, as long as it does not create the appearance that your judgment may be compromised. Refer to the Company's Anti-Bribery and Anti-Corruption Program Policy for guidance on compliance with gift and entertainment requirements

### L. Providing gifts and entertainment

If you wish to give a gift, or provide entertainment, refer to the Company's Global Anti-Bribery and Anti-Corruption Program Policy for guidance.

## Section 5

### A. Our commitment to our business partners

Working with our partners is not a zero-sum game — we all win and lose together. Our needs may not always be perfectly aligned, but as BAMS associates, it's our responsibility to demonstrate leadership and remember that conflicts of interest are to be avoided to achieve mutual success.

We do business only with others who share our commitment to responsible and lawful business behavior. We will not knowingly use suppliers who violate applicable laws or regulations, and will never use a third party to perform any act prohibited by law or by our Code of Ethics.

### B. Competitive information

We practice fair dealing with all our business partners. Our communications are straightforward, professional and honest. We respect their property and are careful to preserve their confidential information. We refrain from making unauthorized copies of others' copyrighted works, including software for use on a home computer.

We use only legal and ethical methods to gather competitive information. Stealing proprietary information or inducing past or present associates of other companies to disclose trade secret information is prohibited. For more information, please refer to the BAMS Antitrust Policy. Contact the Legal Department for further advice and counsel.

## Section 6

### A. Our commitment to our communities

BAMS does not exist in a vacuum — we are a member of the community. The dedication we expect from each other should extend to our families, our neighbors and our civic institutions. Applicable laws and doing the right thing should guide our interactions in this regard and ensure that BAMS remains an upstanding corporate citizen.

### B. Complying with the law

The fundamental obligation that we owe to the communities in which we do business is to obey the law. We adhere to all applicable laws everywhere we do business. There is no business excuse, no supervisory pressure, no unwritten understanding that justifies violating the law. If we ever feel pressured to violate a

CONFIDENTIAL                                                                 BAMS 00002784

law, we will immediately contact the Ethics Helpline. While this requirement refers to all applicable laws, a few areas deserve special mention.

## C. Antitrust

BAMS has implemented antitrust compliance policies and procedures, compliance controls, guidelines and directives, and training programs. BAMS monitors business practices and enforces these requirements as prescribed by both First Data Corporation and Bank of America Corporation applicable antitrust requirements.

Antitrust and fair competition laws and regulations are designed to preserve free and open competition, and to promote fair business practices between companies. The antitrust laws of the United States and other countries where BAMS may operate are a critical part of the business environment.

Fair competition laws can be extremely complex and vary considerably from country to country, so if we encounter any issue that may have antitrust implications, the best route is to consult with the Legal Department. Nevertheless, as general guidelines, the following are considered violations:

- Formal or informal agreements with competitors — and sometimes even discussions - regarding bids, contacts, prices, distributions, conditions of sale, geographic territories and any other matter which could impact the competitive environment.
- Attempts at restricting our customers' ability to sell a product, including telling them how much they can charge for goods or services, or agreeing to sell an item or service only on the condition that they buy another.

See BAMS Antitrust Policy for additional guidance and compliance requirements.

## D. Insider trading — prohibited activities

We may not use information that we receive as a result of working at BAMS to influence our decision to buy or sell shares of stock of another company, such as a customer or supplier, about whom we receive confidential information as a result of our BAMS employment.

In accordance with U.S. federal and state laws and other applicable laws, we will not trade in securities or any other kind of property based on knowledge that comes from our jobs, if that information is not publicly known. Tipping others about non-public information, or making recommendations based on it, is also prohibited.

## E. Money laundering and terrorist financing

In the past, money laundering meant moving the proceeds of crimes through a series of financial systems or institutions, to hide where it came from. It still means that, but now it also means taking legitimate funds and transferring them for criminal purposes, often for terrorist activities. Both types of money laundering are illegal.

Terrorism is intended to intimidate a population or to compel a government or an international organization to do or abstain from doing any specific act through the threat of violence. An effective financial infrastructure is critical to terrorist operations. Financing of terrorism is closely related to money laundering – both involve money connected with criminal activity.  Terrorist financing refers to the funding of criminal activity, by legitimate as well as criminal means .The motivation behind terrorist financing is ideological as opposed to profit-seeking, which is generally the motivation for most crimes associated with money laundering.

BAMS takes a strong stand against all kinds of money laundering and terrorist financing, and we commit to take all reasonable steps to prevent our services from being used for illegal purposes. We will fully comply with all record-keeping, transaction reporting and suspicious activity reporting required by U.S.

