# EXHIBIT 42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>                  Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT<br>SERVICES, LLC, s/h/a BANK OF<br>AMERICA MERCHANT<br>SERVICES,<br><br>                  Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSIONS

Eric Slawin, Plaintiff herein, by his counsel of record, Robert N. Marx of Marx & Marx, L.L.C., as and for his responses to Defendant's Requests for Admissions dated April 18, 2023, responds as follows:

1.  Admit you forwarded internal BAMS emails to your personal Gmail account, eslawin116@gmail.com in 2017.

Response: Admit.

2.  Admit you forwarded emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com, in 2017.

1

<u>Response</u>: Admit.

3. Admit you violated BAMS' policies by forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

<u>Response</u>: Deny.

4.  Admit you signed the Proprietary Rights and Information Agreement attached as <u>Exhibit A.</u>

<u>Response</u>: Admit.

5.  Admit the Proprietary Rights and Information Agreement prohibited you from forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com to your personal Gmail account, eslawin116@gmail.com.

<u>Response</u>: Deny.

6.  Admit you violated the Proprietary Rights and Information Agreement by forwarding emails from your BAMS email account, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

<u>Response</u>: Deny.

7.  Admit you received the Associate Handbook attached as <u>Exhibit B</u> while you were employed at BAMS.

<u>Response</u>: Admit.

8.  Admit you acknowledged the Associate Handbook on February 2, 2016, as set forth in <u>Exhibit C.</u>

<u>Response</u>: Admit.

9.  Admit you acknowledged the Associate Handbook on July 27, 2017, as set forth in <u>Exhibit C.</u>

<u>Response</u>: Admit.

10.   Admit the Associate Handbook prohibits an employee from forwarding emails from a BAMS email account to an employee's personal email account.

<u>Response</u>: Deny.

11. Admit you violated sections of the Associate Handbook, including the Confidential Information Section, by forwarding emails from your BAMS email, Eric.Slawin@bankofamericamerchant.com, to your personal Gmail account, eslawin116@gmail.com.

<u>Response</u>: Deny.

12. Admit you received the Code of Ethics attached as <u>Exhibit D</u> while you were employed at BAMS.

<u>Response</u>: Admit.

13. Admit you acknowledged the Code of Ethics on June, 24, 2016, as set forth in <u>Exhibit C.</u>

<u>Response</u>: Admit.

14. Admit you acknowledged the Code of Ethics on July, 24, 2017, as set forth in <u>Exhibit C.</u>

<u>Response</u>: Admit.

Respectfully submitted, this 16th day of May 2023.

/s/Robert N. Marx
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
lawyers@marxlawgroup.com

*Attorneys for Plaintiff*

<u>Certificate of Compliance</u>

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 16th day of May, 2023.

/s/Robert N. Marx
Robert N. Marx

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

          Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

          Defendant.

Civil Action File No.
1:19-cv-04129-AT

## CERTIFICATE OF SERVICE

This is to certify that on May 16, 2023, I served: **Plaintiff's Responses to Defendant's Requests for Admissions dated April 18, 2023**, by email addressed to Defendant's counsel of record as follows:

Aiten McPherson, Esq
aiten.mcpherson@bclplaw.com
Christopher P. Galanek, Esq.
Chris.Galanek@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471

Respectfully submitted, this 16th day of May 2023.

/s/Robert N. Marx
Georgia Bar Number 475280
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway

5

Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com

*Attorneys for Plaintiff*