# EXHIBIT 43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO BANC OF AMERICA MERCHANT SERVICES LLC'S
FIRST INTERROGATORIES, NO. 4

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx, of Marx & Marx, LLC, as and for his second supplemental responses and objections to Banc of America Merchant Services LLC's First Interrogatories, No. 4, sets forth as follows:

4.

Itemize and show how you calculate any damages claimed by you in this action, whether economic, non-economic, punitive, or other, including but not limited to any amounts claimed for backpay, emotional damages, and front pay.

1

Response:  Pursuant to the Court's Order in this matter, Plaintiff responds as follows regarding his economic damages.  Plaintiff calculates his compensation at Defendant (BAMS) as $140,000 per year, consisting of a base salary of $125,000 plus an annual bonus of 15,000.  That yields compensation of $11,666 per month. Plaintiff starts the computation of his backpay from December 12, 2017, or one-half of a month's compensation. In 2018, Plaintiff had no earnings from January through October. He earned approximately $800.00 in November 2018 working for UPS.  He commenced employment at Wells Fargo in December 2018 at an annual salary of $125,000.  He was employed at Wells Fargo from December 2018 to in or about the middle of June 2019.  Plaintiff was unemployed in July 2019.  In August 2019 he commenced employment at Citibank at an annual salary of $92,000.  He was employed at Citibank from August 2019 through April 2020.  He started employment at USAA in May 2020 and is still employed there. As of January 2022, Plaintiff has been earning more than his compensation at BAMS, so his claim for backpay ends as of December 31, 2021.  For the entire year 2021, Plaintiff's backpay calculation is $1,653, which is the difference between his annual compensation at BAMS of $140,000 and his actual earnings for 2021 of $138,347.

Plaintiff's calculation of his backpay claim by year, based on the foregoing, is:

```
2017............. $   5,833
2018.............    128,776
2019.............     44,374
2020.............     24,440
2021.............      1,653
Total............. $ 205,076[1]
```

The following chart sets forth Plaintiff's backpay calculation for each month through December 2020.

| Month | BAMS Compensation | Earnings | Difference/Backpay |
|---|---|---|---|
| December 2017 | 11,666 | 5,833 | 5,833 |
| January 2018 | 11,666 | 0 | 11,666 |
| February 2018 | 11,666 | 0 | 11,666 |
| March 2018 | 11,666 | 0 | 11,666 |
| April 2018 | 11,666 | 0 | 11,666 |
| May 2018 | 11,666 | 0 | 11,666 |
| June 2018 | 11,666 | 0 | 11,666 |
| July 2018 | 11,666 | 0 | 11,666 |
| August 2018 | 11,666 | 0 | 11,666 |
| September 2018 | 11,666 | 0 | 11,666 |
| October 2018 | 11,666 | 0 | 11,666 |
| November 2018 | 11,666 | 800 | 10,866 |
| December 2018 | 11,666 | 10,416 | 1,250 |
| January 2019 | 11,666 | 10,416 | 1,250 |
| February 2019 | 11,666 | 10,416 | 1,250 |
| March 2019 | 11,666 | 10,416 | 1,250 |
| April 2019 | 11,666 | 10,416 | 1,250 |
| May 2019 | 11,666 | 10,416 | 1,250 |
| June 2019 | 11,666 | 5,208 | 6,458 |
| July 2019 | 11,666 | 0 | 11,666 |
| August 2019 | 11,666 | 7,666 | 4,000 |
| September 2019 | 11,666 | 7,666 | 4,000 |
| October 2019 | 11,666 | 7,666 | 4,000 |
| November 2019 | 11,666 | 7,666 | 4,000 |

---

[1] Plus interest from December 12, 2017.

| December 2019 | 11,666 | 7,666 | 4,000 |
|---|---|---|---|
| January 2020 | 11,666 | 7,666 | 4,000 |
| February 2020 | 11,666 | 7,666 | 4,000 |
| March 2020 | 11,666 | 7,666 | 4,000 |
| April 2020 | 11,666 | 7,666 | 4,000 |
| May 2020 | 11,666 | 10,611 | 1,055 |
| June 2020 | 11,666 | 10,611 | 1,055 |
| July 2020 | 11,666 | 10,611 | 1,055 |
| August 2020 | 11,666 | 10,611 | 1,055 |
| September 2020 | 11,666 | 10,611 | 1,055 |
| October 2020 | 11,666 | 10,611 | 1,055 |
| November 2020 | 11,666 | 10,611 | 1,055 |
| December 2020 | 11,666 | 10,611 | 1,055 |

This 11th day of August 2023.

    s/Robert N. Marx
    Robert N. Marx, Esq.
    Georgia Bar No. 475280
    Jean Simonoff Marx, Esq.
    Georgia Bar No. 475276
    Marx & Marx, L.L.C.
    1050 Crown Pointe Parkway
    Suite 500
    Atlanta, Georgia 30338
    Telephone: (404) 261-9559
    lawyers@marxlawgroup.com
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on August 11, 2023, , I served: **Plaintiff's Second Supplemental Responses and Objections to Banc of America Merchant Services LLC's First Interrogatories No. 4,** by email to Defendant's attorneys of record as follows:

>Christopher P. Galanek
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, Ga 30309-3471
>chris.galanek@bclplaw.com
>
>Aiten Musaeve McPherson, Esq.
>Bryan Cave Leighton Paisner LLP-ATL
>One Atlantic Center, 14th Floor
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309-3471
>aiten.mcpherson@bclplaw.com

Respectfully submitted, this 11th day of August 2023.

    <u>s/Robert N. Marx</u>
Georgia Bar Number 475280
Attorneys for Plaintiff
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
E-mail:  lawyers@marxlawgroup.com