IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>                Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>                Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

<u>PLAINTIFF'S UNOPPOSED MOTION TO EXTEND FOR ONE WEEK, THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 175) BASED ON UNFORSEEN WEATHER EMERGENCY AND UNANTICIPATED HEARINGS AND DEADLINES IN OTHER CASES</u>

    Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court for an unopposed extension of one (1) week, to file a response to Defendant's motion for summary judgment (Doc. 175), as a result of an unforeseen weather emergency and unanticipated hearings and deadlines in other cases. In support of the motion, Plaintiff sets forth as follows:

    1. Discovery in this case closed on November 8, 2024. As a result, under the Local Civil Rules, dispositive motions were due on or before December 9, 2024.

1

2. On November 27, 2024, this Court granted the parties' joint motion to set up a briefing schedule for dispositive motions in this case. (Docs. 172, 173). Pursuant to the schedule, motions for summary judgment would be due on or before January 8, 2025 and responses thereto would be due on or before February 7, 2025.

3. Inclement weather during January 2025 effectively shut down the Atlanta Metropolitan area. As the Court is aware, there were two separate weather emergencies caused by snow and freezing weather in January. The first weather emergency was from January 9-14, during which time the courts and Plaintiffs' office were closed, and which caused Plaintiff's counsel to have no power between January 10 – 11, 2025. The second weather related incident was on January 22-23, which again caused closure of Atlanta courts and Plaintiff's counsel's office.

4. On December 11, 2024, at the hearing on Defendants' motions for summary judgment in the matter of *Watson v. City of Macon, Georgia, et al.*, No. 5:22-cv-192-MTT, the Court directed the parties to file supplemental briefs by January 10, 2025, which was subsequently extended to January 15, 2025 as a result of the aforesaid weather emergency. This had not been anticipated at the time that the proposed briefing schedule (Doc. 172) was filed with this Court. The Court ordered submission of a revised supplemental brief to be filed on or before January 20, 2025.

5. In the matter of *Bryant and Proctor v. City of Atlanta*, Nos. 1:23-cv-01539/40-SEG-CMS, the Court noticed a Zoom conference which was held on January 27, 2025, and a follow-up conference on February 3, 2025, neither of which conferences had been anticipated at the time of the aforesaid motion to this Court (Doc. 172). Related to these conferences the Court ordered the parties to file a joint submission yesterday, pertaining to an order issued by the Court thereafter setting a Friday January 31, 2025 deadline, which will be the subject of the February 3, 2025 conference.

6. As a result of this Court granting the aforesaid joint motion (Doc. 172), Defendant effectively had 61 days from the close of discovery to file its motion for summary judgment, albeit that some of those days were during the end of the year holiday period.

7. Plaintiff seeks a modest extension of one week, to February 14, 2025, to file its response to the motion for summary judgment, as a result of the above-described unforeseen and unanticipated weather emergency, power outage, and briefing deadline and hearings in other cases.

8. Defendant has been advised of this motion and does not oppose it, provided the time for a Reply is commensurately extended to March 7, 2025, which is agreeable to Plaintiff. Accordingly, Plaintiff attaches a proposed Order incorporating both extensions

3

WHEREFORE it is respectfully requested that the time for Plaintiff to respond to Defendant's motions for summary judgment (Doc. 175) be extended to and including February 14, 2025, and that the time for any Reply be extended to and including March 7, 2025.

This 30th day of January 2025.

      /s/Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>          Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

This is to certify that on January 30, 2025, I electronically filed: **Plaintiff's Unopposed Motion to Extend for One Week, the Time to Respond to Defendant's Motion for Summary Judgment (Doc. 175), Based on Unforeseen Weather Emergency and Unanticipated Hearings and Deadlines in Other Cases,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

        Christopher P. Galanek, Esq.
        Chris.Galanek@bclplaw.com
        Brian Underwood, Esq.
        Brian.Underwood@bclplaw.com
        Bryan Cave Leighton Paisner
        LLP One Atlantic Center, 14th
        Floor 1201 West Peachtree
        Street, N.W. Atlanta, GA 30309-
        3471

This 30th day of January 2025.

                                        /s/Robert N. Marx
                                        Robert N. Marx, Esq.

Georgia Bar No. 475280
Jean Simonoff Marx, Esq.
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Tel. (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*