IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 175) BASED ON AN UNFORSEEN MEDICAL EMERGENCY

    Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court for an unopposed extension to file a response to Defendant's motion for summary judgment (Doc. 175), as a result of an unforeseen medical emergency. In support of the motion, Plaintiff sets forth as follows:

    1.  On Saturday, February 1, 2025, Mr. Slawin's 84-year-old mother broke her left femur and hip. She had major surgery on Tuesday, February 4, 2025. Mr. Slawin, Plaintiff herein, is an only child and his mother's only caregiver.

1

2. As a result, Mr. Slawin was totally out of the loop and Plaintiff's counsel were unable to talk with him at all about Defendant's motion for summary judgment from February 1 – 4, 2025.

3. Plaintiff's counsel spoke with Mr. Slawin on Wednesday, February 5, 2025 for a short time about Defendant's motion and will be able to speak to him today during a 3-hour time window.

4. Since Mr. Slawin will need to care for his mother, for approximately the next three weeks, Mr. Slawin will be reachable only on a limited basis.

5. In view of the foregoing, Plaintiff's counsel would request an additional week to respond to Defendant's motion for summary judgment, or until Friday, February 21, 2025, but Plaintiff's counsel have a mediation in another case on that date.

6. The mediation in *Kinsey v. White Star Supply, LLC et al.*, No. 2:24-cv-00062-LGW-BWC, pending in the U.S. District Court for the Southern District of Georgia, is currently scheduled for February 21, 2025.  The court initially stayed discovery through January 31, 2025, but agreed to extend the stay only until February 24, 2025, because the mediator in that case had not been available during January.

7. In view of both the above-described unforeseen medical emergency and the mediation in another case that cannot be moved, Plaintiff is requesting that the

2

time for Plaintiff to respond to Defendant's motion be extended to and including Monday, February 24, 2025.

8. Plaintiff's counsel understands that Defendant's counsel will want a corresponding extension of time to file a Reply until March 17, 2025, and is agreeable to it.

9. Defendant's counsel has been advised of this request and does not oppose it.

WHEREFORE it is respectfully requested that the time for Plaintiff to respond to Defendant's motions for summary judgment (Doc. 175) be extended to and including February 24, 2025, and that the time for any Reply be extended to and including March 17, 2025.

This 6th day of February 2025.

   /s/Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>            Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

This is to certify that on February 6, 2025, I electronically filed: **Plaintiff's Unopposed Motion to Extend the Time to Respond to Defendant's Motion for Summary Judgment (Doc. 175), Based on an Unforeseen Medical Emergency,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner
> LLP One Atlantic Center, 14th
> Floor 1201 West Peachtree
> Street, N.W. Atlanta, GA 30309-
> 3471

This 6th day of February 2025.

> /s/Robert N. Marx
> Robert N. Marx, Esq.
> Georgia Bar No. 475280
> Jean Simonoff Marx, Esq.

4

          Georgia Bar No. 475276
          Marx & Marx, L.L.C.
          1050 Crown Pointe Parkway
          Suite 500
          Atlanta, Georgia 30338
          Tel. (404) 261-9559
          lawyers@marxlawgroup.com
          jeannie.marx@marxlawgroup.com

          *Attorneys for Plaintiff*