IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

              Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

              Defendant.

Civil Action File No.
1:19-cv-04129-AT

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND FOR ONE DAY, THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 175) DUE TO CAR ACCIDENT

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court for an extension of one (1) day to and including February 25, 2025, and a modification of the briefing schedule to extend BAMS' time for its reply for one day, to and including March 18, 2025. In support of the motion, Plaintiff sets forth as follows:

1. The current deadline for Plaintiff to file his papers in opposition to BAMS motion for summary judgment is today, February 24, 2025.

2. This Court granted Plaintiff's motion to extend time for his response due to inclement weather emergencies during January which had effectively shut down the Atlanta Metropolitan area, causing Plaintiff's counsel to have power outages

throughout January, and due to unanticipated court ordered deadlines in other

cases. The Court's Order (Doc. 180) extended Plaintiff's time to submit his

summary judgment opposition papers to today, February 24, 2025.

3. Plaintiff's counsel has diligently been working on his summary judgment

response papers as well as a motion to reopen discovery pursuant to Court order by

Judge Salinas in another case.

4. Plaintiffs' counsels' future daughter in law was in a car accident last

Tuesday, in Atlanta, causing damage and some injuries, which event had sidelined

some of their time that they would be working both on the motion to reopen that

was due in the case with Judge Salinas last week, and on Mr. Slawin's papers in

response to this BAMS' summary judgment motion.

5. As a result of this car accident and divergence of our time, we were

required to extend the deadline by one day regarding the aforementioned motion to

reopen, to and including February 20, 2025.

6. We had a mediation on February 21, 2025 which we could not move.

7.  These events have had a cascading effect on our work timeline,

necessitating our request for one extra day for Mr. Slawin to submit his response

papers to BAMS' motion for summary judgment.

8. As a result of the foregoing Plaintiff seeks an extension of one day to

submit his papers in opposition to BAMS motion for summary judgment, to and

2

including February 25, 2025, and has agreed to a concomitant one day extension

for BAMS to submit its reply to and including March 18, 2025.

9. Defendant's counsel has been advised of this request and has no

opposition.

WHEREFORE  it is respectfully requested that the time for Plaintiff to

respond to Defendant's motions for summary judgment (Doc. 175) be extended to

and including February 25, 2025.

This 24th day of January 2025.

> /s/Jean Simonoff Marx
> Jean Simonoff Marx
> Georgia Bar Number 475276
> Robert N. Marx
> Georgia Bar Number 475280
> Marx & Marx, L.L.C.
> 1050 Crown Pointe Parkway
> Suite 500
> Atlanta, Georgia 30338
> (404) 261-9559
> lawyers@marxlawgroup.com
> jeannie.marx@marxlawgroup.com
>
> *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

           Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

           Defendant.

Civil Action File No.
1:19-cv-04129-AT

### Certificate of Service

This is to certify that on February 24, 2025, I electronically filed: **Plaintiff's Unopposed Motion to Extend for One Day, the Time to Respond to Defendant's Motion for Summary Judgment (Doc 175) Due to Car Accident**, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner
> LLP One Atlantic Center, 14th
> Floor 1201 West Peachtree
> Street, N.W. Atlanta, GA 30309-
> 3471

This 24th day of January 2025.

> /s/Jean Simonoff Marx
> Jean Simonoff Marx
> Georgia Bar No. 475276
> Robert N. Marx,Esq.

4

Georgia Bar No. 475280
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Tel. (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*