0IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File<br>Case No. 1:19-cv-04129-AT |

## DECLARATION OF ROBERT MARX

I, Robert N. Marx, pursuant to 28 U.S.C. Sec. 1746, declare and state as follows under penalty of perjury:

1. I am one of the counsel for Eric Slawin, Plaintiff herein.

2. During discovery in this matter we sent discovery requests to the Defendant for all documents regarding or referring to the policies that Mr. Slawin allegedly violated.

3. We did not receive an End User Policy, which is referred to in Defendant's motion papers in support of the motion for summary judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of February 2025.

    /s/Robert N. Marx
    Robert N. Marx

This 25th day of February 2025.

  /s/Robert N. Marx
  Georgia Bar Number 475280
  Jean Simonoff Marx
  Georgia Bar Number 475276
  Marx & Marx, L.L.C.
  1050 Crown Pointe Parkway
  Suite 500
  Atlanta, Georgia 30338
  (404) 261-9559
  lawyers@marxlawgroup.com
  jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

<u>Certificate of Service</u>

This is to certify that on February 25, 2025, I electronically filed:**Declaration of Robert N. Marx,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner
> LLP One Atlantic Center, 14th
> Floor 1201 West Peachtree
> Street, N.W. Atlanta, GA 30309-
> 3471

This 25th day of February 2025.

> /s/Robert N. Marx
> Robert N. Marx, Esq.
> Georgia Bar No. 475280
> Jean Simonoff Marx, Esq.
> Georgia Bar No. 475276

                                        Marx & Marx, L.L.C.  
                                        1050 Crown Pointe Parkway  
                                        Suite 500  
                                        Atlanta, Georgia 30338  
                                        Tel. (404) 261-9559  
                                          lawyers@marxlawgroup.com  
                                          jeannie.marx@marxlawgroup.com  
                                        *Attorneys for Plaintiff*