**To:** Davis, Ali (BAMS)[Ali.Davis@bankofamericamerchant.com]
**From:** Moll, Joe (BAMS)[/O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CA10JLM]
**Sent:** Thur 1/26/2017 5:35:13 PM (UTC)
**Subject:** RE: Hot Topic: PCI @ BAMS
FullPAN DLP Report-20170125-0950 with responses 20170126-1030.xlsx

Survey responses current as of now will all respondents to date. This isn't just people who received a report. Lots of people seem to be doing what FDMS should be doing for us... I've also requested the list of BAMS users from Clientline and who has access to PAN.. will look at that later this afternoon.
jm

---
Joseph L. Moll, CISSP, CISA, CRISC, NSA-IAM, NSA-IEM
VP/Corporate Information Security Officer, Risk and Compliance
Bank of America Merchant Services
Direct 1.720.390.1384 | Mobile 1.720.839.1841
joe.moll@bankofamericamerchant.com



Bank of America Merchant Services

---

**From:** Davis, Ali (BAMS)
**Sent:** Wednesday, January 25, 2017 5:36 PM
**To:** Fontana, Thomas (BAMS)
**Cc:** Moll, Joe (BAMS)
**Subject:** Hot Topic: PCI @ BAMS

Tom—

There was one topic for my 1:1 today that I wanted to bring to light as we are gathering more information.

**Educational Background:**
The Payment Card Industry Data Security Standards (PCI DSS) applies to all entities that store, process, and/or transmit cardholder data. It covers technical and operational system components included in or connected to cardholder data. At a minimum, cardholder data consists of the full PAN. Cardholder data may also appear in the form of the full PAN plus any of the following: cardholder name, expiration date and/or service code.

**BAMS History:**
BAMS as an entity has maintained that we do not process, transmit or store cardholder data and therefore BAMS is not required to validate their PCI compliance. Instead, we use a third party, First Data, who provides these services on behalf of BAMS. As such First Data is required to be compliant as a PCI Level 1 Service Provider (not merchant). Each platform and product that processes, transmits and stores CHD at FD has an annual validation completed by Trustwave.

**The Problem:**
We have discovered that there are individuals at BAMS who do have access to cardholder data. This cannot happen or BAMS has access to cardholder data and we are therefore in scope for PCI compliance. If a system at BAMS was hacked or had a breach and cardholder data was accessed BAMS could be viewed as in scope and noncompliant.

We are doing some research currently. Joe has a report where he has flagged for DLP purposes PAN being sent at BAMS. Today he reached out and did a survey of those people individually asking where they got the data, what do they use it for, etc. so that we can better understand how and why people are doing things with full PAN.

We will need to seriously look at our processes and processes that involve research by teams within BAMS using or requiring full PAN may need to shift to First Data. For example, we have merchants who have fully outsourced their processing but get reports with full PAN and those merchants are still in scope for PCI compliance.

A QSA to do an assessment on BAMS would 1) cost us an absolute fortune, 2) add enhanced controls on every user that has access to CHD (think individual computer security, etc.) and 3) take an extensive period of time.

CONFIDENTIAL                                                                                                               BAMS 00008881

**The Recommendation:**
I am going to come back to you with a list of the tools and systems that we know at BAMS have cardholder data in terms of full PAN in view. We will need support of the business to cease the use of full PAN at BAMS or we will need to consider validating our compliance.

Let me know if you have any further questions and I am happy to discuss.

Ali Davis, Senior Vice President
Risk Governance & Merchant Compliance
Bank of America Merchant Services
Direct 404.343.0849 Mobile 770.547.9358
ali.davis@bankofamericamerchant.com

Bank of America Merchant Services

CONFIDENTIAL                                                                                                    BAMS 00008882

Document Produced as Native

CONFIDENTIAL BAMS 00008883