

PLAINTIFF'S EXHIBIT 4

| From: | Clifford, Christine (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=F38HRTF> |
|---|---|
| Sent: | Thu 6/22/2017 1:23 PM (GMT-04:00) |
| To: | Glynn, Brian T. (BAMS) <brian.glynn@bankofamericamerchant.com>;Kennedy, Monica K (BAMS) <Monica.Kennedy@bankofamericamerchant.com>;Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>;Saha, Jessica (BAMS) <Jessica.Saha@bankofamericamerchant.com> |
| Cc: | Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com>;Ades, David (BAMS) <David.Ades@bankofamericamerchant.com> |
| Bcc: | |
| Subject: RE: SIAI | |

Brian – Below please find our Service call volumes, primarily in CMS (because FD handles most small business inquiries.) As a reminder, we pulled this by using the SalesForce subcategory of "full card number."

**Annualized volumes for CMS are: 14,708; for SBS: 84**

| Group | Mar-17 | Apr-17 | May-17 | Total |
|---|---|---|---|---|
| SBS | 5 | 9 | 7 | 21 |
| CMS | 1216 | 1087 | 1353 | 3656 |
| Total: | 1221 | 1096 | 1360 | **3677** |

Chris Clifford, SVP
Client Service Delivery
Bank of America Merchant Services
Direct 865.229.2246
Mobile 301.660.1474
christine.clifford@bankofamericamerchant.com

My manager is Jessica Saha. She can be reached at: 804.515.2944 or via email at: Jessica.Saha@bankofamericamerchant.com

*Bank of America Merchant Services*

**From:** Glynn, Brian T. (BAMS)
**Sent:** Thursday, June 22, 2017 8:54 AM
**To:** Kennedy, Monica K (BAMS); Slawin, Eric (BAMS); Clifford, Christine (BAMS); Saha, Jessica (BAMS)
**Cc:** Collins, Natasha (BAMS); Ades, David (BAMS)
**Subject:** RE: SIAI

Hi all

CONFIDENTIAL                                                                                                    BAMS 00000125

Attached is a summary of AM PAN handling or use activity for June 1 – 15th.  The volumes were then annualized.  This brings the total to approximately 220,506 per year.   Ideally this will help us as we size the issue.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Glynn, Brian T. (BAMS)
**Sent:** Friday, June 16, 2017 12:30 PM
**To:** Kennedy, Monica K (BAMS); Slawin, Eric (BAMS); Clifford, Christine (BAMS) (Christine.Clifford@bankofamericamerchant.com); Saha, Jessica (BAMS)
**Cc:** Collins, Natasha (BAMS); Ades, David (BAMS)
**Subject:** RE: SIAI

Hi Eric – I just wrapped up a call with all of the Client Managed Service leaders including Jessica Saha, Monica Kennedy and Christine Clifford to level set between all of us on the request.  We are now looking for your help getting us together to start the SIAI process. Please include everyone I mentioned on the initial call.  We are looking forward to getting this process started.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, June 13, 2017 5:18 PM
**To:** Glynn, Brian T. (BAMS); Ades, David (BAMS); Kennedy, Monica K (BAMS)
**Cc:** Slawin, Eric (BAMS)
**Subject:** RE: SIAI

Yes, reach out to Eric to get it documented and he will pull us together to review.

Eric – See email chain below.

**From:** Glynn, Brian T. (BAMS)
**Sent:** Tuesday, June 13, 2017 1:37 PM
**To:** Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
**Subject:** RE: SIAI

CONFIDENTIAL                                                                                                                                          BAMS 00000126