PLAINTIFF'S EXHIBIT
5

From:       Collins, Natasha (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NCOLLI01>
Sent:       Mon 7/03/2017 11:19 AM (GMT-04:00)
To:         Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
Cc:
Bcc:
Subject:    RE: 7-3-17 Update EJS.docx
Attachments: 7-3-17 Update EJS - NSC.docx


This is updated with comments from our discussion.

**From:** Slawin, Eric (BAMS)
**Sent:** Monday, July 03, 2017 10:21 AM
**To:** Collins, Natasha (BAMS)
**Subject:** 7-3-17 Update EJS.docx

For our meeting at 10:30…

BAMS 00000118

New Issues since we last met

- Circulated announcement from Marketing and Communications about signature blocks, received quite a few questions, followed up with Juliene Conway and Tracy Shuman, the policy is being modified based on the feedback and they are going to provide more clarity

- Met with Client Services and Mary Bailey, decided to create remediation plan and first step will be to work with Guy DeMaertelaere to negotiated FD charges for tax withholding events, next meeting scheduled for July 10th

- Conducted monthly meeting BCO with Large Corporate sales leaders

- Conducted monthly meeting BCO with Commercial and Business Banking sales leaders

- Conducted monthly ORC meeting.  **Ensure Council participants know they are responsible for taking information provided back to their teams and rollout.**

- Met with large group to discuss submission of SIAI relative to PAN data/CPI compliant and talked through fields on SIAI template, Jessica Saha, Brian Glynn, Monica Kennedy etc…next steps are to gather notes, contact SMEs and recirculate SIAI template to stake holders

- Received many client information request, need to find efficiencies in the process, will meet with Monica Kennedy to discuss.  **Revise process to remove BCO as traffic cop. Provide guidance to BCs on where to go for which types of requests.**

- Discussed BAMS contingency plan with Darien Newman, provided feedback to Brain Sweeney and approved.  **Send copy of what was reviewed and comments to Natasha.**

Open Audit Issues: **Set up weekly or bi-weekly meeting with all parties involved in remediation of issues to keep everyone on track with milestones – Not discussed except for issue #2. Establish a regular, repeating meeting for each issue.**
1 – RIAI/Retail Billing Audit
- FD Boarding Oversight – Follow up with Trayci and Leigh Ann to ensure we are talking to FD about the details behind the metrics, weaving them into the reporting if needed, so that we can attest to quality/adequacy of their controls and have better insight going forward—Meeting with FD rescheduled many times, now schedule for 7/12, will reach out to Aaron Allen on my own and will discuss the matter with FD to keep the process moving.  **Send copy of email regarding meeting delays to Natasha for escalation to FD.**
-
- Hire new audit FTEs – I own this one.  Trayci providing more justification on FTE needs and explanation of the scope of the functions performed by existing resources
- RCSA: MPA focused RCSA to be completed by 6/30; rest to be done by 7/31
- Follow up with Lisa Santana on other control gaps that need to be remediated in addition to hiring new audit analysts—Followed up with Lisa, meeting conducted by Lisa's team to demonstrate redesign of NAB form, Remediation plan indicated controls will be designed for top two causes and that related to FTEs, milestone met.  **Natasha requested information from Brian**

84

**as well regarding remaining control gaps Lisa identified. Awaiting additional follow-up from Brian to ensure issue is completely addressed.**

2 – Custom SLA Tracking
- All teams providing updates to Eric on remediation milestones.--Done
- Modify the remediation plan with new dates as needed and provide a revised plan to Audit by today, 6/23—First Milestone date changed to 7/18, plan submitted, Regrade date set for 7-18-17. **Need one person on point for each milestone. Will not progress without clear ownership for each item. Send Natasha your plan showing what needs to be done by the regrade date of 7/18. Date is close and many people have vacations planned.**
- Set up calls going forward to track progress remediation—Had discussion/meeting with stakeholders on Thursday will set up follow-up calls next
- Get a better explanation as to why Audit does not want us to use existing capabilities already in SFDC for SLA tracking—Audit thought SFDC was not the only option, clarity provided and this situation was resolved

3 – Client Experience Issue – Follow up with Brian/Agnes on status. Suggest we use existing Salesforce capabilities to track issue remediation and determine reporting needed, rather than waiting on Salesforce 360. Guidance on this has been provided repeatedly. Spoke with Agnes and status is that reports were gathered to determine what currently exists, Met with Audit and Treicia Brooks to reconcile status of audit, will set up meeting t end of this week with Treicia, Audit, Darien and myself to discuss different approaches and determine if an extension request should be filed

Late procedures originally due 3/31 have had due date extended to July 31
- By our next 1:1, map out plan with milestones that get us to July 31, Have created template for map, gained buy-in for support from senior managers during meeting, have to complete template with names and dates
- 7 process areas. Identify leader for each procedure document and gain commitment to get work done by 7/31, Have identified leaders, need to begin scheduling meetings

**Despite need to complete documentation of the plan and ownership, Eric confirmed that all leaders are aware of the 7/31 deadline and working toward it.**
ORE
- Follow up with Leigh Ann on current outstanding events and get completed by due date, Both issues in May were related to breaks by FD, will provide this feedback to Operational Risk Management, review of May OREs is complete
- I have asked repeatedly for you to use ISMs to do the research and documentation of these events to avoid the need for you to chase down multiple people involved in an ORE. ISMs need to own risk impacts to their clients and be involved in thinking through remediation and prevention of these issues. Roll out this new approach in next Operational Risk Council meeting, Friday, June 30--Rolled this change out during ORC meeting. **Need to ensure that ORC members took information back to their teams or reach out to Brian and Monica directly to ensure they understand their teams' role in this process going forward.**