PLAINTIFF'S
EXHIBIT
6
_____

| | |
|---|---|
| Sent: | Mon 7/10/2017 1:05 PM (GMT-04:00) |
| Subject: | Discuss PAN Data Further |
| Location: | 1-877-304-0076, meeting code 1910238 |
| Start: | Wed 7/12/2017 1:00 PM (GMT-04:00) |
| End: | Wed 7/12/2017 1:30 PM (GMT-04:00) |
| Organizer: | Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2> |

Required Attendees: Havel, Valerie (BAMS) <Valerie.Havel@bankofamericamerchant.com>;Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>
Optional Attendees:


Hi Val,

I wanted to meet with Mark and you again to further discuss use of PAN Data and the respective remediation plan. Mark and I have created some questions below that upon further reflection realized that may have not been answered completely during our last group meeting, therefore, we would like to discuss tem further. Thanks!

1. Can you top using PAN Data?
2. Why does Small Business not have the same problem?
3. Does the Client Managed Sales Client Segments use the data differently than Small Business?
4. Is the main concern related to access to PAN Data, Transmission of PAN Data or both?
5. If transmission is a concern can we rely on the existing options such as secure email?

CONFIDENTIAL                                                                                                    BAMS 00000404