1

**PLAINTIFF'S EXHIBIT 8**

| | |
|---|---|
| From: | Moll, Joe (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CA10JLM> |
| Sent: | Tue 7/11/2017 11:25 AM (GMT-04:00) |
| To: | Davis, Ali (BAMS) <Ali.Davis@bankofamericamerchant.com>;Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>;Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com> |
| Cc: | |
| Bcc: | |
| Subject: | RE: PAN Data |

As Ali noted, our view isn't all encompassing.
However, the following are the number of violations:  Past 12 months: **2925** - June 2017: **214**. Again, these are essentially incidents where PAN data is being mishandled by BAMS associates **but it is important that you understand that this is simply just when associates are trying to email the data**.  The incidents of where data is being otherwise stored/processed/transmitted inappropriately are not included in these incident counts.  The research that was done on the 3Q data from last year indicated that 90% of the violators are in David's org.
Best Regards,
Joe Moll


---
Joseph L. Moll, CISSP, CISA, CRISC, NSA-IAM, NSA-IEM
VP/Corporate Information Security Officer, Risk and Compliance
Bank of America Merchant Services
Direct 1.720.390.1384 | Mobile 1.720.839.1841
<joe.moll@bankofamericamerchant.com>

**Bank of America Merchant Services**

_____
**From:** Davis, Ali (BAMS)
**Sent:** Tuesday, July 11, 2017 9:19 AM
**To:** Kendall, Mark (BAMS); Slawin, Eric (BAMS)
**Cc:** Moll, Joe (BAMS)
**Subject:** RE: PAN Data


Joe can provide the DLP data-what we worked with is from Q3 last year but there were equal each subsequent quarter.

**Ali Davis**

CONFIDENTIAL                                                                                                                                                    BAMS 00000409

(o): 404-343-0849
(m): 770-547-9358

_____

**From:** Kendall, Mark (BAMS)
**Sent:** Tuesday, July 11, 2017 11:18 AM
**To:** Slawin, Eric (BAMS); Davis, Ali (BAMS)
**Cc:** Moll, Joe (BAMS)
**Subject:** RE: PAN Data


Thank you all again for getting together to help us get more background on the issue.
Is there any way you could provide some data around the email scans you referenced on the call? I think it would be very helpful for us to understand any areas of failure in Client Managed so we can do a better job of updating the process. For example, we'll want to understand the roles of those that are handling these data, so we can make process updates and deliver appropriate training.
If possible it would be helpful to know the following:
Names of those where a failure occurred, number of incidents of failure over a time period, number of clients impacted over a time period (if available), and an aggregate percentage of how many of these defects occur in Client Managed. For example, ?45% of failures across the company are in Client Managed?.
If this is easier to view over G2M and then format into a distributable report, please advise and I will set up the call.
Mark Kendall
VP, Enterprise Risk Center of Excellence
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
Mark.kendall@bankofamericamerchant.com


-----Original Appointment-----
**From:** Slawin, Eric (BAMS)
**Sent:** Monday, July 10, 2017 4:26 PM
**To:** Slawin, Eric (BAMS); Davis, Ali (BAMS); Kendall, Mark (BAMS)
**Subject:** PAN Data
**When:** Tuesday, July 11, 2017 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 1-877-304-0076, meeting code 1910238


Hi Ali,
A group of us got together and had a discussion about PAN Data concerning the implications of transferring the data and/or having access to that data. Mark Kendall and I came up with some follow-up questions (see below) subsequent to the referenced discussion and would like to

94