

From:   Mozingo, Sharon (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP
        (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MOZINGO, SHARON, F9T7KFXA8F>
Sent:   Thu 7/13/2017 12:52 PM (GMT-04:00)
To:     Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>;Havel, Valerie (BAMS)
        <Valerie.Havel@bankofamericamerchant.com>
Cc:     Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
Bcc:
Subject: RE: PAN Data - Follow up Questions


Hi Mark,
Please see my responses below.  Thanks!

**Sharon Mozingo**
AVP Operations Manager, Settlement Exceptions
Bank of America Merchant Services
540 Western Maryland Parkway
Hagerstown, MD 21740
Office:  301-766-2558
sharon.mozingo@bankofamericamerchant.com

Bank of America Merchant Services

My Manager is Valerie Havel, and she can be reached at Valerie.havel@bankofamericamerchant.com or 980-236-7262


**From:** Kendall, Mark (BAMS)
**Sent:** Thursday, July 13, 2017 10:25 AM
**To:** Mozingo, Sharon (BAMS); Havel, Valerie (BAMS)
**Cc:** Slawin, Eric (BAMS)
**Subject:** PAN Data - Follow up Questions

Val and Sharon, thank you for meeting yesterday to get us up to speed on the  Debit Suspense process.  After reviewing the procedure docs that you referenced (from Carla Sweeney), I had a few questions to refine the scope of our potential Issue.

- Please confirm:  The email from FD has full PAN, FDPOS has the middle 8 digits masked, and MSA has full PAN  We receive the full card number from FD, we need to the full card number to view the transaction in FDPOS.
- If you were only sent PAN with first 4/last 4 exposed, could you look up the account/transaction in **FDPOS**?  No, you can't pull the transaction up in FDPOS with the first 4/last 4.  You need the full card number.
    - If not, what other information would you need to get The only way to search the transaction in FDPOS is with the full card number.
- If you were only sent PAN with first 4/last 4 exposed, could you look up the account/transaction in **MSA**? Yes
    - If not, what other information would you need to get

CONFIDENTIAL                                                                                              BAMS 00000412

- Of the transactions that your team reviews, what's the approximate percentage that need to be researched in MSA? 100%
- Does the Daily Debit Suspense File from FD have both assigned and unassigned BAMS clients in it? We receive all debit suspense transactions except for SM4 assigned accounts.  FD send all SM4 assigned accounts to the Account Managers.
    - If so, what is the mix of transactions that need to be worked between assigned/unassigned clients (50/50, 90/10, etc)  All accounts need to be worked.

Thanks again for your help with this, please advise if you think we'd be better served having a short call instead of email regarding the above questions.

Mark Kendall
VP, Enterprise Risk Center of Excellence
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
Mark.kendall@bankofamericamerchant.com