**PLAINTIFF'S EXHIBIT 10**

From:   Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2>
Sent:   Sat 7/22/2017 3:30 PM (GMT-04:00)
To:     Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>
Cc:
Bcc:
Subject: RE: Hey,


Just curious…to the extent you want to share how did Natasha take the news about BAMS not being PCI compliant and us receiving PAN data? I, like you, are losing confidence this can really be remediated after our discussion on Friday and, frankly am getting uncomfortable with this situation as a whole. I'm starting to think that people with higher pay grades than ours need to strategize about this.

I did not see anything so I probably know the answer already but, did you craft that email response to Darien?

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


Bank of America Merchant Services


**From:** Kendall, Mark (BAMS)
**Sent:** Friday, July 21, 2017 1:44 PM
**To:** Slawin, Eric (BAMS)
**Subject:** RE: Hey,

Sounds good, hope all is well

Mark Kendall
VP, Enterprise Risk Center of Excellence
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
Mark.kendall@bankofamericamerchant.com


**From:** Slawin, Eric (BAMS)
**Sent:** Friday, July 21, 2017 12:36 PM
**To:** Kendall, Mark (BAMS)
**Subject:** Hey,

CONFIDENTIAL                                                                 BAMS 00000402