From:    Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2>
Sent:    Wed 7/26/2017 4:30 PM (GMT-04:00)
To:    Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>
Cc:
Bcc:
Subject: FW: SIAI


Per our discussion, at the very bottom of this email string are comments from David Ades about PCI compliance.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America Merchant Services**


**From:** Glynn, Brian T. (BAMS)
**Sent:** Friday, June 16, 2017 2:30 PM
**To:** Kennedy, Monica K (BAMS); Slawin, Eric (BAMS); Clifford, Christine (BAMS); Saha, Jessica (BAMS)
**Cc:** Collins, Natasha (BAMS); Ades, David (BAMS)
**Subject:** RE: SIAI

Hi Eric – I just wrapped up a call with all of the Client Managed Service leaders including Jessica Saha, Monica Kennedy and Christine Clifford to level set between all of us on the request.  We are now looking for your help getting us together to start the SIAI process. Please include everyone I mentioned on the initial call.  We are looking forward to getting this process started.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

**Bank of America Merchant Services**


**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, June 13, 2017 5:18 PM
**To:** Glynn, Brian T. (BAMS); Ades, David (BAMS); Kennedy, Monica K (BAMS)

110

**Cc:** Slawin, Eric (BAMS)
**Subject:** RE: SIAI

Yes, reach out to Eric to get it documented and he will pull us together to review.

Eric – See email chain below.

**From:** Glynn, Brian T. (BAMS)
**Sent:** Tuesday, June 13, 2017 1:37 PM
**To:** Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
**Subject:** RE: SIAI

David – We already heard back from Chris and Jessica and they don't think the new dedicated FD team is the right route so we're going to get together to talk about other options. We'll include Ali so she can help us make sure we meet the requirements around how we handle PAN data so as not to require a new level of PCI compliance. Monica and I will keep you posted on what gets discussed, and any recommendations for the group.

Natasha – Should we work with you and Eric to initiate a SIAI?

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

Bank of America 💳 Merchant Services

**From:** Glynn, Brian T. (BAMS)
**Sent:** Tuesday, June 13, 2017 9:51 AM
**To:** Ades, David (BAMS); Collins, Natasha (BAMS); Kennedy, Monica K (BAMS)
**Subject:** RE: SIAI

David – Monica and I were on a call with Ali on 5/23 on this same subject. Jessica Saha joined us as well. During that conversation we explained and confirmed everything Ali described to you. We all agree that the main disadvantage of outsourcing this type of request handling to FD directly is the negative impact it could have on client experience, which you mentioned. That said, we understand that going down the path of making BAMS PCI compliant is not something we want to consider.

Best case for us would be to identify a specific team at FD the BAMS customer service teams could work with as needed. Jessica and Chris Clifford are working with FD to set up a group of FD level 1 service reps that are dedicated exclusively to BAMS. I suggest we speak with them about the possibility of using that team to support requests that require the use of full PAN. Monica, Jessica and I need to estimate the number of requests we are talking about so we can understand impact on capacity of the FD team. That will determine if we need to look at ways to pay for more folks on that team or not.

111

CONFIDENTIAL                                                                                                                                      BAMS 00000426

If that option doesn't work, then we'll have to explore ways to use other resources at FD.  In any case, my preference for the Client Managed segments is that the client always contact BAMS first and FD be in the background supporting our teams.

Brian Glynn, SVP
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

**Bank of America Merchant Services**

**From:** Ades, David (BAMS)
**Sent:** Tuesday, June 13, 2017 9:20 AM
**To:** Collins, Natasha (BAMS); Glynn, Brian T. (BAMS); Kennedy, Monica K (BAMS)
**Subject:** SIAI

Natasha/Brian/Monica

I had a call last week with Ali Davis last week and team. They uncovered that we use full pan card data in client support situations. Merchant calls in and request info on a chargeback etc and our client support teams sends the merch full pan data and not always via secure email.

They strongly suggest we should self-identify this issue. We - BAMS don't want to go the route of PCI compliance as it would be a very costly and time consuming exercise. So the options are to have the merchants call directly to FD to obtain info they request-might not be a great client experience. Have FD dedicate a team to BAMS to handle these requests-they will most likely ask us to fund. If we go this route can we reduce headcount to fund seeing as these requests will lighten the loads on our teams ?

Thoughts?


David Ades
EVP/GM & Head of Sales, Client Managed
Bank of America Merchant Services
181 Bay St,, Suite 3660
Toronto, ON M5J 2T3
W: 416-637-0841
C: 416-918-0794

112

CONFIDENTIAL                                                                                                                              BAMS 00000427