PLAINTIFF'S
EXHIBIT

12

From:     Kendall, Mark (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP
          (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KENDALL, MARK, FAMULUI785>
Sent:     Tue 8/22/2017 10:19 AM (GMT-04:00)
To:       Sweeney, Carla (BAMS) <Carla.Sweeney@bankofamericamerchant.com>;Slawin, Eric (BAMS)
          <Eric.Slawin@bankofamericamerchant.com>
Cc:
Bcc:
Subject: RE: Questions about the SIAI write up of the SIAI related to receipt of PAN data


I got verbal agreement from Natasha on the plan I proposed to our group at the end of July.  Don't know
where we reversed course.  My mistake to not get agreement in writing before proceeding.



Sent with Good (www.good.com)


_____
From: Sweeney, Carla (BAMS)
Sent: Tuesday, August 22, 2017 10:17:12 AM
To: Slawin, Eric (BAMS); Kendall, Mark (BAMS)
Subject: RE: Questions about the SIAI write up of the SIAI related to receipt of PAN data

Thanks.  Just curious - if Natasha and Jessica agreed this was a CMS-owned issue, how did we get on
such a different track?  Perhaps that decision was not clearly communicated?   Interested in your
thoughts.



From: Slawin, Eric (BAMS)
Sent: Tuesday, August 22, 2017 10:12 AM
To: Kendall, Mark (BAMS); Sweeney, Carla (BAMS)
Subject: FW: Questions about the SIAI write up of the SIAI related to receipt of PAN data

Mark, all his went down while you were out…no response from Natasha.

Carla, FYI…

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>
[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

From: Slawin, Eric (BAMS)
Sent: Friday, August 18, 2017 10:20 PM

**114**

To: Collins, Natasha (BAMS)
Subject: Questions about the SIAI write up of the SIAI related to receipt of PAN data

I want to ask you a few questions about the write-up of the SIAI to address receipt of PAN data. Darien and I discussed the situation and now have scheduled regular weekly meetings. What I wanted to verify with you are two things. One, Darien indicated it was decided that one SIAI would be submitted and, it would be submitted by CMSCS. Darien thinks Jessica Saha and you discussed this and agreed. I told Darien I am okay with that as long you agreed and, he provided details about remediation of CSS issues to the point where I can cut and paste the information into my monthly reporting to Internal Audit. Darien also said he thinks the owners should be listed as Monica Kennedy, Brian Glyn and you, however, that does not seem accurate as areas in CSS, specifically Val Havel's team, receive PAN data also. So in the end in think the owners should be Monica, Brian, and Val. Brian and Monica because their teams receive PAN data direct from clients and Val because her team uses PAN data provided by First Data to correct errors in batch files containing transactions of our merchants. In the end, are you okay with this issue being managed by us and do you agree with the people I am suggesting as owners?


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com<mailto:Eric.Slawin@bankofamericamerchant.com>


[Description: cid:image001.jpg@01D2EF2F.EBAB9E40]

**115**

CONFIDENTIAL                                                                 BAMS 00001146