From:   Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP
        (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2>
Sent:   Wed 8/16/2017 10:52 AM (GMT-04:00)
To:     Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>;Sweeney, Carla (BAMS)
        <Carla.Sweeney@bankofamericamerchant.com>
Cc:
Bcc:
Subject: FW: Can you talk?


FYI, please see below my response to Darien.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223  C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com



**Bank of America Merchant Services**


**From:** Slawin, Eric (BAMS)
**Sent:** Wednesday, August 16, 2017 10:51 AM
**To:** Newman, Darien (BAMS)
**Subject:** RE: Can you talk?

Mark is handling the fact gathering around the issue. Mark also has indicated an interest in writing the CMS SIAI and so I have worked with him with that perspective in mind.

What we discussed with you last time is that this PAN data issue is firm wide in that CSS gets PAN data and so does the CMS Implementation teams. Therefore, when it comes to ownership we discussed bifurcation of the issue out to the right owners vis-a-vie CMS owning the remediation of issues where that business line receives PAN data and, CSS owning remediation of issues where that business line receives PAN data. I do not think I should own issues related to PAN data being received by CSS teams specifically Val Havel's team. I think you are the one that should own resolution of CSS processes that receive PAN Data. We can discuss with Susan Nichols if you like.


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342

CONFIDENTIAL                                                                                                          BAMS 00001410

T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com

**Bank of America Merchant Services**

**From:** Newman, Darien (BAMS)
**Sent:** Wednesday, August 16, 2017 10:19 AM
**To:** Slawin, Eric (BAMS)
**Subject:** RE: Can you talk?

I requested a PAN update from you and Mark Kendall responded. You were leading the PAN SIAI which is an enterprise project of which the Client Services team would have input.

When did that change? Why does Mark believe I should be submitting an SIAI?



Sent with Good (www.good.com)

---

**From:** Slawin, Eric (BAMS)
**Sent:** Wednesday, August 16, 2017 10:13:58 AM
**To:** Newman, Darien (BAMS)
**Subject:** RE: Can you talk?

On the phone for a while with our sales call and meetings throughout the day…what's up though?

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America Merchant Services**

**From:** Newman, Darien (BAMS)
**Sent:** Wednesday, August 16, 2017 10:13 AM

123

CONFIDENTIAL                                                                                                           BAMS 00001411