PLAINTIFF'S EXHIBIT 17

**From:** Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com>
**Sent:** Monday, August 28, 2017 2:51 PM
**To:** Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com>
**Cc:** Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
**Subject:** FYI - PAN Data update
**Attach:** Copy of full card number required.xlsx

Good Afternoon

Earlier today we walked through the attached document that shows the different processes that require Full Card data to execute. Also we learned that there are different parties that send/receive the Full PAN (Client Managed reps, Small Biz reps, FD, Bank, and Client directly).

Each of these processes needs to be changed in some form to be PCI compliant. We will continue to work with our partners in Operations, but I still firmly believe that the only issue Client Managed should own would be one around "Sending and Receiving Full PAN Data to Support Operational Processes". If we don't open a blanket issue like that, then we would be participants in a single milestone for each issue written by Operations.

Eric and I will continue to work with Operations to come up with a plan for drafting an issue, but wanted to keep you apprised of the progress so far.

MK

CONFIDENTIAL                                                                                              BAMS 00001621