**To:** Clifford, Christine (BAMS)[Christine.Clifford@bankofamericamerchant.com]; Brown, Tami (BAMS)[Tami.Brown@bankofamericamerchant.com]
**Cc:** Wigen, Michelle (BAMS)[Michelle.Wigen@bankofamericamerchant.com]; Walters, Jeffrey (BAMS)[Jeffrey.Walters@bankofamericamerchant.com]
**From:** Kendall, Mark (BAMS)[/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KENDALL, MARK, FAMULUI785]
**Sent:** Thur 10/26/2017 2:03:18 PM (UTC)
**Subject:** RE: PAN ? re: Volumes / Confidential
Copy of full card number required.xlsx
PCI_DSS_v3-2 p7 (2).pdf

Plaintiff's Exhibit 19

Regarding the Risk portion, there is no current issue open, so we have the ability to craft the issue language how we see fit. According to the PCI standard (from my reading of it), any time BAMS Receives/Stores/Processes/Transmits a 16 digit unmasked CC number, we are performing an operation that should be done in a fully PCI compliant space (see PCI-DSS attachment).

In my opinion, there are several individual issues:
1. There are multiple BAMS operational processes where BAMS is processing and storing unmasked PAN data in a non-PCI compliant environment
    a. The attachment references processes that are using the PAN data, but this list should not be considered exhaustive
    b. We need to make a decision when writing a risk issue whether we lump all of these processes together, focus on the systems (ex. MSA) that they use, or break them apart individually/related similar processes
    c. Any platform that shows unmasked PAN data (CC#) cannot be used by BAMS in an non-PCI compliant environment. Changing the system to mask those data
2. BAMS is receiving and sending unmasked PAN data to/from FD and clients in a non-PCI compliant environment
    a. For some processes, we may be able to send/receive masked PAN and be in compliance
    b. Will need to change the processes of how clients communicate with us to continue on this course. A client sending an unmasked PAN to BAMS in a non PCI-compliant setting will be a violation

I don't have any details on volumes

Mark Kendall
VP, Client Managed Risk and Controls
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
mark.kendall@bankofamericamerchant.com

---

**From:** Clifford, Christine (BAMS)
**Sent:** Thursday, October 26, 2017 7:56 AM
**To:** Kendall, Mark (BAMS); Brown, Tami (BAMS)
**Cc:** Wigen, Michelle (BAMS); Walters, Jeffrey (BAMS)
**Subject:** FW: PAN ? re: Volumes / Confidential
**Importance:** High
**Sensitivity:** Confidential

Mark & Tami – Do you have any information on PAN volumes from your respective areas?
Also does anyone have the language of this audit/risk issue? Thanks.

Also, please note that the initiative referenced below is highly confidential at this time. Thanks.

Chris Clifford
SVP, Client Services
Bank of America Merchant Services
T 865.229.2246 C 301.660.1474
christine.clifford@bankofamericamerchant.com

Bank of America Merchant Services

My manager is Jessica Saha and she can be reached at Jessica.Saha@bankofamericamerchant.com or 804.553.5955.

**151**

CONFIDENTIAL                                                                 BAMS 00008582

**From:** Collins, Natasha (BAMS)
**Sent:** Wednesday, October 25, 2017 2:50 PM
**To:** Clifford, Christine (BAMS)
**Cc:** Kendall, Mark (BAMS)
**Subject:** FW: PAN ? & Confidential Update

Please work with Mark Kendall from my team and Tami Brown from Brian Glynn's team.


Sent with Good (www.good.com)

**From:** Glynn, Brian (BAMS)
**Sent:** Tuesday, October 24, 2017 1:30:55 PM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: PAN ? & Confidential Update

I'll ask Tami Brown to work on this on behalf of our team.

Brian Glynn, SVP
Implementation and Service, Client Managed
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, October 24, 2017 9:41 AM
**To:** Glynn, Brian (BAMS)
**Subject:** FW: PAN ? & Confidential Update

I think you were involved in some of the conversations on PAN data risk and I assume you are aware of Jessica's work to move some items to FD. Who should we assign to work on this? I can put Mark Kendall on it from a risk perspective, but would need help from your team with processes to target and volumes.


Sent with Good (www.good.com)

**From:** Clifford, Christine (BAMS)
**Sent:** Tuesday, October 17, 2017 4:57:09 PM
**To:** Collins, Natasha (BAMS)
**Subject:** PAN ? & Confidential Update

Hi Natasha – I have a small team working on a confidential project which entails potentially moving some of our Level 1 CMS work to First Data to free up capacity for more complex work in CMS. We are putting together a model to outline exactly what this would include and then are planning to meet with First Data to review and to ask them to size it. I'm contemplating adding in the PAN data to the request which could resolve that outstanding risk. I could include both the PAN data from CMS and from our other client managed teams as well if someone can provide me with the volumes. If I should work with someone else on this, just let me know but I'd like to keep it to a very small audience given the sensitivity of us looking at moving some of our CMS work.

Thanks, and if you'd prefer to discuss, just ping or call me. Thanks.

Chris Clifford

**152**

SVP, Client Services
Bank of America Merchant Services
T 865.229.2246 C 301.660.1474
christine.clifford@bankofamericamerchant.com

**Bank of America Merchant Services**

My manager is Jessica Saha and she can be reached at Jessica.Saha@bankofamericamerchant.com or 804.553.5955.

**153**

CONFIDENTIAL                                                                              BAMS 00008584