# Self-Identified Audit Issue Submission

## BAMS Account Managers Handling PAN Data without PCI DSS Compliance

December 15, 2017



**PLAINTIFF'S EXHIBIT 28**

Confidential. Draft for internal use only. Distribution to any other audience is prohibited.

166

# Issue: BAMS Account Managers Handling PAN Data without PCI DSS compliance

| Issue Detail | Root Causes |
|---|---|
| The processes for receiving and sending Primary Account Numbers (PAN) or Credit Card numbers as part of BAMS Account Management business as usual (BAU) processing are not PCI DSS (Payment Card Industry Data Security Standard) compliant. The numbers are sent by BAMS Account Management, and received from both the Merchant /Clients and from our 3rd party provider First Data (FD) to research Client Issues.<br><br>**The scope of this SIAI is BAMS Client Managed Account Managers and includes all related processes and procedures.** | • BAMS Account Managers are not PCI certified at the level to handle PAN data. |
| **Issue Impact /Consequence** | **Mitigating Factors** |
| • Major reputational risk to BAMS<br>• Clients and cardholders exposure due to non-adherence to PCI Standards | • First Data technology/operational processes |
| **Management's Remediation Plan** | **Critical Dependencies** |
| The BAMS Account Management team will take the following actions to remediate:<br><br>1) Validate current situation and identify PAN data gaps.<br>2) Explore solutions to address, and select best solution.<br>3) Create project plan to implement solution.<br>4) Implement solution.<br>5) Test solution.<br>6) Implement ongoing controls (if applicable.) | • First Data technology and processes<br>• PCI compliance in place for team providing solution<br>• Funding approval<br>• Timely approval of solution by BAMS and FD |
| **Timeline for Completion** | **Designated Issue Owner:** |
| TBD | Brian Glynn |
| **Assigned BCO:** | **Sponsoring ExCo Member:** |
| Mark Kendall | David Ades |



Bank of America Merchant Services

**167**

2

CONFIDENTIAL

BAMS 00007236