From:       BAMSInfosec <BAMSInfosec@bankofamericamerchant.com>
Sent:       Thu 11/30/2017 4:33 PM (GMT-05:00)
To:         AssociateRelations <AssociateRelations@BankofAmericaMerchant.com>
Cc:         Brennan, Larry (BAMS) <Lawrence.Brennan@bankofamericamerchant.com>;Keskessa, Jarra (BAMS) <Jarra.Keskessa@bankofamericamerchant.com>
Bcc:
Subject: FW: Escalation of DLP Events 27926883...


All,

DLP escalation involves BAMS associated Eric Slawn forwarding BAMS sensitive information to a gmail account. The nature of the information in the email messages has to do with PCI non-compliance and could cause reputational damage through unauthorized release.


**Dan Mong, Risk Manager**
Information Security Analyst, Risk and Compliance
Bank of America Merchant Services
5775 Denver Technical Center Boulevard
Greenwood Village, Colorado 80111 USA
Direct 1.303.967.8819  Mobile 1.303.317.7544
daniel.mong@bankofamericamerchant.com

Bank of America Merchant Services


**From:** Cyber Analytics Services
**Sent:** Thursday, November 30, 2017 2:10 PM
**To:** BAMSInfosec
**Cc:** DLP Email Questions
**Subject:** Escalation of DLP Events 27926883...


The following set of DLP Incidents have been escalated to your team for investigation. Please see the event details below:

Number of Incidents: 10
Incidents User ID : FBZREUA
Incidents User name: Eric Slawin
Incidents Segment : Unknown
Reason for Escalation: Investigation Required
Comment: Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.
Escalated By: Marlynn Carpena
User ID : 1dc\F9QA9ON
Segment : N/A (1dc\F9QA9ON has not been associated with a LDW User, contact your administrator)

CONFIDENTIAL                                                                                    BAMS 00002662

| | |
|---|---|
| **To:** | AssociateRelations[AssociateRelations@BankofAmericaMerchant.com] |
| **Cc:** | Brennan, Larry (BAMS)[Lawrence.Brennan@bankofamericamerchant.com]; Keskessa, Jarra (BAMS)[Jarra.Keskessa@bankofamericamerchant.com] |
| **From:** | BAMSInfosec[/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAMSINFOSEC81F] |
| **Sent:** | Thur 11/30/2017 9:33:40 PM (UTC) |
| **Subject:** | FW: Escalation of DLP Events 27926883... |

All,

DLP escalation involves BAMS associated Eric Slawn forwarding BAMS sensitive information to a gmail account. The nature of the information in the email messages has to do with PCI non-compliance and could cause reputational damage through unauthorized release.


**Dan Mong, Risk Manager**
Information Security Analyst, Risk and Compliance
Bank of America Merchant Services
5775 Denver Technical Center Boulevard
Greenwood Village, Colorado 80111 USA
Direct 1.303.967.8819  Mobile 1.303.317.7544
daniel.mong@bankofamericamerchant.com

**Bank of America  Merchant Services**


**From:** Cyber Analytics Services
**Sent:** Thursday, November 30, 2017 2:10 PM
**To:** BAMSInfosec
**Cc:** DLP Email Questions
**Subject:** Escalation of DLP Events 27926883...


The following set of DLP Incidents have been escalated to your team for investigation. Please see the event details below:


Number of Incidents: 10

Incidents User ID : FBZREUA

Incidents User name: Eric Slawin

Incidents Segment : Unknown

Reason for Escalation: Investigation Required

Comment: Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

Escalated By: Marlynn Carpena

User ID : 1dc\F9QA9ON

Segment : N/A (1dc\F9QA9ON has not been associated with a LDW User, contact your administrator)

CONFIDENTIAL  BAMS 00008378

**To:** Solan, Mike (BAMS)[Michael.Solan@bankofamericamerchant.com]
**From:** Carpena, Marlynn[O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CARPENA, MARLYNN, F9QA9ONE0E]
**Sent:** Thur 12/7/2017 2:33:59 PM (UTC)
**Subject:** RE: Escalation of DLP Events 27926883...

