

PLAINTIFF'S EXHIBIT 42

**To:** De Castro, Maryann (BAMS)[Maryann_DeCastro@bankofamericamerchant.com]
**From:** Solan, Mike (BAMS)[/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SOLAN, MICHAEL, F3AQ5I2132]
**Sent:** Thur 12/7/2017 12:34:48 AM (UTC)
**Subject:** Summary of High Risk Information Security Violation - Eric Slawin
FW_SIAI.msg
FW: PAN Data Issue Planning - Confidential
Coaching Form - Eric Slawin - 10-2-17.doc
Processes That Require Full Card Numbers - SIAI Material.xlsx
FW: Escalation of DLP Events 27926883...

Hi Maryann,

See below for a summary of the Information Security Escalation regarding high risk confidential information that Eric Slawin sent to his personal email address. Let's discuss next steps tomorrow morning.

**Associate Information:**
Name:           Eric Slawin
Job Title:      VP, Operations Control Officer
Go By Title:    Business Control Function, Business Banking, Commercial and Large Corporate
Hire Date:      12/7/15
Location:       Atlanta, GA (Office)
Age:            49
Gender:         Male
Ethnicity:      White
2016 Rating:    M/M
Discipline:     Coaching Form (10/2/17)
Manager:        Mark Kendall, VP, Client Managed Risk & Controls

**Issue Summary:**
Eric Slawin was involved in documenting and helping put together an SIAI regarding a significant organization wide PCI Non-Compliance issue. First Data Information Security validated that Eric Slawin sent multiple emails and documents with confidential and high risk content related to this SIAI to his personal email address, all of which successfully got through.

**Content Summary:**
The content of the material that Eric was forwarding to his personal email is related to the way that BAMS treats Primary Account Number (PAN) and associated PCI implications. According to the PCI standard, any time BAMS Receives/Stores/Processes/Transmits a 16 digit unmasked CC number, we are performing an operation that should be done in a fully PCI compliant space. BAMS does not currently have a PCI compliant business unit, as First Data is the only entity that should be handling PAN data. There are 20+ processes that receive/store/process/transmit PAN data within BAMS, and these processes cannot be halted at this time without severe impact to clients. Eric and I have been working with Jessica Saha, Natasha Collins, Brian Glynn and others to try and understand the scope of this problem so that we can start taking steps to remediate. The emails he sent himself include our acknowledgement that this issue exists, the scope of the problem, as well as some potentially damaging quotes about not wanting to implement internal compliance because of the cost, and about how outsourcing compliance

**Risk Summary:**
There could be severe ramifications if the information related to our remediation efforts were to be shared publically at this time. In addition to extensive reputational damage, Joe Moll had also shared a scenario with a company that did not take adequate steps to protect customer data, where Visa and Amex dropped the processor with the issue.

**Attachments Explained:**
1.  FW: SIAI  -  This email is the original email from David Ades explaining the identified issue
2.  FW: PAN Data Issue Planning – This email is Eric's confirmation that he read and understood the confidentiality of this data/discussion
3.  Coaching Form – (10/2/17) Addresses his failure to meet deadlines, drive projects to completion, organizle work, business acumen, etc.
4.  Spreadsheet – This document lists all the processes that are PCI non-compliant, essentially showing the scope of the issue
5.  FW: Escalation of DLP Events – This email is First Data InfoSec's escalation with a summary of their findings

**Recommended Next Steps:**

CONFIDENTIAL                                                                                                          BAMS 00008367

- Continue to escalate within FD InfoSec to get copies of the exact emails/documents he sent ASAP
- Partner with Risk/Controls, InfoSec/Privacy, as well as Legal, to understand the full scope of the risk exposure on this
- Partner with Legal to understand whether he has any whistleblower protections
- Work with Legal to prepare the Cease & Desist Letter, as well as a Legal Affidavit to serve as his confirmation that he deleted these records
- Begin preparing interview questions and verbiage regarding next steps/legal ramifications
- Determine the appropriate disciplinary action, including termination

**Mike Solan**
Human Resources Generalist
Banc of America Merchant Services, LLC
150 N. College Street - 15th Flr.
Charlotte, NC 28255
O: (980) 388-0128
C: (704) 999-5725
michael.solan@bankofamericamerchant.com

**Bank of America** **Merchant Services**