

**Merchant Services**

December 12, 2017



Eric Slawin
3561 Cape York Trace
Alpharetta, GA 30022

Eric,

You have not returned my phone calls since Friday 4:30pm, and as a result I have been unable to share with you important information related to the investigation into your Information Security Violation, as well as your employment status.

Secure handling of confidential, sensitive, and proprietary information is a core requirement of your role as an Operations Control Officer, as well as your employment at Bank of America Merchant Services. Based on the findings of the investigation, as well as your answers during the investigative interview, we have concluded that your Information Security Violation was both significant and without justification, the result of which is termination of employment, effective December 7, 2017.

You will be paid for all days worked through Friday December 7, 2017, and will have benefits coverage (if already enrolled) through the end of December 2017. For additional important information, please see the attached Associate's Separation Checklist.

Despite the termination of your employment, you must still comply with our letter dated December 8, 2017 (attached for your reference).  You are to destroy all originals and copies of confidential information that you sent to your personal email or otherwise obtained. You must not use any BAMS confidential information for any reason. To avoid legal action, you must sign the attached declaration. Your refusal to sign and return it on or before December 19, 2017, will be taken as an indication that you have not deleted the confidential information and/or wrongfully distributed it.

Attached is a pre-paid return shipping label for you to return any company equipment in your possession (particularly your laptop and its contents).  If you do not return all company equipment on or before December 19, 2017, it will be considered theft.

Sincerely,


Michael Solan,
AVP, Human Resources Generalist
Michael.solan@bankofamericamerchant.com

{00002978.DOCX:2 }



**Merchant Services**

Phone: 980-388-0128

Copy: Personnel File

{00002978.DOCX;2 }

CONFIDENTIAL

BAMS 00001288