**To:** Solan, Mike (BAMS)[Michael.Solan@bankofamericamerchant.com]
**From:** Kendall, Mark (BAMS)[/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KENDALL, MARK, FAMULUI785]
**Sent:** Tue 12/12/2017 4:11:41 PM (UTC)
**Subject:** Summary of Emails sent outside BAMS
Summary of Slawin Emails Outside BAMS.xlsx



Hi Mike, attached is a summary of the emails that Eric Slawin sent outside BAMS that I believe as being important for our review.

Mark Kendall
VP, Client Managed Risk and Controls
Bank of America Merchant Services
150 North College St Charlotte, NC 28202
T 980.388.5132 C 908.917.8240
mark.kendall@bankofamericamerchant.com

CONFIDENTIAL											BAMS 00008652

| Email Subject |
| --- |
| FW: SIAI Submission--Data Entered into SalesForce by BCs without Independent Verification |
| FW: Response Requested by Fri 11-17: Processes using PAN |
| FW: Response Requested by Fri 11-17: Processes using PAN |
| FW: Response Requested by Fri 11-17: Processes using PAN |
| "BLANK" |
| FW: PAN Data Issue Planning - Confidential |
| FW: PAN Data Issue Planning - Confidential |
| "BLANK" |
| FW: PAN Data |
| FW: PAN Data |
| FW: PAN Data - Follow up Questions |
| FW: FYI - PAN Data update |
| FW: Broward County - Vendor Security Questionnaire |
| FW: Brands --- FW: Requesting Additional Information--CALL UPDATE |
| "BLANK" |
| FW: Update about my Management Form |
| FW: SIAI |
| FW: PAN Data |
| FW: SIAI |
| FW: PLEASE SEE THE FEEDBACK FROM OUR TEAMMATES IN MARKETING AND COMMUNICATIONS |
| FW: 1:1 w/ Natasha C. & Eric S. |
| FW: April ORE |
| FW: Can you please review and approve me distributing throughout CMSCS? |
| FW: Monthly Process Owner Connection (POC) - Option 1 |
| FW: Can you please review and approve me distributing throughout CMSCS? |
| FW: Verisign Vendor Security Questionnaire for Payeezy |
| check it out |
| FW: Interview Availability |
| RE: |
| RE: Bank of America Phone Interview Confirmation for Eric Slawin |
| RE: Regions Bank: Capital Markets Fixed Income Compliance - Charlotte, NC |
| Issue #: IM-SI17-34--Closed Loop (ValueLink) Boarding Options (Tax & Address Info) |

| Date | Sent to |
| --- | --- |
| Tue 11/28/2017 12:21 PM | eslawin116@gmail.com |
| Mon 11/20/2017 1:55 PM | eslawin116@gmail.com |
| Mon 11/13/2017 4:54 PM | eslawin116@gmail.com |
| Mon 11/13/2017 4:54 PM | eslawin116@gmail.com |
| Wed 11/8/2017 3:17 PM | eslawin116@gmail.com |
| Wed 11/8/2017 2:41 PM | eslawin116@gmail.com |
| Wed 11/8/2017 12:30 PM | eslawin116@gmail.com |
| Fri 11/3/2017 10:05 AM | eslawin116@gmail.com |
| Tue 10/31/2017 5:22 PM | eslawin116@gmail.com |
| Tue 10/31/2017 5:21 PM | eslawin116@gmail.com |
| Tue 10/31/2017 5:21 PM | eslawin116@gmail.com |
| Tue 10/31/2017 5:17 PM | eslawin116@gmail.com |
| Fri 10/27/2017 10:23 AM | eslawin116@gmail.com |
| Thu 10/26/2017 12:07 PM | eslawin116@gmail.com |
| Thu 9/28/2017 11:47 AM | eslawin116@gmail.com |
| Thu 9/28/2017 11:42 AM | eslawin116@gmail.com |
| Fri 8/25/2017 10:45 AM | eslawin116@gmail.com |
| Mon 7/24/2017 5:51 PM | eslawin116@gmail.com |
| Mon 7/24/2017 5:35 PM | eslawin116@gmail.com |
| Tue 6/27/2017 11:51 AM | eslawin116@gmail.com |
| Fri 6/23/2017 12:21 PM | eslawin116@gmail.com |
| Fri 5/12/2017 1:41 PM | eslawin116@gmail.com |
| Thu 5/11/2017 12:31 PM | eslawin116@gmail.com |
| Thu 5/11/2017 11:16 AM | eslawin116@gmail.com |
| Thu 5/11/2017 11:16 AM | eslawin116@gmail.com |
| Tue 6/6/2017 3:18 PM | eslawin116@gmail.com, eslawi |
| Fri 6/2/2017 1:53 PM | eslawin116@gmail.com |
| Thu 9/7/2017 8:56 AM | kslawin@comcast.net |
| Tue 10/10/2017 12:43 PM | sahop20@yahoo.com |
| Thu 9/14/2017 2:49 PM | meghann.fields@bankofameric |
| Tue 4/11/2017 12:08 PM | April.S.Anderson@SunTrust.cor |
| Thu 11/2/2017 9:10 AM | Kyle.Bowne@firstdata.com |

