PLAINTIFF'S EXHIBIT 57

| | |
|---|---|
| From: | Glynn, Brian T. (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=2DA58E8C-5885344-86256FAC-4FAD37> |
| Sent: | Tue 8/08/2017 2:13 PM (GMT-04:00) |
| To: | Evangelista, Loreto (BAMS) <Loreto.Evangelista@bankofamericamerchant.com>;Abello, Jorge (BAMS) <jorge.abello@bankofamericamerchant.com>;Best, Shane (BAMS) <Shane.Best@bankofamericamerchant.com>;Sweeney, Brian (BAMS) <Brian.Sweeney@bankofamericamerchant.com>;Barnett, Amy (BAMS) <Amy.Barnett@bankofamericamerchant.com>;Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>;Davis, Ali (BAMS) <Ali.Davis@bankofamericamerchant.com>;Moll, Joe (BAMS) <Joe.Moll@bankofamericamerchant.com> |
| Cc: | Williams, Beatrice (BAMS) <Beatrice.Williams@bankofamericamerchant.com>;Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com> |
| Bcc: | |

Subject: RE: Verisign Vendor Security Questionnaire for Payeezy


I didn't see a copy of the questionnaire, but Ali Davis and Joe Moll have provided sound guidance for requests like this in the past so I added them to this chain.

Jorge, please forward the document you received from Verisgn so they can weigh in on the best way for BAMS to respond.

Brian Glynn, SVP
Implementation and Service, Client Managed
Bank of America Merchant Services
Direct 303.967.8822  Mobile 303.619.6188
brian.glynn@bankofamericamerchant.com

Bank of America Merchant Services


**From:** Evangelista, Loreto (BAMS)
**Sent:** Tuesday, August 08, 2017 7:59 AM
**To:** Abello, Jorge (BAMS); Best, Shane (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Collins, Natasha (BAMS); Glynn, Brian T. (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Team
This seems to have been bouncing around for 3 months?
Realize that we met last week to discuss the fact that the process that was implemented by eric has more activity than we thought
So we proposed some solutions that will take time – in the interim we cant upset clients
Do we need to jumo on a call again?


**Loreto Evangelista**
Senior Vice President Finance
Bank of America Merchant Services

225 Liberty Street, 38th Floor, New York  NY 10281
Direct: 212.515.0178 Mobile 862.308.5189
loreto.evangelista@bankofamericamerchant.com



**From:** Abello, Jorge (BAMS)
**Sent:** Tuesday, August 08, 2017 9:52 AM
**To:** Best, Shane (BAMS); Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Shane,

I assume at this point this is a no go? I will need to advise the client and the bank we are unable to complete this request; please advise.

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651

**From:** Best, Shane (BAMS)
**Sent:** Wednesday, July 26, 2017 10:43 AM
**To:** Abello, Jorge (BAMS); Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Eric:
Please advise. If you aren't the right person to be addressing these questions, please advise who is.

Thanks,
Shane

**From:** Abello, Jorge (BAMS)
**Sent:** Wednesday, July 26, 2017 10:40 AM
**To:** Best, Shane (BAMS); Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS);

Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Good Morning,

Do we have a status on this request?

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Best, Shane (BAMS)
**Sent:** Wednesday, July 19, 2017 10:22 AM
**To:** Abello, Jorge (BAMS); Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Eric:
Please advise on the process to proceed.

Thanks,
Shane


Sent with Good (www.good.com)

**From:** Abello, Jorge (BAMS)
**Sent:** Wednesday, July 19, 2017 10:07:47 AM
**To:** Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Best, Shane (BAMS); Barnett, Amy (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Good Morning,

I have not received a response regarding the questionnaire, can someone provide me with an update?

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Abello, Jorge (BAMS)
**Sent:** Monday, July 17, 2017 2:12 PM
**To:** Evangelista, Loreto (BAMS); Sweeney, Brian (BAMS); Best, Shane (BAMS); Barnett, Amy (BAMS)
**Cc:** Williams, Beatrice (BAMS); Patterson, Keri L
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Good Afternoon Team.

I have gone in circles trying to get the attached document filled out. Is this something the BAMS PCI team can fill out? This is a small opportunity; however, an important relationship to the bank.

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Patterson, Keri L
**Sent:** Tuesday, June 06, 2017 10:28 AM
**To:** Williams, Beatrice (BAMS)
**Cc:** Evangelista, Loreto (BAMS); Best, Shane (BAMS); Sweeney, Brian (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Hello Bea,

For your client questionnaire it is up to BAMS to complete these and if there is a need for First Data to assist you can direct the request through the ControlVIEW portal, below is the link. Looking at the document BAMS should be able to complete as these are questions that BAMS asks of FD when auditing our firm. I have copied the BAMS team that I believe can assist you or direct you to the correct BAMS resources.

CONFIDENTIAL                                                                                                           BAMS 00000419

https://dms.1dc.com/sites/GlobalPCI/Audit/Form%20Pages/FDC%20Client%20Security%20Requests.aspx

Respectfully,

*Keri Patterson*
Director, ControlVIEW Client Relations
Governance, Controls & Oversight
5775 DTC Blvd. MS 315G-S  Greenwood Village, CO 80111
Office - 303-967-8970
Cell – 303-882-1869
keri.patterson@firstdata.com



**From:** Williams, Beatrice (BAMS)
**Sent:** Tuesday, June 06, 2017 9:55 AM
**To:** cybersecuritycommunications
**Subject:** Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

I am told to send this Security Questionnaire to you for completion and review, let me know if that is correct?  Thank you, Bea

**Bea Williams**
**Sales Analyst**
**Large Corporate Sales**
Bank of America Merchant Services
Atlanta GA 30342
O 470.878.1920
F 402.916.6536
Beatrice.Williams@bankofamericamerchant.com

**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Friday, April 28, 2017 3:55 PM
**To:** Abello, Jorge (BAMS)
**Cc:** Williams, Beatrice (BAMS); marty.mederos@baml.com; Lam, Sharon
**Subject:** Verisign Vendor Security Questionnaire for Payeezy

CONFIDENTIAL                                                                                                                                                    BAMS 00000420

Hi Jorge,

As part of the Verisign's vendor assessment process, we'd like for Bank of America to provide responses our Verisign Security questionnaire. We have attached the vendor security questionnaire that begins this process. This may be distributed to individuals within the organization that may be able to provide responses to sections under their responsibility.

