PLAINTIFF'S
EXHIBIT

**59**
_____

From:       Rowe, Bane (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE
            GROUP/CN=RECIPIENTS/CN=FCE50S9>
Sent:       Tue 9/19/2017 1:00 PM (GMT-04:00)
To:         Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
Cc:         Abello, Jorge (BAMS) <jorge.abello@bankofamericamerchant.com>;Brown, Tom (BAMS)
            <tom.brown@bankofamericamerchant.com>;Rubinetti, John (BAMS)
            <John.Rubinetti@bankofamericamerchant.com>;Collins, Natasha (BAMS)
            <Natasha.Collins@bankofamericamerchant.com>;Howarter, Matthew (BAMS)
            <Matthew.Howarter@bankofamericamerchant.com>
Bcc:
Subject:    RE: Verisign Vendor Security Questionnaire for Payeezy


Eric – I will give you a call on this topic as this is the same situation as we've discussed before.
Thanks

**From:** Slawin, Eric (BAMS)
**Sent:** Tuesday, September 19, 2017 12:49 PM
**To:** Rowe, Bane (BAMS)
**Cc:** Abello, Jorge (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Collins, Natasha (BAMS);
Howarter, Matthew (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Hi Bane,

Can you please help with the issue below? Matt referred me to you as Matt indicated he will not be able
to address this today and this issue has been going on for quite some time. If you cannot help can you
please advise from whom these answers can be obtained?

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com



**Bank of America** ≣ **Merchant Services**



**From:** Slawin, Eric (BAMS)
**Sent:** Tuesday, September 19, 2017 10:28 AM
**To:** Howarter, Matthew (BAMS)
**Cc:** Abello, Jorge (BAMS); Rubinetti, John (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Hi Matt,

I am following up on Natasha's response below. Attached is the questionnaire from Verisign and the information we have provided to Verisign already which is the SIG report and, to our knowledge contains numerous questions and answers about various topics. Verisign is insistent the questionnaire needs to be answered respective to Payeezy and providing the SIG report was not acceptable. What Jorge and I need assistance with is translating the SIG report information over to the Verisign questionnaire. Neither Jorge nor I are technically knowledgeable enough to translate this information from the SIG report to the Verisign questionnaire. Finally, if you are not able to answer the Verisign questionnaire specific to Payeezy if you can let Jorge and I know ASAP as this process has been going on for quite some time and Verisign's patience has been exhausted.

Many Thanks,


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America** ◆◆ **Merchant Services**


**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, September 19, 2017 9:15 AM
**To:** Slawin, Eric (BAMS); Abello, Jorge (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Guys,

Please reach out to Matt ASAP to get assistance from his team.  I think a previous note in the email string indicated that the Product team should be able to help, so I am surprised that no one reached out to him sooner.

**From:** Howarter, Matthew (BAMS)
**Sent:** Tuesday, September 19, 2017 9:00 AM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Sure, I will help out as much as I can.

CONFIDENTIAL
BAMS 00000531

**Matt Howarter, SVP**
Product Strategy and Support
Bank of America Merchant Services
Office: 913.499.8547   Mobile: 913.313.6630
Matthew.Howarter@bankofamericamerchant.com

**Bank of America** 〰 **Merchant Services**

**From:** Collins, Natasha (BAMS)
**Sent:** Monday, September 18, 2017 10:02 PM
**To:** Howarter, Matthew (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Matt,

We have a very broken process that I am working with Tom Fontana to remediate around responses to client requests for information on our risk and security environment.  While we work to improve the process over the long term, I need some immediate help on this request for Verisign where they are looking for information regarding Payeezy.

Can I ask Eric, our BCO, and Jorge, the BC to follow up with you for help on this specific request?  First Data is pushing back on providing assistance as they contend that this information has been provided to BAMS through previous audits and assessments.  They can fill you in on Verisign's request and the response we have provided to date.

**From:** Slawin, Eric (BAMS)
**Sent:** Monday, September 18, 2017 3:48 PM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Yes, Verisign wants the information transferred into their questionnaire which has some pretty technical questions. The translation is hard unless you understand both the questions and which information is respectively responsive and specific to Payeezy.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com

**Bank of America** 🦅 **Merchant Services**

**From:** Collins, Natasha (BAMS)
**Sent:** Monday, September 18, 2017 1:39 PM
**To:** Slawin, Eric (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Did you all send them any of the FD standard documentation?

