PLAINTIFF'S EXHIBIT 63

**From:** Slawin, Eric (BAMS)
**To:** eslawin116@gmail.com
**Subject:** FW: Broward County - Vendor Security Questionnaire
**Date:** Friday, October 27, 2017 10:23:16 AM
**Attachments:** image001.jpg
image002.png
image003.jpg
image004.png

Eric Slawin

Vice President

Business Control Function, Business Banking, Commercial and Large Corporate

Bank of America Merchant Services

5565 Glenridge Connector, Atlanta, GA 30342

T: 404.890.3223 C: 770.296.5671

Eric.Slawin@bankofamericamerchant.com

Description: cid:image001.jpg@01D2EF2F.EBAB9E40



**From:** Einhorn, Aaron (BAMS)
**Sent:** Friday, October 27, 2017 10:21 AM
**To:** Slawin, Eric (BAMS)
**Subject:** RE: Broward County - Vendor Security Questionnaire

Hi Eric. My apologies – I was inexact with my language. I should have written "the Trustwave letter certifying *FDMS'* PCI compliance". Does that help clear things up?

Aaron Einhorn

VP, Assistant General Counsel

Bank of America Merchant Services

5775 DTC Boulevard, Greenwood Village, CO 80111

Direct: 303.967.8388 Mobile: 720.481.7764

aaron.einhorn@bankofamericamerchant.com

https://www.gotomeet.me/AaronEinhorn

**From:** Slawin, Eric (BAMS)
**Sent:** Friday, October 27, 2017 8:12 AM
**To:** Einhorn, Aaron (BAMS)
**Subject:** RE: Broward County - Vendor Security Questionnaire
**Importance:** High

Hi Aaron, I am in the line of fire when it comes to answering these client questionnaires. I have been

PLAINTIFF 000025

operating under the assumption that BAMS is NOT PCI Compliant and does not have to be but rather, Fist Data does and have been providing responses based on that understanding. I highlighted your statement below and just want to confirm my understanding. I was advised of this situation by Ali Davis and can provide the email wherein she said BAMS was NOT PCI Compliant. It's important I understand the situation relative to BAMS' PCI Compliance so I can provide the proper support to our sales teams.

Thank you for any information you can provide...

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com

Description: cid:image001.jpg@01D2EF2F.EBAB9E40



---

**From:** Einhorn, Aaron (BAMS)
**Sent:** Friday, October 27, 2017 8:16 AM
**To:** Allen, Theresa (BAMS); Slawin, Eric (BAMS); Whalen, Michelle (BAMS)
**Cc:** Morris, Andrea (BAMS); Kendall, Mark (BAMS); Brennan, Larry (BAMS); Morris, Dawn (BAMS)
**Subject:** RE: Broward County - Vendor Security Questionnaire

Our Agreement with the State of Florida consists of several documents, including the State's form of contract and our MSA. If there is a conflict between the State's form of contract and our MSA, the State's form of contract governs the conflict.

The State's form of contract contains a confidentiality provision that would not protect the AOC. Our MSA contains a confidentiality provision that would protect the AOC. To prevent Broward County from taking the position that the State's form of contract governs, and that therefore the AOC is not protected, perhaps we should put together a letter for Broward County to sign acknowledging that the AOC is considered confidential information protected under the MSA and our overall agreement.

Even if the AOC is considered confidential information, it could be disclosed pursuant to a Public Records request under Florida's Public Records Act. If parts of the AOC are highly confidential / trade secrets, we can ask for those parts to be redacted from any Public Records disclosure...but our information is not guaranteed to be protected. There is a specific process we must follow to request protection of information.

As an alternative to providing the AOC, could we provide the Trustwave letter certifying our PCI

PLAINTIFF 000026

==compliance?==

Dawn – please jump in with your thoughts as well.

Thanks,
Aaron

Aaron Einhorn
VP, Assistant General Counsel
Bank of America Merchant Services
5775 DTC Boulevard, Greenwood Village, CO 80111
Direct: 303.967.8388 Mobile: 720.481.7764
aaron.einhorn@bankofamericamerchant.com
https://www.gotomeet.me/AaronEinhorn

---

**From:** Allen, Theresa (BAMS)
**Sent:** Thursday, October 26, 2017 3:21 PM
**To:** Slawin, Eric (BAMS); Whalen, Michelle (BAMS)
**Cc:** Morris, Andrea (BAMS); Kendall, Mark (BAMS); Brennan, Lawrence (BAMS); Morris, Dawn (BAMS); Einhorn, Aaron (BAMS)
**Subject:** RE: Broward County - Vendor Security Questionnaire

I am copying my colleagues Dawn and Aaron – they are more familiar with the State of Florida contract under which Broward County processes with us, and by copy of this email am requesting that they weigh in on whether the State contract contains sufficient confidentiality provisions such that we can provide the AOC to Broward County. Thanks.

