PLAINTIFF'S
EXHIBIT

**76**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ERIC SLAWIN,

     Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT SERVICES,

     Defendant.

Civil Action File
Case No. 1:19-cv-04129-AT

## DEFENDANT BANC OF AMERICA MERCHANT SERVICES'
## SUPPLEMENTAL RESPONSES TO PLAINTIFF'S
## <u>FIRST INTERROGATORIES</u>

     Defendant Banc of America Merchant Services, LLC, s/h/a Bank of America

Merchant Services ("***BAMS***" or "***Defendant***"), through undersigned counsel, serves

its Supplemental Responses to Plaintiff Eric Slawin's ("***Plaintiff***" or "***Slawin***") First

Interrogatories (the "***Interrogatories***").  Specifically, BAMS responds as follows:

## <u>RESPONSES AND SPECIFIC OBJECTIONS</u>

    **3. Identify each person who made the decision to terminate Plaintiff's**

**employment and with respect to each such person, set forth in detail each action**

**taken and/or decision made by each such person in connection with Plaintiff's**

**termination.**

<u>RESPONSE:</u>   BAMS objects to this Request as vague and overly broad, and as duplicative of Interrogatory No. 2.   BAMS further objects to the extent this Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine.

Subject to and without waiving the foregoing objections, BAMS directs Plaintiff to its response to Interrogatory No. 2.  BAMS responds that Mark Kendall, Maryann D. Castro, Mark Solan, Lori Orrico, and a representative from BAMS legal department were involved in the decision to terminate Plaintiff's employment for the reasons set forth in Interrogatory No. 1.   Each of these individuals may be contacted through the undersigned counsel.

By way of further and supplemental response, BAMS responds that after interviewing Plaintiff regarding the highly confidential documents he sent to his home computer and considering Plaintiff's responses, Mike Solan, Human Resources, and Mark Kendall, Plaintiff's manager, concluded that there was a loss of trust and confidence between Plaintiff and BAMS given Plaintiff's actions and, therefore, they ultimately decided to terminate Plaintiff's employment with BAMS.

**6.     Set forth in detail (Definitions, Section K) each discussion had or held between and/or among any employees or agents of Defendant/BAMS, including any discussion had or held between and/or among any employees or**

agents of Defendant/BAMS and any employees or agents of BOA or First Data Corporation, regarding the issue of Defendant/BAMS being or not being PCI-compliant and/or regarding taking or not taking any steps to make Defendant/BAMS PCI-compliant, including but not limited to any discussion had or held regarding any notice, response, advisement or communication made or to be made to any of the Selected Merchants regarding any of the aforesaid issues, and identify each document, including but not limited to emails, memorializing, discussing, responding to or in any other way communicating any information regarding each such discussion had or held. If Defendant/BAMS claims any privilege regarding any responsive discussion had or held or regarding any document to be identified, please so state and provide a privilege log with respect to each responsive discussion had or held and with respect to each document to be identified in response to this Interrogatory.

RESPONSE:   BAMS objects to this Interrogatory as vague, overly broad, nonsensical, and to the extent it contains numerous Interrogatories within one Interrogatory in an attempt to circumvent the limits of Rule 33 which allows a party to serve no more than 25 written interrogatories, including all discrete subparts. BAMS further objects to the extent this Interrogatory seeks information protected by the attorney-client privilege and/or work product doctrine.

Subject to and without waiving the foregoing objections, BAMS responds that the following documents contain discussions or communications related to BAMS PCI compliance during 2017:

