**To:**  Moll, Joe (BAMS)[Joe.Moll@bankofamericamerchant.com]
**Cc:**  McNeal, Jennifer (BAMS)[Jennifer.McNeal@bankofamericamerchant.com]
**From:**  Boler, Mary (BAMS)[/O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MBOLER]
**Sent:**  Tue 6/13/2017 9:36:34 PM (UTC)
**Subject:**  RE: Disney RFP - Security and Compliance Questions/Responses
Disney Security and Compliance Questions 6 13 Joe Moll.docx

Joe,

I apologize for the first draft that you received.  I have attached the responses that we received from Info Sec concerning the security questions for Disney.  If you can provide me any comments to the attached by Friday 6/16 – it would be greatly appreciated.  Thank you

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com



**PLAINTIFF'S EXHIBIT**

**92**

---

**From:** Moll, Joe (BAMS)
**Sent:** Tuesday, June 13, 2017 3:05 PM
**To:** Boler, Mary (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** RE: Disney RFP - Security and Compliance Questions/Responses

Hi Mary.. have they been sent to FD?  Generally my only role is to review what comes back to FD.
jm


---
Joseph L. Moll, CISSP, CISA, CRISC, NSA-IAM, NSA-IEM
VP/Corporate Information Security Officer, Risk and Compliance
Bank of America Merchant Services
Direct 1.720.390.1384 | Mobile 1.720.839.1841
joe.moll@bankofamericamerchant.com

---

**From:** Boler, Mary (BAMS)
**Sent:** Tuesday, June 13, 2017 10:14 AM
**To:** Moll, Joe (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** RE: Disney RFP - Security and Compliance Questions/Responses
**Importance:** High

Thank you those were questions from legal and we do have a couple of more questions in the attached document and just not sure if they fall under realm.  I sent these originally on 6/8.  Thank you

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

**From:** Moll, Joe (BAMS)
**Sent:** Tuesday, June 13, 2017 11:08 AM
**To:** Boler, Mary (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** RE: Disney RFP - Security and Compliance Questions/Responses

Hi Mary.. I provided the attached this morning?
Are you looking for my final review?  I would only review the infosec questions that I answered…
jm


---
Joseph L. Moll, CISSP, CISA, CRISC, NSA-IAM, NSA-IEM
VP/Corporate Information Security Officer, Risk and Compliance
Bank of America Merchant Services
Direct 1.720.390.1384 | Mobile 1.720.839.1841
joe.moll@bankofamericamerchant.com

**Bank of America** ➤ **Merchant Services**

---

**From:** Boler, Mary (BAMS)
**Sent:** Tuesday, June 13, 2017 10:04 AM
**To:** Moll, Joe (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** FW: Disney RFP - Security and Compliance Questions/Responses
**Importance:** High

Joe – just doing a courtesy follow up – we need to pull this together by Thursday, 6/15.  Thank you

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

**Bank of America** ➤ **Merchant Services**

---

**From:** Boler, Mary (BAMS)
**Sent:** Thursday, June 08, 2017 1:41 PM
**To:** Moll, Joe (BAMS)
**Subject:** Disney RFP - Security and Compliance Questions/Responses
**Importance:** High

Joe,

I have attached the questions and a few responses for the Disney RFP.  We are trying to pull all the responses back together by June 15th.  Any and all help will be appreciated.  Thank you


Disney Worldwide Services, Inc. ("Disney") is soliciting responses to this Request for Proposal ("RFP") for card-not-present payment services. Disney, together with its subsidiaries and affiliates, is a leading diversified international family entertainment company and media enterprise with four business segments: Media Networks, Parks & Resorts, Studio Entertainment, and Disney Consumer Products and Interactive Media. Disney is a Dow 30 company with annual revenues of over Redacted . Disney's corporate headquarters are in Burbank, California.

CONFIDENTIAL

Disney is looking to select a company that can provide payment gateway and acquiring services for card-not-present transactions for a number of business lines across the U.S. and Canada. Main participating business units from Disney in this RFP include:

- Walt Disney Parks and Resorts (WDPR): online sales of Annual Passports (Passes) paid in an installment schedule

- Disney Stores: online and call center sales of merchandise

- Disney Movie Club: online and call center sales of Disney DVD and Blu-ray subscriptions

- ESPN: online sales of content subscriptions (Insider and Magazine) and online event tickets

Disney is looking for a payments provider that can provide payment processing services for any card-not-present payment platform (including e/m-commerce and telephone orders, but excluding any POS payments) that is accepted by the participating Disney parties except where explicitly described differently in the requirements.

