IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**PLAINTIFF'S UNOPPOSED MOTION TO CLAW BACK PLAINTIFF'S RESPONSES TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS WHICH WAS ERRONEOUSLY FILED IN DRAFT MODE, TO SUBSTITUTE THE CORRECTED RESPONSES AND TO DEEM THE CORRECTED DOCUMENT TIMELY FILED *NUNC PRO TUNC* AS OF FEBRUARY 25, 2025**

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court for the unopposed relief as stated above. In support of the motion, Plaintiff sets forth as follows.

1. Plaintiff's response papers to Defendant's motion for summary judgment were timely filed on February 25, 2025.

2. Acting with professionalism, for which Plaintiff's counsel thanks Defendant's counsel, Defendant's counsel advised us on the following day that we had erroneously filed the draft copy of the document (Doc. 182-1), and represented

1

that they would not review the filed draft document in order to avoid compromising attorney work product privilege.

3. Plaintiff herewith submits the corrected Plaintiff's Responses to Defendant's Statement of Undisputed Material Facts and requests that it be substituted for the previously filed document (Doc. 182-1) and deemed timely filed *nunc pro tunc* as of February 25, 2025.

4. Defendant has been advised of this motion and does not object to it.

WHEREFORE, it is respectfully requested that the document filed as 182-1 be clawed back, that Plaintiff's Corrected Responses to Defendant's Statement of Undisputed Material Facts be substituted for it, and that the Corrected Responses be timely filed *nunc pro tunc* as of February 25, 2025.

This 28th day of February 2025.

    /s/Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

Certificate of Service

This is to certify that on February 28, 2025, I electronically filed: **Plaintiff's Unopposed Motion to substitute the corrected document for Doc. 182-1, and to Deem it Timely Filed *Nunc Pro Tunc*,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner
> LLP One Atlantic Center, 14th
> Floor 1201 West Peachtree
> Street, N.W. Atlanta, GA 30309-
> 3471

This 28th day of February 2025.

　　　　　　　　　　　　　　　　　　　/s/Robert N. Marx
　　　　　　　　　　　　　　　　　　Robert N. Marx, Esq.
　　　　　　　　　　　　　　　　　　Georgia Bar No. 475280
　　　　　　　　　　　　　　　　　　Jean Simonoff Marx, Esq.

3

>Georgia Bar No. 475276
>Marx & Marx, L.L.C.
>1050 Crown Pointe Parkway
>Suite 500
>Atlanta, Georgia 30338
>Tel. (404) 261-9559
>lawyers@marxlawgroup.com
>jeannie.marx@marxlawgroup.com
>
>*Attorneys for Plaintiff*