IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>            Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**ORDER**

On Plaintiff's unopposed motion, and for good cause shown, it is hereby **ORDERED**, that the document filed on the Docket as Plaintiff's Responses to Defendant's Statement of Undisputed Material Facts (Doc. 182-1) be clawed back and replaced by Plaintiff's Responses to Defendant's Statement of Undisputed Material Facts submitted on February 28, 2025, and that it be deemed timely filed *nunc pro tunc* in response to Defendant's Motion for Summary Judgment as of February 25, 2025.

**IT IS SO ORDERED** this 28th day of February, 2025.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE