**MARX & MARX, L.L.C.**
**1050 Crown Pointe Parkway**
**Suite 500**
**Atlanta, GA 30338**
(404) 261-9559
lawyers@marxlawgroup.com

March 3, 2025

Ms. Keri Gardner
Courtroom Deputy Clerk
  to the Hon. Amy Totenberg
Richard B. Russell Federal Building
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re: Slawin v. Banc of America Merchant Services, LLC, et al.,
          s/h/a Bank of America Merchant Services
          Civil Action File No. 1:19-cv-04129-AT

Dear Ms. Gardner:

    I am one of the two lead counsel for Plaintiff Eric Slawin in the above-referenced matter. I respectfully request, pursuant to LR 83.1(E)(4), that no items be set for calendar between March 10 – 13, 2025, as I will out of town to attend a family religious event.

                                 Respectfully submitted,

                                 /s/Robert N. Marx
                                   Robert N. Marx

RNM/rnm
cc: Christopher P. Galanek, Esq.
    Brian Underwood, Esq.
    (both via email)