IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>      Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>      Defendant. | Civil Action File No.<br>1:19-CV-04129-AT |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT AND TO EXPAND PAGE LIMIT**

Defendant, Banc of America Merchant Services, LLC ("BAMS" or "Defendant") moves this Court for an extension of four (4) days to and including March 21, 2025, to file a Reply to Plaintiff's Response in Opposition to BAMS Motion for Summary Judgment (Doc. 182) and for one (1) additional page for its Reply brief. In support of the motion, BAMS sets forth as follows:

1. Defendant BAMS filed a Motion for Summary Judgment (the "Motion") on January 8, 2025 (Doc. 175).

2. On January 30, 2025, upon Plaintiff's unopposed motion, this Court extended the time for Plaintiff to respond to the Motion to and including February

1

14, 2025 and extended the time for Defendant to file a Reply to and including March 7, 2025 (Doc. 178).

3. On February 6, 2025, upon Plaintiff's unopposed motion, this Court extended the time for Plaintiff to respond to the Motion to and including February 24, 2025 and extended the time for Defendant to file a Reply to and including March 17, 2025 (Doc. 180).

4. On February 24, 2025, upon Plaintiff's unopposed motion, this Court extended the time for Plaintiff to respond to the Motion to and including February 25, 2025 and did not extend the time for Defendant to file a Reply (docket entry dated 2/24/25).

5. On February 28, 2025, upon Plaintiff's unopposed motion, this Court allowed Plaintiff to substitute Plaintiff's Responses to Defendant's Statement of Undisputed Material Facts after Plaintiff initially filed a response to Defendant's Statement of Undisputed Material Facts that contained work product (Doc. 184).

6. Defendant's counsel alerted Plaintiff's counsel to the fact Plaintiff's response contained work product and then Defendant's counsel deleted the initial response of February 25, 2025 from their system, meaning they could not review the response for purposes of preparing Defendant's Reply.

7. Due to this substitution, Defendant was delayed until at least February 28, 2025 in reviewing Plaintiff's Responses to Defendant's Statement of Undisputed Material Facts (Doc. 182-1).

8. Defendant's current deadline to file a Reply to Plaintiff's Response in Opposition to BAMS Motion for Summary Judgment (Doc. 182) is March 17, 2025.

9. Defendant respectfully requests four (4) additional days, to and including March 21, 2025 to file its Reply to Plaintiff's Response in Opposition to BAMS Motion for Summary Judgment (Doc. 182).

10. Plaintiff's counsel has been advised of this request and does not oppose it.

11. As Plaintiff's Response brief also slightly exceeded the twenty-five (25) page limit, Defendant requests, and Plaintiff does not oppose, an expansion of the page limit by one (1) additional page for Defendant's Reply brief.

WHEREFORE, it is respectfully requested that the time for Defendant to file its Reply to Plaintiff's Response in Opposition to BAMS Motion for Summary Judgment (Doc. 182), be extended to and including March 21, 2025 and that Defendant be allowed one (1) additional page for its Reply brief, if needed.

Respectfully submitted this 13th day of March, 2025.

>       */s/ Brian Underwood, Jr.*
>       Christopher Paul Galanek
>       Georgia Bar No. 282390
>       E-Mail: chris.galanek@bclplaw.com

Brian M. Underwood, Jr.
Georgia Bar No. 804091
E-Mail: brian.underwood@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Telephone: 404-572-6600


*Counsel for Defendant Banc of America Merchants Services, LLC s/h/a Bank of America Merchant Services*

## **CERTIFICATION UNDER L.R. 7.1.D**

I hereby certify that the foregoing filing has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R 5.1, N.D. Ga.

This 13th day of March, 2025.

>*/s/ Brian Underwood, Jr.*
>Brian M. Underwood, Jr. (Ga. Bar. 804091)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 13th day of March, 2025.

>*/s/ Brian Underwood, Jr.*
>Brian M. Underwood, Jr. (Ga. Bar. 804091)