IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No. 1:19-cv-04129-AT |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW DECLARATION OF ROBERT N. MARX AND FOR OTHER RELIEF

Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court to withdraw the Declaration of Robert N. Marx (Doc. 182-4), and to delete any allegation in Plaintiff's Corrected Responses to Defendant's Statement of Undisputed Facts (Doc. 183-2) that Defendant's Global End User Policy was not produced to Plaintiff during discovery. In support of the motion, Plaintiff sets forth as follows:

1.  After filing of the aforesaid Responses (Doc. 183-2), Defendant's counsel brought to the attention of Plaintiff's counsel that Defendant's Global End User Policy had in fact been produced during discovery, and provided Bates numbers for that document.

1

2.  After verifying the aforesaid, Plaintiff's counsel would now like to correct the record and withdraw any allegation that Defendant's Global End User Policy was not produced during discovery.

3.  Accordingly, Plaintiff moves this Court to withdraw the Declaration of Robert N. Marx (Doc. 182-4).

4.  With respect to footnote number 4 on p. 32 of the aforesaid Corrected Responses (Doc. 183-2), Plaintiff wishes to delete all of the wording in that footnote prior to the sentence beginning, "Nevertheless, consideration of the End User Policy does not change anything", but that all of the wording following that sentence should remain as stated.

5.  Defendant has been advised of this motion and does not oppose it.

WHEREFORE  it is respectfully requested that the Declaration of Robert N. Marx (Doc. 182-4) be withdrawn, and that regarding footnote 4, p. 32 of Plaintiff's Corrected Responses to Defendant's Statement of Undisputed Material Facts (Doc. 183-2), all of the wording prior to the sentence, "Nevertheless, consideration of the End User Policy does not change anything" be disregarded, but that all of the following wording remain as stated.

This 16th day of March 2025.

> /s/Robert N. Marx
> Georgia Bar Number 475280
> Jean Simonoff Marx
> Georgia Bar Number 475276

Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC SLAWIN,

               Plaintiff,

v.

BANC OF AMERICA MERCHANT
SERVICES, LLC, s/h/a BANK OF
AMERICA MERCHANT
SERVICES,

               Defendant.

Civil Action File No.
1:19-cv-04129-AT

<u>Certificate of Service</u>

     This is to certify that on March 16, 2025, I electronically filed: **Plaintiff's Unopposed Motion to Withdraw Declaration of Robert N. Marx and for Other Relief,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Christopher P. Galanek, Esq.
> Chris.Galanek@bclplaw.com
> Brian Underwood, Esq.
> Brian.Underwood@bclplaw.com
> Bryan Cave Leighton Paisner
> LLP One Atlantic Center, 14th
> Floor 1201 West Peachtree
> Street, N.W. Atlanta, GA 30309-3471

This 16th day of March 2025.

                             /s/Robert N. Marx
                             Robert N. Marx,Esq.
                             Georgia Bar No. 475280
                             Jean Simonoff Marx, Esq.

Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
Tel. (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*