IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE *NUNC PRO TUNC* PLAINTIFF'S CORRECTED MEMORANDUM OF LAW IN OPPOSITION TO BAMS' MOTION FOR SUMMARY JUDGMENT**

  Plaintiff, Eric Slawin, by his counsel of record, Robert N. Marx and Jean Simonoff Marx of Marx & Marx, L.L.C., moves this Court for the unopposed relief as stated above. In support of the motion, Plaintiff sets forth as follows.

  1. Plaintiff's Memorandum of Law in Opposition to BAMS' Motion for Summary Judgment (Doc. 182) was timely filed on February 25, 2025.

  2. Plaintiff seeks leave to file a corrected copy of the document, to correct non-substantive typographical errors.

  3. A table of the corrections is annexed hereto as an appendix.

  4. Defendant's counsel has been advised of this motion and does not oppose it.

1

WHEREFORE, it is respectfully requested that Plaintiff's Corrected Memorandum of Law in Opposition to BAMS' Motion for Summary Judgment be accepted for filing and deemed timely filed *nunc pro tunc* as of February 25, 2025.

This 18th day of March 2025.

/s/Robert N. Marx
Georgia Bar Number 475280
Jean Simonoff Marx
Georgia Bar Number 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
(404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

| Table of Corrections in Plaintiff's Corrected Memorandum of Law in Opposition to BAMS' Motion for Summary Judgment | | |
|---|---|---|
| **Page:Line in Brief Filed 2/25/25 (Doc. 182)** | **Page:Line in Corrected Brief** | **Correction** |
| 1 | 1 | BAMS changed to BAMS' in title. |
| 2:2 | 2:2 | actually, changed to actually, |
| 2:6 | 2:6 | layer".  changed to layer." |
| 2:7 | 2:7 | BAMS changed to BAMS' |
| 2:9 | 2:9 | In  deleted |
| 2:20 | 2:20 | BAMS changed to BAMS' |
| 3:16 | 3:16 | BAMS changed to BAMS' |
| 4:2 | 4:2 | BAMS changed to BAMS' |
| 4:2 | 4:2 | Underline deleted after compliace |
| 7:10 | 7:10 | BAMS changed to BAMS' |
| 8:12 | 8:12 | 22:24-223:10 changed to 222:24-223:10 |
| 8:15 | 8:15 | Period inserted at end of line. |
| 8:16 | 8:16 | BAMS' changed to BAMS |
| 9:2 | 9:2 | Period inserted after compliant. |
| 9:9 | 9:9 | "not" before "uncomfortable" deleted |
| 9:12 | 9:12 | 218:11-219:17 was printed twice. |
| 9:19 | 9:19 | Period inserted after "fraud." |
| 10:1 | 10:1 | BAMS changed to BAMS' |
| 10:1 | 10:1 | "non disclosure" hyphenated. |
| 10:11 | 10:11 | 82, 9 changed to 82, 83 |
| 14:7 | 14:7 | BAMS changed to BAMS' |
| 15:13 | 15:13 | BAMS changed to BAMS' |
| 16:1 | 16:1 | BAMS changed to BAMS' |
| 16:9 | 16:9 | BAMS changed to BAMS' |
| 17:1 | 17:1 | "of" changed to "or" |
| 17:15 | 17:15 | BAMS changed to BAMS' |
| 18:2 | 18:2 | BAMS changed to BAMS' |
| 18:12 | 18:12 | BAMS changed to BAMS' |
| 18:13 | 18:13 | Period moved back inside the quote. |
| 19:15 | 19:15 | DSMF changed to SDMF |
| 19:18 | 19:18 | BAMS' changed to BAMS |
| 20:4 | 20:4 | Underline deleted after 2017. |

| Table of Corrections in Plaintiff's Corrected Memorandum of Law in Opposition to BAMS' Motion for Summary Judgment (Cont'd.) | | |
|---|---|---|
| **Page:Line in Brief Filed 2/25/25 (Doc. 182)** | **Page:Line in Corrected Brief** | **Correction** |
| 20:20 | 20:21 | "Emphasis added" inserted after quote. |
| 21:1 | 21:1 | BAMS changed to BAMS' |
| 23:6 | 23:10 | Italics deleted after case name. |
| 23:17 | 23:21 | BAMS changed to BAMS' |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

<u>Certificate of Service</u>

    This is to certify that on March 18, 2025, I electronically filed: **Plaintiff's Unopposed Motion for Leave to File *Nunc Pro Tunc* Plaintiff's Corrected Memorandum of Law in Opposition to BAMS' Motion for Summary Judgment,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

        Christopher P. Galanek, Esq.
        Chris.Galanek@bclplaw.com
        Brian Underwood, Esq.
        Brian.Underwood@bclplaw.com
        Bryan Cave Leighton Paisner
        LLP One Atlantic Center, 14th
        Floor 1201 West Peachtree
        Street, N.W. Atlanta, GA 30309-
        3471

This 18th day of March 2025.

        /s/Robert N. Marx
        Robert N. Marx, Esq.

5

        Georgia Bar No. 475280
        Jean Simonoff Marx, Esq.
        Georgia Bar No. 475276
        Marx & Marx, L.L.C.
        1050 Crown Pointe Parkway
        Suite 500
        Atlanta, Georgia 30338
        Tel. (404) 261-9559
        lawyers@marxlawgroup.com
        jeannie.marx@marxlawgroup.com

        *Attorneys for Plaintiff*