IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

MOTION FOR LEAVE OF ABSENCE

Pursuant to N.D.GA Local Rule 83.1(E)(5), Plaintiff Eric Slawin, by lead counsel, Jean Simonoff Marx, files the instant motion for leave of absence for the period July 3, 2025 through July 30, 2025, during which period she will be away from the practice of law. The reason for the requested leave of absence is a pre-planned and paid for holiday in Egypt during that period.

Respectfully submitted this 19th day of May, 2025.

　　　　　　　　　　　　　　/s/Jean Simonoff Marx
　　　　　　　　　　　　　　Jean Simonoff Marx
　　　　　　　　　　　　　　Georgia Bar No. 475276
　　　　　　　　　　　　　　E-mail: jeannie.marx@marxlawgroup.com
　　　　　　　　　　　　　　Marx & Marx, L.L.C.
　　　　　　　　　　　　　　1050 Crown Pointe Parkway
　　　　　　　　　　　　　　Suite 500

1

Atlanta, Georgia 30338
(404) 261-9559
*Attorney for Plaintiff Eric Slawin*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>    Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

CERTIFICATE OF SERVICE

This is to certify that on May 19, 2025, I electronically filed: **Motion for Leave of Absence**, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record for Defendant:

>Christopher P. Galanek, Esq.
>Chris.Galanek@bclplaw.com
>Brian Underwood, Esq.
>Brian.Underwood@bclplaw.com
>Bryan Cave Leighton Paisner LLP One Atlantic Center, 14th Floor 1201 West Peachtree Street, N.W. Atlanta, GA 30309-3471

Respectfully submitted, this 19th day of May 2025.

3

   /s/Jean Simonoff Marx  
Jean Simonoff Marx  
Georgia Bar Number 475276  
Marx & Marx, L.L.C.  
Attorneys for Plaintiff  
1050 Crown Pointe Parkway  
Suite 500  
Atlanta, Georgia 30338  
Telephone: (404) 261-9559  
E-mail:  
jeannie.marx@marxlawgroup.com