IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>           Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>           Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

NOTICE OF FILING DEPOSTIONS
(Mark Kendall and Natasha Collins)

Pursuant to Local Rule 56.1 and this Court's Order dated September 17, 2025, Plaintiff Eric Slawin hereby gives notice of filing the depositions of Mark Kendall and Natasha Collins.

Respectfully submitted this 18th day of September 2025.

                                   /s/Robert N. Marx
                                   Georgia Bar Number 475280
                                   Jean Simonoff Marx
                                   Georgia Bar Number 475276
                                   Marx & Marx, L.L.C.
                                   1050 Crown Pointe Parkway
                                   Suite 500
                                   Atlanta, Georgia 30338
                                   (404) 261-9559
                                  lawyers@marxlawgroup.com
                                    jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>　　　　Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

### Certificate of Service

This is to certify that on September 18, 2025, I electronically filed: **Notice of Filing Depositions (Mark Kendall and Nastasha Collins),** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Christopher P. Galanek, Esq.
>Chris.Galanek@bclplaw.com
>Brian Underwood, Esq.
>Brian.Underwood@bclplaw.com
>Bryan Cave Leighton Paisner
>LLP One Atlantic Center, 14th
>Floor 1201 West Peachtree
>Street, N.W. Atlanta, GA 30309-
>3471

This 18th day of September 2025.

>/s/Robert N. Marx
>Robert N. Marx,Esq.
>Georgia Bar No. 475280
>Jean Simonoff Marx, Esq.
>Georgia Bar No. 475276

3

                                            Marx & Marx, L.L.C.
                                            1050 Crown Pointe Parkway
                                            Suite 500
                                            Atlanta, Georgia 30338
                                            Tel. (404) 261-9559
                                            lawyers@marxlawgroup.com
                                            jeannie.marx@marxlawgroup.com

*Attorneys for Plaintiff*