IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NUMBER: |
| | : 1:19-CV-04129-AT |
| | : |
| BANK OF AMERICA MERCHANT SERVICES, | : |
| | : |
| Defendant. | : |

## **ORDER**

At the request of the parties, the settlement conference in this matter has been **RESCHEDULED** to **Wednesday, December 3, 2025, at 9:30 a.m.**, Courtroom 1875.

Statements are now due on or before 4:00 p.m. on November 20, 2025.

**IT IS SO ORDERED** this 14th day of October, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

1