IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NUMBER: |
| BANK OF AMERICA MERCHANT SERVICES, | : 1:19-CV-4129-AT |
| Defendant. | : |

## **ORDER**

This case is scheduled for a settlement conference on **December 3, 2025 at 9:30 a.m.** before the undersigned. The Court hereby permits the following individual to bring her electronics into the courthouse for the conference.

- Jill Poole – iPhone, Dell laptop

**IT IS SO ORDERED** this 2nd day of December, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE