# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-04129-AT
### Slawin v. Bank of America Merchant Services
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 12/03/2025.

TIME COURT COMMENCED: 9:55 A.M.
TIME COURT CONCLUDED: 4:35 P.M.          TAPE NUMBER: (no recording)
TIME IN COURT: 6:40                       DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Galanek representing Bank of America Merchant Services<br>Jean Marx representing Eric Slawin<br>Robert Marx representing Eric Slawin<br>Brian Underwood representing Bank of America Merchant Services |
| OTHER(S) PRESENT: | Plaintiff Eric Slawin<br>Jeannie Marx for Plaintiff<br>Jill Poole for Defendant |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties did not reach a settlement regarding the issues in this case. The mediator provided a proposal, and the parties must respond by the end of the day on December 10th. |