IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>        Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**JOINT STATUS REPORT CONCERNING MEDIATION**

Pursuant to the Court's text order of September 24, 2025 (ECF No. 197), the Parties submit this Joint Status Report Concerning Mediation:

On December 3, 2025, the Parties mediated in person before Hon. Magistrate Judge Justin S. Anand. After several hours, Magistrate Judge Anand suspended the mediation to provide the Parties until December 10, 2025 to consider and to respond to a mediator's proposal.

On December 10, 2025, both Parties accepted the mediator's proposal. The Parties have now reached an agreement in principle to resolve the disputes between them and are working to memorialize the same in a final written settlement agreement. Upon finalizing such agreement, the Parties will dismiss this lawsuit.

1

The Parties thank Magistrate Judge Anand for his exceptional service in mediating the dispute.

Respectfully submitted, this 12th day of December, 2025.

<div style="column-count:2">

*/s/ Robert N. Marx (with permission)*
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
MARX & MARX, LLC
1050 Crown Pointe Parkway
Atlanta, GA 30338
Tel: (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Counsel for Plaintiff*

*/s/ Brian M. Underwood, Jr.*
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Brian M. Underwood
Georgia Bar No. 804091
brian.underwood@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
Tel. (404) 572-6600

*Counsel for Defendant*

</div>

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 12th day of December, 2025.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 12th day of December, 2025.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)