IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>          Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**JOINT STATUS REPORT CONCERNING SETTLEMENT**

Pursuant to the Court's text order of February 18, 2026, the Parties submit this Joint Status Report Concerning Settlement:

Defendant's Statement:

The Parties have exchanged various drafts of a proposed settlement agreement to resolve the disputes between them and have exchanged various rounds of email correspondence to negotiate the terms of the same. On Wednesday, February 25, 2026, counsel for the Parties spoke over the phone to discuss remaining disputes. Counsel were able to resolve certain of the principal disputes and are conferring with their clients about outstanding issues. An updated draft of the proposed settlement agreement was most recently exchanged on Friday, February 27, 2026. The Parties

are close to reaching a final, agreed upon settlement agreement and will work diligently to draw the matter to a close.

Plaintiff's Statement:

Plaintiff's counsel agree with most of Defendant's statement, but are of the opinion that, while most items have been resolved, the parties are at an impasse regarding one remaining item. After the conclusion of the mediation session on December 3, 2025, Magistrate Judge Anand graciously offered to provide further assistance to the parties if desired.  Plaintiff's counsel believes that the parties have reached the point where the further assistance of Magistrate Judge Anand could more likely than not, assist the parties in expeditiously resolving the one remaining item at a continued mediation session conducted virtually or by telephone.

Respectfully submitted, this 1st day of March, 2026.

| | |
|---|---|
| /s/ Robert N./ Marx | /s/ Brian M. Underwood, Jr. |
| Robert N. Marx | Christopher P. Galanek |
| Georgia Bar No. 475280 | Georgia Bar No. 282390 |
| Jean Simonoff Marx | chris.galanek@bclplaw.com |
| Georgia Bar No. 475276 | Brian M. Underwood |
| MARX & MARX, LLC | Georgia Bar No. 804091 |
| 1050 Crown Pointe Parkway | brian.underwood@bclplaw.com |
| Atlanta, GA 30338 | Bryan Cave Leighton Paisner LLP |
| Tel: (404) 261-9559 | One Atlantic Center, 14th Floor |
| lawyers@marxlawgroup.com | 1201 West Peachtree Street, N.W. |
| jeannie.marx@marxlawgroup.com | Atlanta, GA 30309-3471 |
| | Tel. (404) 572-6600 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 1st day of March, 2026.

/s/ Brian M. Underwood, Jr.
Brian M. Underwood, Jr. (Ga. Bar 804091)

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 1st day of March, 2026.

/s/ Brian M. Underwood, Jr.
Brian M. Underwood, Jr. (Ga. Bar 804091)