# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-04129-AT
### Slawin v. Bank of America Merchant Services
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 03/16/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:00 P.M.    TAPE NUMBER: (no recording)
TIME IN COURT: 3:00    DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Christopher Galanek representing Bank of America Merchant Services
Christopher Galanek representing Fiserv, Inc.
Joseph Magrisso representing Bank of America Corporation
Jean Marx representing Eric Slawin
Robert Marx representing Eric Slawin
Brian Underwood representing Bank of America Merchant Services

OTHER(S) PRESENT:
Eric Slawin, Plaintiff
Jill Poole, representative for Defendant Fiserv, Inc.

PROCEEDING CATEGORY: Status Conference;

MINUTE TEXT: The parties resolved the remaining dispute on the settlement agreement.