IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>       Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br>       Defendant. | Civil Action File No.<br>1:19-cv-04129-AT |

**SECOND JOINT STATUS REPORT CONCERNING SETTLEMENT**

Pursuant to the Court's text order of March 3, 2026, the Parties submit this Second Joint Status Report Concerning Settlement:

In accordance with the Notice of Hearing entered by Magistrate Judge Anand on March 12, 2026, the Parties conducted a supplemental mediation on March 16, 2026 to resolve outstanding disputes regarding a settlement agreement. As noted in Magistrate Judge Anand's Minute Entry of those proceedings (ECF No. 208), the Parties successfully resolved their remaining disputes. The Parties have executed a final settlement agreement and are proceeding in accordance with the terms thereof. The Parties anticipate that they will be in a position to formally dismiss this matter

1

in the near term upon the completion of certain antecedent steps contemplated by the Parties' agreement.

Respectfully submitted, this 1st day of April, 2026.

*/s/ Robert N. Marx (with permission)*
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
MARX & MARX, LLC
1050 Crown Pointe Parkway
Atlanta, GA 30338
Tel: (404) 261-9559
lawyers@marxlawgroup.com
jeannie.marx@marxlawgroup.com

*Counsel for Plaintiff*

*/s/ Brian M. Underwood, Jr.*
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Brian M. Underwood
Georgia Bar No. 804091
brian.underwood@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
Tel. (404) 572-6600

*Counsel for Defendant*

## CERTIFICATION UNDER L.R. 7.1.D

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14-point font, one of the font selections approved by the Court in L.R. 5.1, N.D. Ga.

This 1st day of April, 2026.

*/s/ Brian M. Underwood, Jr.*
Brian M. Underwood, Jr. (Ga. Bar 804091)

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 1st day of April, 2026.

/s/ Brian M. Underwood, Jr.
Brian M. Underwood, Jr. (Ga. Bar 804091)