IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC SLAWIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, s/h/a BANK OF AMERICA MERCHANT SERVICES,<br><br><br>          Defendant. | Civil Action<br>File No. 1:19-CV-04129-AT |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for the parties herein that the above-referenced action be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated: Atlanta, Georgia
          April 9, 2026

/s/Robert N. Marx
Robert N. Marx
Georgia Bar No. 475280
Jean Simonoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
1050 Crown Pointe Parkway
Suite 200

/s/ Brian M. Underwood*
Brian M. Underwood
Georgia Bar No. 804091
brian.underwood@bclplaw.com
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com

Atlanta, GA 30338
(404) 261-9559
lawyers@marxlawgroup.com

*Counsel for Plaintiff*

Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3471
Tel. (404) 572-6600

*Counsel for Defendant*
*By Robert N. Marx wep.

2