CONFIDENTIAL                                                                 BAMS 00002785

federal, state and other applicable non-U.S. laws and regulations. If there is any concern about the source of settlement funds of a customer or business associate, we will err on the side of caution and will not conduct business with that person or business. We will raise any questions or suspicions to the Regulatory Risk and Compliance Department.

All associates are responsible for ensuring compliance with Anti Money Laundering regulations. Each associate is required to complete annual Anti Money Laundering compliance training and to report any suspicious activity as it occurs. Suspicious Activity must be reported immediately through BAMSZone – (click on the Regulatory Compliance Risk "Report Suspicious Activity" banner) or by contacting the Regulatory Risk and Compliance Department. Failure to comply with these regulations or to report suspicious activity can lead to disciplinary action, based on the violation, up to and including termination.

For further guidance and compliance requirements see BAMS Global Anti-Money Laundering and SanctionsPolicy.

## F.  Political activities

BAMS encourages all associates to participate individually in the political process and respects each associate's right to do so. However, unless there is prior approval by contacting the Ethics Helpline, that participation must not occur on work time or in Company facilities, and must not include the use of the BAMS' name.

## G.  Political contributions and activities

Ethics Helpline permission is also needed before we may make political contributions, including payments, loans, gifts, services, facilities or other items of value to campaigns on behalf of BAMS. This includes fundraising events such as dinners, picnics, etc. BAMS does not reimburse associate contributions, or making or providing contributions, payments, loans, gifts, services, facilities or other items of value to political campaigns. U.S. state laws vary tremendously, which highlights the need to have the Ethics Helpline look ahead of time into whether a contribution is permissible.

## H.  Lobbying

From time to time, BAMS, as a responsible and engaged corporate citizen, may speak out on government issues of importance to the Company. BAMS will work with the Public Policy Departments of Bank of America and First Data to set strategies in this area. If an associate is aware of a political issue where advocating the Company's position may be appropriate, the associate must contact a BAMS senior executive officer who will coordinate with the respective Public Policy team.

## I.   Government requests and subpoenas

It is Company policy to cooperate with reasonable requests for information from governmental agencies, including investigations of BAMS activities. BAMS is, however, entitled to all the safeguards provided by law to a person being investigated, including representation by legal counsel from the beginning of the investigation. For that reason, you must contact the Legal Department before responding to governmental inquiries, inspections, subpoenas or requests.

Legal notices should be immediately forwarded to the Legal Department to ensure timely response and avoid further legal action. Send such notices to: LegalNotices@bankofamericamerchant.com

## J.  Communications with the community

CONFIDENTIAL

The BAMS Marketing Department ensures that requests for information are handled properly and consistently. If you are contacted for an interview or comments by the media, an analyst, or other third parties refer it to BAMS Corporate Marketing and Communications.  Only authorized corporate spokespersons will provide comments to the media, and all requests should be forwarded to the Communications Department.

# Section 7

## A. Resources to help us live our commitments

You are not in this alone. This document describes your ongoing obligations and responsibilities for compliance with the Company's Code of Ethics. These are resources available to you in fulfilling your commitments. If you have a question or concern, or feel the need to raise a concern, the first place to turn is your manager. If, however, you do not feel comfortable going to your manager, use one of the resources listed below. The important thing is that your concerns are raised. Remember that retaliation against those who make a good faith report is not tolerated at BAMS.

## B. Ethics Helpline

Send an e-mail to the following address: BAMS_Ethics@bankofamericamerchant.com. The mailbox is monitored by the Bank of America General Auditor who will investigate all escalations in an appropriate and confidential manner.

**You can leave a voicemail message for the following BAMS executives; you are encouraged, but not required, to identify yourself in your voicemail:**

- General Auditor **404.890.3201**
- General Counsel: **980.386.6637**
- Chief Risk Officer: **212.266.3561**
- Human Resources Executive: **980.386.5986**

# Code of Ethics Addendum for Contractors

Individuals working for BAMS in a contractor capacity are required to abide by the same standards of conduct and company policies (where noted in the applicable Policy document) to which associates of BAMS are required to abide. When acknowledging receipt and understanding of the Code of Ethics and Associate Handbook, a contractor is acknowledging that he or she understands what does and does not apply in their relationship to BAMS. Such acknowledgement shall not constitute or imply a co-employment relationship between BAMS and the contractor.

| Document Administration and Contact Information | |
|---|---|
| Document Owner: | Marian Wilson, Chief Human Resources Officer |
| **Document Issuance and Revision Information** | |
| Last Revised: | April 25, 2017 |
| Last Approved: | May 3, 2017 |

CONFIDENTIAL                                                                       BAMS 00002787

CONFIDENTIAL

BAMS 00002788