Mike,

Do you still need the original emails?

Marlynn Carpena
Security Engineer-DLP
Atlanta, GA
O: 678-255-3294

**First Data.**

---

**From:** Solan, Mike (BAMS)
**Sent:** Wednesday, December 06, 2017 5:03 PM
**To:** Carpena, Marlynn
**Subject:** RE: Escalation of DLP Events 27926883...
**Importance:** High

Hi Marlynn,

After speaking with his mgr, there are very serious concerns about the content those emails he sent to himself.
We need to validate exactly what he sent himself for our review with Risk, Legal, and HR; which we were hoping to do tomorrow if possible.

Anything you or Robert can do to prioritize this email pull request would be much appreciated!!

And apologies for the urgency on this request.

Thanks,
Mike

---

**From:** Solan, Mike (BAMS)
**Sent:** Wednesday, December 06, 2017 10:31 AM
**To:** Carpena, Marlynn
**Subject:** RE: Escalation of DLP Events 27926883...

Hi Marlynn,

Can you please provide these emails and attachments in question by Eric Slawin?
This is needed in order to do a thorough investigation and probe into the intent of why they were sent to his personal email address.

Mike Solan
Human Resources Generalist
Banc of America Merchant Services, LLC
150 N. College Street - 15th Flr.
Charlotte, NC 28255
O: (980) 388-0128
C: (704) 999-5725
michael.solan@bankofamericamerchant.com

**Bank of America Merchant Services**

---

**From:** BAMSInfosec

304

CONFIDENTIAL                                                                                    BAMS 00009187

**Sent:** Thursday, November 30, 2017 4:34 PM
**To:** AssociateRelations
**Cc:** Brennan, Larry (BAMS); Keskessa, Jarra (BAMS)
**Subject:** FW: Escalation of DLP Events 27926883...
**Importance:** High

All,

DLP escalation involves BAMS associated Eric Slawn forwarding BAMS sensitive information to a gmail account. The nature of the information in the email messages has to do with PCI non-compliance and could cause reputational damage through unauthorized release.


Dan Mong, Risk Manager
Information Security Analyst, Risk and Compliance
Bank of America Merchant Services
5775 Denver Technical Center Boulevard
Greenwood Village, Colorado 80111 USA
Direct 1.303.967.8819  Mobile 1.303.317.7544
daniel.mong@bankofamericamerchant.com

Bank of America Merchant Services

**From:** Cyber Analytics Services
**Sent:** Thursday, November 30, 2017 2:10 PM
**To:** BAMSInfosec
**Cc:** DLP Email Questions
**Subject:** Escalation of DLP Events 27926883...


The following set of DLP Incidents have been escalated to your team for investigation. Please see the event details below:


Number of Incidents: 10

Incidents User ID : FBZREUA

Incidents User name: Eric Slawin

Incidents Segment : Unknown

Reason for Escalation: Investigation Required

Comment: Between 8/25/2017 and 11/28/2017, Eric Slawin forwarded 10 critical BAMS related emails to what appears to be a personal account, eslawin116@gmail.com. The first email dates back to 6/13/2017 where David Ades sent an email to a group of BAMS employees noting that BAMS was discovered as using full PAN data in client support situations, and debating whether BAMS should become PCI Compliant, or to have First Data dedicate a team for BAMS requests. The other emails were of the same topic, but with engagement with other BAMS VP's and SVP's, and the user also forwarded Excel documents which outline the course of action they plan to take to remediate the issue. It is uncertain why this user forwarded these emails to a Gmail account and what business purpose it serves. Further investigation may be required.

Escalated By: Marlynn Carpena

User ID : 1dc\F9QA9ON

Segment : N/A (1dc\F9QA9ON has not been associated with a LDW User, contact your administrator)