| Description | PAN/PCI |
|---|---|
| Slawin and Kendall conversation about a proposed Internal Audit Issue | No |
| Response from Business Partner with feedback on processes using PAN Data | Yes |
| Request from Kendall to Business Partners requesting feedback on processes that | Yes |
| Request from Kendall to Business Partners requesting feedback on processes that | Yes |
| BAMS Benefit info related to Same Sex Domestic Partner | No |
| Kendall Confirming to Slawin that presentation content containing PAN Data sum | Yes |
| Saha reminding team to keep discussion of PAN data within work team | Yes |
| Meeting Invite from Kendall to work team to discuss PAN data | Yes |
| Summary of DLP violations in Ades Org related to PAN | Yes |
| Summary of DLP violations in Ades Org related to PAN | Yes |
| Response from Mozingo about PAN data in her process | Yes |
| Kendall summary of PAN data Issue to Collins | Yes |
| Slawin and Einhorn discuss PCI compliance at FD vs BAMS, as part of client respor | Yes |
| Slawin to Kendall general discussion of client infosec response process | No |
| Confirmation of receipt for Slawin Management Form to Orrico, Collins, Kendall | No |
| Slawin response to Orrico, Collins, Kendall regarding Mgmt Plan and Slawin Family | No |
| Glynn to Slawin requesting help putting together SIAI about PAN data | Yes |
| Summary of DLP violations in Ades Org related to PAN | Yes |
| Glynn to Slawin requesting help putting together SIAI about PAN data, contains vo | Yes |
| Conway and Slawin discuss marketing policy requirements | No |
| Summary of 1:1 with Collins/Slawin | No |
| Op Loss discussion, Slawin is aggressive with Lang | No |
| Slawin and Rubin discuss procedures for Client Infosec response | No |
| Slawin, Collins, Rubin discuss ERM requirements and deadlines | No |
| SIAI discussion about client infosec response, Slawin is aggressive with Rubin | No |
| Collins tells Slawin he is inappropriate in emails to Phillips and Collins | No |
| Slawin sends Kendall IM exchange where Slawin is aggressive with Collins | No |
| Question to recipient about interview at BANA | No |
| conversation with Hopkins (formerly BAMS), where Slawin says he thinks he's bei | No |
| Scheduling interview for GBAM Regulatory Change Compliance Manager | No |
| Sharing opening at Regions | No |
| Remediation Plan for Audit Issue related to ValueLink | No |

| Attachment | behavior/performance |
|---|---|
| No | No |
| Yes | No |
| No | No |
| Yes | No |
| No | No |
| No | No |
| No | No |
| Yes | No |
| No | No |
| No | No |
| No | No |
| Yes | No |
| No | No |
| No | No |
| Yes | No |
| No | No |
| No | No |
| No | No |
| No | No |
| No | No |
| No | Yes |
| No | Yes |
| No | No |
| No | No |
| No | Yes |
| No | Yes |
| No | Yes |
| No | Yes |
| No | Yes |
| No | Yes |
| No | No |
| No | No |