Our vendor assessment process is a combination of a vendor and product review so we respectfully request that responses be specific to the survey site expected to be used in support of the Payeezy Gateway.

The attached security questionnaire contains two parts:
·       General security questions designed to help us understand the level of the overall IT Security program
·       Technical security questions designed to help us understand the technical security features of the product used in support of the Payeezy Gateway.

The Verisign vendor assessment process will be reviewed in two stages:
·       The general security questions and answers are reviewed by our GRC team
·       The technical security questions and answers are reviewed by our technical team

Should there be any follow-up on any items requiring clarification (based upon responses within the questionnaire), your Verisign POC will provide questions from the above mentioned teams.

We request that Verisign be notified on the expected completion date, any potential delays, and / or any questions that may arise from review of our questionnaire. We'd like a response by May 15, 2017.

If there are any questions, please feel free to reach out to the Verisign team by replying to Infosec Review at infosec-review@verisign.com or you may reach out directly to myself.

We appreciate the support and are willing to assist to ensure the process goes smoothly.

If necessary, assume we go with the hosted solution where our customers are taken to a payment page served by Payeezy to plug in their credit card details (not Verisign collecting these details).

Thanks,

**Alan Morris, CTP**
Assistant Treasurer
amorris@verisign.com
703-948-3415 (Work)
571-888-9283 (Cell)
Fax: 703-435-6796
12061 Bluemont Way
Reston, VA 20190
Verisign.com

CONFIDENTIAL
BAMS 00000421

| | |
|---|---|
| From: | Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2> |
| Sent: | Tue 8/08/2017 10:36 AM (GMT-04:00) |
| To: | Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Verisign Vendor Security Questionnaire for Payeezy |

Attachments: Client Information Requests.pdf

Yes, I will call Jorge...


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America Merchant Services**


**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, August 08, 2017 10:31 AM
**To:** Slawin, Eric (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Based on what the client is asking for, what process should they be following? Can you give them guidance?
Also, please send me the process you documented and communicated to the BCs.  I think it is time that we get this reviewed at the ExCo level for better ownership and coordination.

**From:** Evangelista, Loreto (BAMS)
**Sent:** Tuesday, August 08, 2017 9:59 AM
**To:** Abello, Jorge (BAMS); Best, Shane (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Collins, Natasha (BAMS); Glynn, Brian T. (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Team
This seems to have been bouncing around for 3 months?
Realize that we met last week to discuss the fact that the process that was implemented by eric has more activity than we thought
So we proposed some solutions that will take time – in the interim we cant upset clients

CONFIDENTIAL                                                                                                                                                       BAMS 00000567

| | |
|---|---|
| From: | Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2> |
| Sent: | Tue 8/08/2017 10:53 AM (GMT-04:00) |
| To: | Kendall, Mark (BAMS) <Mark.Kendall@bankofamericamerchant.com> |
| Cc: | |
| Bcc: | |
| Subject: | FW: Verisign Vendor Security Questionnaire for Payeezy |
| Attachments: | Client Information Requests.pdf |

I might not be here when you get back...seriously!

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com

**Bank of America Merchant Services**

**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, August 08, 2017 10:46 AM
**To:** Slawin, Eric (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Based on how this is laid out, you point them to the FD sharepoint site and Legal, then back to Joe Moll for final review. Why do they need to call you first? Is there a type of request that you often see that would follow a different path than the one you have laid out and requires your consultation?

Given, that people are still confused about where to go for help, how and where was this communicated?

**From:** Slawin, Eric (BAMS)
**Sent:** Tuesday, August 08, 2017 10:37 AM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Yes, I will call Jorge...

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate

From: Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2>
Sent: Tue 8/08/2017 11:01 AM (GMT-04:00)
To: Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com>
Cc:
Bcc:
Subject: RE: Verisign Vendor Security Questionnaire for Payeezy


Please see below…

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America Merchant Services**


**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, August 08, 2017 10:46 AM
**To:** Slawin, Eric (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Based on how this is laid out, you point them to the FD sharepoint site and Legal, then back to Joe Moll for final review. Why do they need to call you first? Joe wanted one place where all of the Client Managed Sales Client Segment (CMSCS) would go instead of sending emails out to a lot of different people. That seemed to be one of the pain point. Is there a type of request that you often see that would follow a different path than the one you have laid out and requires your consultation? Initially, I thought this would be something that CMSCS would be able to take over as it would just concern SOC 1 reports and would be repetitive but, what has happened is that the requests have become unique. There does not seem to be a lot of overlap with the requests. Each one has a different format and different questions.

Given, that people are still confused about where to go for help, how and where was this communicated? I sent the attached PDF out to all CMSCS BCs, ISMs and AMs using distribution lists maintained by Gina Armeni.

**From:** Slawin, Eric (BAMS)
**Sent:** Tuesday, August 08, 2017 10:37 AM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

CONFIDENTIAL                                                                                                                                                          BAMS 00000613