**From:** Slawin, Eric (BAMS)
**Sent:** Monday, September 18, 2017 12:34 PM
**To:** Abello, Jorge (BAMS)
**Cc:** Williams, Beatrice (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Glynn, Brian T. (BAMS); Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

My understanding, which is outlined in the attached email, is that the only section of the questionnaire which needs to be competed is 1.5 and the information needed is quite technical. Jorge, did you send the questionnaire to the SharePoint site and ask for answers from First Data to these questions? I think that still needs to happen.


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America** 🦅 **Merchant Services**


**From:** Abello, Jorge (BAMS)
**Sent:** Monday, September 18, 2017 10:17 AM
**To:** Collins, Natasha (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Glynn, Brian T. (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Hello Natasha,

BAMS 00000533

We seem to circled back to our starting point and the client has now escalated to the Bank. Who are the right folks to answer the questions on the PCI questionnaire Versign provided us? I would like to set up a call ASAP. Below are the steps we've already taken since April 2017.

1. B. Williams submitted client's questionnaire via case through SharePoint
2. I reached out to PCI Larry B.
3. NDA signed by client and BAMS legal
4. PCI documentation provided to the client on FD's Trustwave assessment
5. Client is still requesting for their questionnaire to be filled out or a call to jointly fill it out
6. Eric is advising me to resubmit questionnaire through SharePoint

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Collins, Natasha (BAMS)
**Sent:** Tuesday, August 08, 2017 2:18 PM
**To:** Glynn, Brian T. (BAMS); Evangelista, Loreto (BAMS); Abello, Jorge (BAMS); Best, Shane (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS); Davis, Ali (BAMS); Moll, Joe (BAMS)
**Cc:** Williams, Beatrice (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Team,

As we continue discussions to improve clarity around ownership of this process, Eric is already planning to reach out to Jorge and give him some guidance on how to get this done.

**From:** Glynn, Brian T. (BAMS)
**Sent:** Tuesday, August 08, 2017 2:13 PM
**To:** Evangelista, Loreto (BAMS); Abello, Jorge (BAMS); Best, Shane (BAMS); Sweeney, Brian (BAMS); Barnett, Amy (BAMS); Slawin, Eric (BAMS); Davis, Ali (BAMS); Moll, Joe (BAMS)
**Cc:** Williams, Beatrice (BAMS); Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

I didn't see a copy of the questionnaire, but Ali Davis and Joe Moll have provided sound guidance for requests like this in the past so I added them to this chain.

Jorge, please forward the document you received from Verisgn so they can weigh in on the best way for BAMS to respond.

Brian Glynn, SVP
Implementation and Service, Client Managed

CONFIDENTIAL                                                         BAMS 00000534

From:    Brown, Tom (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE
         GROUP/CN=RECIPIENTS/CN=TJBROWN>
Sent:    Tue 9/19/2017 10:38 AM (GMT-04:00)
To:      Abello, Jorge (BAMS) <jorge.abello@bankofamericamerchant.com>;Slawin, Eric (BAMS)
         <Eric.Slawin@bankofamericamerchant.com>;Carpenter, Derrick (BAMS)
         <Derrick.Carpenter@bankofamericamerchant.com>
Cc:      Williams, Beatrice (BAMS) <Beatrice.Williams@bankofamericamerchant.com>;Rubinetti, John
         (BAMS) <John.Rubinetti@bankofamericamerchant.com>;Glynn, Brian T. (BAMS)
         <brian.glynn@bankofamericamerchant.com>;Collins, Natasha (BAMS)
         <Natasha.Collins@bankofamericamerchant.com>;Brennan, Larry (BAMS)
         <Lawrence.Brennan@bankofamericamerchant.com>
Bcc:
Subject: RE: Verisign Vendor Security Questionnaire for Payeezy

Jorge,

It is FD that has to fill this out, not BAMS.  We are being inundated with these questionnaires from
clients as they scramble to protect themselves from data breach.  From my understanding, FD has
industry standard reports that they will provide that prove our products meet normal standards.  But
they are reluctant to fill out one-off infosec questionnaire's created by a client vendor as it could create
legal liability for FD.

This is not a simple issue to solve for.  Despite clients getting upset because they aren't getting the
answers they want, and escalating to the bank, we don't have a process to overcome it.