Theresa M. Allen
SVP, Associate General Counsel
Bank of America Merchant Services
5775 DTC Boulevard, Suite 100N
Greenwood Village, CO 80111
Direct 303.967.8798  Mobile 720.301.6652
Theresa.Allen@bankofamericamerchant.com
cid:image005.png@01CBEF04.8B5A2700



---

**From:** Slawin, Eric (BAMS)
**Sent:** Wednesday, October 25, 2017 12:30 PM
**To:** Whalen, Michelle (BAMS)
**Cc:** MORRIS, ANDREA (BAMS); Kendall, Mark (BAMS); Allen, Theresa (BAMS); Brennan, Lawrence (BAMS)
**Subject:** RE: Broward County - Vendor Security Questionnaire

Attached is the First Data AOC. Theresa and Larry can we share this document with Broward County?

PLAINTIFF 000027

Michelle, as I mentioned in our conversation yesterday and the state of these merchant requests I do thing we should offer documents like this AOC that contains the answers as oppose to answering questions contained in these questionnaires directly.

Eric Slawin
Vice President
Business Control Function, Business Banking, Commercial and Large Corporate
Bank of America Merchant Services
5565 Glenridge Connector, Atlanta, GA 30342
T: 404.890.3223 C: 770.296.5671
Eric.Slawin@bankofamericamerchant.com



**From:** Whalen, Michelle (BAMS)
**Sent:** Tuesday, October 24, 2017 10:53 AM
**To:** Slawin, Eric (BAMS)
**Cc:** MORRIS, ANDREA (BAMS)
**Subject:** FW: Broward County - Vendor Security Questionnaire

Eric – Thank you for your time this morning to discuss the request from Broward County, FL. Please see the questionnaire for Broward County, a Participant on the State of Florida ePayments contract that they are requesting a response to.

Would we possibly be able to state that the State of FL is the primary contract owner and we are obligated to respond to these elements with them? The PA is a document developed to avoid individual responses to participants (we have 90 local governments participating on this contract).

It is possible the AOC/PCI compliance certification may be sufficient with that previous statement.

(noted that FD no longer completes these forms and they are completed now by BAMS)

Thank you!

Michelle Whalen, CCM, VP
Business Consultant, Public Sector Banking
Bank of America Merchant Services
Bradenton, Florida
Direct: 941.896.8881 Mobile 941.524.6952 Fax: 402.933.9071
Michelle.whalen@bankofamericamerchant.com

PLAINTIFF 000028

Customer Service 800.430.7161

**From:** Whalen, Michelle (BAMS)
**Sent:** Tuesday, October 24, 2017 4:37 AM
**To:** BAMS Contracts
**Cc:** Dooley, Bertha (BAMS)
**Subject:** Broward County - Vendor Security Questionnaire

Contracts – this Questionnaire has come in from Broward County, a PA on the St of FL contract.

How best should we respond? At a minimum perhaps forward BAMS PCI certification?

Thank you!

Michelle Whalen, CCM, VP
Business Consultant, Public Sector Banking
Bank of America Merchant Services
Bradenton, Florida
Direct: 941.896.8881 Mobile 941.524.6952  Fax: 402.933.9071
Michelle.whalen@bankofamericamerchant.com
Customer Service 800.430.7161



**From:** Cacurak, Polly [mailto:PCACURAK@broward.org]
**Sent:** Monday, October 23, 2017 12:52 PM
**To:** Whalen, Michelle (BAMS)
**Cc:** Mehringer, Gary
**Subject:** Vendor Security Questionnaire

Hi Michelle,

I'm being told by our IT department that in order for me to proceed with credit card acceptance at my locations, the attached must be completed by BAMS. If you are not the person who can complete this, may you suggest who I should contact? I understand that our contract with BAMS has been around a very long time but they evidently don't seem to have the attached on file.

If you have questions regarding the form itself, the 2 Broward County contacts who can provide assistance would be:
Melinda Henderson at 954-357-7262

PLAINTIFF 000029

Gail McGowan at 954-357-6147

Please let me know when I can expect this back so I can relay the information to our IT department and/or if you have any questions.

Thanks,



Polly Cacurak, M.B.A.
Business Operations Manager
Broward Addiction Recovery Center (BARC)

900 NW 31st Ave, Ste 2000
Fort Lauderdale, FL 33311
954-357-5093 (work)
954-816-6143 (cell)
954-357-6533 (fax)



Broward100.org

---

Under Florida law, most e-mail messages to or from Broward County employees or officials are public records, available to any person upon request, absent an exemption. Therefore, any e-mail message to or from the County, inclusive of e-mail addresses contained therein, may be subject to public disclosure.
===
This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to

PLAINTIFF 000030

regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

PLAINTIFF 000031