- BAMS 00000111-BAMS 00000112

- BAMS 00000121-BAMS 00000123

- BAMS 00000125-BAMS 00000128

- BAMS 00000138-BAMS 00000140

- BAMS 00000141-BAMS 00000143

- BAMS 00000152-BAMS 00000156

- BAMS 00000389-BAMS 00000393

- BAMS 00000394-BAMS 00000394

- BAMS 00000395-BAMS 00000395

- BAMS 00000399-BAMS 00000399

- BAMS 00000402-BAMS 00000403

- BAMS 00000404-BAMS 00000404

- BAMS 00000405-BAMS 00000405

- BAMS 00000406-BAMS 00000407

- BAMS 00000408-BAMS 00000408

- BAMS 00000409-BAMS 00000411

- BAMS 00000412-BAMS 00000413

- BAMS 00000414-BAMS 00000415

- BAMS 00000416-BAMS 00000421

- BAMS 00000422-BAMS 00000424

- BAMS 00000425-BAMS 00000427

- BAMS 00000428-BAMS 00000429

- BAMS 00000430-BAMS 00000431

- BAMS 00000432-BAMS 00000441

- BAMS 00000442-BAMS 00000448

- BAMS 00000449-BAMS 00000451

- BAMS 00000452-BAMS 00000454

- BAMS 00000455-BAMS 00000456

- BAMS 00000457-BAMS 00000458

- BAMS 00000459-BAMS 00000460

- BAMS 00000461-BAMS 00000463

- BAMS 00000469-BAMS 00000470

- BAMS 00000471-BAMS 00000476

- BAMS 00000477-BAMS 00000485

- BAMS 00000486-BAMS 00000493

- BAMS 00000494-BAMS 00000503

- BAMS 00000504-BAMS 00000514

- BAMS 00000515-BAMS 00000523

- BAMS 00000524-BAMS 00000529

- BAMS 00000530-BAMS 00000540

- BAMS 00000541-BAMS 00000549

- BAMS 00000550-BAMS 00000563

- BAMS 00000566-BAMS 00000566

- BAMS 00000567-BAMS 00000573

- BAMS 00000574-BAMS 00000581

- BAMS 00000582-BAMS 00000582

- BAMS 00000583-BAMS 00000587

- BAMS 00000588-BAMS 00000591

- BAMS 00000592-BAMS 00000596

- BAMS 00000597-BAMS 00000605

- BAMS 00000606-BAMS 00000612

- BAMS 00000613-BAMS 00000619

- BAMS 00000620-BAMS 00000621

- BAMS 00000622-BAMS 00000623

- BAMS 00000625-BAMS 00000632

- BAMS 00000633-BAMS 00000646

- BAMS 00000652-BAMS 00000657

- BAMS 00000658-BAMS 00000658

- BAMS 00000659-BAMS 00000807

- BAMS 00000808-BAMS 00000818

- BAMS 00000819-BAMS 00000827

- BAMS 00000828-BAMS 00000838

- BAMS 00000839-BAMS 00000840

- BAMS 00000841-BAMS 00000989

- BAMS 00000990-BAMS 00001004

- BAMS 00001005-BAMS 00001019

- BAMS 00001020-BAMS 00001020

- BAMS 00001021-BAMS 00001021

- BAMS 00001022-BAMS 00001028

- BAMS 00001029-BAMS 00001037

- BAMS 00001038-BAMS 00001048

- BAMS 00001049-BAMS 00001056

- BAMS 00001057-BAMS 00001065

- BAMS 00001066-BAMS 00001068

- BAMS 00001069-BAMS 00001069

- BAMS 00001070-BAMS 00001077

- BAMS 00001078-BAMS 00001087

- BAMS 00001088-BAMS 00001099

- BAMS 00001100-BAMS 00001103

- BAMS 00001104-BAMS 00001110

- BAMS 00001111-BAMS 00001111

- BAMS 00001112-BAMS 00001117

- BAMS 00001118-BAMS 00001118

- BAMS 00001119-BAMS 00001129

- BAMS 00001130-BAMS 00001130

- BAMS 00001133-BAMS 00001137

- BAMS 00001138-BAMS 00001139

- BAMS 00001140-BAMS 00001140

- BAMS 00001147-BAMS 00001147

- BAMS 00001148-BAMS 00001155

- BAMS 00001156-BAMS 00001156

- BAMS 00001157-BAMS 00001165

- BAMS 00001166-BAMS 00001172

- BAMS 00001173-BAMS 00001173