The core services in scope for this RFP are as follows:

- Gateway services and payment processing (directly or via third party providers) for relevant payment methods and any other relevant alternative forms of payment

- Payment and acquirer processing, including authorization, clearing, and settlement with payment networks and alternative forms of payment providers to a designated Disney bank account

- Business, operational, and financial reconciliation reporting

- Reporting and data analytics (including portal reporting and data accessibility for flexible ad-hoc report creation)

- Risk management solutions, including fraud prevention and strong guest authentication

In addition, Disney expects the payments partner to excel in the areas below while allowing Disney to offer a frictionless, secure, and good guest payment experience.

- Competitive financial conditions and optimization of interchange rates and network fees

- Capability to scale across the Disney enterprise

- Best-in-class technology, operational excellence, and system stability

- Highest standards for data security

- Optimization of authorization rates

- Flexibility to process relevant forms of payment and any other forms of payment that become relevant in the future

- Dedicated Account Management support at an enterprise and business unit level

- Maintain and improve operational efficiencies

- Advocacy for industry best practices

- Support for omni-channel guest experience

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

Bank of America Merchant Services

**6.3.1 Please confirm that your company is and will be fully compliant with the following regulations and procedures:**

**d) Proposed process and timing to inform customers or consumers of any data security breach**

**Details**

In accordance with our Incident Response Plan, we will notify customers promptly if any of their non-public personal information (NPPI) is compromised to an unauthorized party. In the event of a break in security controls, our immediate responsibility is to assess the nature and scope of the event and authorize remediation. Throughout the process, we would keep customers informed at regular and meaningful intervals. Exact timing and disclosure may vary due to the nature of the incident, progress in the investigation, and requirements imposed by law enforcement agencies.

## 7.2 Data Handling Controls

**7.2.1 Does your company have a documented data breach notification process or policy in place? If yes, please briefly describe the process and timelines and provide a copy of the process or policy**

**Yes/No**

No

**Details**

In accordance with our Incident Response Plan, we will notify Disney promptly if any of their non-public personal information (NPPI) is compromised to an unauthorized party. In the event of a break in security controls, our immediate responsibility is to assess the nature and scope of the event and authorize remediation. Throughout the process, we would keep customers informed at regular and meaningful intervals. Exact timing and disclosure may vary due to the nature of the incident, progress in the investigation, and requirements imposed by law enforcement agencies.

**7.2.2 Is a documented data retention/disposal policy in place? This includes any subcontractor(s) handling Disney data. Please provide a copy of this policy for all primary and subcontractor(s)**

**Yes/No**

Yes

**Details**

We have a Records and Information Management policy and a master retention schedule for appropriately classifying business records. Retention schedules are based on legal, regulatory and operational requirements. Our policy requires the unrecoverable disposal of electronic and physical media. Disposal/destruction events are logged to maintain an audit trail.

**7.2.3 Are Disaster Recovery Plans / Business Continuity Plans updated and tested at least annually? This includes any subcontractor handling Disney data**

**Yes/No**

Yes

**Details**

## 7.3 Physical and Environmental Controls

BAMS 00009731

**7.3.2 Are SSAE16 (SOC1 and/or SOC2) reports available for all entities (primary and subcontractor(s)? If yes, please skip question #7.3.3 above and respond 'Not applicable' in the details field. Please provide a copy of these reports**

**Yes/No**

Yes

**Details**

    Please see attached SOC 1 report.

**7.3.3 If the answer to question #7.3.2 above is "No", are there other certifications speaking to control effectiveness (e.g., ISO27001)?**

**Yes/No**

No

**Details**

**7.4 Active Security Testing (applicable for cloud based solutions only)**

**7.4.1 Is application penetration testing (internal and external) performed at least annually? If yes, please provide evidence for the last penetration testing performed**

**Yes/No**

Yes

**Details**

    Please see attached penetration test.

**7.4.2 Will an executive summary of the application penetration testing results and scope be made available for Disney review?**

**Yes/No**

Yes.

**Details**

    Please see attached penetration test.

**7.4.3 Is vulnerability scanning (internal and external, operating system and database) performed at least quarterly?**

**Yes/No**

Yes

**Details**

    External and internal vulnerability scans occur on a quarterly basis with follow-up scans performed every month and after any significant infrastructure or application upgrade or modification.