Derrick, can you convene the powers that be at FD and get some official guidance on this?

Thanks,

Tom


**From:** Abello, Jorge (BAMS)
**Sent:** Monday, September 18, 2017 1:02 PM
**To:** Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Glynn, Brian T. (BAMS);
Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Eric,

This is why the call is important, to ensure that all parties are on the same page and the questionnaire is
filled out.

The questionnaire needs to be fully completed and not just section 1.5. Also, in the attached is the
original requested submitted through SharePoint, as well as an email from Ethan Kocourek advising that
BAMS has enough information to fill out the document and anything product specific would need to go
to the product team.

CONFIDENTIAL

Thanks,

Jorge Abello **|** VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 **|** Fax: 402.916.2016 **|** Mobile: 954-235-7651



**From:** Slawin, Eric (BAMS)
**Sent:** Monday, September 18, 2017 12:34 PM
**To:** Abello, Jorge (BAMS)
**Cc:** Williams, Beatrice (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Glynn, Brian T. (BAMS); Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

My understanding, which is outlined in the attached email, is that the only section of the questionnaire which needs to be competed is 1.5 and the information needed is quite technical. Jorge, did you send the questionnaire to the SharePoint site and ask for answers from First Data to these questions? I think that still needs to happen.


Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


Bank of America Merchant Services

**From:** Abello, Jorge (BAMS)
**Sent:** Monday, September 18, 2017 10:17 AM
**To:** Collins, Natasha (BAMS); Slawin, Eric (BAMS)
**Cc:** Williams, Beatrice (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Glynn, Brian T. (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Hello Natasha,

We seem to circled back to our starting point and the client has now escalated to the Bank. Who are the right folks to answer the questions on the PCI questionnaire Versign provided us? I would like to set up a call ASAP. Below are the steps we've already taken since April 2017.

From:     Brennan, Larry (BAMS) </O=FDC/OU=FIRST ADMINISTRATIVE
          GROUP/CN=RECIPIENTS/CN=LBRENN01>
Sent:     Wed 9/20/2017 2:27 PM (GMT-04:00)
To:       Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com>
Cc:       Abello, Jorge (BAMS) <jorge.abello@bankofamericamerchant.com>;Slawin, Eric (BAMS)
          <Eric.Slawin@bankofamericamerchant.com>
Bcc:
Subject: RE: Verisign Vendor Security Questionnaire for Payeezy


Jorge,

Who were you working with at FD on the Verisign questionnaire?

**From:** Collins, Natasha (BAMS)
**Sent:** Wednesday, September 20, 2017 10:48 AM
**To:** Brennan, Larry (BAMS)
**Cc:** Abello, Jorge (BAMS); Slawin, Eric (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

That's great!

Jorge – See Larry's offer below.  Please work with him to set up this discussion with Verisign.

**From:** Brennan, Larry (BAMS)
**Sent:** Wednesday, September 20, 2017 10:39 AM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Happy to get on a call with the BC , the client  and their data security team to provide an oversight of
their questions and why the Report on Compliance along with the SOC 1 should satisfy their request



**From:** Collins, Natasha (BAMS)
**Sent:** Wednesday, September 20, 2017 10:35 AM
**To:** Brennan, Larry (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Yes, we also tried to provide that standard documentation and they requested specific answers to their
questions or a phone call to walk through the documents. Perhaps if you got on a call with the BC and
explained that to them, it would help.  What do you think?

**From:** Brennan, Larry (BAMS)
**Sent:** Wednesday, September 20, 2017 10:33 AM
**To:** Collins, Natasha (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Randall Long and I have been working on a solution for these increased one off requests.

Let me see if I can get Louis to do this as a one off as we look for a more streamlined process (I wish these clients would understand that with the SOC 1 and the Attestation of Compliance (AOC)from a Qualified Security Assessor (QSA) that all of their questions have been validated with the Report on Compliance

**From:** Collins, Natasha (BAMS)
**Sent:** Wednesday, September 20, 2017 10:30 AM
**To:** Brennan, Larry (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Larry,

We have already gotten push back from FD 3 times on this request. They refuse to help and have stated that we have the information internally to complete this.

I'll have to take this to Loreto and Michael Roberts.