- BAMS 00001174-BAMS 00001182

- BAMS 00001183-BAMS 00001196

- BAMS 00001202-BAMS 00001203

- BAMS 00001204-BAMS 00001208

- BAMS 00001209-BAMS 00001209

- BAMS 00001210-BAMS 00001210

- BAMS 00001211-BAMS 00001212

- BAMS 00001213-BAMS 00001216

- BAMS 00001217-BAMS 00001225

- BAMS 00001226-BAMS 00001226

- BAMS 00001227-BAMS 00001228

- BAMS 00001229-BAMS 00001230

- BAMS 00001231-BAMS 00001234

- BAMS 00001235-BAMS 00001243

- BAMS 00001244-BAMS 00001244

- BAMS 00001245-BAMS 00001250

- BAMS 00001270-BAMS 00001272

- BAMS 00001273-BAMS 00001275

- BAMS 00001285-BAMS 00001285

- BAMS 00001306-BAMS 00001308

- BAMS 00001309-BAMS 00001311

- BAMS 00001312-BAMS 00001312

- BAMS 00001313-BAMS 00001318

- BAMS 00001319-BAMS 00001321

- BAMS 00001326-BAMS 00001327

- BAMS 00001332-BAMS 00001337

- BAMS 00001342-BAMS 00001342

- BAMS 00001354-BAMS 00001360

- BAMS 00001371-BAMS 00001374

- BAMS 00001375-BAMS 00001377

- BAMS 00001378-BAMS 00001379

- BAMS 00001380-BAMS 00001386

- BAMS 00001387-BAMS 00001389

- BAMS 00001390-BAMS 00001391

- BAMS 00001407-BAMS 00001408

- BAMS 00001409-BAMS 00001409

- BAMS 00001420-BAMS 00001426

- BAMS 00001432-BAMS 00001433

- BAMS 00001434-BAMS 00001444

- BAMS 00001445-BAMS 00001447

- BAMS 00001448-BAMS 00001450

- BAMS 00001451-BAMS 00001455

- BAMS 00001459-BAMS 00001461

- BAMS 00001467-BAMS 00001468

- BAMS 00001469-BAMS 00001478

- BAMS 00001483-BAMS 00001485

- BAMS 00001486-BAMS 00001490

- BAMS 00001504-BAMS 00001509

- BAMS 00001611-BAMS 00001620

- BAMS 00001621-BAMS 00001621

- BAMS 00001622-BAMS 00001622

- BAMS 00001623-BAMS 00001632

- BAMS 00001633-BAMS 00001634

- BAMS 00001635-BAMS 00001640

- BAMS 00001641-BAMS 00001641

- BAMS 00001736-BAMS 00001737

- BAMS 00001738-BAMS 00001742

- BAMS 00001743-BAMS 00001746

- BAMS 00001747-BAMS 00001752

- BAMS 00001753-BAMS 00001766

- BAMS 00001767-BAMS 00001767

- BAMS 00001768-BAMS 00001770

- BAMS 00001771-BAMS 00001773

- BAMS 00001774-BAMS 00001782

- BAMS 00001785-BAMS 00001785

- BAMS 00001786-BAMS 00001787

- BAMS 00001788-BAMS 00001793

- BAMS 00001795-BAMS 00001796

- BAMS 00001797-BAMS 00001799

- BAMS 00001800-BAMS 00001806

- BAMS 00001807-BAMS 00001808

- BAMS 00001815-BAMS 00001816

- BAMS 00001817-BAMS 00001818

- BAMS 00001819-BAMS 00001821

- BAMS 00001822-BAMS 00001824

- BAMS 00001830-BAMS 00001830

- BAMS 00001831-BAMS 00001832

- BAMS 00001836-BAMS 00001837

- BAMS 00001838-BAMS 00001848

- BAMS 00001850-BAMS 00001857

- BAMS 00001858-BAMS 00001860

- BAMS 00001861-BAMS 00001870

- BAMS 00001871-BAMS 00001872

- BAMS 00001873-BAMS 00001874

- BAMS 00001877-BAMS 00001881

- BAMS 00001882-BAMS 00001888

- BAMS 00001891-BAMS 00001891

- BAMS 00001896-BAMS 00001901

- BAMS 00001907-BAMS 00001915

- BAMS 00001916-BAMS 00001920

- BAMS 00001921-BAMS 00001923

- BAMS 00001928-BAMS 00001932

- BAMS 00001936-BAMS 00001945