BAMS 00009732

**7.4.4 Will an executive summary of the vulnerability scanning results and scope be made available for Disney review?**

**Yes/No**

Yes

**Details**

Please reference 7.4.4 Name

**7.5 Encryption Controls (applicable for cloud based solutions only)**

**7.5.1 Is data encrypted in-between and within data centers and during transit? This includes data movement between subcontractor(s)**

**Yes/No**

Yes

**a) Does your solution use encryption and protocols that are FIPS 104-2 compliant to protect data in transit? Please provide the encryption standard used for data in transit**

**Details**

We protect or encrypts client data elements identified as PII or PCI, while at rest or leaving the company, to meet regulatory requirements and as part of an ongoing security effort. We may utilize multiple tools to accomplish identification and encryption goals including (but not limited to) the following:

- Data Loss Prevention
- Application or Data Centric (Field Level) Encryption
- File System, File, or Folder Level Encryption
- Data Masking or other compensating controls

**7.5.2 Is data encrypted at rest? This includes all subcontractor(s) where there data will be stored**

**Yes/No**

Yes

**a) Does the solution use encryption and protocols that are FIPS 104-2 compliant to protect data at rest? Please provide the encryption standard used for data at rest**

**Details**

Cryptographic controls are described in the Cryptographic Standard. Among the mandates are compliance with industry best practices as described in ANSI, NIST, ISO and other relevant standards. In addition, First Data Legal approval is required whenever encrypted information or cryptographic controls are moved between countries in accordance with Wassenaar arrangement and other applicable laws. All cryptographic hashing, asymmetric key encryption, and symmetric key encryption algorithms used by First Data must be recognized by NIST or equivalent standards organization. Link to Wassenaar arrangement: [ HYPERLINK "http://www.wassenaar.org/index.html" ]

**7.5.3 For data encrypted at rest, confirm what type of encryption would be provided, field-level encryption or database-level encryption or other?**

**Details**

Please see response to 7.5.2a above.

BAMS 00009733

#### 7.5.4

**Are key management procedures for creating, storing, retiring and distributing cryptographic keys documented? If yes, please provide a copy of the Key Management policy**

**Details**

The Cryptographic Standard includes documented procedures for rotating encryption keys as defined by the recommended crypto period, replacement of compromised keys, recovery of lost or corrupted keys, and destruction or revocation of keys that are no longer needed.

### 7.6 PCI requirements

#### 7.6.1

**Provide the latest copy of the Attestation of Compliance/ Report on Compliance**

**Details**

Please see attached Attestation of Compliance (AOC) report.

#### 7.6.2

**Please provide evidence (ROC or Self-Assessment Questionnaire, and Attestation of Compliance, if applicable) to demonstrate current compliance with all applicable PCI DSS requirements and that compliance will be audited and maintained going forward. Please make sure to indicate the level of your PCI certification and to describe aspects of PCI compliance related to software development, testing and deployment policies and practices, access to card data as well as administration of your production environment**

**Details**

Please see attached Attestation of Compliance (AOC) report.

#### 7.6.5 Will you provide active support to Disney as part of any PCI compliance audit? Please expand

**Yes / No**

Yes

Disney's account manager works with our Channel Compliance representative on issues related to Credit and Debit PCI-DSS merchant obligations. This includes:

1. Notification of the merchant's PCI level (based upon previous year transaction counts)
2. Notification of the merchant's PCI compliance obligation (since each level may require difference validation steps)
3. Tracking the merchant's compliance through automatic feeds from the merchant's assessor.
4. Conducting conference calls with the merchants, if requested and desired.
5. Explaining PCI-DSS and PA-DSS compliance requirements, if requested or desired by the merchant.
6. As required, escalating or advocating on the merchant's behalf for matters that should be discussed or addressed with the PCI Council (Visa, Mastercard, etc.).
7. If requested, attending joint conference calls with the Merchant, their Assessor, and if needed, a Visa or Mastercard representative.
8. Monthly and quarterly reporting to Visa, Mastercard, and Discover to help avoid non-compliance fines.
9. Other interventions as requested to help the merchant work towards their compliance obligation. To assist Channel Compliance with these efforts or any items that require escalation, First Data supports a dedicated PCI Compliance team within its TPO organization.