**From:** Brennan, Larry (BAMS)
**Sent:** Wednesday, September 20, 2017 10:28 AM
**To:** Abello, Jorge (BAMS)
**Cc:** Collins, Natasha (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy

Jorge,

With Eric out wanted to provide the below to you

**From:** Brennan, Larry (BAMS)
**Sent:** Wednesday, September 20, 2017 10:24 AM
**To:** Slawin, Eric (BAMS)
**Cc:** Mong, Daniel (BAMS); Keskessa, Jarra (BAMS)
**Subject:** RE: Verisign Vendor Security Questionnaire for Payeezy

Eric,

Not sure why Ali indicted that Dan and I would have knowledge for these questions. The only document we would have access to would be the SOC 1 (which you already have) and the Attestation of Compliance (AOC) the QSA that Payezz had been validated as PCI DSS compliant. (attached) (note the updated AOC is due next week)

As it relates to the Verisign vendor security questionnaire I don't believe Dan or myself have the technology infrastructure knowledge of the FD process to be able to complete their form.

I believe there is a process at FD currently where they can complete these (I think Louis Vale might be able to direct to the correct area)

We are currently looking for a home for these requests going forward to streamline for other client requests

CONFIDENTIAL

Please let me know if you get any pushback

Larry

Larry Brennan
SVP Merchant Data Security and Cybersecurity
Bank of America Merchant Services
Williamsburg, VA
O: 757-449-7798  F: 402-933-9720
Larry.brennan@bankofamericamerchant.com

**Bank of America** ⪘ **Merchant Services**

**10 Cybersecurity Tips for 2017**
http://bamszone.1dc.com/OurCompany/Events/Documents/10-Cybersecurity-Tips.pdf

**For Data Compromise Resources Please visit BAMSZone at**
http://bamszone.1dc.com/Divisions/RiskCmpl/DataComp/Pages/Home.aspx

(internal use only)
**CONFIDENTIALITY NOTICE:** The information in this message, and any documents or files attached to this message, may be proprietary, confidential, and/or legally privileged and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, distribution, printing or copying of this communication or any attachment is strictly prohibited. If you have received this communication in error, please notify Bank of America Merchant Services immediately by replying to this message and by deleting the message and any attachments from your computer.

**From:** Slawin, Eric (BAMS)
**Sent:** Tuesday, September 19, 2017 5:13 PM
**To:** Brennan, Larry (BAMS); Mong, Daniel (BAMS)
**Cc:** Abello, Jorge (BAMS); Brown, Tom (BAMS); Rubinetti, John (BAMS); Collins, Natasha (BAMS); Howarter, Matthew (BAMS); Rowe, Bane (BAMS); Collins, Natasha (BAMS); Evangelista, Loreto (BAMS)
**Subject:** FW: Verisign Vendor Security Questionnaire for Payeezy
**Importance:** High

Can either of you please help with translation of the information we have discussed below? Before Ali went out on maternity leave she mentioned that both of you could help with these type of inquiries. Otherwise, First Data is the only other source I know of to obtain this information unless anyone on this email string has other ideas.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671

CONFIDENTIAL

From:      Slawin, Eric (BAMS) </O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP
           (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLAWIN, ERIC, FBZREUAEA2>
Sent:      Tue 9/19/2017 9:09 AM (GMT-04:00)
To:        Collins, Natasha (BAMS) <Natasha.Collins@bankofamericamerchant.com>;Evangelista, Loreto
           (BAMS) <Loreto.Evangelista@bankofamericamerchant.com>
Cc:        Abello, Jorge (BAMS) <jorge.abello@bankofamericamerchant.com>;Rubinetti, John (BAMS)
           <John.Rubinetti@bankofamericamerchant.com>
Bcc:
Subject: FW: NEW Merchant (PCI Questionnaire)


I'm not sure what to do myself with this issue either…I have done all I can with this and have been clear
on more than one occasion I CANNOT compete this questionnaire due to its technical nature. My idea is
to get First Data more involved on this and I tried that to no avail some time ago. Maybe Loreto and/or
you can provide some influence over First Data to encourage their participation. I think escalating to
Loreto and you did help with the Home Depot situation.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T:  404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com


**Bank of America** ⬩⬩⬩ **Merchant Services**


**From:** Mederos, Marty [mailto:marty.mederos@baml.com]
**Sent:** Tuesday, September 19, 2017 8:58 AM
**To:** Abello, Jorge (BAMS); Slawin, Eric (BAMS)
**Cc:** Shaw, Robert - GCIB SF; Rubinetti, John (BAMS)
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Jorge,

As I expected client just followed up with me frustrated that this has been 5 months and counting now.