- BAMS 00001946-BAMS 00001952

- BAMS 00001979-BAMS 00001981

- BAMS 00001982-BAMS 00001982

- BAMS 00001983-BAMS 00001984

- BAMS 00001985-BAMS 00001993

- BAMS 00001994-BAMS 00002002

- BAMS 00002003-BAMS 00002012

- BAMS 00002013-BAMS 00002017

- BAMS 00002023-BAMS 00002029

- BAMS 00002030-BAMS 00002031

- BAMS 00002032-BAMS 00002036

- BAMS 00002037-BAMS 00002038

- BAMS 00002039-BAMS 00002047

- BAMS 00002048-BAMS 00002055

- BAMS 00002056-BAMS 00002060

- BAMS 00002067-BAMS 00002071

- BAMS 00002072-BAMS 00002073

- BAMS 00002074-BAMS 00002088

- BAMS 00002089-BAMS 00002090

- BAMS 00002091-BAMS 00002091

- BAMS 00002092-BAMS 00002092

- BAMS 00002096-BAMS 00002100

- BAMS 00002101-BAMS 00002109

- BAMS 00002110-BAMS 00002111

- BAMS 00002112-BAMS 00002118

- BAMS 00002119-BAMS 00002129

- BAMS 00002130-BAMS 00002131

- BAMS 00002155-BAMS 00002156

- BAMS 00002160-BAMS 00002163

- BAMS 00002177-BAMS 00002177

- BAMS 00002179-BAMS 00002180

- BAMS 00002181-BAMS 00002184

- BAMS 00002185-BAMS 00002191

- BAMS 00002192-BAMS 00002197

- BAMS 00002198-BAMS 00002199

- BAMS 00002200-BAMS 00002201

- BAMS 00002202-BAMS 00002216

- BAMS 00002217-BAMS 00002231

- BAMS 00002232-BAMS 00002232

- BAMS 00002233-BAMS 00002233

- BAMS 00002234-BAMS 00002239

- BAMS 00002242-BAMS 00002250

- BAMS 00002251-BAMS 00002253

- BAMS 00002261-BAMS 00002262

- BAMS 00002263-BAMS 00002264

- BAMS 00002265-BAMS 00002268

- BAMS 00002276-BAMS 00002277

- BAMS 00002653-BAMS 00002655

- BAMS 00002661-BAMS 00002661

- BAMS 00007235-BAMS 00007236

- BAMS 00007239-BAMS 00007322

- BAMS 00007342-BAMS 00007356

- BAMS 00007357-BAMS 00007357

- BAMS 00007358-BAMS 00007359

- BAMS 00007360-BAMS 00007362

- BAMS 00007363-BAMS 00007364

- BAMS 00007371-BAMS 00007385

- BAMS 00007387-BAMS 00007401

- BAMS 00007554-BAMS 00007554

- BAMS 00007588-BAMS 00007590

- BAMS 00007595-BAMS 00007609

- BAMS 00007610-BAMS 00007624

- BAMS 00007625-BAMS 00007639

- BAMS 00007640-BAMS 00007654

- BAMS 00007655-BAMS 00007668

- BAMS 00007669-BAMS 00007682

- BAMS 00007683-BAMS 00007697

- BAMS 00007698-BAMS 00007712

- BAMS 00007713-BAMS 00007727

- BAMS 00007728-BAMS 00007742

- BAMS 00007743-BAMS 00007757

- BAMS 00007758-BAMS 00007772

- BAMS 00007773-BAMS 00007786

- BAMS 00007787-BAMS 00007801

- BAMS 00007802-BAMS 00007817

- BAMS 00007818-BAMS 00007818

- BAMS 00007819-BAMS 00007819

- BAMS 00007820-BAMS 00007820

- BAMS 00007821-BAMS 00007821

- BAMS 00007822-BAMS 00007822

- BAMS 00007823-BAMS 00007823

- BAMS 00007824-BAMS 00007824

- BAMS 00007825-BAMS 00007825

- BAMS 00007826-BAMS 00007826

- BAMS 00007827-BAMS 00007827

- BAMS 00007828-BAMS 00007828

- BAMS 00007829-BAMS 00007829

- BAMS 00007830-BAMS 00007830

- BAMS 00007831-BAMS 00007831

- BAMS 00007832-BAMS 00007832

- BAMS 00008107-BAMS 00008107

- BAMS 00008160-BAMS 00008160

- BAMS 00008328-BAMS 00008329

- BAMS 00008337-BAMS 00008337