Message

---

**From:**  Boler, Mary (BAMS) [Mary.Boler@bankofamericamerchant.com]
**Sent:**  6/13/2017 4:14:22 PM
**To:**  Moll, Joe (BAMS) [Joe.Moll@bankofamericamerchant.com]
**CC:**  McNeal, Jennifer (BAMS) [Jennifer.McNeal@bankofamericamerchant.com]
**Subject:**  RE: Disney RFP - Security and Compliance Questions/Responses
**Attachments:**  Disney Security and Compliance Questions.docx

**Importance:**  High

Thank you those were questions from legal and we do have a couple of more questions in the attached document and just not sure if they fall under realm. I sent these originally on 6/8. Thank you

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

Bank of America 〰 Merchant Services

---

**From:** Moll, Joe (BAMS)
**Sent:** Tuesday, June 13, 2017 11:08 AM
**To:** Boler, Mary (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** RE: Disney RFP - Security and Compliance Questions/Responses

Hi Mary.. I provided the attached this morning?
Are you looking for my final review? I would only review the infosec questions that I answered...
jm

---
Joseph L. Moll, CISSP, CISA, CRISC, NSA-IAM, NSA-IEM
VP/Corporate Information Security Officer, Risk and Compliance
Bank of America Merchant Services
Direct 1.720.390.1384 | Mobile 1.720.839.1841
joe.moll@bankofamericamerchant.com

Bank of America 〰 Merchant Services

---

**From:** Boler, Mary (BAMS)
**Sent:** Tuesday, June 13, 2017 10:04 AM
**To:** Moll, Joe (BAMS)
**Cc:** McNeal, Jennifer (BAMS)
**Subject:** FW: Disney RFP - Security and Compliance Questions/Responses
**Importance:** High

Joe – just doing a courtesy follow up – we need to pull this together by Thursday, 6/15. Thank you

Mary Boler

CONFIDENTIAL

Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

**Bank of America** ➤ **Merchant Services**

**From:** Boler, Mary (BAMS)
**Sent:** Thursday, June 08, 2017 1:41 PM
**To:** Moll, Joe (BAMS)
**Subject:** Disney RFP - Security and Compliance Questions/Responses
**Importance:** High

Joe,

I have attached the questions and a few responses for the Disney RFP.  We are trying to pull all the responses back together by June 15th.  Any and all help will be appreciated.  Thank you

Disney Worldwide Services, Inc. ("Disney") is soliciting responses to this Request for Proposal ("RFP") for card-not-present payment services. Disney, together with its subsidiaries and affiliates, is a leading diversified international family entertainment company and media enterprise with four business segments: Media Networks, Parks & Resorts, Studio Entertainment, and Disney Consumer Products and Interactive Media. Disney is a Dow 30 company with annual revenues of over [ Redacted ] Disney's corporate headquarters are in Burbank, California.

Disney is looking to select a company that can provide payment gateway and acquiring services for card-not-present transactions for a number of business lines across the U.S. and Canada. Main participating business units from Disney in this RFP include:

- Walt Disney Parks and Resorts (WDPR): online sales of Annual Passports (Passes) paid in an installment schedule
- Disney Stores: online and call center sales of merchandise
- Disney Movie Club: online and call center sales of Disney DVD and Blu-ray subscriptions
- ESPN: online sales of content subscriptions (Insider and Magazine) and online event tickets

Disney is looking for a payments provider that can provide payment processing services for any card-not-present payment platform (including e/m-commerce and telephone orders, but excluding any POS payments) that is accepted by the participating Disney parties except where explicitly described differently in the requirements.
The core services in scope for this RFP are as follows:
- Gateway services and payment processing (directly or via third party providers) for relevant payment methods and any other relevant alternative forms of payment
- Payment and acquirer processing, including authorization, clearing, and settlement with payment networks and alternative forms of payment providers to a designated Disney bank account
- Business, operational, and financial reconciliation reporting
- Reporting and data analytics (including portal reporting and data accessibility for flexible ad-hoc report creation)
- Risk management solutions, including fraud prevention and strong guest authentication

In addition, Disney expects the payments partner to excel in the areas below while allowing Disney to offer a frictionless, secure, and good guest payment experience.

- Competitive financial conditions and optimization of interchange rates and network fees
- Capability to scale across the Disney enterprise
- Best-in-class technology, operational excellence, and system stability

BAMS 00009736

- Highest standards for data security
- Optimization of authorization rates
- Flexibility to process relevant forms of payment and any other forms of payment that become relevant in the future
- Dedicated Account Management support at an enterprise and business unit level
- Maintain and improve operational efficiencies
- Advocacy for industry best practices
- Support for omni-channel guest experience

Mary Boler
Proposal Writer, Proposal Management Team
Bank of America Merchant Services
Office/Mobile: 402.212.6645 Fax: 402.916.2219
mary.boler@bankofamericamerchant.com