Don't know what else to say, this is an important bank client that is really quite frustrated.  They signed
the necessary NDAs and have been patient, but its bordering on absurd now.  John, can you please help
get the proper team to organize an approach to our response?

Please reach out to Alan to coordinate what is needed to complete this.

Thx,

Marty Mederos, CTP

Director, Global Treasury Sales Officer
Global Corporate Banking
Technology / Media / Telecom
Bank of America N.A.

980-386-3346  Office
980-245-6854  Mobile
**marty.mederos@baml.com**

150 N. College St, 14th Floor – NC1-028-14-05, Charlotte, NC 28255

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Monday, September 18, 2017 8:26 AM
**To:** Mederos, Marty <marty.mederos@baml.com>; Slawin, Eric (BAMS)
<Eric.Slawin@bankofamericamerchant.com>
**Cc:** Shaw, Robert - GCIB SF <robert.g.shaw@baml.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Good Morning Marty,

I have escalated this topic to our executive team in order to get a resolution once and for all. I
will have an answer for you by end of day today. As you may be aware we have provided the
client with all are PCI documentation and the challenge is they are requesting it to be within their
format/document.

Thanks,

Jorge Abello

_____

**From:** Mederos, Marty <marty.mederos@baml.com>
**Sent:** Sunday, September 17, 2017 2:22:32 PM
**To:** Abello, Jorge (BAMS); Slawin, Eric (BAMS)
**Cc:** Shaw, Robert - GCIB SF
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Is there an update on this?  Have to know where this stands please, inexcusable to linger for months. If
we can't get written responses we need to host phone call with Verisign to address their inquiries.

Thx,

Marty Mederos, CTP

Director, Global Treasury Sales Officer
Global Corporate Banking

CONFIDENTIAL

Technology / Media / Telecom
Bank of America N.A.

980-386-3346  Office
980-245-6854  Mobile
**marty.mederos@baml.com**

150 N. College St, 14th Floor – NC1-028-14-05, Charlotte, NC 28255

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Thursday, September 7, 2017 10:03 AM
**To:** Slawin, Eric (BAMS) <Eric.Slawin@bankofamericamerchant.com>
**Cc:** Shaw, Robert - GCIB SF <robert.g.shaw@baml.com>; Mederos, Marty <marty.mederos@baml.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Good Morning Eric,

The client has reached out to our bank partner to escalate this request; they are also copied on the email.  Can you please provide an ETA or how we can help move this along?


Thanks,

Jorge Abello **|** VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 **|** Fax: 402.916.2016 **|** Mobile: 954-235-7651



**From:** Mederos, Marty [mailto:marty.mederos@baml.com]
**Sent:** Thursday, September 07, 2017 9:55 AM
**To:** Abello, Jorge (BAMS)
**Cc:** Shaw, Robert - GCIB SF
**Subject:** FW: NEW Merchant (PCI Questionnaire)

Jorge,

Know you are working on this, but Alan is escalating here and so need to ask you where this stands and what roadblocks can we help with?

Let me know your thoughts please.

Thx,

Marty Mederos, CTP

Director, Global Treasury Sales Officer
Global Corporate Banking
Technology / Media / Telecom
Bank of America N.A.

980-386-3346  Office
980-245-6854  Mobile
**marty.mederos@baml.com**

150 N. College St, 14th Floor – NC1-028-14-05, Charlotte, NC 28255

**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Thursday, September 7, 2017 9:44 AM
**To:** Shaw, Robert - GCIB SF <robert.g.shaw@baml.com>; Mederos, Marty <marty.mederos@baml.com>
**Cc:** Atchley, David <datchley@verisign.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Bob & Marty,

Verisign would like to move forward with implementing the BoA Payeezy credit card portal but our progress is stalled.  As I have not received an ETA from Jorge, I am hoping you guys can help escalate an issue we are having with a lack of response from BoA to some technical security questions.

We sent the attached questionnaire to BoA at the end of April, over 4 months ago, but BoA has not returned it.  While we made headway on many sections based on some prepared reports from First Data, we are still awaiting responses  to questions on some technical security features of the product used in support of the Payeezy Gateway.  Those questions are found in Section 1.5 (Technical Security Questions).  Focus should be on the Payeezy product solution protects Verisign data (e.g. customer name, invoice amounts, etc. collected from Hosted Checkout  process).