- BAMS 00008338-BAMS 00008342

- BAMS 00008343-BAMS 00008345

- BAMS 00008346-BAMS 00008346

- BAMS 00008369-BAMS 00008371

- BAMS 00008380-BAMS 00008381

- BAMS 00008383-BAMS 00008384

- BAMS 00008385-BAMS 00008386

- BAMS 00008388-BAMS 00008402

- BAMS 00008403-BAMS 00008405

- BAMS 00008408-BAMS 00008409

- BAMS 00008412-BAMS 00008412

- BAMS 00008553-BAMS 00008555

- BAMS 00008558-BAMS 00008560

- BAMS 00008562-BAMS 00008563

- BAMS 00008567-BAMS 00008568

- BAMS 00008571-BAMS 00008572

- BAMS 00008574-BAMS 00008574

- BAMS 00008578-BAMS 00008579

- BAMS 00008580-BAMS 00008580

- BAMS 00008581-BAMS 00008581

- BAMS 00008582-BAMS 00008584

- BAMS 00008586-BAMS 00008586

- BAMS 00008587-BAMS 00008589

- BAMS 00008594-BAMS 00008596

- BAMS 00008597-BAMS 00008597

- BAMS 00008598-BAMS 00008600

- BAMS 00008602-BAMS 00008602

- BAMS 00008603-BAMS 00008605

- BAMS 00008606-BAMS 00008606

- BAMS 00008607-BAMS 00008609

- BAMS 00008633-BAMS 00008647

- BAMS 00008655-BAMS 00008669

- BAMS 00008670-BAMS 00008670

- BAMS 00008671-BAMS 00008672

- BAMS 00008856-BAMS 00008856

- BAMS 00008874-BAMS 00008874

- BAMS 00008881-BAMS 00008882

- BAMS 00008890-BAMS 00008891

- BAMS 00008892-BAMS 00008893

- BAMS 00008895-BAMS 00008895

- BAMS 00008900-BAMS 00008901

- BAMS 00008902-BAMS 00008903

- BAMS 00008904-BAMS 00008905

- BAMS 00008906-BAMS 00008907

- BAMS 00008908-BAMS 00008908

- BAMS 00008909-BAMS 00008910

- BAMS 00008917-BAMS 00008918

- BAMS 00008919-BAMS 00008920

- BAMS 00009104-BAMS 00009104

- BAMS 00009136-BAMS 00009137

- BAMS 00009138-BAMS 00009139

- BAMS 00009140-BAMS 00009141

- BAMS 00009142-BAMS 00009143

- BAMS 00009147-BAMS 00009147

- BAMS 00009149-BAMS 00009153

- BAMS 00009155-BAMS 00009159

- BAMS 00009160-BAMS 00009161

- BAMS 00009163-BAMS 00009180

- BAMS 00009181-BAMS 00009181

- BAMS 00009182-BAMS 00009186

- BAMS 00009195-BAMS 00009208

- BAMS 00009209-BAMS 00009222

- BAMS 00009223-BAMS 00009237

- BAMS 00009238-BAMS 00009252

- BAMS 00009253-BAMS 00009266

- BAMS 00009267-BAMS 00009280

- BAMS 00009281-BAMS 00009295

- BAMS 00009296-BAMS 00009308

- BAMS 00009309-BAMS 00009321

- BAMS 00009408-BAMS 00009422

- BAMS 00009423-BAMS 00009425

- BAMS 00009426-BAMS 00009427

- BAMS 00009428-BAMS 00009429

- BAMS 00009458-BAMS 00009462

- BAMS 00009464-BAMS 00009465

- BAMS 00009466-BAMS 00009467

- BAMS 00009468-BAMS 00009469

- BAMS 00009537-BAMS 00009538

- BAMS 00009539-BAMS 00009540

- BAMS 00009541-BAMS 00009541

9.     **Set forth the legal relationship, if any, between and among Defendant/BAMS, BOA, and First Data Corporation in 2017.**

RESPONSE:    BAMS objects to this Interrogatory as vague, overly broad, and as not relevant to any claim or defense in this litigation.  BAMS further objects to this Interrogatory to the extent it seeks information regarding third parties who are not parties to this litigation.