Bank of America 🦅 Merchant Services

CONFIDENTIAL

**2.1.4 What is your registration status with Visa and MasterCard? Is it as a Principal Member Merchant Acquirer, Processor, Third Party Provider, or Third Party Agent?**

**6.3.1 Please confirm that your company is and will be fully compliant with the following regulations and procedures:**

**a) Whether any Disney related transaction data would be kept in a database separate from any data from other customers of your organization (i.e. a dedicated database for Disney data)?**

Yes / No

**b) Deletion policy for each type of scoring/payment data (retention duration, deletion process automated or not) and whether you can adjust the retention duration to the specific constraints of each of your customers**

Yes / No

**d) Proposed process and timing to inform customers or consumers of any data security breach**

Details

**6.3.2 Will you provide active support to Disney as part of any PCI compliance audit? Please expand**

Yes / No

Details

## 7.   Security and PCI Requirements

Participant must specify whether or not the product/service currently meets the following TWDC information security requirements, and provide additional explanation if their product does not meet the stated controls. This screening document only focuses on priority assessment data points. Additional information will be requested should a participant be selected for the next round and subject to the Third Party Information Security Assessment (TPISCA) program.

**7.1 Access Controls**

**7.1.1 Can and will access controls leverage Disney credentials without custom development and/or significant configuration (e.g., single sign-on via SAML 2.0 and/or OpenID Connect 1.0)? If yes, please skip question #7.1.2 below and respond 'Not applicable' in the details field**

Yes/No

Details

**7.1.2 If the answer to question #7.1.1 above is "No", are access controls able to be configured to comply with Disney standards (e.g., password length, complexity, expiration, history, lockout, timeout, account inactivity disabling, etc.)?**

Yes/No

**Details**

**7.1.3 Is there a need for special accounts (e.g., shared accounts, default accounts, third party accounts)?**

Yes/No

**Details**

## 7.2 Data Handling Controls

**7.2.1 Does your company have a documented data breach notification process or policy in place? If yes, please briefly describe the process and timelines and provide a copy of the process or policy**

Yes/No

No

**Details**

In accordance with the First Data Incident Response Plan, First Data will notify customers promptly if any of their non-public personal information (NPPI) is compromised to an unauthorized party. In the event of a break in security controls, First Data's immediate responsibility is to assess the nature and scope of the event and authorize remediation. Throughout the process, we would keep customers informed at regular and meaningful intervals. Exact timing and disclosure may vary due to the nature of the incident, progress in the investigation, and requirements imposed by law enforcement agencies.

**7.2.2 Is a documented data retention/disposal policy in place? This includes any subcontractor(s) handling Disney data. Please provide a copy of this policy for all primary and subcontractor(s)**

Yes/No

Yes

**Details**

First Data has a Records and Information Management policy and a master retention schedule for appropriately classifying business records. Retention schedules are based on legal, regulatory and operational requirements. First Data's policy requires the unrecoverable disposal of electronic and physical media. Disposal/destruction events are logged to maintain an audit trail.

**7.2.3 Are Disaster Recovery Plans / Business Continuity Plans updated and tested at least annually? This includes any subcontractor handling Disney data**

Yes/No

Yes

BAMS 00009739

Details

### 7.3 Physical and Environmental Controls

**7.3.1 Indicate clearly the roles and responsibilities of primary and subcontractor(s) that will be handling Disney data**

**Yes/No**

Details

**7.3.2 Are SSAE16 (SOC1 and/or SOC2) reports available for all entities (primary and subcontractor(s)? If yes, please skip question #7.3.3 above and respond 'Not applicable' in the details field. Please provide a copy of these reports**

**Yes/No**

Yes

**Details**

Please see attached SOC 1 report.

**7.3.3 If the answer to question #7.3.2 above is "No", are there other certifications speaking to control effectiveness (e.g., ISO27001)?**

**Yes/No**

No

Details

### 7.4 Active Security Testing (applicable for cloud based solutions only)

**7.4.1 Is application penetration testing (internal and external) performed at least annually? If yes, please provide evidence for the last penetration testing performed**

**Yes/No**

Yes

**Details**

Please see attached Pen test.

**7.4.2 Will an executive summary of the application penetration testing results and scope be made available for Disney review?**

**Yes/No**

Yes.

BAMS 00009740

**Details**


**7.4.3 Is vulnerability scanning (internal and external, operating system and database) performed at least quarterly?**

**Yes/No**

Yes


**Details**

> External and internal vulnerability scans occur on a quarterly basis with follow-up scans performed every month and after any significant infrastructure or application upgrade or modification.