Would either of you be able to provide any assistance in getting our Security Questionnaire completed, or at least Section 1.5 addressed?   At this point, we really only need Section 1.5 completed.  If necessary, a call between our technical folks could be arranged, so long as the right technical folks (vs. product folks) at BoA would be on the call to answer the security related technical questions.

Thank you for your assistance.

Regards,

Alan

CONFIDENTIAL

**From:** Morris, Alan
**Sent:** Friday, September 01, 2017 11:47 AM
**To:** 'jorge.abello@bankofamericamerchant.com' <jorge.abello@bankofamericamerchant.com>
**Cc:** Treasury <treasury@verisign.com>; 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge,

Do you have an ETA yet?  What about focusing on Section 1.5 and returning that?  Below is some additional color from our team.

> "We have enough coverage from the SOC1 for Sections 1.1 through 1.4 but on our technical security team (AppSec) requires specific details noted in Section 1.5 to complete their piece of the review. It's not unusual for vendors to provide both reports which we do review as part of their overall security program (GRC team review) but for Section 1.5 details are usually not covered in either SOC reports or SIG.
>
> For example, one of the questions from Section 1.5 is "Question 20 - If symmetric cryptography is used, what method is being used, and what key size is used?" AppSec wants to see detailed response such as "HTTPS with TLS version 1.2 as the protocol. The key exchange algorithm is ECDHE- ECDSA and the cipher suite we use is AES_128_GCM."
>   - This answer provides us with good detail on protocol (TLS 1.2), Key exchange algorithm usage Elliptic curve Diffie–Hellman with Elliptic Curve Digital Signature Algorithm. Cipher is Advanced Encryption Standard (AES) with Galois/Counter Mode (GCM) with strength of 128 bits.
>
> Such details are usually not present in SOC reports but the technical review expects that level of detail to review specifics.
>
> The quickest way for the technical review to be completed is "Section 1.5" from the security questionnaire, otherwise the AppSec team may have multiple questions. "

Regards,

Alan

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Monday, August 28, 2017 1:58 PM
**To:** Morris, Alan <jmorris@verisign.com>
**Cc:** Treasury <treasury@verisign.com>; 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** [EXTERNAL] RE: NEW Merchant (PCI Questionnaire)

Hello Alan,

I sent an email requesting an ETA on the document, I just waiting on a response from the PCI team.

CONFIDENTIAL

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Monday, August 28, 2017 9:12 AM
**To:** Abello, Jorge (BAMS)
**Cc:** Treasury; 'marty.mederos@baml.com'
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Jorge & Marty – Can you please advise when we should expect BoA will return the security
questionnaire?  We sent this to BoA at end of April nearly 4 months ago...

Thanks,

Alan


**From:** Morris, Alan
**Sent:** Thursday, August 24, 2017 11:21 AM
**To:** 'jorge.abello@bankofamericamerchant.com' <jorge.abello@bankofamericamerchant.com>
**Cc:** Treasury <treasury@verisign.com>; 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge,

Thanks for sending, but we still request the security questionnaire.

The SIG usually is at a high level and does help with pieces of our review, but as our vendor assessment
process has a technical component we still need the security questionnaire.

Can you please advise when we should expect the security questionnaire?  We would like to roll-out the
Payeezy solution to our Accounts Receivable team and select customers, but it has taken BoA an
exceedingly long time to return the security questionnaire.

Thanks,

Alan


**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Wednesday, August 23, 2017 8:46 PM

CONFIDENTIAL                                                                                  BAMS 00001043

**To:** Morris, Alan <jmorris@verisign.com>
**Cc:** Treasury <treasury@verisign.com>; 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** [EXTERNAL] RE: NEW Merchant (PCI Questionnaire)

Hello Alan,

The team is finalizing the questionnaire, I would like to provide you with these prepared reports from First Data (FD). You will notice the Standardized Information Gathering Questionnaire (SIG) report in particular has a large amount of questions and answers and should match the question your team has.

Thanks,

Jorge Abello **|** VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 **|** Fax: 402.916.2016 **|** Mobile: 954-235-7651



**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Monday, August 21, 2017 10:15 AM
**To:** Abello, Jorge (BAMS)
**Cc:** Treasury; 'marty.mederos@baml.com'
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge,

Based upon the Attestation of Compliance (AOC), we have pieces that answer some of the topic areas of the vendor assessment.