By way of further and supplemental response, BAMS responds that BAMS was a joint venture between FDS Holdings, Inc., then a subsidiary of First Data Corporation, and BAMS Solutions, Inc., an indirect subsidiary of Bank of America Corporation ("*BOA*").

10.     **Set forth and describe any change in the legal relationship, if any, between and among Defendant/BAMS, BOA and First Data Corporation from 2017 to the date of response.**

RESPONSE:    BAMS objects to this Interrogatory as vague, overly broad, and as not relevant to any claim or defense in this litigation.  BAMS further objects to this

Interrogatory to the extent it seeks information regarding third parties who are not parties to this litigation.

By way of further and supplemental response, BAMS responds that on July 29, 2019, Fiserv completed its acquisition of First Data Corporation. Further, in July 2020, BAMS was dissolved.

**11.    In 2017 was Defendant/BAMS a joint venture?  If so, identify the joint venturers.**

RESPONSE:    BAMS objects to this Interrogatory as vague, overly broad, and as not relevant to any claim or defense in this litigation.  BAMS further objects to this Interrogatory to the extent it seeks information regarding third parties who are not parties to this litigation.

By way of supplemental response, BAMS responds that BAMS was a joint venture in 2017 and the joint venturers were FDS Holdings, Inc., then a subsidiary of First Data Corporation, and BAMS Solutions, Inc., an indirect subsidiary of BOA.

This 11th day of August 2023.

 */s/ Aiten M. McPherson*
Christopher Paul Galanek
E-Mail: chris.galanek@bclplaw.com
Aiten M. McPherson
E-Mail: aiten.mcpherson@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**

One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309

*Counsel for Defendant Banc of America Merchant
Services, LLC s/h/a Bank of America Merchant
Services*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I served the foregoing **DEFENDANT BANK OF AMERICA MERCHANT SERVICES SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES** to all counsel of record by electronic service.

This 11th day of August, 2023.

/s/ *Aiten M. McPherson*
Aiten M. McPherson

DocuSign Envelope ID: 117388C8-A84A-427E-9E35-97606B944AA0

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIC SLAWIN,

      Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT SERVICES,

      Defendant.

Civil Action File
Case No. 1:19-cv-04129-AT

## VERIFICATION OF ALI DAVIS

I, Ali Davis, verify under penalty of perjury pursuant to 28 U.S.C. § 1746, that

the foregoing facts contained in BAMS' Supplemental Responses to Plaintiff's

Interrogatories are true and correct according to the best of my knowledge,

information, and belief.

Dated   August 11, 2023 | 05:23 CDT  , 2023.

DocuSigned by:

*Ali Davis*

998E6702EA594FB

Ali Davis
Vice President, Relationship Management
Leader for Strategic Partner, Fiserv