**7.4.4 Will an executive summary of the vulnerability scanning results and scope be made available for Disney review?**

**Yes/No**

Yes


**Details**


**7.5 Encryption Controls (applicable for cloud based solutions only)**

**7.5.1 Is data encrypted in-between and within data centers and during transit? This includes data movement between subcontractor(s)**

**Yes/No**

Yes


**a) Does your solution use encryption and protocols that are FIPS 104-2 compliant to protect data in transit? Please provide the encryption standard used for data in transit**

**Details**

> First Data protects or encrypts client data elements identified as PII or PCI, while at rest or leaving the company, to meet regulatory requirements and as part of an ongoing security effort. First Data may utilize multiple tools to accomplish identification and encryption goals including (but not limited to) the following:
> - Data Loss Prevention
> - Application or Data Centric (Field Level) Encryption
> - File System, File, or Folder Level Encryption
> - Data Masking or other compensating controls

**7.5.2 Is data encrypted at rest? This includes all subcontractor(s) where there data will be stored**

**Yes/No**

Yes


**a) Does the solution use encryption and protocols that are FIPS 104-2 compliant to protect data at rest? Please provide the encryption standard used for data at rest**

**Details**

Cryptographic controls are described in the Cryptographic Standard. Among the mandates are compliance with industry best practices as described in ANSI, NIST, ISO and other relevant standards. In addition, First Data Legal approval is required whenever encrypted information or cryptographic controls are moved between countries in accordance with Wassenaar arrangement and other applicable laws. All cryptographic hashing, asymmetric key encryption, and symmetric key encryption algorithms used by First Data must be recognized by NIST or equivalent standards organization. Link to Wassenaar arrangement: [ HYPERLINK "http://www.wassenaar.org/index.html" ]

**7.5.3 For data encrypted at rest, confirm what type of encryption would be provided, field-level encryption or database-level encryption or other?**

**Details**

Please see response to 7.5.2a above.

**7.5.4**

**Are key management procedures for creating, storing, retiring and distributing cryptographic keys documented? If yes, please provide a copy of the Key Management policy**

**Details**

The Cryptographic Standard includes documented procedures for rotating encryption keys as defined by the recommended crypto period, replacement of compromised keys, recovery of lost or corrupted keys, and destruction or revocation of keys that are no longer needed.

**7.6 PCI requirements**

**7.6.1**

**Provide the latest copy of the Attestation of Compliance/ Report on Compliance**

**Details**

Please see attached Attestation of Compliance (AOC) report.

**7.6.2**

**Please provide evidence (ROC or Self-Assessment Questionnaire, and Attestation of Compliance, if applicable) to demonstrate current compliance with all applicable PCI DSS requirements and that compliance will be audited and maintained going forward. Please make sure to indicate the level of your PCI certification and to describe aspects of PCI compliance related to software development, testing and deployment policies and practices, access to card data as well as administration of your production environment**

**Details**

Please see attached Attestation of Compliance (AOC) report.

**7.6.3 Please list any PII data types and confidential data types that will be part of the processing activity for Disney**

**Details**

**7.6.4 Please indicate for which payment page integration options you will take on the responsibility to fill out a SAQ-A form on behalf of Disney**

**Details**

**7.6.5 Will you provide active support to Disney as part of any PCI compliance audit? Please expand**

**Yes / No**

Yes

The client's Relationship Manager works with First Data's Channel Compliance representative on issues related to Credit and Debit PCI-DSS merchant obligations. This includes:

1. Notification of the merchant's PCI level (based upon previous year transaction counts)
2. Notification of the merchant's PCI compliance obligation (since each level may require difference validation steps)
3. Tracking the merchant's compliance through automatic feeds from the merchant's assessor.
4. Conducting conference calls with the merchants, if requested and desired.
5. Explaining PCI-DSS and PA-DSS compliance requirements, if requested or desired by the merchant.
6. As required, escalating or advocating on the merchant's behalf for matters that should be discussed or addressed with the PCI Council (Visa, Mastercard, etc.).
7. If requested, attending joint conference calls with the Merchant, their Assessor, and if needed, a Visa or Mastercard representative.
8. Monthly and quarterly reporting to VISA, Mastercard, and Discover to help avoid non-compliance fines.
9. Other interventions as requested to help the merchant work towards their compliance obligation. To assist Channel Compliance with these efforts or any items that require escalation, First Data supports a dedicated PCI Compliance team within its TPO organization.

CONFIDENTIAL