However, we still need either the Report on Compliance (ROC) referenced in the AOC or the Verisign Vendor Questionnaire to be returned.  Either of these will contain the remaining details needed to complete our security review.

Can you obtain the ROC and send it over immediately?  If not, when should we expect our questionnaire to be returned?

Thanks,

Alan

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Thursday, August 17, 2017 10:26 AM
**To:** Morris, Alan <jmorris@verisign.com>
**Cc:** Treasury <treasury@verisign.com>; CTP Marty Mederos (marty.mederos@baml.com)

CONFIDENTIAL

<marty.mederos@baml.com>
**Subject:** [EXTERNAL] RE: NEW Merchant (PCI Questionnaire)

Hello Alan,

Attached are the PCI documents, please let me know if you have any questions

Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Thursday, August 17, 2017 9:12 AM
**To:** Abello, Jorge (BAMS)
**Cc:** Abello, Jorge (BAMS); Treasury
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Marty,

I received Jorge's out of the office email that he is out until Monday, August 21st.

We signed the attached NDA required in order to receive the PCI report regarding Payeezy Gateway.  As you are aware, we sent our questionnaire to BoA at end of April and still haven't received a response.  So, we expect BoA can at least provide the PCI report immediately so our team can begin reviewing that.

Can you please obtain and send over the PCI report?

Thanks,

Alan

**From:** Morris, Alan
**Sent:** Thursday, August 17, 2017 9:04 AM
**To:** Abello, Jorge (BAMS) (jorge.abello@bankofamericamerchant.com)
<jorge.abello@bankofamericamerchant.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge – Can we expect the PCI report today?  I'd like to get this to our team.

CONFIDENTIAL                                                BAMS 00001045

Thanks,

Alan

**From:** Morris, Alan
**Sent:** Wednesday, August 16, 2017 12:30 PM
**To:** 'jorge.abello@bankofamericamerchant.com' <jorge.abello@bankofamericamerchant.com>
**Cc:** 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge – Attached is the signed NDA.

Please send the PCI report  as soon as possible so we can move this along.

Thanks,

Alan

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Wednesday, August 09, 2017 5:18 PM
**To:** Morris, Alan <jmorris@verisign.com>
**Cc:** 'marty.mederos@baml.com' <marty.mederos@baml.com>
**Subject:** [EXTERNAL] RE: NEW Merchant (PCI Questionnaire)

Hello Alan,

In order to provide the remaining PCI information, I will need the follow NDA complete. Please call me if you have any questions.


Thanks,

Jorge Abello | VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 | Fax: 402.916.2016 | Mobile: 954-235-7651



**From:** Morris, Alan [mailto:jmorris@verisign.com]
**Sent:** Wednesday, August 09, 2017 9:11 AM
**To:** Abello, Jorge (BAMS)
**Cc:** 'marty.mederos@baml.com'
**Subject:** RE: NEW Merchant (PCI Questionnaire)

Hi Jorge,

BAMS 00001046

Are you able to provide the actual assessment report regarding policies, procedures, and technical systems that store, process or transmit cardholder data and not simply the 1-page letter indicating PCI compliance?

We would want to see the detailed report on compliance. The reason for the request is that it covers many of the topics of the Verisign Security Questionnaire in detail so when combined with having a completed vendor questionnaire it would reduce the technical team's follow-up questions and help to accelerate their review.

Thanks,

Alan

**From:** Abello, Jorge (BAMS) [mailto:jorge.abello@bankofamericamerchant.com]
**Sent:** Tuesday, August 08, 2017 4:57 PM
**To:** Morris, Alan <jmorris@verisign.com>
**Cc:** CTP Marty Mederos (marty.mederos@baml.com) <marty.mederos@baml.com>
**Subject:** [EXTERNAL] NEW Merchant (PCI Questionnaire)

Hello Alan,

As a follow up from our conversation, attached the letter of our PCI compliance. As advised, our team is still working on the questionnaire.

Thanks,

Jorge Abello **|** VP, Business Consultant
Bank of America Merchant Services
Phone: 561-328-6226 **|** Fax: 402.916.2016 **|** Mobile: 954-235-7651



===
This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

BAMS 00001047

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

CONFIDENTIAL